# EXHIBIT 1

**From:** "Kassner, Gillian (USANYE)" <Gillian.Kassner@usdoj.gov>
**Date:** May 23, 2022 at 7:24:31 AM PDT
**To:** Nanci Clarence <nclarence@clarencedyer.com>
**Cc:** Jonathan Baum <jbaum@clarencedyer.com>, "Lash, Devon (USANYE)" <DEVON.LASH@usdoj.gov>, "Elbert, Lauren (USANYE)" <Lauren.Elbert@usdoj.gov>
**Subject: OneTaste**

Good morning Nanci,

It has been some time since we last touched base – I hope you are staying well. We are reaching out because we are hoping you may be able to provide us with the items listed below in connection with your representation of OneTaste.

From January 1, 2015 through present:
1. OneTaste's capitalization table, or, if OneTaste does not have one, a full list of all OneTaste investors and fully-executed agreements setting out the terms of their investments.
2. All bookkeeping and accounting records prepared or maintained for OneTaste. For each tax year produce financial statements; chart of accounts, general ledger, journal; subsidiary ledgers, trial balance; balance sheet; statement of profit & loss and vendor reports.
3. All records or other documents relative to the above whether or not used in the preparation of a tax return including Vendor Invoices; Forms 1099; Forms 1098; Trust Agreements; Consulting Agreements; Commission Agreements; Insurance Policies; Loan Agreements and Promissory Notes.
4. Copies of OneTaste's federal and state income tax and employment tax returns including amended tax returns whether filed or unfiled.
5. For S-corporations, schedules identifying shareholder's basis in stock and debt at the beginning and end of each tax period including information which identifies any adjustments to shareholder basis.
6. For Partnerships, schedules identifying beginning and ending balances in partner capital account for each tax period including information which identifies any adjustments to capital account balances. Include information which identifies and partnership non-recourse debt.
7. For each tax return prepared and electronically filed, signed copies of:
    a. Form 8879-PE IRS e-file Signature Authorization for Form 1065;
    b. Form 8879-S IRS e-file Signature Authorization for Form 1120S;
    c. Form 8879-C IRS e-file Signature Authorization for Form 1120;
    d. Form 8879-F IRS e-file Signature Authorization for Form 1041.
8. Copies of Form TD F 90-22.1 or FinCEN Form 114, Report of Foreign Bank and Financial Accounts prepared or filed on behalf of OneTaste.

"OneTaste" as used above is defined in accordance with the subpoena served to you in January 2021 and includes (a) OneTaste Corporation D.B.A. ESP, and any of its predecessors, parents, subsidiaries, affiliates, segments, branches, groups, operations, units, plants, and divisions, both presently existing and those which previously existed, as well as any joint ventures of which OneTaste is a part, including but not limited to OneTaste New York, OneTaste Washington D.C., OneTaste Boston, OneTaste Colorado, OneTaste Austin, OneTaste Bay Area, OneTaste Media LLC, Mirror Clan Inc., Caravan Retreats, Do the Right Thing, Om Free, The OneTaste Foundation, Fill Up America, and The Land and (b) each of OneTaste's present or former officers, directors, representatives, employees, attorneys, consultants, contractors, agents, acting or purporting to act or appearing to act on behalf of OneTaste, whether or not their actions were authorized by OneTaste or were within the proper scope of their authority.

We are happy to set up a phone call with you to discuss these requests in more detail. I am traveling during the first half of this week, but am available on Thursday (May 26) or next Tuesday (May 31) if there is a time that works for you.

Thank you,

Gillian


**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024