**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Re: OneTaste Document Request
**Date:** June 6, 2022 at 5:06 PM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Received — thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel: 718-254-6224
Cell: 347-988-2024

On Jun 6, 2022, at 7:56 PM, Paul Pelletier <pepelletier3@gmail.com> wrote:

Gillian:

It was good to speak with you last week and we look forward to a continued dialogue to get you the information you need in order that we can soon reach closure in this matter. Attached below is a Document Production Index which includes Tabs for the relevant federal and state tax filings, 1099's and capitalization table regarding One Taste Inc, for the relevant time periods. Following this email will be six separate zip files containing the documents as indexed below. We have tabbed theme in a way that should be facilitate access to the pertinent documents. We wanted to provide this information to you as expeditioulsy as possible. To the extent you would like specific back up information, we are happy to discuss so that we can get you such information as quickly as possible. While we do not represent some of the entities from which you have requested documents, we think this production will provide the necessary information that will allow appropriate analysis and review which, we hope, will further cogent discussions regarding any further information you may need. As we stated in our call, it is our desire to promptly provide you access to the information you need to resolve this matter. Looking forward to hearing from you.

Paul & Nanci


Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151