EXHIBIT 3

**From:** **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Zip File 6
**Date:** June 15, 2022 at 1:56 PM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Nanci Clarence
nclarence@clarencedyer.com, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov

GK

Hi Paul,

Thank you for speaking with me earlier today, and for providing these materials so quickly. I wanted to follow up with the following additional requests in connection with this investigation:

- Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (Subpoena Request # 10):
    - Nicole Daedone
    - ██████████
    - Rachael Cherwitz
    - ████████████
    - ████████████
    - ██████████
    - ████████
    - ████
    - ████████████
    - ██████████
    - █████████
    - ██████████
    - ████████████
    - ███████
    - ██████
    - ██████



- Rental and lease agreements associated with all prior and current OneTaste locations (Subpoena Request # 9)
- Documents sufficient to identify the ownership, investors and legal representation (if any) of OneTaste entities other than OneTaste Incorporated, including but not limited to
    - The Land
    - One Taste Holdings LLC
    - One Taste Investments LLC
    - OneTaste New York
    - OneTaste Washington D.C.
    - OneTaste Boston
    - OneTaste Colorado
    - OneTaste Austin
    - OneTaste Bay Area
    - OneTaste Media LLC
    - Mirror Clan Inc.
    - Caravan Retreats
    - Do the Right Thing

- ○ Om Free
- ○ The OneTaste Foundation
- ○ Fill Up America
- Executed agreements concerning the sale (including the sale of shares of common stock) of OneTaste and any of its affiliates (Subpoena Request # 13)
- Documents concerning any payments made to Nicole Daedone (Subpoena Request # 11)
- Sales Team records and communications, including relevant slack communications/text messages (Subpoena Requests # 2 and # 3)

We would be happy to discuss these requests in more detail by phone if it would be helpful.

Thank you,

Gillian