# EXHIBIT 4

**From:** **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to Request/Bullet Point Five-- Email 1 of 2
**Date:** July 25, 2022 at 2:20 PM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov,
Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com



Received – thank you.

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Monday, July 25, 2022 4:48 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>
**Cc:** Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Elbert, Lauren (USANYE)
<LElbert@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Nanci
Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to Request/Bullet Point Five-- Email 1 of 2

Gillian: attached is the final response to your informal request of June 15. Attached hereto
is the index to the 14 tabs which are contained in two Zip drives. Zip drive one,  attached
here, contains tabs 1 through 7. Zip drive two, sent by separate email, contains tabs 8
through 14. This information should complete the original  document request for the
relevant period. Please let me know if you have any questions. I will circle back with you
after you have had a chance to review. Thanks. Pep


Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151