| | | |
|---|---|---|
| **From:** | Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov |  |
| **Subject:** | RE: [EXTERNAL] Response to Request/Bullet Point Five-- Email 1 of 2 | |
| **Date:** | July 28, 2022 at 8:37 AM | |
| **To:** | Paul Pelletier pepelletier3@gmail.com | |
| **Cc:** | Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com | |

Hi Paul,

Thank you for providing us with these materials. I believe we are still missing the following items (but please let me know if I am mistaken):

- All bookkeeping and accounting records prepared or maintained for OneTaste. For each tax year produce financial statements; chart of accounts, general ledger, journal; subsidiary ledgers, trial balance; balance sheet; statement of profit & loss and vendor reports. (Requested by email 5/24/2022)

- Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (Subpoena Request # 10) (Requested by email June 15, 2022):

    
    - 
    - 
    - 
    - 
    - 
    - 
    - 
    - 
    - 

    In addition, can you please confirm that you do not have any additional documents for Nicole Daedone, Rachel Cherwitz, ███████████████████████████, ███████████, and ███████ responsive to this request? I noticed there are very few records, and no records of payments made to/from these individuals.

- Sales Team records in addition to the slack communications provided (Subpoena Requests # 2 and # 3) (Requested by email June 15, 2022)

In addition, can you please provide the following additional materials:

- Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (happy to provide dates of birth if helpful):

    
    - 
    - 
    - 
    - 
    - 
    - 
    - 
    - 
    - 
    -



- Records, course materials, and attendee or student lists for the following courses:
    - Nicole Daedone Intensive (Fall 2014)
    - Mastery Courses (2014)
    - Mastery Courses NYC (2013 – 2016)
    - Mastery Course LA (June 2015)
    - Magic School (Spring 2015)
    - Magic School (August 2014)
    - Taboo (October 2015)

If helpful, we are available to discuss these requests further by phone if you have any questions.

Thank you,

Gillian