**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Response to Bullet Point/Request #4
**Date:** September 19, 2022 at 4:40 PM
**To:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Gillian: attached is the index for the response to request/bullet point #4, i.e., One Taste Sales Records for the relevant period.

As explained, the responsive documents are too voluminous to send vial email so it was places on a thumb drive and sent by FedEx with the following tracking # to the following address:

Carrier: Fedex
Tracking number: 2781-6364-9832

U.S. Attorney's Office
Eastern District of New York
Attn: Anna November (Floor 6)
271A Cadman Plaza East
Brooklyn, NY 11201
Gillian.Kassner@usdoj.gov
 718.254.6224

I will be calling you this week regarding the final request which we will also produce this week. Do you have time to speak on Wednesday? Please let me know if you have any questions after you receive the thumb drive. Pep



2022.09.18 OneTaste Doc Index Request 3 Sales Team Records...
89 KB

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151