**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to Bullet Point/Request #4
**Date:** September 21, 2022 at 9:20 AM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Hi Paul,

Thank you again for speaking earlier. We will look out Bates stamps for the following courses:
- Mastery Courses (2014)
- Mastery Couse LA (June 2015)
- Magic School (Spring 2015)
- Magic School (August 2014)

We will also look out for the following materials:
- Nicole Daedone Intensive (Fall 2014)
- Mastery Courses (additional from 2014 and 2015)
- Taboo (October 2015)

In addition, please provide us with the following:

- Agreements associated with March 2017 sale of OneTaste and any payments made to Nicole Daedone in connection with (both before and after) her departure from the company in 2017 (including any sale of OneTaste equity). We would also like any communications or documents you have concerning Nicole Daedone's departure from OneTaste.

Thank you,

Gillian