**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response to Bullet Point/Request 5
**Date:** October 2, 2022 at 7:17 AM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Received - thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

> On Oct 2, 2022, at 9:46 AM, Paul Pelletier <pepelletier3@gmail.com> wrote:
>
> Gillian: Enclosed please find our final response to Bullet Point/Request 5 of your July 29 email for the relevant entities and time periods. For ease of reference there is an index identifying the Tabs which are included in the zip file. As we discussed, I have attempted to the identify the Bates-stamp numbers of the relevant documents that were produced previously and are not being re-produced herein. I will contact you next week to discuss the final production requested in your most recent email. Please let me know if you have any questions. Pep
>
>
> Paul E. Pelletier
> pepelletier3@gmail.com
> 202.617.9151

**2022.09.30 Production EDNY 5 Course records and attendees...**
6.3 MB


**2022.09.30 OneTaste Doc Index Request 5 Course records and...**
170 KB
