**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to September 21 Informal Request
**Date:** October 26, 2022 at 1:28 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Received – thank you, Paul.

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Wednesday, October 26, 2022 4:02 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to September 21 Informal Request

Gillian: per your informal request of September 21 and my prior email I have endeavored to secure confirmation of payments to Nicole Daedone with respect to her 2017 sale of One Taste. While the attached records are not One Taste records I have attempted to gather them to expedite the bringing of this matter to conclusion. I have not been able to secure copies of the cashier's checks referenced in the Dunham bank statements, but the statements identify the transfers. I have also not yet been able to secure documents related to ▮▮▮▮▮ financial transaction but am still endeavoring to do so. Attached for your convenience is a tabbed-Index to the zip-file.

Please let me know if you have any questions. Nanci and I like forward to timely engagement with your team to discuss the potential resolution of this matter.

Can you please also confirm receipt of this as I am never sure whether the zip file attachment inhibits receipt. Ty pep


Paul E. Pelletier
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151