**EXHIBIT 11**

**From:** **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
**Subject:** Nanci Clarence
**Date:** October 31, 2022 at 1:38 PM
**To:** Paul Pelletier  pepelletier3@gmail.com
**Cc:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov,  Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov,  Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Hi Paul,

Thank you for providing us with the last production.  We have one follow-up request: can you please provide documents that relate to OneTaste individualized events and services referred to as "immersions," "1080 immersions," "scenes," or "experiences"?  In particular, we would like to obtain related client lists, intake forms, interview notes, video/audio recordings, scripts, list of participants, and communications (by text, email, slack, or any other service) relating to these individualized experiences.  Happy to discuss this in more detail if you have any questions.

In addition, would you mind letting us know some dates from mid-November to early December when you might be available for an in-person meeting at our office?  We will try to do our best to find a time that works for everyone; the more dates you list, the better the chances are that we can find one that accommodates all of our schedules.

Thank you again,

Gillian


**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:   718-254-6224
Cell:  347-988-2024