**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Re: Nanci Clarence
**Date:** November 3, 2022 at 10:23 AM
**To:** Gillian Kassner Gillian.Kassner@usdoj.gov
**Cc:** Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Thanks for your email Gillian. We will pull together what you have requested and if I have any questions during the process I will get back with you. Thank you also for the invitation for an in person meeting. I will confer with Nanci but I am thinking early December might be best as I will be traveling overseas immediately after Thanksgiving. We will come up with some dates and revert shortly. Cheers, Pep
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151

> On Oct 31, 2022, at 4:37 PM, Kassner, Gillian (USANYE) <Gillian.Kassner@usdoj.gov> wrote:
>
> Hi Paul,
>
> Thank you for providing us with the last production. We have one follow-up request: can you please provide documents that relate to OneTaste individualized events and services referred to as "immersions," "1080 immersions," "scenes," or "experiences"? In particular, we would like to obtain related client lists, intake forms, interview notes, video/audio recordings, scripts, list of participants, and communications (by text, email, slack, or any other service) relating to these individualized experiences. Happy to discuss this in more detail if you have any questions.
>
> In addition, would you mind letting us know some dates from mid-November to early December when you might be available for an in-person meeting at our office? We will try to do our best to find a time that works for everyone; the more dates you list, the better the chances are that we can find one that accommodates all of our schedules.
>
> Thank you again,
>
> Gillian
>
> **Gillian Kassner**
> Assistant United States Attorney
> United States Attorney's Office
> Eastern District of New York
>
> Tel:  718-254-6224
> Cell: 347-988-2024