**From:** **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Re: Nanci Clarence
**Date:** November 8, 2022 at 7:58 AM
**To:** Paul Pelletier  pepelletier3@gmail.com
**Cc:** Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence  nclarence@clarencedyer.com

Hi Paul,

We also request that you provide us with any documents or communications that OneTaste has provided to the BBC or any other individual or party (including former OneTaste members) in connection with the ongoing defamation lawsuit against the BBC, or any defamation lawsuits contemplated against other news organizations.

Thank you,

Gillian