**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Re: [EXTERNAL] Nanci Clarence
**Date:** November 21, 2022 at 8:59 AM
**To:** Gillian Kassner  Gillian.Kassner@usdoj.gov



Gillian: Hope you are well. Today I will be sending (by FedEx) the responses to your penultimate request. Do you have time to chat briefly this afternoon to discuss a time to meet in early December? Ty pep
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151