**From:** **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Nanci Clarence
**Date:** December 14, 2022 at 7:26 AM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov

Hi Paul,

Thank you for meeting with us.  I'm looping in the rest of the team so everyone is on the same page.  Yes, I'm available this afternoon to touch base (starting around 1 PM).

As I mentioned yesterday, we are requesting the production of the following materials:
1. The full recordings of interviews of all individuals who have been interviewed in connection with this investigation.
2. Copies of the full threads of all of the communications referenced during yesterday's presentation.
3. All documents regarding OneTaste's course refund policies, and documents sufficient to show any refunds requested and whether they were granted or denied, and the basis for the grant/denial.
4. Time logs for all OneTaste employees.
5. All rental agreements for OM communal living and commercial spaces, and documents regarding OneTaste's collection of rent paid by its members.
6. Documents sufficient to show OneTaste's full course offerings
7. All text and email communications regarding OneTaste by the following individuals:
    a. Nicole Daedone
    b. ▮
    c. Rachael Cherwitz
    d. ▮
    e. ▮
    f. ▮
    g. ▮
    h. ▮
    i. ▮
    j. ▮
    k. ▮
    l. ▮
    m. ▮
    n. ▮
    o. ▮
    p. ▮
8. All communications (including but not limited to text/email/slack) by any OneTaste member regarding ▮ and/or ▮
9. All communications (including but not limited to text/email/slack) by any OneTaste member regarding allegations of sexual misconduct or abuse in connection with their participation in OneTaste.
10. A list of OneTaste's outside experts hired and the amounts each expert was paid.
11. All documents regarding OneTaste's reconciliation team.

Hopefully items (1) and (2) should be quick to put together, because it appears that they were used to prepare your presentation yesterday.  Beyond those items, one of the top priorities is the production of communications by members of OneTaste's leadership.  We have never received any communications by Nicole Daedone or Rachel Cherwitz (except for a very limited collection of text threads), including the communications they exchanged with each other.

with each other.

Thank you,

Gillian