**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Response to Dec. 14 request
**Date:** December 20, 2022 at 6:34 PM
**To:** Gillian Kassner gillian.kassner@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Gillian: Pursuant to your request on Dec14, attached please find the documents responsive to #2: Copies of the full threads of all of the communications referenced during our presentation of December 13, 2022. I have also attached a production index for ease of reference. Please let me know If you have any questions. We are working on the production to video witness statements. I hope you are enjoying the holiday season. Pep



2022.12.20 OneTaste Doc Index .pdf

2022-12-20 One Taste Docs

Paul E. Pelletier

pepelletier3@gmail.com
202.617.9151