# EXHIBIT 17

**From:** "Kassner, Gillian (USANYE)" <Gillian.Kassner@usdoj.gov>
**Subject: RE: [EXTERNAL] Response to Dec. 14 request**
**Date:** December 20, 2022 at 10:31:10 PM EST
**To:** Paul Pelletier <pepelletier3@gmail.com>, "Lash, Devon (USANYE)" <DEVON.LASH@usdoj.gov>, "Siegel, Jonathan (USANYE)" <Jonathan.Siegel@usdoj.gov>, "Elbert, Lauren (USANYE)" <Lauren.Elbert@usdoj.gov>, "November, Anna (USANYE) [Contractor]" <Anna.November@usdoj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>

Thank you, Paul.  Can we please have copies of <u>all</u> text/chat messages that ███████ █████, ███████████, █████████████ and ████████████ exchanged with █████ █████?

In addition, can you please provide us with records of all payments made to OneTaste and its leaders and affiliates by ████████████, ████████████, and ████████████?

Hope you are enjoying the holidays as well.

Gillian

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Tuesday, December 20, 2022 9:35 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to Dec. 14 request

Gillian: Pursuant to your request on Dec14, attached please find the documents responsive to #2: Copies of the full threads of all of the communications referenced during our presentation of December 13, 2022. I have also attached a production index for ease of reference. Please let me know If you have any questions. We are working on the production to video witness statements. I hope you are enjoying the holiday season. Pep


Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151

📎 Mail Attachment.eml
   124 KB