**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to Dec. 14 Request #1
**Date:** January 3, 2023 at 5:21 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov
**Cc:** November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Received.  Thank you, Paul.

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Tuesday, January 3, 2023 8:09 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>
**Cc:** November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>; Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to Dec. 14 Request #1

Gillian: please find enclosed an index for the interview files we sent to you today by FedEx. As we discussed, it is our position that these interviews are privileged work product having been executed for the purpose of litigation with the BBC. Thus, pursuant to Rule 502 of the Federal Rules of Evidence, we do not intend to waive the privilege for all purposes but, because we presented portions of these witness interviews to you, in the spirit of cooperation and completeness, we are waiving the work product privilege for these limited purposes. As I previously explained it is our present intention to assert the work product privilege with respect to the remaining interviews conducted in support of the BBC litigation. After you complete your research into the validity of our assertion of the work product privilege, I am happy to discuss with you the potential for additional limited waivers as we have done here. I have pasted below the FedEx Tracking information. Pursuant to your recent requests, we intend to make further productions this week. Please let me know if you have any questions. Thanks for your patience. Pep


This tracking update has been requested by:

Name:            Paul Pelletier
E-mail:          pepelletier3@gmail.com
_____

Sent to:    gillian.kassner@usdoj.gov

Paul Pelletier sent U.S Attorney's Office of Eastern District
of New York 1 FedEx Standard Overnight® package(s).  This shipment is scheduled  to be sent on 01/03/2023.


Reference information includes:

Ship date:                        Jan 3,  2023
Estimated delivery date:          Wed,  1/4/2023 by 4:30 pm
Service type:                     FedEx  Standard Overnight®
Packaging type:                   FedEx® Envelope

| | |
|---|---|
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday No Signature Required |
| Standard transit: | 1/4/2023 by 4:30 pm |
| Status: | Picked up |
| Tracking number: | 392967013390 |

Shipper Information             Recipient Information
Fairfax                         Brooklyn
VA                              NY
US            Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151