**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to Dec. 14 Request #1
**Date:** January 6, 2023 at 6:42 AM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Thank you.  It would also be great if we could have an anticipated timeline for the production of following items, and in particular #1, #2, #5(a) and #5(c), and #6.

Best,

Gillian

--

1. All documents regarding OneTaste's course refund policies, and documents sufficient to show any refunds requested and whether they were granted or denied, and the basis for the grant/denial.
2. Time logs for all OneTaste employees.
3. All rental agreements for OM communal living and commercial spaces, and documents regarding OneTaste's collection of rent paid by its members.
4. Documents sufficient to show OneTaste's full course offerings
5. All text and email communications regarding OneTaste by the following individuals:
    a. Nicole Daedone
    b. ■
    c. Rachael Cherwitz
    d. ■
    e. ■
    f. ■
    g. ■
    h. ■
    i. ■
    j. ■
    k. ■
    l. ■
    m. ■
    n. ■
    o. ■
    p. ■
6. All communications (including but not limited to text/email/slack) by any OneTaste member regarding ■ and/or ■
7. All communications (including but not limited to text/email/slack) by any OneTaste member regarding allegations of sexual misconduct or abuse in connection with their participation in OneTaste.
8. A list of OneTaste's outside experts hired and the amounts each expert was paid.
9. All documents regarding OneTaste's reconciliation team.