**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Partial production for Request #3
**Date:** January 11, 2023 at 3:15 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Thank you, Paul.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Wednesday, January 11, 2023 6:01:23 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Partial production for Request #3

Gillian:

Below please find a Zip drive and index for the partial response to your December 14 request No. 3. These contain One Taste refund policies. We previously provided your financial statements which showed the book entires and totals for the refunds. We are now gathering the documents for the refund requests and grants/denials of those requests. That will take a bit more time but I wanted to get the policies to you as they were ready. I hope to get the time logs to you by EOW. Please let me know if you have any questions. Pep

---

ONETASTE INCORPORATED DOCUMENT PRODUCTION INDEX
January 11, 2023
(Responses to informal request of December 14, 2022)

| | |
|---|---|
| February 2014 Refund Policy | Tab 01 |
| June 2014 Refund Policy | Tab 02 |
| February 2017 Refund Policy | Tab 03 |
| July 2017 Refund Policy | Tab 04 |

1

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151