# EXHIBIT 22

**From:** **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response to Jan. 19 Request
**Date:** January 24, 2023 at 4:47 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

GK

Received - thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell:  347-988-2024

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Tuesday, January 24, 2023 9:59:45 AM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to Jan. 19 Request

Gillian:  Attached please find in response to your email of January 19, 2023, the records in our possession of rent payments made to a company doing business as Caravan Retreats. It's our plan to  provide time logs this week. Pep

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151