# EXHIBIT 23

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to December 14, 2022 Request #5
**Date:** January 26, 2023 at 7:19 AM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Nanci Clarence nclarence@clarencedyer.com

Hi Paul,

For the documents that you do not believe exist, please confirm that in writing so we have a record of it. I believe the following items from our previous requests are still outstanding:

- Time logs for all OneTaste employees (we discussed that time logs refers to any records kept by OneTaste employees regarding how they spent their time, including but not limited to the example you showed us during our meeting in December for ███████████████)
- Records of all payments made to OneTaste and its leaders and affiliates by ████ ███████, ████████████ and ████████████
- All text, email and slack communications regarding OneTaste by the following individuals.
    - Nicole Daedone
    - ████████████████
    - Rachael Cherwitz
    - ████████████████
    - ████████████████
    - ████████████████
    - ████████████████
    - ████████
    - ████████████████
    - ████████████████
    - ████████████████
    - ████████████████
    - ████████████████
    - ████████████████
- All communications (including but not limited to text/email/slack) by any OneTaste member regarding ████████████ and/or ████████████.
    - This should include copies of <u>all</u> text/chat messages that ████████████, ████████████, ████████████████ and ████████████ exchanged with ████ ████. Please confirm that the chains you produced were full and complete.
- All rental agreements for OM communal living and commercial spaces (we saw the Caravan Retreats records – please confirm you have produced everything and there are no additional rental agreements for any residential or commercial spaces, under the names of any individuals or entities affiliated in any way with OneTaste and/or OneTaste's management).
- All communications (including but not limited to text/email/slack) by any OneTaste member regarding allegations of sexual misconduct or abuse in connection with their participation in OneTaste.
- All communications (including but not limited to text/email/slack) by any OneTaste member regarding Daedone's departure from the company.
- Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (Subpoena Request # 10) (Requested by email June 15, 2022):





- Documents sufficient to show OneTaste's full course offerings.
- A list of OneTaste's outside experts hired and the amounts each expert was paid.
- All documents regarding OneTaste's reconciliation team.
- Employment agreements and any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (as I believe we never received them, unless I am mistaken – if they don't exist please confirm that):



In addition, please produce the following:
- All "fear inventories" or related intake documents for any OneTaste members or employees.

I know you are working on some of these request now. We would appreciate any updates regarding when you anticipate being in a position to produce these materials.

Thank you,

Gillian