# EXHIBIT 24

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response for Request #4
**Date:** January 31, 2023 at 3:26 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Received - thank you.

**Gillian Kassner**

Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Tuesday, January 31, 2023 6:20:37 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response for Request #4

Gillian:

Attached please find the Time Logs for employee Time Logs as set forth in your December 14 request #4. As we discussed, Tab 1 contains all of the Time Logs pre-2015?. I believe these are, in the main, the type of logs you saw during our presentation. As we also discussed Tab 2 contains a sample of the records system One Taste implemented to record employee time in 2016. The software used was called T-Sheets. We provide you a sample because as I understand, the records are voluminous and they document only time spent but not the activity for which the time was spent, which you have explained is the focus of your interest. Please let me know if you want to discuss further.

I intend to provide you the resent to request #6, the course offerings, by EOD tomorrow. Let me know if you have any questions. Paul

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151