# EXHIBIT 25

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response to Request #6
**Date:** February 3, 2023 at 8:48 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Received - thank you.

**Gillian Kassner**

Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Friday, February 3, 2023 10:52:34 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to Request #6

Gillian: attached please find an index and our response to Request #6 in your December 14 email. My goal is to provide you our response to Request No. 10, Outside Experts on Monday. Please let me know if you have any questions. Have a great weekend. Pep

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151