# EXHIBIT 26

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] Response to Request #10 of 12/14 -- 1 of 4 Tab 1
**Date:** February 6, 2023 at 6:51 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Received; thank you.

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Monday, February 6, 2023 9:49 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to Request #10 of 12/14 -- 1 of 4 Tab 1

Gillian:

Please find **attached** Part 1 of 4 emails reflecting the documents in response to Request #10 in your email of December 14, 2023, **"A list of OneTaste's outside experts hired and the amounts each expert was paid**." Tab 1 is attached hereto.

The contracts in tabs 02-04 have been split up only because of email size restrictions. There is not a contract for every single expert listed, because One Taste only began using these written contracts in late 2016 for our outside experts/guest teachers.

On August 24, 2022 we produced all of our bookkeeping and accounting records in response to your July 28, 2022 request for "All bookkeeping and accounting records prepared or maintained for OneTaste." Any payments to experts are accessible in those those bookkeeping and accounting records.

Please let us know if you have any questions,


Paul E. Pelletier
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151