# EXHIBIT 27

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response to 12/14 Request #11
**Date:** February 9, 2023 at 5:07 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov
**Cc:** Nanci Clarence nclarence@clarencedyer.com

Received - thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Thursday, February 9, 2023 6:15:46 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Lash, Devon (USANYE) <DLASH@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Cc:** Nanci Clarence <nclarence@clarencedyer.com>
**Subject:** [EXTERNAL] Response to 12/14 Request #11

Gillian: Please find attached and a production index and the documents responsive to Request #11 in your December 14 email, i.e., the documents regarding One Taste's Reconciliation Council. Please let us know if you have any questions. Pep

Paul E. Pelletier
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151