# EXHIBIT 28

**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Re: [EXTERNAL] Motion to Compel, Case 1:23-mc-00715-PKC (Sealed)
**Date:** March 27, 2023 at 4:02 PM
**To:** Gillian Kassner  Gillian.Kassner@usdoj.gov
**Cc:** Siegel, Jonathan (USANYE)  Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE)  Lauren.Elbert@usdoj.gov

Gillian: We have put together the response to Request # 5 in the subpoena. It is too large to put in an email so we will courier over a thumb drive to you tomorrow morning. We are still on track for responding to Request #8 on Wednesday. That should be able to be emailed as an attachment or zip file. Pep

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151