EXHIBIT 29

**From: Paul Pelletier** pepelletier3@gmail.com 
**Subject:** Response (partial) to Subpoena Item #8
**Date:** March 29, 2023 at 5:17 PM
**To:** Gillian Kassner gillian.kassner@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Gillian,

Please find attached a Zip drive with our initial response to subpoena item #8.  We are categorizing this as a partial response because we recently located some email accounts that had been archived and cold stored offline (for cost saving purposes). Because those accounts, once prepared for cold storage, cannot be readily searched we will need time to determine whether they contain any  responsive material. We  anticipate getting you any other items that result from such a manual search of those emails as soon as practicable. We wanted, however, to respond promptly with the responsive material that had been located in our original review. Please let me know if you have any questions. Pep

Paul E. Pelletier

> **2023.03.29 OneTaste EDNY Production #8.zip**

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151