# EXHIBIT 30

**From:** Paul Pelletier  pepelletier3@gmail.com
**Subject:** 1 of 5 emails
**Date:** April 3, 2023 at 5:44 PM
**To:** Gillian Kassner  gillian.kassner@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov

Gillian,

Please find **attached,** and in the emails that follow, our response, in five parts, to Subpoena (2) dated February 21, 2023, item #1 Records of payments made by OneTaste by all investors, lenders, partners, acquirers, and owners of any branch of OneTaste, including but not limited to payments by ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅. The documents were voluminous so we have included them in 5 separate Zip files 1.1 through 1.5 which will be provided in 5 separate emails.

We note that several documents responsive to this item have already been voluntarily provided in the following productions:
- June 6, 2022: Federal and state tax returns for 2015 onward;
- August 24, 2022: All book keeping and accounting records for 2015 onward; and
- August 26, 2022: Agreement regarding financial payments to/from certain individuals.

A number of documents were either prepared for or by OneTaste's counsel. Pursuant to section II(D)(1) of the subpoena, we have produced the following privilege log:

| Type | Author | Intended Recipients | Other Recipients | Date | Subject Matter | Specific Privilege Asserted | Bates Identification |
|---|---|---|---|---|---|---|---|
| Memo prepared at the request of counsel | General Counsel | Nanci Clarence, Clarence Dyer Cohen LLP | None | June 2019 | Payments Reconciliation | Attorney-Client | PRIV000010 |
| Memo prepared for counsel | Company executives | Jennifer Post, Thompson Coburn LLP | Company executives | September 12, 2018 | Potential Cancellation Fee Calculations | Attorney-Client, Work Product | PRIV000011 |
| Memo prepared for counsel | Company executives | Jennifer Post, Thompson Coburn LLP | Company executives | September 12, 2018 | Potential Cancellation Fee Calculations | Attorney-Client, Work Product | PRIV000012 |

Attached is a Zip File labeled 1.1 which is the first of 4 zip files containing the materials responsive to Subpoena Request No. 1. Thank you for your patience.
Pep



**2023.04.03 OneTaste Subpoena #1.1.zip**
10.3 MB

Paul E. Pelletier
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151