# EXHIBIT 31

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** OneTaste - Employment Agreements
**Date:** April 12, 2023 at 12:14 PM
**To:** Pelletier Paul pepelletier3@gmail.com
**Cc:** Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov



Good afternoon Paul,

Can you please confirm whether you have responded to Item #6 of the February 21, 2023 subpoena (which requests a list of all current OneTaste employees, their titles, and their dates of employment)?  I do not believe we have received a response on that yet, unless I am mistaken.  In addition, as I believe we discussed on a prior call, can you please produce to us all agreements with <u>all</u> current and former OneTaste employees, contractors and/or volunteers concerning the terms of their responsibilities and compensation?  We are happy to make the request by subpoena if needed.

Please let us know when you anticipate being able to produce these materials to us.

Thank you,

Gillian

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:   718-254-6224
Cell:  347-988-2024