# EXHIBIT 33

**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Re: [EXTERNAL] Privilege Log for Response to Request No. 7
**Date:** April 25, 2023 at 1:31 PM
**To:** Gillian Kassner Gillian.Kassner@usdoj.gov
**Cc:** Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Gillian: it looks like they are still too large and getting blocked and returned. At least the first one and second one did. I can either download them onto a thumb drive and courier them to you tomorrow. I you can send me a link and I can try to download them to USA FX. I will do whatever makes best sense for you. Pep
Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151

> On Apr 25, 2023, at 4:27 PM, Kassner, Gillian (USANYE) <Gillian.Kassner@usdoj.gov> wrote:
>
> Thank you, Paul.
>
> **From:** Paul Pelletier <pepelletier3@gmail.com>
> **Sent:** Tuesday, April 25, 2023 4:22 PM
> **To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
> **Subject:** [EXTERNAL] Privilege Log for Response to Request No. 7
>
> Gillian,
>
> Please find attached the the privilege log for our response to subpoena Request No. 7 of which we made a partial production last week. This email will be followed by 16 separate emails attaching the responsive documents. I apologize for the large number of emails but I did not want them to bounce back given the volume of materials. We will also be reviewing text messages for further responsive documents to Request No. 7. Because the text data is vast and cumbersome, we expect to begin that review next week when we begin searching for responsive documents (including texts) to Request Nos. 3 and 4. At your request, the next production we are working on is the voluntary production of current and former OneTaste employees, contractors and/or volunteers concerning the terms of their responsibilities and compensation. We hope to have the production to you by the end of the week.
>
> Thank you for the courtesies you have extended in this matter. Please let me know if you have any questions. Pep
>
>
> Paul E. Pelletier
> pepelletier3@gmail.com
> 202.617.9151