**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** OneTaste
**Date:** May 2, 2023 at 8:48 AM
**To:** Pelletier Paul pepelletier3@gmail.com
**Cc:** Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov

Hi Paul,

Can you please send us a list of all attorneys and law firms who have represented OneTaste (presently or previously), and their contact information?

Thank you,

Gillian

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024