# EXHIBIT 36

**From:** **Paul Pelletier** pepelletier3@gmail.com
**Subject:** Re: [EXTERNAL] OneTaste - Motion to Quash Meet and Confer
**Date:** May 19, 2023 at 2:31 PM
**To:** Gillian Kassner Gillian.Kassner@usdoj.gov
**Cc:** Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov,  Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov

PP

Thanks Gillian. In answer to your three questions, please be advised as follows:

(1) We provided the employment information you have requested to your office in our discovery responses dated July 13, 2022, August 26, 2022, August 30, 2022 and May 4, 2023. If there is more factual detail relevant to the alleged misconduct under investigation we would be more than happy to discuss and would seek to provide such information during our meeting.

(2) To be clear, we are prepared to discuss all facts we have learned during our interviews that are relevant to the alleged misconduct which you have outlined generally in your email. We are disappointed that your office persists in maintaining that you will continue to take the position that any information we provide at the meeting would constitute a waiver of the attorney-client privilege. While that may curb a more fulsome discussion, we fully intend to provide you with the facts and information as set forth in the policy requirements of the Justice Manual as you request.

(3) As always, we are happy to assist in locating ▇▇▇▇ and ▇▇▇▇ so that you may contact them for interviews. I will check with the client over the weekend and hope to provide you contact info early next week. In that vein I wanted to remind you that we previously provided you a copy of the entire video statement of ▇▇▇▇ which contained the snippet we showed you during our presentation. This was provided to you on January 3, 2023. We also note we provided you a written statement of ▇▇▇▇ in our production of December 1, 2022 (Tab 3).

In short, during our meeting, we intend to be entirely forthcoming with the relevant facts we have learned. I would urge that you reconsider your desire to preserve your right to assert that what we discuss at our meeting will constitute a waiver of the attorney-client work-product privilege. As common sense would dictate, such a refusal unnecessarily will put a damper on the free flow of information that we believe would assist you in your investigation.  Nevertheless, we fervently believe that this meeting will advance your ability to bring this matter to an expeditious close. Please let me know if the dates I suggested work for you. Have a great weekend. Pep

Paul E. Pelletier
pepelletier3@gmail.com
202.617.9151