# EXHIBIT 37

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** RE: [EXTERNAL] OneTaste- Production 31
**Date:** August 4, 2023 at 7:44 AM
**To:** Paul Pelletier pepelletier3@gmail.com

**Cc:** Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Lash, Devon (USANYE) DEVON.LASH@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Hi Paul,

Just circling back on this and the status of the remaining items that OneTaste intends to produce in response to the grand jury subpoena.

Thank you,

Gillian