# EXHIBIT 39

From: **Kassner, Gillian (USANYE)** Gillian.Kassner@usdoj.gov
Subject: Re: [EXTERNAL] Re: Production regarding Subpoena Request #9
Date: August 29, 2023 at 10:20 AM
To: Paul Pelletier pepelletier3@gmail.com, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

GK

Received — Thank you.

## Gillian Kassner
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell:  347-988-2024

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Tuesday, August 29, 2023 12:56:34 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Production regarding Subpoena Request #9

GIllian:

We have just shipped the second usb drive - tracking number 783077373732 containing the three (3) files we had to reformat in order to be small enough to send. You should receive it tomorrow by 5p. Thanks again.
Pep

> On Aug 28, 2023, at 7:47 PM, Paul Pelletier <pepelletier3@gmail.com> wrote:
>
> Gillian,
>
> As promised, we have FedEx'ed you our production in response to request 9 of the February 21, 2023 subpoena to OneTaste.
>
> The tracking number is 783045926532 and it should arrive to your office tomorrow morning.
>
> Three files were too large so we will be sending them tomorrow.
>
> Please note, we have already voluntarily produced the following sales team records:
> -Emails of incoming leads (September 19, 2022)
> -Sales tracker data (September 19, 2022)
> -OneTaste's entire Salesforce database (September 19, 2022)
> -OneTaste sales teams's slack thread (July 22, 2023)
>
>
> Please also note that with respect to the privileged materials that you sent last week, I cannot access them and sent an email to Ms. November regarding same. I have not yet heard back from her. Thanks again.
>
> PEP