# EXHIBIT 40

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response to Subpoena Request #7
**Date:** September 13, 2023 at 5:34 AM
**To:** Paul Pelletier pepelletier3@gmail.com, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Received - thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

---

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Tuesday, September 12, 2023 11:41:32 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Subject:** [EXTERNAL] Response to Subpoena Request #7

Gillian,

As discussed, please see linked a folder of the next portion of OneTaste's response to request #7 of the February 21, 2023 subpoena. I will send the privilege log that accompanies this production tomorrow.

As you know, OneTaste has already made two productions in response to this request, on April 19 and April 26 of this year.

Given the volume of records that we are still reviewing for privilege, this production contains only the texts that are responsive to the request. We are aiming to get a final production to of emails responsive to this request by the end of next week.

Please let me know if you have any questions,


Pep


Link also [redacted]