**From:** Paul Pelletier pepelletier3@gmail.com
**Subject:** Privilege Log for Response to Request #7
**Date:** September 14, 2023 at 11:16 AM
**To:** Gillian Kassner gillian.kassner@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Gillian,

Please find **attached** the privilege log that accompanies our most recent production of materials responsive to request #7 of the February 21, 2023 subpoena.

Please find linked a folder with a handful of additional materials that are responsive, where privileged communications have been redacted, as well as a handful which we determined were not privileged.

Please let me know if you have any questions,

Pep


2023.09.14 Privilege log.pdf
58 KB