**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Response to Request #7 2/23/23 Subpoena
**Date:** September 22, 2023 at 8:26 PM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Received - thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel: 718-254-6224
Cell: 347-988-2024

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Friday, September 22, 2023 11:23:31 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>
**Cc:** Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Subject:** [EXTERNAL] Response to Request #7 2/23/23 Subpoena

Gillian,

Please find linked our final production of documents responsive to the seventh request from the February 21, 2023 subpoena. The link will be active tomorrow morning February 23.

Please also find attached the associated privilege log with this production.

Please let me know if you have any question,

PEP