# EXHIBIT 43

**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Production re: request #4
**Date:** September 29, 2023 at 9:16 PM
**To:** Paul Pelletier pepelletier3@gmail.com, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov, Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, November, Anna (USANYE) [Contractor] Anna.November@usdoj.gov

Received - thank you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Friday, September 29, 2023 10:04:46 PM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>; Siegel, Jonathan (USANYE) <JSiegel@usa.doj.gov>; Elbert, Lauren (USANYE) <LElbert@usa.doj.gov>; November, Anna (USANYE) [Contractor] <ANovember@usa.doj.gov>
**Subject:** [EXTERNAL] Production re: request #4

Gillian,

Please find linked OneTaste's response to request 4 of the February 21, 2023 subpoena. The link will be live by midnight ET today.

Please find **attached** the accompanying privilege log.

Stay dry. Cheers

Pep