**From:** Kassner, Gillian (USANYE) Gillian.Kassner@usdoj.gov
**Subject:** Re: [EXTERNAL] Production re: request #4
**Date:** October 2, 2023 at 8:35 AM
**To:** Paul Pelletier pepelletier3@gmail.com
**Cc:** Elbert, Lauren (USANYE) Lauren.Elbert@usdoj.gov, Siegel, Jonathan (USANYE) Jonathan.Siegel@usdoj.gov



Thanks, Paul. We have not yet had a chance to discuss this but will get back to you.

**Gillian Kassner**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York

Tel:  718-254-6224
Cell: 347-988-2024

**From:** Paul Pelletier <pepelletier3@gmail.com>
**Sent:** Monday, October 2, 2023 10:09:02 AM
**To:** Kassner, Gillian (USANYE) <GKassner@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Production re: request #4

Gillian: I know you are in trial today, good luck. This is just a reminder to let me know at your earliest convenience, as we discussed on Friday, whether you will agree to withdraw Part 1 of the August 11, 2023 subpoena. Thanks for your prompt attention to this matter. Pep