# EXHIBIT 46

## Voluntary and subpoena requests made to OneTaste

Since 2021 AUSAs from the Eastern District of New York have made 19 rounds of requests to OneTaste, totaling 199 individual questions, which OneTaste has responded to in 48 productions to date. There have been three subpoenas to OneTaste, issued on February 9, 2021, February 22, 2023 and August 28, 2023.

Note: The number to the left of the date in the 'Response' column corresponds with the number of the request in the 'Request' column.

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| Round - 01<br><br>30 new requests | SUPOENA //<br>Feb 9, 2021<br><br><u>Time period:  Jan 1, 2007 until present</u> | 1. Documents concerning the teachings and practices of the Company, including the following:<br>a. Complete Modules concerning Taboo, Magic School, The Mastery Course, and Nicole Daedone Intensives (or NDI).<br>b. Materials, practices, and procedures issued by and/or in effect at the Company that mention rape, sexual assault, and/or the victimhood of women, including but not limited to Forums by any of the following individuals: Nicole Daedone, Rachael Cherwitz, ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.<br>c. Documents depicting current or former members, clients, volunteers, affiliates or employees of the Company in which individuals' breasts and/or public areas are exposed, and records sufficient to show of how such materials were obtained and stored, and the source of such materials.<br>d. Documents depicting or discussing piercing, branding, surgical procedures, and/or other forms of physical modification performed on current or former members, clients, volunteers, affiliates, or employees of the Company, and records sufficient to show how such materials were obtained and stored, and the source of such materials.<br>e. Documents depicting rituals and ceremonies engaged in by current or former members, clients, volunteers, affiliates, and/or employees of the Company, including but not limited to documents depicting priests | 3 responses<br><br>1a – March 26, 2021<br><br>1a – May 7, 2021<br><br>15 – May 28, 2021 |

1

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | and priestesses and documents referring to orgasm and/or Nicole Daedone as a deity, and documents instructing individuals to engage in sexual conduct as a service to the Company.<br>f. Documents containing references by Nicole Daedone and/or ▇▇▇ ▇▇▇ to the assaults of one or more individuals.<br>g. Documents directing current or former members, clients, volunteers, affiliates or employees of the Company to engage in sexual activity and/or any other physical contact with one or more other individuals.<br>h. Documents referencing sexual activity among current or former members, clients, prospective clients, volunteers, affiliates or employees of the Company, including documents containing references to "Make Out," "Gender Balancing," "Sex Vacation," "Aversion Therapy" and/or "Aversion Practice."<br>i. Documents containing references to the concept of consent as it relates to sexual activity.<br>j. Documents referencing the arrangement of marriages among current or former members, clients, prospective clients, volunteers, affiliates or employees of the Company.<br><br>2. Documents concerning the Company's recruitment efforts, including but not limited to the following:<br>a. Documents concerning the Company's effort to recruit new members, clients, or other affiliates through rehabilitation programs; homeless shelters and halfway houses; and adult dating applications and websites.<br>b. Documents concerning agreements or arrangements written or otherwise between the Company and other entities, to include but not limited to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, relating to the referral of potential clients, and records of any financial compensation rendered pursuant to such agreements or arrangements. | |

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | 3. Documents concerning any concerns, alerts and/or inquiries submitted or raised by current or former members, clients, volunteers, affiliates, and/or employees of the Company regarding the Company's practices and procedures, and the Company's response(s), if any, to such concerns, alerts and/or inquiries.<br><br>4. Documents concerning any concerns, alerts and/or inquiries submitted or raised by members of the public regarding the Company's practices and procedures, and the Company's response(s), if any, to such concerns, alerts and/or inquiries.<br><br>5. Documents concerning any analysis by forensic psychiatrists or psychologists of current or former members, clients, volunteers, affiliates, and/or employees of the Company concerning such persons' experiences at the Company and/or the Company's practices and procedures, including but not limited to communications and invoices relating to such analysis.<br><br>6. Documents concerning any communications by current or former members, clients, volunteers, affiliates, and/or employees of the Company with law enforcement agents and investigators.<br><br>7. Documents concerning the Company's ethical review of its practices and procedures, including but not limited to documents relating to "Ethical Breaches" and an "Ethical Review," and an "Ethics Committee," and documents sufficient to identify the members and positions of individuals on or affiliated with the "Ethics Committee."<br><br>8. Documents concerning the Company's efforts to obtain green cards, visas, or other immigration benefits for current or former members, clients, volunteers, affiliates, and/or employees of the Company. | |

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | 9. Documents sufficient to identify the addresses of any commercial and residential locations affiliated with the Company, including any rental agreements for such locations, any codes of conduct in effect at such locations, and records of payment by tenants of such locations.<br><br>10. Documents concerning the Company's compensation practices, including but not limited to the following:<br>a. Documents sufficient to identify the amount of commissions and/or wages earned by the Company's employees, volunteers, and/or independent contractors affiliated with the Company.<br>b. Documents sufficient to identify the payment schedule of commissions and/or wages earned by the Company's employees and/or independent contractors affiliated with the Company.<br>c. Document concerning any withholding or delay of compensation to the Company's employees, volunteers, and/or independent contractors affiliated with the Company.<br>d. Documents concerning loans issued by the Company to the Company's employees, volunteers, and/or independent contractors affiliated with the Company.<br><br>11. Documents concerning payments of any kind (including but not limited to loan and royalty payments) made to or from Nicole Daedone and ▮▮▮▮▮▮▮, including any relevant agreements concerning such payments.<br><br>12. Documents concerning any and all 501(c)3 or other charitable entities established on behest of Nicole Daedone, Rachael Cherwitz, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, to include but not limited to Fill up America, OM Free and The One Taste Foundation. | |

4

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | 13. Documents concerning any offers, contracts, agreements, or arrangements relating to the sale of the Company and/or any of its affiliates, including but not limited to related records of payment. | |
| | | 14. Documents concerning the Company's document retention policies and procedures. | |
| | | 15. Organizational charts for the Company including, but not limited to:<br>a. Documents sufficient to identify all current and former employees of OneTaste.<br>b. Documents sufficient to identify the senior management and executive officers of the Company, including reporting chains for all business lines, sales, marketing and compliance functions from January 1, 2007 to the present.<br>c. Documents sufficient to identify the role(s) and title(s) of Nicole Daedone and ▮▮▮▮▮ in the Company. | |
| Round - 02<br><br>8 new requests | VOLUNTARY REQUEST //<br>May 23, 2022<br><br><u>Time Period:</u><br><u>Jan 1, 2015 to present</u> | 1. OneTaste's capitalization table, or, if OneTaste does not have one, a full list of all OneTaste investors and fully-executed agreements setting out the terms of their investments.<br><br>2. All bookkeeping and accounting records prepared or maintained for OneTaste. For each tax year produce financial statements; chart of accounts, general ledger, journal; subsidiary ledgers, trial balance; balance sheet; statement of profit & loss and vendor reports.<br><br>3. All records or other documents relative to the above whether or not used in the preparation of a tax return including Vendor Invoices; Forms 1099; Forms 1098; Trust Agreements; Consulting Agreements; Commission Agreements; Insurance Policies; Loan Agreements and Promissory Notes. | 4 responses<br><br>3, 4, 5, 7 – June 6, 2022<br><br>1 – Aug 25, 2022<br><br>4 – Aug 25, 2022<br><br>5 – Aug 25, 2022 |

5

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | 4. Copies of OneTaste's federal and state income tax and employment tax returns including amended tax returns whether filed or unfiled.<br><br>5. For S-corporations, schedules identifying shareholder's basis in stock and debt at the beginning and end of each tax period including information which identifies any adjustments to shareholder basis.<br><br>6. For Partnerships, schedules identifying beginning and ending balances in partner capital account for each tax period including information which identifies any adjustments to capital account balances.  Include information which identifies and partnership non-recourse debt.<br><br>7. For each tax return prepared and electronically filed, signed copies of:<br>Form 8879-PE IRS e-file Signature Authorization for Form 1065;<br>Form 8879-S IRS e-file Signature Authorization for Form 1120S;<br>Form 8879-C IRS e-file Signature Authorization for Form 1120;<br>Form 8879-F IRS e-file Signature Authorization for Form 1041.<br><br>8. Copies of Form TD F 90-22.1 or FinCEN Form 114, Report of Foreign Bank and Financial Accounts prepared or filed on behalf of OneTaste. | |
| Round - 03<br><br>56 new requests | VOLUNTARY REQUEST //<br>June 15, 2022 | 1. Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (Subpoena Request # 10):<br>    i.   Nicole Daedone<br>    ii.   ▮▮▮▮▮▮▮ | 5 responses<br><br>2 – June 28, 2022<br><br>3 – June 30, 2022 |

6

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | iii. Rachael Cherwitz<br>iv. ▆▆▆▆▆▆▆▆▆▆<br>v. ▆▆▆▆▆▆▆▆▆▆<br>vi. ▆▆▆▆▆▆▆▆<br>vii. ▆▆▆▆▆▆▆▆<br>viii. ▆▆▆<br>ix. ▆▆▆▆▆▆▆<br>x. ▆▆▆▆▆▆▆<br>xi. ▆▆▆▆▆▆▆<br>xii. ▆▆▆▆▆▆▆▆▆<br>xiii. ▆▆▆▆▆▆▆▆▆<br>xiv. ▆▆▆▆▆▆▆<br>xv. ▆▆▆▆▆▆<br>xvi. ▆▆▆▆▆▆<br><br>2. Rental and lease agreements associated with all prior and current OneTaste locations (Subpoena Request # 9)<br><br>3. Documents sufficient to identify the ownership, investors and legal representation (if any) of OneTaste entities other than OneTaste Incorporated, including but not limited to<br>    i. The Land<br>    ii. One Taste Holdings LLC<br>    iii. One Taste Investments LLC<br>    iv. OneTaste New York<br>    v. OneTaste Washington D.C.<br>    vi. OneTaste Boston<br>    vii. OneTaste Colorado<br>    viii. OneTaste Austin<br>    ix. OneTaste Bay Area<br>    x. OneTaste Media LLC<br>    xi. Mirror Clan Inc. | 1 – July 13, 2022<br><br>4 – July 19, 2022<br><br>6 – July 22, 2022 |

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | xii. Caravan Retreats<br>xiii. Do the Right Thing<br>xiv. Om Free<br>xv. The OneTaste Foundation<br>xvi. Fill Up America<br><br>4. Executed agreements concerning the sale (including the sale of shares of common stock) of OneTaste and any of its affiliates (Subpoena Request # 13)<br><br>5. Documents concerning any payments made to Nicole Daedone (Subpoena Request # 11)<br><br>6. Sales Team records and communications, including relevant slack communications/text messages (Subpoena Requests # 2 and # 3) | |
| Round - 04<br><br>47 new requests | VOLUNTARY REQUEST //<br>July 28, 2022 | 1. All bookkeeping and accounting records prepared or maintained for OneTaste.  For each tax year produce financial statements; chart of accounts, general ledger, journal; subsidiary ledgers, trial balance; balance sheet; statement of profit & loss and vendor reports. (Requested by email 5/24/2022)<br><br>2. Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (Subpoena Request # 10) (Requested by email June 15, 2022):<br>    i. ▮▮▮▮▮<br>    ii. ▮▮▮▮▮<br>    iii. ▮▮▮▮▮<br>    iv. ▮▮▮▮▮<br>    v. ▮▮▮▮▮ | 6 responses<br><br>1 – Aug 24, 2022<br><br>2 – Aug 25, 2022<br><br>3 – Aug 25, 2022<br><br>5 – Aug 30, 2022<br><br>4 – Sept 19, 2022<br><br>6 – Oct 2, 2022 |

8

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | vi. ▮<br>vii. ▮<br>viii. ▮<br>ix. ▮<br><br>3. In addition, can you please confirm that you do not have any additional documents for Nicole Daedone, Rachel Cherwitz, ▮ ▮ responsive to this request? I noticed there are very few records, and no records of payments made to/from these individuals.<br><br>4. Sales Team records in addition to the slack communications provided (Subpoena Requests # 2 and # 3) (Requested by email June 15, 2022)<br><br>In addition, can you please provide the following additional materials:<br><br>5. Employment agreements, any additional agreements regarding financial payments made to/from these individuals and any OneTaste entities and affiliates, and the contents of personnel files for the following individuals (happy to provide dates of birth if helpful):<br>    i. ▮<br>    ii. ▮<br>    iii. ▮<br>    iv. ▮<br>    v. ▮<br>    vi. ▮<br>    vii. ▮<br>    viii. ▮<br>    ix. ▮<br>    x. ▮<br>    xi. ▮ | |

9

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | xii. ▓▓▓ | |
| | | xiii. ▓▓▓ | |
| | | xiv. ▓▓▓ | |
| | | xv. ▓▓▓ | |
| | | xvi. ▓▓▓ | |
| | | xvii. ▓▓ | |
| | | xviii. ▓▓▓▓ | |
| | | xix. ▓▓▓ | |
| | | xx. ▓▓▓ | |
| | | xxi. ▓▓▓▓ | |
| | | xxii. ▓▓ | |
| | | xxiii. ▓▓▓ | |
| | | xxiv. ▓▓▓ | |
| | | xxv. ▓▓▓ | |
| | | xxvi. ▓▓▓ | |
| | | xxvii. ▓▓ | |
| | | xxviii. ▓▓▓ | |
| | | xxix. ▓▓▓ | |
| | | xxx. ▓▓▓ | |
| | | xxxi. ▓▓ | |
| | | xxxii. ▓▓▓▓ | |
| | | xxxiii. ▓▓▓ | |
| | | xxxiv. ▓▓▓ | |
| | | xxxv. ▓▓▓ | |
| | | xxxvi. ▓▓ | |
| | | xxxvii. ▓▓▓ | |
| | | xxviii. ▓▓▓ | |
| | | xxxix. ▓▓▓ | |
| | | xl. ▓▓▓ | |
| | | 6. Records, course materials, and attendee or student lists for the following courses: | |

10

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | i. Nicole Daedone Intensive (Fall 2014)<br>ii. Mastery Courses (2014)<br>iii. Mastery Courses NYC (2013 – 2016)<br>iv. Mastery Course LA (June 2015)<br>v. Magic School (Spring 2015)<br>vi. Magic School (August 2014)<br>vii. Taboo (October 2015) | |
| Round - 05<br><br>2 new requests | VOLUNTARY REQUEST //<br>Sept 21, 2022 | …In addition, please provide us with the following:<br><br>1. Agreements associated with March 2017 sale of OneTaste and any payments made to Nicole Daedone in connection with (both before and after) her departure from the company in 2017 (including any sale of OneTaste equity).<br><br>2. We would also like any communications or documents you have concerning Nicole Daedone's departure from OneTaste. | 2 responses<br><br>2 – Oct 24, 2022<br><br>1 – Oct 26, 2022 |
| Round - 06<br><br>1 new request | VOLUNTARY REQUEST //<br>Oct 31, 2022 | 1. We have one follow-up request: can you please provide documents that relate to OneTaste individualized events and services referred to as "immersions," "1080 immersions," "scenes," or "experiences"? In particular, we would like to obtain related client lists, intake forms, interview notes, video/audio recordings, scripts, list of participants, and communications (by text, email, slack, or any other service) relating to these individualized experiences. Happy to discuss this in more detail if you have any question. | 1 response<br><br>1 – Nov 21, 2022 |
| Round - 07<br><br>1 new request | VOLUNTARY REQUEST //<br>Nov 8, 2022 | 1. We also request that you provide us with any documents or communications that OneTaste has provided to the BBC or any other individual or party (including former OneTaste members) in connection with the ongoing defamation lawsuit against the BBC, or | 1 response<br><br>1 – Dec 1, 2022 |

11

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | any defamation lawsuits contemplated against other news organizations. | |
| Round - 08<br><br>26 new requests | VOLUNTARY REQUEST //<br>Dec 14, 2022 | As I mentioned yesterday, we are requesting the production of the following materials:<br><br>1. The full recordings of interviews of all individuals who have been interviewed in connection with this investigation.<br><br>2. Copies of the full threads of all of the communications referenced during yesterday's presentation.<br><br>3. All documents regarding OneTaste's course refund policies, and documents sufficient to show any refunds requested and whether they were granted or denied, and the basis for the grant/denial.<br><br>4. Time logs for all OneTaste employees.<br><br>5. All rental agreements for OM communal living and commercial spaces, and documents regarding OneTaste's collection of rent paid by its members.<br><br>6. Documents sufficient to show OneTaste's full course offerings<br><br>7. All text and email communications regarding OneTaste by the following individuals:<br>a. Nicole Daedone<br>b. ███████<br>c. Rachael Cherwitz<br>d. ███████<br>e. ███████<br>f. ███████ | 10 responses<br><br>2 – Dec 20, 2022<br><br>1 – Jan3, 2023<br><br>3 – Jan 11, 2023<br><br>5 – Jan 18, 2023<br><br>5 – Jan 24, 2023<br><br>4 – Jan 30, 2023<br><br>6 – Feb 3, 2023<br><br>10 – Feb 6, 2023<br><br>11 – Feb 9, 2023<br><br>9 – Sept 29, 2023 |

12

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | g. ▮▮▮▮▮<br>h. ▮▮▮▮▮<br>i. ▮▮▮<br>j. ▮▮▮▮▮<br>k. ▮▮▮▮▮<br>l. ▮▮▮▮<br>m. ▮▮▮▮<br>n. ▮▮▮▮<br>o. ▮▮▮▮▮<br>p. ▮▮▮▮<br><br>8. All communications (including but not limited to text/email/slack) by any OneTaste member regarding ▮▮▮▮▮ and/or ▮▮▮▮▮<br><br>9. All communications (including but not limited to text/email/slack) by any OneTaste member regarding allegations of sexual misconduct or abuse in connection with their participation in OneTaste.<br><br>10. A list of OneTaste's outside experts hired and the amounts each expert was paid.<br><br>11. All documents regarding OneTaste's reconciliation team<br><br>Hopefully items (1) and (2) should be quick to put together, because it appears that they were used to prepare your presentation yesterday. Beyond those items, one of the top priorities is the production of communications by members of OneTaste's leadership. We have never received any communications by Nicole Daedone or Rachel Cherwitz (except for a very limited collection of text threads), including the communications they exchanged with each other. | |

13

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| Round - 09<br><br>2 new requests | VOLUNTARY REQUEST //<br>Dec 20, 2022 | 1. Can we please have copies of all text/chat messages that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ exchanged with ▮▮▮▮▮▮▮?<br><br>2. In addition, can you please provide us with records of all payments made to OneTaste and its leaders and affiliates by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮? | |
| Round - 10<br><br>2 new requests | VOLUNTARY REQUEST //<br>Jan 6, 2023 | 1 - Thank you for sending the recorded interviews. We noticed the interview for ▮▮▮▮▮▮▮ appears to be "Part 2" of a multi-part series, and we believe that during our meeting we were shown excerpts of the first part. Can you please send us the first recording?<br><br>2- In addition, would you be willing to share with us the names of the 30-40 individuals who were interviewed? | 1 response<br><br>2 – Jan 18, 2023 EM |
| Round - 11<br><br>1 new request | VOLUNTARY REQUEST //<br>Jan 19, 2023 | 1 - Regarding the rent payments – could you please produce any records of rent payments made to a company doing business as Caravan Retreats or confirm that none exist? | 1 response<br><br>1 – Jan 24, 2023 |
| Round - 12<br><br>1 new request | VOLUNTARY REQUEST //<br>Jan 26, 2023 | 1. In addition, please produce the following: All "fear inventories" or related intake documents for any OneTaste members or employee | |
| Round - 13<br><br>1 new request | VOLUNTARY REQUEST //<br>Feb 10, | 1. Are you available for a call sometime next week (beginning on Wednesday, Feb 15) to discuss the video-recorded interviews? <u>In addition, in advance of the call, can you please confirm who conducted the interviews, who was present for the interviews, and when the interviews occurred?</u> (Emphasis added) | |
| Round - 14 | SUBPOENA //<br>Feb 22, 2023 | 1. Records of payments made by OneTaste by all investors, lenders, partners, acquirers, and owners of any branch of OneTaste, including | 10 responses<br><br>5 – March 28, 2023 |

14

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| 4 new requests | Time Period: Jan 1, 2007 to present | but not limited to payments by ▇▇▇, ▇▇▇, and ▇▇▇▇r.<br><br>2. All communications, including but not limited to email, text and Slack communications, regarding OneTaste by the following individuals:<br>　1. Nicole Daedone<br>　2. ▇▇▇<br>　3. Rachael Cherwitz<br>　4. ▇▇▇<br>　5. ▇▇▇<br>　6. ▇▇▇<br>　7. ▇▇▇<br>　8. ▇▇▇<br>　9. ▇▇▇<br>　10. ▇▇▇<br>　11. ▇▇▇<br>　12. ▇▇▇<br>　13. ▇▇▇<br>　14. ▇▇▇<br>　15. ▇▇▇<br>　16. ▇▇▇<br><br>3. All communications by any OneTaste member regarding ▇▇▇ and/or ▇▇▇<br><br>4. All communications by any OneTaste member regarding allegations of sexual misconduct or abuse in connection with their participation in OneTaste. | 1 – April 3, 2023<br><br>8 – March 29, 2023<br><br>7 – April 19, 2023<br><br>7 – April 26, 2023<br><br>**10 – QUASHED JUDGE PAMELA K. CHEN**<br><br>9 – Aug 28, 2023<br><br>7 – Sept 14, 2023<br><br>7 – Sept 22, 2023<br><br>4 – Sept 29, 2023<br><br>3 – Oct 21, 2023 |

15

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | 5. Copies of all communications that ▇▇▇▇ exchanged with ▇▇▇▇. | |
| | | 6. A list of all current OneTaste employees, their titles, and their dates of employment. | |
| | | 7. All documents regarding OneTaste's course refund policies, and documents sufficient to show any refunds requested and whether they were granted or denied, and the basis for the grant/denial. | |
| | | 8. All "Fear Inventories" in your possession, custody or control. | |
| | | 9. All spreadsheets, customer lists, records or training materials used and maintained by OneTaste's sales team. | |
| | | 10. Any and all audio or video recordings, or other mechanical recordings in your possession, custody or control which record or reflect statements made by any of the following individuals: [list of 64 video interviewees OneTaste previously supplied] | |
| Round - 15<br><br>1 new request | VOLUNTARY REQUEST //<br>March 6, 2023 | 1. It would be helpful if you could specify which of the individuals in request #10 are current or former employees (and separate between the two categories). | 1 response<br><br>March 8, 2023 EM |
| Round - 16<br><br>1 new request | VOLUNTARY REQUEST //<br>March 8, 2023 | 1. Can you please identify which of these are actual employees (current and former)?<br><br>2. And can you please let us know the actual employment status of those you flag as the functional equivalent of employees? | |

16

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | March 9, 2023 | We want to know which individuals had employment contracts with the company. And if any of those contracts provided for a contractor status, please identify those individuals accordingly. | 1 response<br><br>March 10, 2023 EM |
| Round - 17<br><br>1 new request | VOLUNTARY REQUEST //<br>April 12, 2023 | Can you please confirm whether you have responded to Item #6 of the February 21, 2023 subpoena (which requests a list of all current OneTaste employees, their titles, and their dates of employment)? I do not believe we have received a response on that yet, unless I am mistaken.  <u>In addition, as I believe we discussed on a prior call, can you please produce to us all agreements with all current and former OneTaste employees, contractors and/or volunteers concerning the terms of their responsibilities and compensation?</u>  We are happy to make the request by subpoena if needed. [emphasis added] | 1 response<br><br>May 4, 2023 |
| Round - 18<br><br>1 new request | VOLUNTARY REQUEST //<br>May 2, 2023 | Can you please send us a list of all attorneys and law firms who have represented OneTaste (presently or previously), and their contact information? | 1 response<br><br>May 3, 2023  EM |
| Round - 19<br><br>13 new requests | SUBPOENA //<br>Aug 28, 2023<br><br><u>Time Period:</u><br><u>Jan 1, 2008 to Jan 1, 2019</u> | 1. All communications, including but not limited to email, text and Slack communications, sent to or received by Nicole Daedone and/or Rachel Cherwitz regarding the following:<br><br>a. Romantic or sexual relationships among OneTaste clients, contractors and employees;<br>b. Instructions to engage in sexual acts;<br>c. Any previous or contemporaneous trauma experienced by clients, volunteers, contractors and employees;<br>d. Employee or contractor reassignments to different OneTaste locations;<br>e. Payments to OneTaste employees or contractors;<br>f. ███████ | |

17

| REQUEST # | TYPE // DATE | REQUEST | RESPONSE |
|---|---|---|---|
| | | g. Individuals identified as "VIPs," including by not limited to potential or current OneTaste benefactors, investors and clients;<br>h. Allegations involving incidents of alleged sexual or physical abuse or misconduct;<br>i. Rachel Cherwitz's departure from OneTaste.<br><br>2. All documents and communications, including but not limited to email, text and Slack communications, by any OneTaste member regarding ▮▮▮▮▮ ▮▮▮▮▮ demand letter to OneTaste, the subsequent mediation between OneTaste and ▮▮▮▮▮ in December 2015, and OneTaste's settlement agreement with ▮ ▮▮▮▮▮<br><br>3. All documents regarding Nicole Daedone Intensive courses held in 2018.<br><br>4. Documents sufficient to identify all corporate entities, trusts, non-profit organizations, and businesses affiliated with OneTaste.<br><br>5. Documents sufficient to identify the host of the @onetaste.us email domain and where emails sent or received using the @onetaste.us email domain are stored. | |
| | Nov 17, 2023 | I wanted to follow up regarding our prior conversation about Request 1 of the attached subpoena. Of Request 1, we would still request that you provide items 1(e), 1(g) and 1(i). Can you please confirm whether you intend to comply with those requests? | |

18