# Gov't Exhibit 1

United States v. Cherwitz et al., 23-CR-146 (DG)

| | |
|---|---|
| **From:** | Jane Doe |
| **Sent:** | Friday, August 5, 2022 1:05 PM |
| **To:** | McGinnis, Elliot C. (NY) (FBI) |
| **Subject:** | Re: [EXTERNAL EMAIL] - OneTaste |

Hello Elliot,

I am retiring this email and changing my US number per Karens suggestion. If you need to get a hold of me you can email me at ▮▮▮▮ When I get a new US number I will let you know. I can provide my ▮▮▮▮ number if that is helpful- ▮▮▮▮.

1