# Gov't Exhibit 3

United States v. Cherwitz et al., 23-CR-146 (DG)



**From:** Jane Doe
**Sent:** Tuesday, November 8, 2022 3:44 AM
**To:** McGinnis, Elliot C. (NY) (FBI)
**Subject:** [EXTERNAL EMAIL] - Fwd: Dear Jane Doe <3 love OT Member-2

---------- Forwarded message ---------
**From:** OT Member-2
**Date:** Thu, Oct 27, 2022 at 5:15 PM
**Subject:** Dear Jane Doe <3 love OT Member-2
**To:** Jane Doe

Dearest Jane Doe

I want to reach out to tell you some things that have been going on, which I want to connect with you about, and at least come clean so that I feel in integrity with our friendship.

First of all, I told OneTaste's lawyer - and I signed a statement saying - that you told me you broke the NDA. I don't know if you remember telling me you broke it, we were in a tent at Oregon Eclipse. I am very sad about this whole situation and that I had to do that. I do not want you to get in trouble, and OneTaste's lawyers promised me that they would not go after you in retaliation with this information, that they would only defend themselves.

More importantly, I want to reach out and say that I am your friend and I am your sister, even if we haven't spoken for years. I am worried about you. I know what it's like to be angry and hurt with people you once loved, to regret decisions you made, to feel taken advantage of. And I honor your feelings. I love you. I don't know how much of what the media is reporting is coming from you - but I know at least some of it. And darling beautiful badass woman, you don't need to keep doing this. You can heal from this. You know that the people in OneTaste still love you? They still love you crazy madly deeply. You're Jane Doe how could they not?

Sweetheart I wish you could feel the love in my voice but I couldn't find a way to send you a voice note. So this will have to suffice. The FBI is too far. It's not fair, it's not right, crimes were not committed. Nicole is not a criminal. Neither is Rachel. They all agree that things were far from perfect within the organization, but it is unfair that they are being subjugated to criminal accusations.

I invite you to talk to me, please, as a friend. If you so desire I will not say a word to anyone about our conversation. But I don't know darling, it's worrying me, the whole thing, the way these lies have been spun. It's not right. We need to clean this up. There is already enough pain in the world.

Let me help you help me help all of us <3 please
Love you always,
Your fiery sister

OT Member-2

PS. Whatsapp & signal :