**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RACHEL CHERWITZ,<br><br>                Defendant. | Criminal Case No. 23-cr-146 (DG) |

**SUPPLEMENTAL AFFIDAVIT OF DUNCAN LEVIN, ESQ.**
**IN SUPPORT OF MOTION TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT RACHEL CHERWITZ**

I, Duncan Levin, Esq., being duly sworn, depose and say:

1. I am an attorney duly admitted to practice law in the State of New York and before this Honorable Court. I represent the defendant, Rachel Cherwitz, in the above-captioned matter.
2. I respectfully submit this supplemental affidavit in support of my motion to withdraw as counsel for Ms. Cherwitz, pursuant to Local Criminal Rule 1.4 of the Local Rules of this Court, as well as the Court's Order dated August 14, 2024.
3. In compliance with the Court's Order, I hereby affirm the following:

    (a) I have served a copy of my previously-filed motion to withdraw, as well as this supplemental affidavit and my *ex-parte* submission, upon Ms. Cherwitz.

    (b) I am not asserting any lien in connection with my representation of Ms. Cherwitz.

4. For the reasons outlined in my initial affidavit and this supplemental affidavit, as well as my *ex parte* submission, I respectfully request that this Court grant my motion to withdraw as counsel for Ms. Cherwitz.

Dated: Brooklyn, New York
         August 16, 2024

Respectfully submitted,

    /s Duncan Levin
Duncan Levin, Esq.
Levin & Associates, PLLC
44 Court Street, Suite 905
Brooklyn, New York 11215
(212) 330-7626
*Counsel for Rachel Cherwitz*
