

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| GK/KCB/DEL/SMF<br>F. #2028R01401 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

September 16, 2024

By ECF & E-mail

Jennifer Ann Bonjean
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850
jennifer@bonjeanlaw.com
Counsel for Nicole Daedone

Imran H. Ansari, Esq.
Michael T. Jaccarino, Esq.
Arthur L. Aidala, Esq.
Aidala, Bertuna & Kamins PC
546 Fifth Avenue, Sixth Floor
New York, New York 10036
(212) 486-0011
iansari@aidalalaw.com
Counsel for Rachel Cherwitz

    Re: United States v. Cherwitz et al.
       Criminal Docket No. 23-146 (DG)

Dear Counsel:

    The government hereby provides notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 that, at trial, it anticipates calling Dr. Chitra Raghavan, a licensed clinical psychologist, to testify regarding methods of "coercive control" within various organizations. The government hereby provides additional materials related to the expected testimony of Dr. Raghavan in the enclosed disclosure, which is appended to this letter. The government reserves the right to supplement this disclosure with additional information.

The government also reserves the right to call additional and/or substitute expert witnesses. The government will comply with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703 and 705, and notify you in a timely fashion of any additional or substitute experts that the government intends to call at trial and provide you with a summary of the experts' opinions.

Respectfully submitted,

BREON PEACE
United States Attorney

By: ___/s/_____
Gillian Kassner
Kayla Bensing
Devon Lash
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000