AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cr-00146-DG-RML |
| Rachel Cherwitz ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant Netflix, Inc.

Date: 09/19/2024

/s/ Alyssa D. Bell
*Attorney's signature*

Alyssa D. Bell; CA 287751
*Printed name and bar number*

Cohen Williams LLP
724 South Spring St., 9th Floor
Los Angeles, CA 90014

*Address*

abell@cohen-williams.com
*E-mail address*

(213) 232-5160
*Telephone number*

(213) 232-5167
*FAX number*