

303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

October 16, 2024

**VIA ELECTRONIC FILING**

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:     *U.S. v. Cherwitz, et el.*, No. 23-cr-146 (DG)

Dear Judge Gujarati:

Defendants jointly write to request an extension of 10-days to file their opposition to the government's 130-page motion *in limine* and further seek a short extension to make Rule 16 expert disclosures. The government has no objection.

As this Court is aware, Defendants have consistently expressed concern that the government has failed to make disclosures sufficient to put them on notice of the government's theory of the case and the evidence it intends to present. The government's lengthy motion *in limine* offers Defendants their first real glimpse into the government's theory of the case. The government's motion raises serious and meaty questions for this court to consider that implicate Defendants' Due Process guarantees and their Sixth Amendment right to present a defense to its novel charge. In short, this case involves an unprecedented application of the forced labor statute that requires careful consideration by all parties and this Court.

With the foregoing in mind, Defendants request until October 28, 2024, to file their opposition to the government's motion *in limine.* Defendants have been working diligently to produce Rule 16 expert disclosures but require additional time, largely because of the government's recent filing, to produce those Rule 16 expert disclosures. Accordingly, Defendants seeking until October 21, 2024, to file those disclosures. The government lodges no objection.

                 Respectfully Submitted,

                 /s/JENNIFER BONJEAN
                 *One of the attorneys for Nicole Daedone*
                 Bonjean Law Group, PLLC
                 303 Van Brunt Street, 1st Floor



Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

Brooklyn, NY 11231
718-875-1850
Jennifer@bonjeanlaw.com

/s/IMRAN H. ANSARI
*One of the attorneys for Rachel Cherwitz*
Aidala, Bertuna & Kamins PC
545 Fifth Avenue, 6th Floor
New York, New York 10036
212-486-0011