# CALENDAR: MAGISTRATE JUDGE'S PROCEEDING

BEFORE: **LEVY, R., USMJ**      DATE: **Nov. 15, 2024**      TIME: **8:49 a.m. – 9:50 a.m.**

DOCKET# **23 CR 146 (DG)(RML)**

DEFT NAME: **Rachel Cherwitz; Nicole Daedone**

**X** present ___ not present      ___ custody ___ bail

DEFENSE COUNSEL: **Imran Ansari, Arthur Aidala (for Cherwitz); Jennifer Bonjean (for Daedone)**

**X** present ___ not present      ___ CJA ___ FD **X** RET

INTERPRETER(s): **N/A**

AUSA: **Gillian Kassner; Kayla Bensing**      COURT REPORTER: **Linda Marino**

CLERK: **Annika Reno; Leslie Rubin**

**X** CASE CALLED CRIMINAL CAUSE FOR:

___ Status Conference      ___ Waiver of Speedy Trial/Indictment

___ Detention Hearing      ___ Bail Application

___ Removal Hearing      **X** Other: Motion Hearing

*******************************************************************

**ORDER:**

___ Temporary detention order entered and detention hearing set for ___/___/___ before Judge _____ at _____

___ Bail package presented by defendant; application denied.

___ Permanent detention order entered with leave to reapply in the future.

___ Surety sworn and advised of obligations on bond; signature approved.

___ Bond issued.

___ Defendant released (after advised of penalties/sanctions for non-compliance with conditions of bond).

___ Bond revoked.

___ Parties will continue plea negotiations. Next Conference at _____

___ Time is excluded as per the order of excludable delay to

___ Transcript and proceeding are sealed.

1