# ***Notice of Request to Submit Electronic Evidence***

**Case Number:** 1:23-cr-00146-DG-RML

**Filing Party Name:** Rachel Cherwitz, Nicole Daedone

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**

The documents to be submitted are Defendants' Proposed Trial Exhibits and the related Exhibit List, which consist of 71 documents of significant size that require a separate transfer or upload.