

303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

**<u>VIA ELECTRONIC FILING</u>**
Hon. District Court Judge Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *U.S. v. Cherwitz, et el.*, No. 23-cr-146

Dear Judge Gujarati:

  Defendant Daedone is in receipt of this Court's November 15, 2024, order scheduling a status conference for December 10, 2024, at 10:30 A.M. Due to other professional obligations, Defendant Daedone respectfully asks this Court to reschedule the December 10, 2024, conference to December 11, 2024. Defendant Cherwitz's counsel consents to this request and the government has indicated they do not object and are likewise available on December 11, 2024.

  Specifically, Ms. Daedones' trial attorneys have two full-day back-to-back depositions in Chicago, Illinois in a § 1983 case *Munoz v. Guevara, et. al.,* 23-cv-03210 pending in the United States District Court for the Northern District of Illinois. These depositions are of the Plaintiff (Bonjean Law Group's client) and his wife, who have already cleared their schedules and booked travel from Florida to Chicago to attend these depositions. These depositions have been scheduled for over a month, involve several attorneys who also cleared their schedules, and the case has a firm fact discovery deadline that does not permit the rescheduling of these depositions.

  As such, Defendant Daedone respectfully asks this Court to hold this conference on December 11, 2024. All counsel and Defendants are available at that time.

          Respectfully Submitted,

          /s/ ASHLEY COHEN