SMF/KCB/DEL/GK/NG                      *271 Cadman Plaza East*
F. #2018R01401                         *Brooklyn, New York 11201*


                                       November 22, 2024


By E-mail and ECF

Jennifer Ann Bonjean                   Imran H. Ansari, Esq.
Bonjean Law Group, PLLC                Michael T. Jaccarino, Esq.
303 Van Brunt Street                   Arthur L. Aidala, Esq.
1st Floor                              Aidala, Berutna & Kamins PC
Brooklyn, New York 11231               546 Fifth Avenue, 6th Floor
(718) 875-1850                         New York, New York 10036
                                       (212) 486-0011

*Counsel for Nicole Daedone*           *Counsel for Rachel Cherwitz*


          Re:    United States v. Rachel Cherwitz and Nicole Daedone
                 Criminal Docket No. 23-146 (DG)

Dear Counsel:

          Enclosed please find the government's discovery in accordance with Rule 16
of the Federal Rules of Criminal Procedure.  This discovery is being produced to you
pursuant to the Protective Order in the above-captioned matter, entered on November 15,
2024.  ECF Dkt. No. 207.

     I.      The Government's Discovery

          A.      Documents and Tangible Objects

          •    American Express credit card records relating to Nicole Daedone
               (ONETASTE00266373 through ONETASTE00266699); and

          •    GROUPME communications concerning OneTaste provided by
               Individual #15 (ONETASTE00266700 through
               ONETASTE00269453), which the government notes, in an abundance
               of caution, contain information which may be favorable to the defense.

You may examine physical evidence discoverable under Rule 16, including original documents, by calling us to arrange a mutually convenient time.

The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a witness called by a Defendant." United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/
Sean Fern
Kayla Bensing
Gillian Kassner
Devon Lash
Nina Gupta
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (DG) (by ECF) (without enclosures)