

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

GK/KCB/DEL/NCG/SMF
F. #2018R01401

December 20, 2024

By ECF

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Cherwitz, et al.
                 Criminal Docket No. 23-146 (DG)

Dear Judge Marutollo:

        The government writes to supplement its proposed voir dire requests, which the government filed on November 8, 2024. See ECF No. 193. The government proposes adding the following question to its case-specific requests:

        This case may involve testimony regarding methods of coercive control. Do you have any knowledge regarding methods of coercive control? Is there anything about that knowledge that would prevent you from judging the evidence in this case fairly and impartially?

The government thanks the Court for its consideration.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/_____
Gillian Kassner
Kayla C. Bensing
Devon Lash
Nina C. Gupta
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000