UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                 :    Case No. 1:23-cr-00146
:
            Plaintiff,                 :    **NOTICE OF APPEARANCE**
:
   vs.                                    :
:
RACHEL CHERWITZ, et al.,                  :
:
            Defendants.              :
:
---------------------------------------------------------------X

     PLEASE TAKE NOTICE that Celia Cohen, an attorney duly admitted to practice in this court, hereby appears as counsel of record for all purposes on behalf of Rachel Cherwitz, defendant in the above-captioned matter.

Dated: New York, New York
       January 15, 2025

Respectfully submitted,

_____
Celia Cohen

Celia Cohen
E-mail: cohenc@ballardspahr.com
BALLARD SPAHR LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942

*Attorney for Defendant Rachel Cherwitz*