# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

Michael P. Robotti
Tel: 646.346.8020
Fax: 212.223.1942
robottiM@ballardspahr.com

February 17, 2025

*By Electronic Filing*

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>U.S. v. Cherwitz, et al., No. 23-cr-146 (DG)</u>

Dear Judge Gujarati:

    Defendant Rachel Cherwitz writes to confirm that she joins in the letter filed by co-defendant Nicole Daedone earlier today. *See* Dkt. No. 280.

    Respectfully,

Celia Cohen

Michael P. Robotti