# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RACHEL CHERWITZ, NICOLE DAEDONE<br><br>Defendant. | Criminal Case No. 23-cr-146 (DG) |

### MOTION OF RACHEL CAINE, ESQ. TO WITHDRAW AS COUNSEL FOR DEFENDANT NICOLE DAEDONE

Pursuant to Local Criminal Rule 1.4 of the Local Rules of this Court, Rachel Caine, Esq. respectfully moves this Court to withdraw as counsel for defendant Nicole Daedone. Ms. Daedone endorses this motion.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting her to withdraw as counsel of record for Defendant Nicole Daedone.

Dated: New York,
     February 17, 2025

                                                  Respectfully submitted,

                                                    /s Rachel Caine
                                                Rachel Caine, Esq.
                                                1275 4th street,
                                                Santa Rosa, CA, 95404
                                                (415) 994-9650
                                                *Counsel for Nicole Daedone*