UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                           23-CR-146 (DGG)

RACHEL CHERWITZ and
NICOLE DAEDONE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Kaitlin T. Farrell from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant United States Attorney Kaitlin T. Farrell
    Chief, General Crimes
    United States Attorney's Office
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6072
    Email: kaitlin.farrell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Kaitlin T. Farrell at the email address set forth above.

Dated: Brooklyn, New York
        March 28, 2025

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By: /s/ Kaitlin T. Farrell
Kaitlin T. Farrell
Assistant U.S. Attorney

cc: Clerk of the Court (DGG)