

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK/KCB/KTF/NG/SMF
F. #2018R01401

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 31, 2025

<u>By E-mail and ECF</u>

| | |
|---|---|
| Jennifer Ann Bonjean | Celia A. Cohen, Esq. |
| Bonjean Law Group, PLLC | Michael P. Robotti, Esq. |
| 303 Van Brunt Street | Ballard Spahr LLP |
| 1st Floor | 1675 Broadway, 19th Floor |
| Brooklyn, New York 11231 | New York, New York 10019 |
| (718) 875-1850 | (646) 346-8002 |
| | |
| *Counsel for Nicole Daedone* | *Counsel for Rachel Cherwitz* |

Re: United States v. Rachel Cherwitz and Nicole Daedone
Criminal Docket No. 23-146 (DG)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure and pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii). This discovery is being produced to you pursuant to the Protective Order in the above-captioned matter, entered on November 15, 2024. ECF Dkt. No. 207.

I. The Government's Discovery

A. Documents and Tangible Objects

- Tax records for the defendants Rachel Cherwitz and Nicole Daedone produced by the Internal Revenue Service ("IRS") pursuant to a judicial order, Bates numbered ONETASTE00273338-ONETASTE00274866.

The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a

witness called by a Defendant." <u>United States v. Napout</u>, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); <u>accord</u> <u>United States v. Smothers</u>, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

       If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

       Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:   /s/
Gillian Kassner
Kayla Bensing
Kaitlin Farrell
Nina Gupta
Sean Fern
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (DG) (by ECF) (without enclosures)