

303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

April 27, 2025

<u>VIA ELECTRONIC FILING</u>

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *U.S. v. Cherwitz, et al.*, No. 23-CR-146 (DG)

Dear Judge Gujarati:

      On behalf of Defendants Rachel Cherwitz and Nicole Daedone, please find enclosed a proposed order to permit Paralegals Galila Assefa, Sophia Moazed, Jacob Porter, and Keith Garland, and Attorney Schuyler La Barge to bring into the courtroom their laptop computers and cellular telephones beginning May 2, 2025, when the defense is scheduled to conduct its technology check at the courthouse. The aforementioned will be assisting defense counsel during trial in the above captioned matter. Ms. Assefa and Ms. Moazed are employed by Bonjean Law Group, PLLC. Mr. Porter, Mr. Garland, and Ms. La Barge are employed by Ballard Spahr, LLC.

      Respectfully submitted,

<u>/s/JENNIFER BONJEAN</u>
<u>/s/ KELSEY H. KILLION</u>
Jennifer Bonjean
Kelsey H. Killion
*One of the attorneys for Nicole Daedone*
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850

<u>/s/CELIA A. COHEN</u>
<u>/s/MICHAEL P. ROBOTTI</u>
Celia A. Cohen

Michael P. Robotti  
*Counsel for Rachel Cherwitz*  
Ballard Spahr, LLC  
1675 Broadway, 19th Floor  
New York NY 10019  
212-223-0200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.
-------------------------------------------------------- x
UNITED STATES OF AMERICA,

            **PROPOSED ORDER**

v.             23-CR-146 (DG)

RACHEL CHERWITZ and
NICOLE DAEDONE,

            Defendants.
-------------------------------------------------------- x

      Defendants have moved this Court for permission to permit Paralegals Galila Assefa and Sophia Moazed of Bonjean Law Group, PLLC, and Paralegals Jacob Porter and Keith Garland and Attorney Schuyler La Barge of Ballard Spahr, LLC, who will be assisting defense counsel during trial in the above captioned matter, to bring into the courtroom their laptop computers and cellular telephones beginning May 2, 2025, when the defense is scheduled to conduct its technology check at the courthouse.

      This application shall be restricted to the time period beginning May 2, 2025, through jury selection before Judge Joseph A. Marutollo, and continue until the end of trial before Judge Diane Gujarati, in the above-captioned matter.

      The above application is _____ .

                                      _____
                                      The Hon. Diane Gujarati