UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America

v.

Rachel Cherwitz and
Nicole Daedone

----------------------------------------------------------X

1:23-cr-00146-DG

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Matthew Donald Umhofer** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Umhofer, Mitchell & King LLP** and a member in good standing of the bar(s) of the State(s) of **California**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Ezra Landes**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 04/25/2025

Respectfully submitted,

/s/ Matthew Donald Umhofer
Signature of Movant
Firm Name: Umhofer, Mitchell & King LLP
Address: 767 S. Alameda St., Suite 270,
Los Angeles, CA 90021
Email: matthew@umklaw.com
Phone: (213) 394-7979

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States of America

                        Plaintiff(s),

v.

Daedone and Cherwitz

                        Defendant(s).

1:23-cr-00146-DG

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

---

I, Matthew Donald Umhofer, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Umhofer, Mitchell & King LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court  True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 206607
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cr-00146-DG for Ezra Landes.

Date 4/25/25
Los Angeles, CA

Signature of Movant
Firm Name Umhofer, Mitchell & King LLP
Address 767 S. Alameda St., Suite 270
Los Angeles, CA 90021

**NOTARIZED**

See attached
Notary Acknowledgement

Email matthew@umklaw.com
Phone 213.394.7979

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____ )

On __April 25, 2025__ before me, __Maria Peña, Notary Public__
(insert name and title of the officer)

personally appeared __Matthew Donald Umhofer__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Maria Peña_   (Seal)

MARIA PENA
Notary Public - California
Los Angeles County
Commission # 2496987
My Comm. Expires Aug 8, 2028

# THE STATE BAR OF CALIFORNIA

## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/25/2025

**LICENSEE NAME:** Matthew Donald Umhofer

**LICENSEE BAR NUMBER:** 206607

**LICENSEE STATUS:** Active

**ADMIT DATE:** 5/19/2000

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 7/31/2023 | Active | | |
| 7/1/2023 | Not eligible to practice law in CA | | Admin Inactive/MCLE noncompliance |
| 7/1/2023 | Not eligible to practice law in CA | | Admin Inactive/CTAPP noncompliance |

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record