# EXHIBIT A

**EXHIBIT A**

**SPERTUS LANDES & JOSEPHS LLP**

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700   F 310.826.4711

617 West 7th Street, Suite 200
Los Angeles, CA 90017
P 213.205.6520   F 213.205.6521

www.spertuslaw.com

July 3, 2023

## RETAINER AGREEMENT

This Attorney-Client Fee Agreement ("Agreement") is entered into by and between OneTaste, Inc., ("Client") and Spertus, Landes & Josephs, LLP (the "Firm").

This Agreement is a confidential communication to the extent contemplated by California Business and Professions Code § 6149 and is intended to fulfill the requirements established for attorney-client fee agreements described in California Business and Professions Code § 6148.

### SCOPE OF LEGAL SERVICES AND FIRM'S DUTIES

Client hires the Firm to advise Client in connection with the pending state civil matter entitled *OneTaste Inc. v. Blanck*, Los Angeles Superior Court Case No. 22STCV33093 (the "Matter"), other issues relating to the allegations of the Matter, and the government's investigation of Client in connection with those allegations and the allegations related to *United States v. Rachel Cherwitz et al.*, 1:23-cr-00146-DG, filed in the Eastern District of New York. [REDACTED]













SPERTUS LANDES & JOSEPHS LLP



SPERTUS LANDES & JOSEPHS LLP





Page 8 of 8



July 3, 2023

July 3, 2023

SPERTUS, LANDES & JOSEPHS, LLP

*Ezra Landes*
Ezra Landes

CLIENT

*[signature]*
OneTaste, Inc.