# Ballard Spahr

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

Michael P. Robotti
Tel: 212.223.0200 ext. 8020
Fax: 212.223.1942
robottim@ballardspahr.com

May 4, 2025

Kayla Bensing
Kaitlin T. Farrell
Nina C. Gupta
Sean Fern
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Counsel:

Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, defendants Rachel Cherwitz and Nicole Daedone are providing discovery via a separate secure link. The defendants will continue to provide discovery on a rolling basis. In addition, attached as Exhibit A is a supplemental witness list to the defendants' February 27, 2025 tentative witness list (Dkt. No. 286), April 20, 2025 supplemental witness list (Dkt. No. 330), and April 28, 2025 supplemental witness list (Dkt. No. 351). The defendants reserve the right to amend these lists and to call any of the government's identified witnesses. Please note that documents bates stamped DefenseProd00016194 through DefenseProd00016266 were previously produced in a different format.

As noted in the April 28 production letter, the defense has produced the vast majority of non-impeachment exhibits that it may introduce at trial in its Rule 16(b) productions, and it will identify specific exhibits once it determines that it will use such exhibits in its case-in-chief. The defense will continue to produce additional Rule 16(b) material on an ongoing basis.

Respectfully submitted,

/s/Celia Cohen/Michael Robotti
*Counsel for Rachel Cherwitz*
Ballard Spahr, LLC

/s/Jennifer Bonjean
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC

## Supplemental Defense Witness List

In addition to the witnesses set forth in the defendants' February 27, 2025 letter (Dkt. No. 286), April 20, 2025 supplemental witness list (Dkt. No. 330), and April 28, 2025 supplemental witness list (Dkt. No. 351), the defense may call the following witnesses:

