UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RACHEL CHERWITZ and
NICOLE DAEDONE,

            Defendants.

- - - - - - - - - - - - - - - - - X

PROPOSED
SPECIAL VERDICT FORM
FOR FORFEITURE

23-CR-146 (DG)

**Forced Labor Conspiracy**

1. Do you find by a preponderance of the evidence that the approximately $782,359.00 from Fidelity account NBJ-019265, held in the name of NICOLE DAEDONE, is property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the forced labor conspiracy for which you have convicted the defendants, or any property traceable to such property?

      _____ Yes             _____ No

2. Do you find by a preponderance of the evidence that the approximately $282,073.99 from Fidelity account NBJ-019298, held in the name of NICOLE DAEDONE, is property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the forced labor conspiracy for which you have convicted the defendants, or any property traceable to such property?

      _____ Yes             _____ No

      The foreperson should sign and date this Special Verdict Form and notify the Court that you have reached a verdict.

 

                                                                         _____

                                                                           Jury Foreperson

Dated: Brooklyn, New York
       June _____, 2025