UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America

    v.

Rachel Cherwitz and Nicole Daedone,

    Defendants.
------------------------------------------------------------X

**VERDICT FORM**
23-CR-00146 (DG)

### FORCED LABOR CONSPIRACY

How do you find the Defendant Rachel Cherwitz?

    Guilty __X__      Not Guilty _____

How do you find the Defendant Nicole Daedone?

    Guilty __✓__      Not Guilty _____

Dated: __6/9__, 2025
Brooklyn, New York

_____
FOREPERSON

