# NOTICE OF APPEAL

### United States District Court

__Eastern__ District of __New York__

Caption:

__United States__ v.

__Rachel Cherwitz and Nicole Daedone__

Docket No.: __23 CR 146 (DG)__

__Hon. Diane Gujarati__
(District Court Judge)

Notice is hereby given that __Rachel Cherwitz__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] __order of detention pending sentencing__
(specify)

entered in this action on __June 10, 2025__.
(date)

This appeal concerns: Conviction only | _ |   Sentence only | _ |   Conviction & Sentence | _ |   Other [✓]

Defendant found guilty by plea |   | trial [✓] | N/A |   .

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed |   |   N/A |

Appellant is represented by counsel? Yes [✓] | No |   | If yes, provide the following information:

Defendant's Counsel: Michael P. Robotti and Celia A. Cohen

Counsel's Address: 1675 Broadway, Floor 19

New York, NY 10019

Counsel's Phone: 212-223-0200

Assistant U.S. Attorney: Kaitlin T. Farrell

AUSA's Address: 271-A Cadman Plaza East

Brooklyn, NY 10001

AUSA's Phone: 718-254-7000

_M.P.R.CH._
Signature