UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Case No. 1:23-cr-00146-DG-RML |
| RACHEL CHERWITZ AND NICOLE DAEDONE, | : |
| Defendants. | : |

## NOTICE OF MOTION AND REQUEST FOR ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE OF SCHUYLER LA BARGE

**PLEASE TAKE NOTICE** that, pursuant Local Civil Rule 1.4 and Local Criminal Rule 1.1(b) of the Eastern District of New York, upon the accompanying Declaration of Schuyler La Barge dated September 5, 2025, Ballard Spahr LLP will move this Court before the Honorable Diane Gujarati, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the Court, to withdraw Schuyler La Barge as counsel of record for the Defendant, Rachel Cherwitz ("Defendant"). Defendant will continue to be represented by counsel of record Celia Cohen, Michael Robotti, and Kelly Lin of Ballard Spahr LLP. The motion for leave for Schuyler La Barge to withdraw is based on her no longer being employed at Ballard Spahr LLP. Ms. La Barge does not assert a retaining or charging lien. This application for withdrawal is being shared with Defendant and to counsel for Plaintiff through this filing.

Respectfully submitted,

Dated: September 5, 2025

Ballard Spahr LLP

By:  *s/ Schuyler La Barge*
Celia Cohen

1

Michael Robotti
Kelly Lin
Schuyler La Barge (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
cohenc@ballardspahr.com
robottim@ballardspahr.com
link@ballardspahr.com
labarges@ballardspahr.com

*Counsel for Defendant Rachel Cherwitz*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on September 5, 2025, I filed the foregoing Notice of Motion and Request for Order Granting Leave to Withdraw Appearance of Schuyler La Barge on the parties of record via the Court's electronic filing system.

                                                *s/ Schuyler La Barge*
                                                Schuyler La Barge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RACHEL CHERWITZ AND NICOLE DAEDONE,<br><br>        Defendants. | Case No. 1:23-cr-00146-DG-RML<br><br>**DECLARATION OF SCHUYLER LA BARGE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Schuyler La Barge, hereby declare as follows:

1. I am an attorney at the law firm of Ballard Spahr LLP ("Ballard Spahr"). I respectfully submit this Declaration in support of the Motion for Schuyler La Barge to withdraw as counsel of record pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.1(b).

2. As of Wednesday, September 10, 2025, I will no longer be employed by Ballard Spahr LLP.

3. Celia Cohen, Michael Robotti, and Kelly Lin will continue to represent the Defendant Rachel Cherwitz as counsel in this action.

4. The withdrawal of my appearance as counsel of record will not have a materially adverse effect on Defendant, as she will continue to be represented by the remaining counsel of record.

5. My withdrawal of appearance will not materially affect the progress of the case.

6. I am not asserting any retaining or charging lien.

7. This application has been provided to Ms. Cherwitz.

8. A copy of a proposed Order is attached hereto for Your Honor's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2025

*s/ Schuyler La Barge*
Schuyler La Barge

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on September 5, 2025, I filed the foregoing Notice of Motion and Request for Order Granting Leave to Withdraw Appearance of Schuyler La Barge on the parties of record via the Court's electronic filing system.

*s/ Schuyler La Barge*
Schuyler La Barge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RACHEL CHERWITZ AND NICOLE DAEDONE,<br><br>Defendants. | Case No. 1:23-cr-00146-DG-RML |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Motion for Schuyler La Barge to Withdraw as Counsel of Record is **GRANTED**. The clerk is directed to remove Schuyler La Barge as counsel of record for Defendant Rachel Cherwitz.

BY THE COURT:

_____
**The Honorable Diane Gujarati**