# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia A. Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

September 17, 2025

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Judge Gujarati:

        We write on behalf of defendants Rachel Cherwitz and Nicole Daedone to respectfully request that the deadline to file their sentencing submissions—currently set as September 29, 2025—be adjourned to October 29, 2025.  The government consents to this request.

        We appreciate that the Court recently granted an adjournment to September 29 for the parties' sentencing submissions, but at the time of the request, the parties had not yet completed their objections.  On September 4, 2025, the defense made lengthy objections to the 42-page, single-spaced PSR, and the government submitted objections as well.  After speaking with Probation, the defense understands that once Probation receives the parties' respective responses to the objections, it will then consider amending the PSR.  At present, Defendant Daedone intends to submit a response to the government's objections to the PSR by tomorrow.  Probation does not anticipate that it will be able to issue an amended PSR until close to the date by which defendants must submit their sentencing submissions.  Because defendants will need to review those amendments prior to drafting their sentencing submissions, the current due date does not allow the parties sufficient time to adequately prepare their sentencing submissions.

        In addition, defendants are contesting the guidelines calculation based on certain disputed facts that were not resolved or even addressed at the criminal trial.  If Probation's amended PSR does not change the guideline calculation, a *Fatico* hearing will be necessary to resolve certain factual issues.  In that circumstance, defendants propose that after Probation submits a final PSR and prior to the filing of a sentencing memorandum, defendants be afforded an opportunity to a file a motion for a *Fatico* hearing on specific factual issues that are central to this Court's determination of the adjusted offense level.  Upon completion of a *Fatico* hearing and factual findings by this Court, the parties will be in a better position to submit sentencing memoranda on the issues that remain.

For the foregoing reasons, Ms. Cherwitz and Ms. Daedone respectfully request that they be granted leave to file a motion identifying the factual issues requiring a *Fatico* hearing 14 days after Probation submits its final PSR. If this Court permits the parties to brief this issue, defendants propose that the deadline for submitting sentencing submissions be set after this Court decides if a *Fatico* hearing is necessary and the scope of the *Fatico* hearing. If this Court denies defendants' request for the opportunity to file motions for a *Fatico* hearing, defendants respectfully seek an extension for filing their sentencing submissions until October 29, 2025.

Respectfully submitted,

/s/Celia Cohen
/s/ Michael Robotti
*Counsel for Rachel Cherwitz*
Ballard Spahr LLP

/s/Jennifer Bonjean
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC