# EXHIBIT 19

To the honorable Judge Gujarati,

I am writing this letter to provide a character reference for Nicole and Rachel, both of whom I have known for the past eight years. Our relationship began when I had the opportunity to study with them, during which they taught me invaluable lessons about relationships and intimacy.

Nicole and Rachel have profoundly impacted my life. Their teachings on relationships and intimacy have been instrumental in helping me connect with and understand my wife on a deeper level. The wisdom they imparted has not only strengthened my marriage but has also enhanced my ability to communicate and empathize with others.

Many of the principles Nicole and Rachel shared with me are ones I still use today. Their guidance has provided a solid foundation for building trust, understanding, and mutual respect in my relationships. This influence has been pivotal in fostering a loving and supportive environment in my home.

Nicole and Rachel's contributions extend far beyond my personal experience. They have positively influenced countless others, providing support, education, and encouragement to those seeking to improve their relationships and personal lives. Their dedication to helping others develop meaningful connections and navigate the complexities of intimacy has been a source of hope and healing for many.

I urge you to consider the positive impact these women have had on people's lives as you deliberate their fate. Nicole and Rachel are compassionate, dedicated individuals who have consistently strived to make a positive difference in the world. Their work has enriched the lives of many, and I am confident that they will continue to contribute positively to our community if given the opportunity. Thank you for taking the time to consider my perspective. I sincerely hope that you will recognize the depth of their character and the far-reaching benefits of their teachings.

Abraham Heisler
Parkland, FL

Alia Bringas-Brand

S. Burlington, VT


Your honor

I am writing this letter in defense of the defendants Nicole Daedone and Rachel Pelletier.


I have been on the outskirts of two majorly influential associations for many years. The first experience I had was when my father and now, stepmother started OMing. I remember thinking to myself how strange it was, how I didn't understand why it needed to be such a big thing, and why it had to be my dad.


I then, many years later, sat down at my first women over dinner. I have never been in a room that felt so alive, so real, and so absolutely, celebratory and permissive. I personally only have experiences with women over dinner, and I know in my heart that this organization is founded in the celebration of women in all of the ways that we have been repressed I have never felt more excited to be a woman than when I was sitting there at that table, it felt like the world of womanhood was opening up and embracing me.

Despite not having personal experience with Om, I will add one personal anecdote. When I was a young kid, my dad was angry often. He sometimes said, and did very unkind things, and often acted explosive emotionally.


I have never seen a person grow into such patience, kindness, and courage, as he has through all of his experiences on this journey. I truly believe that the impact that this organization makes on the ways that men treat their partners is astronomical. if all of the men in the world could grow the ways that I've seen my dad grow, our world would be a lot kinder to women.


I am writing today in defense of Nicole Daedone and Rachel Pelletier because I believe that they can change the way that the world treats women for the better.

Thank you,

*Alia Bringas-Brand*

Alia Bringas-Brand

November 8, 2025

Dear Judge Gujarati,

In 2022, I met many now dear friends who have studied with Nicole Daedone and Rachel Cherwitz for many years. I have never met people so joyful, generous and deeply caring. Everyone I have met in the community is grounded, authentic and truly uniquely and beautifully themselves. I was experiencing chronic health issues and severe depression, and this community was such a source of inspiration, warmth and hope for me during a very hard time. They are now some of my most cherished friendships. I know from speaking to these people, that a lot of how they show up today in the world and in relationships, stems from what they have learned through their direct experiences with Nicole, Rachel and the practice of OM.

I experienced that same generosity of spirit, kindness and authentic joy when I interacted with Nicole and Rachel at different times in 2023. Rachel has taken time to talk to me in times of need, always helping me access greater peace and clarity in my life. Nicole's talks and books have been a great inspiration for me and help guide me to live a more meaningful and true life, a life of peace, connection and honesty. I witness Nicole in her free live lectures, being incredibly generous, kind and sincere in addressing people's questions and meeting them where they are with exquisite care. Rachel and Nicole have both been inspiring examples for me for how to be an honest, powerful woman with integrity, love and kindness.

I truly believe that the teachings of Nicole and Rachel, the practice of OM and the meaningful connections I have in my life now through this community have helped me strengthen my connection to my authentic self and help me clarify my life direction. I sincerely hope that their work can continue to touch lives like it has mine.

thank you for your time,

Amber Cooney

Thursday, June 12, 2025

Dear Judge Gujarati.

My name is Ana Christa Boksay. I am a non-practicing attorney admitted to the bars of NJ and NY. I practiced law in NY and Paris as an associate corporate attorney from 2011 to 2015. For the past decade, from 2015 to 2025, I worked for a global management consultancy in risk management and human resources, up to the Director level.

I met Rachel in December 2012 at a day-long Introduction to Orgasmic Meditation workshop. For 12+ years, I have attended numerous trainings led by Rachel, from 1:1 coaching to small coaching circles to huge seminars. I have always observed Rachel as a direct, generous, and kind teacher.

I am aware that she has been convicted of conspiracy to force labor.

Through my decade-plus of experiences with Rachel, I've benefited from her teachings. She is direct, and as a New Yorker, I've always appreciated her candor. I always knew where Rachel stood and what her opinion was, which was refreshing. While I attended many trainings with Rachel, perhaps what stands out most is our weekly Sunday women's group. Sometimes with as few as 3 women, Rachel would spend her Sunday evenings coaching us. She was always super-generous with her time, and provided thoughtful guidance and reflections. The Sunday Scaries banished, I would leave those sessions feeling empowered and ready to start my week.

Rachel's teachings have profoundly transformed me. As a high-performing woman who has struggled with anxiety and depression, I have pursued many avenues for treatment, including seated meditation, journaling, professional coaching, therapy, etc. Without hesitation, my time with Rachel has been infinitely more valuable. She enabled me to be more in touch with myself, move through trauma, and live a more fulfilled life.

Rachel and OneTaste have always treated me like an adult. I consistently felt at choice and free as a woman. There were times I would discuss potential courses with Rachel, and if I had any hesitation, she would tell me to stop. She stated numerous times that she didn't want to discuss my participating until I was a full yes, and knew I really wanted to do it.

One time, I signed up for a two-week retreat in California. When I arrived, I realized that there had been some miscommunications about my expectations. Rachel took the time to talk me through it, and tried to find some solutions. After a week, when it still didn't feel like a good fit, we agreed that I should leave early and be reimbursed accordingly. Despite that experience, Rachel and I have stayed in contact, and I am grateful for her continued friendship and teachings.

Thank you for your consideration. Please do not hesitate to reach out with any questions, or if I can provide further information.

Warmly,
Ana Christa Boksay

Andrea Hylen
1014 Broadway #85
Santa Monica, California 90401
443-604-1172
Andrea@AndreaHylen.com

November 2, 2025

Dear Judge Gujarati,

I am writing today in support of Nicole Daedone and Rachel Pellitier.

I first heard about OneTaste from a friend at church. He knew that I worked with women in a creative process of writing to heal trauma and loss and to reclaim personal power that was tied up in the old story. He also knew that I had my own losses of a husband, son, and baby brother and that some of the personal pain I was struggling with could help both me and my clients.

After watching Youtube videos of Nicole's Ted Talk and their appearance on the Deepak Chopra channel in 2013, I took several Orgasmic Meditation classes, met incredible people in the Los Angeles community and six months later met Rachel and Nicole in person. I participated in coaching circles, the coaching program and a mastery program and lived for a year in a house with other coaches.

All I ever experienced with Nicole and Rachel was a deep commitment to direct, honest communication with empathy and compassion in spaces that were safe and supportive.

It was through their teaching that I saw how the conditioning of 'good girl people pleasing' was limiting me and that not setting boundaries was harmful. During the trainings, I had several personal moments with each of them that changed my life and freed me to be a better mother, grandmother and coach. In the body practice I released trauma and healed my relationship with men.

The ripple effect and impact of learning from Nicole and Rachel has been an increased capacity to hold safe spaces for women in creativity groups, the healing of intergenerational trauma with my adult daughters and grandchildren and an ability to create better boundaries with family, friends, and clients.

Nicole and Rachel have helped thousands of people all over the world and my greatest hope is that they will be able to continue their pioneering work.

Thank you for reading my words.

In deep gratitude,

Andrea Hylen
Andrea Hylen
Founder of Heal My Voice

Dear Judge Gujarati,

My name is Aneka Theolade, and I am writing to you from London, England, about the conviction Nicole Daedone and Rachel Pelletier.

It has been with horror that I have watched the last 5 years unfold, culminating in thencharges of conspiracy to force labour for Nicole and Rachel.

I am a London-born, African-Caribbean, married mother of 3, who grew up in Trinidad and Tobago. When I came across OneTaste 7 years ago, the experience made a huge difference in my life. Not only were there the physical changes in energy and outlook that the practice of OM gave me, but also the courses and personal development programmes that helped me to define my own place and begin to carve out spaces of belonging, in a world in which I can sometimes feel marginalised.

After becoming certified to teach the practice by attending the OneTaste coaching programme, I had the opportunity to work for the UK-affiliate company TurnOn Britain, and it was here that I had greater exposure on a personal level, first with Rachel Pelletier and later with Nicole Daedone.

My experience of them and of the startup company was of some truly dedicated and courageous women who wanted to share something they really believed in and knew made a difference.

I have been in the somewhat unique position of being among the punters and those who worked for the organisation, and as a result, have a perspective shaped by both.

As a student, I experienced being held and understood by Nicole Daedone. She listened to me with the kind of compassion and generosity that created the space for me to see myself clearly and who I wanted to be. As someone working for the organisation, Rachel Pelletier ensured that I felt deeply included and that I always received commendations for work well done.

I write to you so that, in sentencing, you are given a wider perspective on who both women are and what they have meant to others, and thank you for your kind receipt of my correspondence.

Yours truly,

*AJ Theolade*

Novemeber 3, 2025

Dear Judge Gujarati,

Thank you for taking the time to read my letter. I met Nicole Daedone and Rachel Cherwitz in 2017 when I joined the OneTaste coaching program. Being a part of the Orgasmic Meditation community and participating in their year-long Memerbship deeply impacted and changed my life for the better. Before OneTaste, I was struggling with workaholism, isolation, and unexplainable fear—I was extremely closed off as a person and struggled with intimacy. The practice of OM and the education I received started opening me up to my vulnerability, honesty, and sexuality, and to a community of people utilizing and living by beautiful ideals of telling the truth, staying connected through conflict, having boundaries, and listening to one's body—all education imparted by Nicole's body of work and vision for how good life can be when we approach each other with a level of respect & honesty, that I have struggled to find in other communities.

Nicole has had so much positive impact on my life along with countless friends who have been students in this community. Rachel is one of my most treasured teachers, she is incredibly gifted, kind, and precisely attuned. She has helped me see and acknowledge my own beauty and power. Since entering this space in 2017, I am a different person. My life has opened up dramatically. I use the tenets of what I have learned in my offerings as an artist, and somatic healing practitioner. I know that I wouldn't be thriving in the way that I am had I not met these two women, their work, and the OneTaste community. There is so much goodness here and I want their work to continue. It is deeply needed.

Thank you for your time.
Warmly,
Anita Coats

November 3, 2025

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier. I have known both since 2014 when I became involved with One Taste. I then joined the One Taste coaching program in 2015. Being a part of the Orgasmic Meditation community and participating in their classes for a decade has deeply impacted and changed my life for the better and in extension those around me.

The practice of OM and the education I received started opening me up to my capabilities, setting healthy boundaries, better mental health, and to a community of people utilizing and living by ideals of telling the truth, staying connected, and listening to one's body—all education imparted by Nicole's body of work and vision to approach each other with a level of respect and honesty, that is rare to find in other communities.

As a person interested in self-improvement for four decades. I have studied meditation, yoga, and yoga therapy while working in IT and healthcare. I have always been a person that valued integrity, honesty, consent, respect for all life and self-improvement.  In all my interactions with Nicole and Rachel, I have known them to hold the highest standards for themselves, the people they interacted with and anything they were involved with.

The philosophy and techniques and coaching presented by Nicole and Rachel were the ones that actually made a difference and have helped me live my life as one which I could be proud of. I use the tenets of what I have learned in my offerings as yoga therapist and life coach. I know that I wouldn't be thriving and helping others had I not met these two women, experiencing their work, and the One Taste community. There is so much personal transformation and healing here and I want their work to continue. It is deeply needed.

Rachel has had so much positive impact on my life along with countless others who have been students in this community. Rachel is one of my most impactful teachers, she is incredibly gifted, kind, and insightful.

I am willing to testify under oath in this regard.

Yours sincerely,

Ann Justi
941 McLean Avenue, #360
Yonkers, NY 10704
914-318-6972
yourdesiredlifecoaching@gmail.com

Thursday, June 12, 2025

To the Honorable Judge,

My name is Antonio Collazo and I am writing this letter on behalf of Rachel Cherwitz, someone I have come to know as passionate, perceptive, and deeply committed to personal growth—both for herself and for those around her.

Rachel is a person who genuinely cares about truth. One of the qualities I've always admired in her is her courage to speak honestly, even when the truth is uncomfortable or difficult to say. But equally important is that Rachel never claims to have all the answers. Her style has never been about imposing a view, but about opening a dialogue—presenting ideas, possibilities, and encouraging people to find their own clarity. Her intention has always been to help others become their best, most honest selves.

What I feel is vital to emphasize here is the context in which Rachel made the choices that have led her to this legal situation. From what I observed, Rachel was profoundly influenced by Nicole Daedone. Her devotion to Nicole was deep—rooted in admiration, trust, and a belief that Nicole's vision was one of integrity. Rachel followed her not blindly, but with the assumption that she was walking a path that was thoughtful, ethical, and ultimately good.

It's clear to me that Rachel did not set out to cause harm. Rather, I believe she placed her trust in someone she revered, someone she believed would never lead her into wrongdoing. That trust shaped her decisions. While that doesn't absolve responsibility, it absolutely matters when considering her intent and the context in which she acted. Rachel's situation is distinct from Nicole's and deserves to be seen through that lens.

Judge, I ask you to see Rachel not just through the lens of what went wrong, but through who she is at her core: a person who speaks truth, who tries to help others, and who believed she was serving something bigger than herself. I believe she has already been deeply impacted by the weight of what has happened—and that going forward, she will carry these lessons with gravity, growth, and a sincere desire to live with greater discernment.

I hope you will consider her circumstances with compassion and differentiate her role and experience from others involved.

Respectfully,
Antonio Collazo

*Antonio Collazo*

May 24, 2024

Your Honor,

I would like to provide my experience with Nicole Daedone and Rachel Pelletier, who are currently facing legal challenges in your court.

I have been a student with OneTaste since 2016 and have undergone a deep transformation working with Nicole and Rachel and their staff. It has had a very empowering and rewarding experience for my growth and well-being. The education they imparted is extraordinary and offers women a perspective much required for them to understand their potential and ability to take on more responsibilities and challenges.

The experience with OneTaste opened me to new perspectives and showed me where I was blocking not only my own growth but also, how it was impacting others negatively. It has been the single most profound life experience so far! I desire every woman to have the experience I had and have the support from their staff,  which is required for a deep transformational work.

I have VERY high regards for Nicole and Rachel based on their impact in my life. They are not only supportive but also exhibit compassion, integrity, and undeterred dedication to women's growth in whatever areas they need.

Nicole to me, is a visionary, who has boldly dedicated her life to unwavering support and guide women to help them realize their potential. She is a courageous woman who inspires me to be bold and see the truth of my power and how I can influence the world towards more thriving and empowerment not only for women but anyone I connect with.

Rachel for me has been a leader who is bold and honest and exemplifies how truth is the basis of all power. I feel inspired to one day be as bold as her, standing for my truth against all odds!

They have since started several not-for-profit organizations to show love and respect to parts of society which I had very little exposure to and helped me experience more compassion and love for all.

When I heard of this case I was surprised as my experience with them has been nothing short of positive impact and empowerment for women and men. It felt like a breath of pure air I was looking for. It was the most nourishing and transformative experience, which would otherwise have taken decades, if ever. I pray more people get to experience this much evolution in such a short span of time!

We need more Nicoles and Rachels to bring about women's empowerment. Their life's mission has been to uplift those around them, helping individuals and communities to heal and thrive.

It is my prayer that you will consider the unmeasurable positive influence Nicole and Rachel have made on my and other people's lives and encourage them to boldly continue their invaluable work for the betterment of our society and our great nation and the world!

Thank you for considering my views in this matter. We need to see more women standing in their compassionate power to bring about a better world for all!

Sincerely,

AnuSavi Tara

Arne Noack
New York, June 2024

TO: The honorable Judge Gujarati

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

I have known both since 2016, when I became involved with One Taste course offering, as a person interested in self-, as well as marital-, improvement. Professionally, I have been working in the financial sector for over 17 years, and as such put great emphasis on a person's integrity, honesty and ability to act from a position of mutual respect.

In all of my interactions with Nicole and Rachel, I have known them as kind and loving persons, who hold themselves to high standards, as well as have proven to hold the highest standards toward myself. My experience with One Taste was one where I learned how to hold and respect several, sometimes seemingly contradictory, perspectives at once, and have learned how to be in service to others.

Since then, these aspects have made a real difference in my life, both personally and professionally, and for that I owe a great deal of gratitude for both Nicole and Rachael.

Yours sincerely,

Arne Noack

15

Dear Judge Gujarati,

I have known Rachel Cherwitz for the past decade of my life. I have participated in many events where she has played the role of my teacher and coach. And outside of these agreements, we have become friends.

I will always remain grateful to Rachel for how lovingly she helped me out when I faced hardships with intimacy. I have always been a man pursuing a loving marriage, and after my divorce, I was really needing guidance on how to move forward with this painful breakup. She provided a lot of useful literature from Alcoholic Anonymous inspiring me to rebuild my relationship with God and clearing out deep resentments I was carrying. She was extremely compassionate and generous as I regained my integrity from this devastating heartbreak.

Aside from the educator/coach dynamic, I have enjoyed our friendship. She was a housemate of one of my best friends, and I have plenty of memories of her sweet, kind, supportive attitude as I strolled through the house to hang out with my friend. I have seen her inspire so many friends into becoming phenomenal leaders and their best selves. I truly have deep admiration for her genuine generous heart.

Sincerely,

11/8/25

Balwin Ratra

November 2th 2025

To the honorable Judge Gujarati,

My name is Ben Phillips, and I first met both Nicole Daedone and Rachel Cherwitz when I enrolled in the OneTaste Coaching Program in San Francisco in 2012.

I want to start off by saying, of course both Nicole and Rachel are not perfect, they have, at times, given me what I consider "bad advice",

but I asked for that advice

and before they would give me any advice, we had a clearly defined agreement that I am responsible for not taking their advice if it is not what I want.

And this "not taking advice" or in other words "holding my boundaries" is one of the biggest things I learned from them.  Before meeting them I believed I had to take others advice even if I didn't ask for it.

Their influence on my growth as a man has been profound, and I am immensely grateful for their presence in my life.

They both possess an incredible ability to see through my psychological facades and challenge me to confront my, what I thought were, my shortcomings. They helped me go beyond my comfort zone with their honesty and attention, even when it was difficult for me to hear.

My perspective was broadened by Nicole's insights into culture and human behavior, her nuanced understandings challenged me to think critically and navigate the complexities of the world with greater empathy and understanding for myself, my wife, my son, and others…

Rachel's immense emotional capacity, dedication, and love have been a source of inspiration for me. Her unwavering support has encouraged me to strive for greatness and embrace my own vulnerability as a strength rather than a weakness.
Both of these woman have had such a great impact on myself and many others that I know.


Thank you for you time,

*Ben Phillips*

Ben Phillips

May 15, 2024

To Whom It May Concern,

I worked and lived at One Taste for almost 4 years beginning in 2006. It was beyond the shadow of a doubt the richest, highest-quality, and most interesting experience of my life to date. The community, work experience, and educational offerings that Nicole Daedone brought together were incredible for me to experience, and the lessons continue to help my life every day. I benefitted firsthand from Nicole's unrelenting commitment to helping people understand themselves and others. I'm aware that with her talents and gifts, Nicole could have done many other things with her career. Other choices would have been easier, more recognizable to society, more instantly accepted and rewarded, and certainly more financially lucrative. I believe Nicole's purposeful offering of One Taste to the world was deeply generous and kind. I'm grateful for the sacrifices she made and has continued to make, in support of personal liberation for so many of us. I was there in the early days of One Taste and was an eyewitness to how much hard work and countless hours went in to launching this business and this social movement. Nicole's incredible level of passion and commitment continues to inspire me to this day.

I was at One Taste when Rachel (then known as Racheli Cherwitz) arrived with friends from a long road trip to reach the community. She and Nicole formed an instant bond and did hard work together to align for the mission. My memories of Rachel are mainly of her listening and offering supportive feedback to very many community members.

I have felt concerned about the gravity of the sentences pending in both of these cases. I do not understand, so to speak, how the potential punishment fits the crimes. Yes, these are both intense and fiery women at times. I have in common with them a strong personality with strong opinions and the willingness to express them. Working professionally in the area of conscious sexuality is quite difficult. It was an

honor for me to serve next to Nicole and Rachel. While not always personally harmonious between us, I am 100% sure about their dedication to women's health and wellbeing. I can understand how people have gotten hurt along the way. I strongly believe that no offenses were committed that would cause for incarceration for either Nicole or Rachel.

When I first heard about this case, I felt nauseous, and hoped we weren't looking at a return to the Salem witch trials. The area of sexuality can bring up a lot of intense reactions for people, and those can sometimes be unconscious. I have been volunteering at San Quentin prison since 2018. I have learned a lot about the criminal justice system through participating in several programs there.

If I can be of further assistance in discussing my experiences at One Taste, please do contact me.

Thank you,

*Beth Crittenden*

Beth Crittenden
Tiburon, CA
beth@bethcrittenden.com
(415) 425-1615

November 3, 2025

My name is Beth Miller. I'm a longtime TV producer and former network executive who has spent a good portion of my career making romantic comedies and Christmas movies. Over two decades, I've produced more than 100 films for major networks including Hallmark, Lifetime, ABC Family, and Disney Channel. My movies have been nominated and won NAACP, Humanitas Prize awards and most recently, the Christopher Award..

I've known Rachel Cherwitz since 2015, when I took a One Taste course that she was teaching, I am aware that Rachel has been convicted of conspiracy to force labor. From the moment I met her, I was impressed by her keen intelligence, her kindness and her devotion to helping women discover the keys to their personal power. Rachel is a profound teacher. She's someone who can cut through the facade or mask you wear, to find the true person underneath. And do it with absolute love and approval. She's infinitely trustable, because she's done the same amount of work on herself and is an integrious being. I didn't know it back in 2015, but Rachel would change my life.

I went on to take other courses through One Taste and even if Rachel wasn't teaching, I knew she had her eye on me and was tracking my progress. I sought Rachel out for coaching and had a profound session with her - where she had me write down 100 ways I'd shortchanged myself or self sabotaged over the years.  It was a huge wake up call, one that changed my perception and that would help me over the years. From 2015 to 2018, I took in workshops and courses with Rachel and other teachers and participated in two coaching programs. I spent time on the Land. On the Land, Rachel was in charge of the Restoration House, a big, modern wood cabin that offered a mental health and wellness program specifically tailored to a person's needs. Some people in the One Taste community raised money so that my friend Bricine, who was suffering from health problems, could join the program. Rachel was in charge of Restoration house at the time, and she was completely dialed in to Bricine's mental health and state of mind.  There was one day I had the good fortune to join

in a day of self care for Bricine that Rachel orchestrated. I could see Rachel in all the small, personal details that went into Bricine's day and the behind the scenes attention that went toward her recovery. On the Land I had the good fortunate to be part of the morning mediation and journaling sessions Rachel spearheaded, along with meetings Rachel led based on the 12 Steps of Alcoholic's Anonymous. I remember having a-ha moments and being so moved that sometimes I would cry through the sessions. On the Land, she was like a mother hen, with her attention out to make sure everyone felt taken care of and had what they needed. I remember one night we had an assignment to watch "Straight out of Compton" as a teachable movie. The idea that was in the hip hop world, if you were successful, you would bring your friends along - a rising tide raises all ships.  Hip hop songs would incorporate rifts from other artists in their songs. It was about connection, which was a core principle of One Taste. "We don't go unless we all go," was a saying I heard. A revolutionary thought in a disconnected world.   But it really felt like that - there was unconditional love and people like Rachel, who were devoted to helping you get free from your internal struggles. And I had plenty - I struggled with the challenges of being a single mom, I struggled with my career, I struggled with finding my voice. But I wouldn't be the person I am today without Rachel. What I learned from Rachel helped me in my most important relationships and the way I look at the world. I have better communication skills. I am a more patient mother and a more honest partner. I owe her a depth of gratitude.

Beth Miller

Beth Miller
bethmillerla@gmail.com
310-994-8908

Wednesday, June 11, 2025

To Whom It May Concern:
My name is Beth Wareham and I have been a publishing executive for 20 years in New York City.

I met Rachel 4 years ago when I began advising the group on their publishing endeavor. It was instant chemistry. She is a highly intelligent, empathetic person who made everyone she touched come alive with her spark.  I am better for knowing her.

On a highly personal note, I am a recovering alcoholic - her specialty is addiction - and her knowledge about my disease changed me and my sense of self. I am forever grateful.

Thank you for listening,
Beth Wareham

Nov 14, 2025

Dear Judge Gujarati,

I am writing to you in support of Nicole Daedone and Rachel Cherwitz. I've known both since 2017 when I found OneTaste in search of an open minded spiritual community. Working with Rachel and Nicole changed my life forever. Their courses taught me I could be vulnerable with others and learn how to communicate with people from my heart. I learned many practices such as boundaries, consent, deep connection and how to just be myself with people. That I am enough.

They taught me how to find compassion in others especially members of my family that I felt so distant, resentful and blocked from. My sister passed away a few months ago and I'm so grateful that the work they taught me took us from no contact to being very close in the last 5 years of her life. They taught me how to stand up for myself and find my powerful voice. To know my worth. How to take myself out of suffering and teach others to do the same. That I am not a victim. They also taught me sobriety. That I don't need to drink at work happy hours or hide my true awkward self to belong. To love myself.

The OM community taught me about sisterhood and how to back each other. I've been a professional photographer for about 20+ years in the industry and holding OM Women's Group for two years helped build my confidence in founding Women Photojournalists of New York, an organization I created to support female photojournalists. Since 2019 we have had over 200 women meet to connect on photojournalism, the issues we face and thrive in each other's company.

I feel heartbroken at the thought of others - especially women - being unable to have the life changing experiences and practices Nicole and Rachel have brought to our lives. I thank them from the bottom of my heart for all they have taught me and the countless others all still in connection across the globe. Thank you for your time.

Yours sincerely,

Bonnie Biess

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Brenda Fredericks. I hold both a Bachelor's and a Master's degree in Education and spent 22 years as a sixth-grade teacher, working closely with children and families. I now work as a coach and facilitator, supporting women and mothers to break generational patterns, create healthy family dynamics, and live in alignment with their values. My background has given me deep insight into emotional development, personal growth, and relational integrity.

I met Rachel Cherwitz on April 20, 2013, during my first OneTaste course in New York City when I learned the practice of Orgasmic Meditation.. I worked with Rachel closely over the next five years and found her to be a grounded, insightful and empowering teacher. Through countless workshops and personal interactions, I came to know her as someone who embodies integrity, deep listening, and a fierce commitment to the growth of herself and others.

I am aware that Rachel has been convicted of conspiracy to force labor. This charge bears no resemblance to the woman I have known for over a decade.

Rachel created environments that encouraged deep introspection, reflection, and emotional honesty. In her presence, I learned how to stay grounded in myself, especially as a woman navigating complex family and societal dynamics. Her guidance helped me discover my voice, speak up for my needs, and bring that clarity into my parenting, my romantic and platonic relationships, and my work with other women.

Spiritually, Rachel supported me in becoming more attuned to my body and more honest with my inner life. She helped me trust my intuition, embrace discomfort as a doorway to growth, and expand my capacity for love and leadership. I felt respected, empowered, and seen in her presence.  Sometimes it was confronting to be with because she is such a reflector of truth. I was always grateful for her insight and perspectives, which really opened my mind and heart.

I particularly want to highlight Rachel's impact on my relationship with my children. Her teachings gave me tools to become a more conscious, present, and loving mother. I often brought what I learned from Rachel into conversations with my kids, fostering deeper communication and mutual respect. The positive effects continue to this day, a testament to the enduring power of what she shared.

I wholeheartedly believe that Rachel's intentions were and continue to be in service of liberation, not harm. She has helped countless individuals, myself included, find freedom from unconscious patterns and embody emotional sovereignty and sobriety. Her work, spirit, and presence have had a lasting, positive influence on my life and family.

I hope this letter highlights the full picture of who Rachel is and the immense good she has done in the world, and for me personally.

With deep respect,
Brenda Fredericks

24

Wednesday, June 11, 2025

To Judge Gujarati,
I discovered that Rachel Cherwitz is being held in custody until sentencing having been found guilty of conspiracy to commit forced labor.
I am a senior engineer in New York City, 54 years of age. I live a regular Manhattan life and took courses by OneTaste in 2014, most significantly their then 10 month CP course. I want to support her plight below.

Many of the modules were facilitated by Rachel herself and so we became familiar that way. But I also interacted with her informally in social events and in passing on smaller weekly community meetings.
I found it a great community of unusually frank people in New York City, who helped me to get to the bottom of who I was and why my choices and behaviors got me the  outcomes they did in life - for better or worse.
And there is no doubt that this truthful way was demonstrated and sustained by Rachel whose workshops and way of carrying herself were unique. She was amazing at noticing and responding to what a room full of people were feeling or what someone needed, and at coaching on an individual level. Great gift and honed skill she had. Her direct addressing of what other people were too frail to address were invaluable - from feelings to ways of presenting oneself, to the communication involved - and choices you have - in how you conduct yourself in an elevator for example.

They were good times: fun, alert, deep, enlightening. The company over-delivered on their products often, as did Rachel: slick events with intelligently thought out curriculums and details that had them feel seamless.

It was deep stuff which naturally not only had conflicts arise but allowed them to arise for dealing with progressively. And it was Rachel's set up of the courses and how they ran that made them feel managed even when there were a lot of feelings going on. She personally could manage a group like that.
But also things like:
- how clients were greeted
- the number of helper staff on hand
- tea and snacks quality/quantity
- room and venue logistics
- using time well
- having the room looking organized and full of care

25

....all these were thoughtful and impressive factors which had us feel important and helped us to enjoy and enter the experience as well as it leaving an impression on my life in other areas. I compare things I do now in my profession with her benchmark of quality, aiming for her signature.

I trust that my record contributes to Rachel Cherwitz' good name and your decisions re her going forward.

Bruce Parkut

2

Your Honor,

I am writing this letter in support of the defendants, Nicole Daedone and Rachel Pelletier.

My name is Cara Brand and I have been OMing for 11 years. I'm an Sfactor teacher Orgasmic Meditation Trainer. I met Nicole and Rachel at the One Taste Coaching Program in New York City in 2014. At the time I was struggling to find a career that was fulfilling and a relationship that was enjoyable. I was divorced and very unhappy with my dating experiences. Life seemed like a mystery to me. Around the time I started OMing I met my current husband of 9 years. Our relationship hasn't been easy but it has been enjoyable and successful due in large part to what I've learned in classes with Nicole and Rachel. In fact every facet of my life has been affected by the amazing experiences I've had in their classes and information they've taught on communication, consent, relationships and personal responsibility. The main thing Ive learned from them is the power and reliability of my own inner guidance system to make my way through life and to be of the most help to others.

For instance I have very different spiritual beliefs and political leanings than my family but I've learned to appreciate them and our differences rather than be resentful and angry at them. I had struggled for years to find a fulfilling career but have since discovered my strengths into a unique career teaching women that I could never have imagined where I'm incredibly fulfilled. I was previously devastated by my divorce and felt hopeless to find happiness in relationship only to build the incredible marriage that I have today.

I now have a large audience of women who have looked to me for advice on how to find their own fulfillment in life and credit me with helping point them to their own intuition to guide them. This would not have happened without the teachings and generous work of Nicole and Rachel.

Please consider the impact these women have had on my life and the life of all the people Ive had an impact on because of them. I hope they get to continue their work helping people to have fuller, richer, healthier lives.

Thank you,

*Cara Brand*

Cara Brand
Los Angeles

Friday, June 13, 2025

June 11, 2025

Your Honor

I am a Life Coach with a BA and multi year background in psychology. I teach meditation and mindfulness as well.

Rachel Pelletier (Cherwitz) was my teacher in several courses, and on some occasions was also available to talk and answer questions when I hit challenges. In my experience, she did what a great coach does – rather than telling me what to do, she asked questions to help me and I always found her to be compassionate while never compromising at telling the truth. She was an incredibly important teacher in my healing work.

I have tremendous respect for bRachel because I know her. I know not only what she's given me in my own life, I see the good she does in so many ways in the world – she is skilled in the areas of trauma response and addiction recovery and the information she's offered through coaching and courses has been invaluable to me and to many others I know. I have always found Rachel to be a valuable mentor and an inspiration because of her integrity and courage.

Sincerely,

Carla Taddeo

28

November 11, 2025

Dear Honorable Judge Gujarati,

Thank you for taking the time to consider my letter, along with many others, in support of my friend Rachel Cherwitz.

I first met Rachel in the Fall of 2021 when we began our doctoral studies in psychology. Since then, she has become a close friend and a source of inspiration to me. When I met Rachel, she welcomed me into her immediate family, including her husband, Matt, and their beloved cat, Ginga. Ginga is an incredible animal and a testament to the love and care Rach and Matt share.

Throughout my friendship with Rachel, I have had the privilege of witnessing her embody numerous admirable qualities. She is a person of unwavering integrity, always striving to bring joy, love, and wisdom to those around her. Rachel is a dedicated professional who goes above and beyond to ensure she is thoroughly prepared for any project she commits to. It quickly became evident to our group that Rach is the go-to person if you're unsure about reading, unclear about a due date, need an idea for your paper, or require an uplifting conversation on a difficult day.

Rachel's dedication to her academic pursuits as a passionate researcher and dedicated student is matched only by her loyalty as a friend. Moreover, I have seen her commitment to her OM practice and community, where she has positively impacted many lives. Through her stories and sharing, I have learned that OM is a source of great spiritual strength for Rachel and Matt.

Rachel's influence extends beyond academia and spirituality; she has also significantly shaped my career path. Inspired by her example, I pursued a research position, a decision that continues to enrich my life two years later. Rachel's journey through this life has imbued her with qualities such as joy, kindness, strength, wisdom, and love, which she generously shares with those around her.

Rachel is a force for good in the world and best suited to continue her positive impact within her community. I am prepared to testify under oath to this effect.

Thank you once again for considering my testimony.

Warm regards,

Caroline Sweeney

Dear Judge Gujarati,

Thank you for taking the time to read my letter.

I met Nicole Daedone and Rachel Cherwitz in 2014 when I participated in several OneTaste programs, including one-on-one mentorship with each of them.

I am writing to offer a fuller picture of each of them as a person.

My experience of Nicole and Rachel was that they were brilliant, visionary, inspiring leader--and also genuine, compassionate, and kind.

They showed great courage and tenacity in working for a better world, one in which all people could feel safe, connected, and understood.

They each took the time to sit and listen to me without judgment and gave me some of the most powerful advice I have ever received, specifically about being honest, kind, and compassionate with myself in order to be so with others.  I felt held to a higher standard as a person and a woman.

I learned so much from each of these women about communication, empathy, honesty, and principles.  Their emphasis on honesty and communication has made a big impact on me and I believe it has helped me (and I hope those around me) for the better.

I felt moved to write this letter as the impact that Nicole and Rachel have had on my life is enormous and one for which I feel immense gratitude.

Thank you for your time. Please allow them to continue their work.  I am available to confirm any facts in this letter as necessary.

Sincerely,
Carolyn Sinsky

**Charity Danker**
Licensed Professional Counselor (LPC)
Certified Sex Therapist

**Date:** 11/10/2025

**Dear Judge Gujarati,**

I am writing in support of Nicole Daedone and Rachel Cherwitz, whom I have known since 2018 through my participation in the OneTaste program. I enrolled in their six-month certification program to become a Desire Coach and Orgasmic Meditation (OM) trainer. At the time, I was actively seeking a somatic-based program to complement the work I was doing with clients. I had begun teaching clients to identify sensations and emotions in the body, combined with meditation—a method I called Somatic CBT. However, I wanted formal certification in a somatic practice to enhance my credibility.

In my search, I discovered OneTaste. Nicole's writings resonated deeply with me; she articulated truths I had long felt but hadn't yet seen expressed. Her teachings on female empowerment, personal agency, and relationship dynamics aligned with my values. I especially appreciated her emphasis on expressing desires rather than complaints, which empowered me to ask for what I truly wanted. Her approach encouraged listening to the body's wisdom and making choices driven by desire and heart, rather than fear or societal scripts.

During the first weekend of the program, a psychologist taught us about the Victim Triangle and the influence of birth order on relational dynamics—both within and beyond the family. We explored parts work, emotional regulation, and the importance of integrating pleasure and play into our lives to reduce stress and increase vitality. That weekend alone offered more insight than many of my graduate courses in Marriage and Family Therapy.

Nicole consistently emphasized the importance of being a "Full Body Yes" or a "Hell No," advocating for personal integrity and the courage to make choices aligned with one's truth. She taught us not to contort ourselves to please others, but to live with intention and without regret. When I was invited to take additional classes, I felt free to decline if I wasn't interested or financially able—and my "no" was always respected.

At times, I struggled with the question "What is your desire?"—not because I lacked desire, but because I felt constrained by obligations, finances, or time. Even then, my responses were honored without pressure.

I consider Nicole to be one of the great female philosophers of our time. Both she and Rachel emphasize genuine, honest connection. As a Licensed Professional Counselor with a Certification in Sex Therapy (earned prior to my OneTaste training), I found their teachings deeply aligned with my understanding of self-love, unconditional love, freedom, vulnerability, autonomy, and free will.

For the first time, I encountered someone who embodied unconditional love in practice—something I had long aspired to, often facing criticism for my acceptance of those who had hurt me. I believe that when we pour love into the world, we receive it in return. Acceptance of others, even in their flaws, cultivates self-acceptance and healing.

Nicole masterfully weaves together trauma studies, somatic awareness, women's studies, spirituality, and relational dynamics into a cohesive framework for personal growth and coaching. Her presence in conversation is exquisite, and her questions provoke deep reflection. I've integrated many of her "hot seat" inquiries and Eros Sutras into my own practice, witnessing their transformative impact.

I teach Orgasmic Meditation to couples (when they are a "yes") and use the coaching prompts from Nicole's book *Slow Sex* to help clients deepen their connection with themselves and their partners. The Sutras often express what words cannot, offering clients new perspectives that reduce anxiety, depression, and self-doubt when practiced regularly.

Through my interactions with Nicole and Rachel, I've learned to listen deeply, offer genuine empathy, and extend love, trust, and honesty before expecting to receive them. I've grown in my ability to communicate desires, sensations, and emotions clearly, and I've embraced feedback—even when uncomfortable—as a mirror for growth.

Rachel, in particular, supported me through a difficult two-year period. Her encouragement, coupled with her honest reflection that I had created my own challenges by living out of integrity and adopting a victim mindset, empowered me to make meaningful changes and reclaim my strength.

Nicole and Rachel have been pillars of support on my journey. Their teachings on love, gratitude, forgiveness, and service are universally valuable. I believe they embody integrity and respect for others. I often draw on Nicole's eloquence to help clients understand the depth of unconditional love, and I have felt truly seen and supported by Rachel in my personal growth.

I extend my heartfelt gratitude to Nicole and Rachel for their unwavering commitment to self-love, service, connection, and authenticity.

**With warm regards,**
Charity Danker, LPC
Certified Sex Therapist

**Chas Hines**

Tinniswood Close

London

N5

3rd November 2025

Dear Judge Gujarati,

I came across Nicole Daedone via her Ted Talk back in early 2013. Struggling to cope with a toxic long-term relationship, her talk inspired me with a new perspective outside of a 'norm' that simply wasn't working for me. At the end of 2013, freshly single and back in the UK from the country of my ex-partner, I came across a pop-up shop for One Taste quite by chance. I remembered the name, Nicole Daedone and I went in. It was one of the best decisions I've ever made in my life.

The following weekend, I learned about Orgasmic meditation in a class. The concept was so alien that I almost didn't believe that my life could dramatically change for the better. But change it did. So so SO much for the better. The concepts of Telling the Truth at all times and stating my wants and needs no matter what, was a lesson in revelatory effectiveness to me. Within a few months, I met Rachel Cherwitz, when she visited London. I learned so much from her about being open and direct in my words and deeds.

Both these women have had a huge absolutely positive impact on my life. My relationships are great. My boundaries are clear. *I* am clear! I take good care of myself inside and out. I exercise, I eat well, I sleep properly. I am mindful, responsible, and deliberate in all my pursuits. I have more self-esteem than I ever imagined. My life has been made so much happier by the knowledge, teaching, and simple amazing truths these women have shared with me and others.

I think it was unprecedented that Nicole and Rachel opened this path for me and for other women (and men). I found courage and fulfillment from following them down it. Women being clear, motivated, loving and loved, confident and independent in all the right ways is something that is still frowned upon. And yet, in so many racist, gendered, and sexist ways, our society doesn't work in its present iteration.

The work these women do is amazing. Maybe some people interpreted it as the ultimate freedom and lost themselves or felt hard-done-by by it. But the vast majority of my fellows on this journey have benefitted greatly from the disciplines that we have learnt from Nicole and Rachel. And we have done this by simply learning to take full responsibility for our own lives. Do not harm yourself, your friends your family, nor your community. Not much wrong with that. I, my family, friends, and work colleagues are certainly benefitting from living this way.

Yours sincerely

Chas Hines
London
United Kingdom

34

Chelsea Thomas
1461 Haddington Dr
Folsom, CA 95630
Chelseathomas.health@gmail.com
916-248-6876
3 November 2025

Dear Honorable Diane Gujarati,

I am writing to you in support of Nicole Daedone and Rachel Pelletier, whom I have had the pleasure of knowing since February 2024. Over the past few years, I have come to know them both as individuals of outstanding character who have significantly contributed to my personal and spiritual growth.

From my interactions with Nicole and Rachel, I have found them to be exceptionally generous and kind-hearted. Their willingness to extend help and support to others has been truly inspiring. Nicole, in particular, has shown remarkable leadership and integrity in her endeavors, always conducting herself with a high degree of professionalism and ethical standards.

Rachel's empathy and compassion are evident in her daily actions. She has a unique ability to understand and connect with people, offering support and guidance whenever needed. Her dedication to fostering a sense of community and belonging has not only benefited me but also many others who have had the fortune of crossing paths with her.

Both Nicole and Rachel have demonstrated a profound commitment to their spiritual and professional lives. Their strong work ethic, reliability, and dedication to personal growth are qualities that have greatly influenced me. They are both excellent role models who have consistently encouraged me to strive for excellence and integrity in all aspects of life.

In conclusion, I wholeheartedly support Nicole Daedone and Rachel Pelletier and attest to their exceptional character and the positive impact they have on those around them. I am confident that they will continue to contribute positively to society and uphold the values of integrity, kindness, and compassion that they embody.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,

Chelsea Thomas

Dear Judge Gujurati,

My name is Cherylyn Freiwald and I am a 64 year old woman and researcher in the Energy Industry. I met Nicole Daedone and Rachel Cherwitz nee Pelletier in 2013 through the One Taste orgasmic meditation coaching course.

As a child and young adult, I was a victim of sexual abuse and drug addiction. Through therapy, the practice of OM, the teachings on addiction from Rachel, Nicole's teachings and perspectives on feminine sovereignty and the art of listening and communicating with my own body, spirit and Eros, I have been able to live a life with purpose, in service to connection and my community. While the teachings and perspectives of Nicole and Rachel are not mainstream nor the cultural norm, their work in addiction, the prisons and with the homeless and empowering women has made my world a better and more fulfilling place to live and work.

Had it not been for these women and their beautiful, engaging and thought provoking work, I may not have been able to pull myself out of my addictions and victim mentality to become the woman I am proud to be today. They and their work have enriched my life in a way that may be difficult to grasp, and is deep and healing.

With sincerity and respect,

*Cherylyn Freiwald*

---

Cherylyn Freiwald
Paonia, Colorado

Honorable Judge Gujarati,

I am writing this letter to share my experiences with Nicole Daedone and Rachel Pelletier (Cherwitz) as a friend, student, and colleague. I first met Rachel in 2013 when enrolling in the OneTaste Coaching Program and Nicole later that same year when the program began. I got to know them both over the course of the next five years while working for the company and continuing to take its courses.

I know these two women to be bold, courageous, and deeply rooted in a sense of purpose. They have both overcome incredible hardships in their own lives, learning to turn those experiences into unique strengths, and have made it their vocation to teach others how to do the same. I have directly benefited from their teachings as I learned how to love myself, trust myself, and overcome my social anxiety and people-pleasing tendencies. These changes allowed me to finally have the types of friendships and intimate relationships that I had been missing my entire life. These two women directly helped me become a more honest communicator, better partner, better listener, and more empathetic human being. I strongly believe that in today's world we need such things now more than ever.

There is a certain cultural climate we find ourselves in at this time that is calling for greater transparency, sensitivity, and accountability in all industries. The personal development industry is no exception, and it is in a uniquely complicated position in this climate with a combination of its relative newness, lack of standards and oversight, and the often sensitive subject matters it addresses. In such an environment, I believe one must look at the number of positive experiences people have had with a teacher or organization against the negative ones to gain a more full perspective, and I hope you will consider my positive experiences with these women and their work when reflecting on their character. I know Nicole and Rachel to be highly perceptive and adaptive to change, and I hope we can continue to see them refine their work to bring about positive change in this constantly changing world.

Sincerely,

Chris Paizis

Wednesday, June 11, 2025

Dear Judge Gujarati,

My name is Christine Kilavos. I am a creative entrepreneur who brings over 30 years of experience in the marketing and design industries, now guiding founders, creatives, and solo entrepreneurs through the often vulnerable process of launching or rebranding. I support those who feel "stuck" in how they show up—helping them find their authentic voice and presence in their work.

Alongside my professional path, I've pursued a 25-year spiritual journey rooted in Taoist, Tantric, Yogic and Buddhist teachings. Of all the practices I've explored, my deepest and longest commitment was with OneTaste, where I actively participated for ten years.

It was through OneTaste that I met Nicole Daedone. I was a student in two of the organization's Coaching Programs (CP11 and CP12), where Nicole's voice and presence had a profound impact on me. Her ability to convey insight—directly, compassionately, and with emotional clarity—helped me face parts of myself I might otherwise avoid. Nicole encouraged responsibility, honesty, and self-awareness, always guiding us back to personal agency and presence. She modeled what it means to be a woman deeply committed to her vision, and she became a powerful example in my life of feminine leadership and strength.

Beyond the classroom, I volunteered to support the community, often working "back of house" during intensive events. During those times, I also took care of Nicole's living environment—cleaning, shopping, and ensuring the space was peaceful and supportive of her work. This was a responsibility I accepted willingly. As a gesture of appreciation, I was invited to sit in on her intensives—experiences I continue to treasure for their richness and insight.

The truths I've encountered through Nicole's teaching continue to influence the way I live my life. She taught me to pause, to question, to align with integrity—and to do so with compassion. Her words, and the way she embodied them, still help guide me toward the life I aspire to live.

Thank you for taking the time to read this letter and for considering the impact Nicole Daedone has had on those of us who experienced her as a teacher and mentor.

Sincerely,
Christine Kilavos



Wednesday, June 11, 2025

To whom it may concern,

I am Christoph Jescheck, German citizen living in Germany, 39 years old. I am currently teaching German language for a living. I have a university degree in law and would be able to practice law in Germany. I have a Master degree from University of Melbourne. Throughout my studies, I was supported by a scholarship from Germany's most prestigious foundation, The German Academic Scholarship Foundation which awards scholarships to fewer than 0.5% of German students. I have worked at different university chairs as a research assistant but chose to change my career for personal reasons.

I came to know Rachel as a teacher during the Coaching Program which I took in 2017/18. I remember well the interactions I had with her during the Program and the interactions she had with other students. I came to know her also in a sales conversation.

I am aware that Rachel has been convicted of conspiracy to force labor.

I came to know Rachel as a nobel, trustworthy and honest person and teacher. I remember an interaction with her where she kindly and so much lovingly guided me to something I needed to see about myself. What she said to me is still relevant and stuck with me 7 years later! I had asked her about my desire to become a coach for men working with them around how to better connect with other men and women. I remember her saying that most people are just led by their egos. Only years later I actually understood why she said that. She was pointing to my ego and how it may be in the way of my desire to coach men to better connect. It turned out that she was right. It is still what I am working on today. She gave me the very thing that I had to work on to become who I wanted to be. I remember countless other interactions with students where she kindly and lovingly guided people to what they needed to see or hear. She was not afraid to say uncomfortable truths if that served someone's spiritual growth and awakening. Her teachings helped me to see myself better and orient to become a more connectable, emotional available and humble man with spiritual trust.

In the sales conversation I met Rachel as a honest and connectable sales person. When I decided not to take the program that I was offered and said I wanted due to financial constraints she accepted my clear no with no hesitation or trying force to sell it to me. In what I have seen at OneTaste, everybody was treated like an adult. A clear "No" was always an acceptable answer. It was in fact a main principle of the company's philosophy. That everyone is a fully agreeing and fully consenting adult. People were always free to go and leave the organization, of course, as well.

Christoph Jescheck

November 3rd, 2025

Dear Judge Gujarati,

In light of the conviction brought against Nicole Daedone and Rachel Cherwitz, it feels imperative that I write to you and give a testimony of my own experience with these two women. As someone who has had an opportunity to volunteer, participate, and work professionally with the Onetaste organization over the last 6 years, I have had the opportunity to witness their character and the impacts of it first hand.

In the most difficult and highest order of situations, I have witnessed a level of personal responsibility, candor, leadership, vulnerability, and understanding that is truly rare in its capacity for love from these two women. This remains true even when they have both been personally tested and faced with immense personal hardship. I have found again and again that Nicole and Rachel are above all else honest, direct, and steward any trust they are given with an exceptional type of kindness. My life has been profoundly bettered by both of them and the generosity they have dedicated their lives to bringing forth into the world. The gift they have of inspiring self-respect and dignity in others of all walks of life simply cannot be overstated.

As you may or may not know, for the last decade or more Nicole and Rachel have committed to serving some of the most underpriviledged groups in modern society. Their commitment to resource and positively impact prison reform, free food programs, and the treatment of addiction cannot be overlooked as a reflection of the true mission, heart, and generous spirit of both these women. I implore that you take these truths and my testimony into consideration when determining an appropriate sentence.

Regards,

Clayton Cone

Cléo Dubois
Academy of SM Arts
CleoDubois.com
650 322 0124

Nov 9, 2025

Your Honor,

I am writing in support of Nicole Daedone and Rachel Pelletier. I met them in 2007 when I was invited to one of the early lectures Nicole presented in San Francisco.

A member of the San Francisco BDSM community since the early 1980s, and lifetime honored member of the Society of Janus I have been giving classes and offering weekend training for adults interested in consensual erotic power play.

Soon I received an invitation from Nicole to present my work to the newly formed OneTaste community. I also met Rachel and found both of them clear, engaging and welcoming. Our association with me as an invited speaker bringing forth the concept of safe, sane and consensual erotic explorations to their young adult clientele felt just right.
I continued presenting lectures and hands-on exercises for OneTaste until 2018 or so. Attending many of Nicole lectures I trusted her as she saw the link between body and spirit empowerment, especially for women. A sense of Zen and power emanated from her teaching as well as grace. Her vision was bright and ready for the new generation of folks looking for community, self realization and consensual erotic explorations.

It pains me to see that them in this position as my experience of them, their work, and knowing them personally is that they were dedicated to offering a positive approach to ritualized female erotic pleasure.

I hope that you will agree that our sex negative culture could do well to support their visionary work aiming to create a more connected urban society.

Thank you,

Cléo Dubois

May 14, 2024.

To the Honorable Judge Gujarati,

My name is Cristal Hurwitz, and I met Nicole Daedone and Rachel Cherwitz in 2016 at a community program we regularly attended in Los Angeles. Both of these women have helped me through difficult times in my life.

Since 2016, Nicole has served as my life mentor, supporting me through the many phases of life that most women face alone. Thanks to her love and guidance, I did not have to face my hardships alone; I had her. When I met Nicole, I knew nothing about her work as a writer or her involvement in the OM community. I only learned about her life's work many years later.

I share all this to convey the kindness Nicole showed me by giving me her time to mentor me when she already had such a big, full, successful life to manage. She did so selflessly and was given nothing in return. Throughout the years, as I got to know more about her life, it strikes me how she made time for me week after week, year after year. The extent of her mentorship and the impact she has had on helping me build my own life would require many pages, which we cannot include here today.

I met Rachel through Nicole. She also shared her time with me and her life experience, helping me learn how to be a strong, selfless woman through observing their actions. Rachel has inspired me in many ways that also fall short of my writing. I feel thankful for the time we have spent together, and I feel lucky to have her as a friend.

I cannot express the magnitude of the impact Nicole has had on my life. Thanks to her guidance, I have been able to live a life of love, connection, service, courage, and wisdom. I have yet to meet another person like her. Again, I am deeply thankful for all she has taught me and given me.

Please consider the many lives these women have helped to transform, both within and outside of OneTaste. I do not know who I would have been without Nicole, and I know that she has many women just like me who still need her. Please allow her to continue sharing her heart with the world.

Kindly,

Cristal Hurwitz

Wednesday, June 11, 2025

To Whom It May Concern:

My name is Cynthia Peters. I work as a personal assistant to an internationally recognized spiritual dignitary during Her programs in cities around the United States. I am also trained in several healing modalities and offer these when not traveling. I have immersed myself in the field of personal transformation since 1996 when I was 23 years old and witnessed the passing of my maternal grandmother in her home in Maine.

I met Rachel when I was a student in the OneTaste Coaching program in NYC in 2015. When I think of Rachel I think of her sparky wit and depth of vulnerability when she shared about her own journey of discovering who she is and how she impacts others. While in OneTaste classrooms, I was introduced to the practice of Step work, which comes out of the AA movement. I found Rachel to be especially skillful in teaching others how to do their own Step work. I remember her reading some of her work to us in an Intensive in LA and how honest she was. Her honesty was inspiring and made the work of owning our own unhealthy patterns that much easier in the process of becoming 100% responsible for our lives.

A couple of years later, I attended a OneTaste Women's Course in LA, which Rachel taught. There was one interaction I had with her where she chose a word for me, that was very significant personally, as it was the exact word I had received written on a piece of paper from my own Spiritual Teacher. The synchronicity of that had me feel that Rachel was truly listening to something greater than herself.

I am aware that Rachel has been convicted of conspiracy to force labor.

In light of this recent conviction, I am writing to convey my support of Rachel and her character as a woman with great care for humanity and willingness to serve others as she matures in life and engages with the spiritual teachings she has found most useful.

Beyond being with Rachel at OneTaste events, I have known her outside the classroom in brief encounters, at a picnic, a group walk around San Francisco and a friend's home in Venice Beach, CA and I've always felt a kind of unspoken connection with her.

Thank you for your attention.

Sincerely,
Cynthia Peters

*Cynthia Peters*

44

Wednesday, June 11, 2025

To Whom it May Concern:

I, Dana Lawrence, am writing a letter on behalf of Rachel Cherwitz whom I have known intimately for 13 years.

I first met her and felt such a love warmth and connection with her that I felt safe enough to open up my deepest secrets I never told anyone.

She truly demonstrated so much love and openness when I first met her and to this day she has been consistent in her unwavering love and support for me and all in her field. We are all left better in her presence and cared for and stood for.

In her field and presence and devotion to practice, integrity, and growth and spiritual evolution, I never felt shamed and so much permission and acceptance so that I could heal and feel and share more.

I was quiet and introverted when I met her and i felt such deep awe and reverence with her practice and her adjustments with my Om practice and  these teachings. I felt her love always and I learned such deep devotion and commitment to practice with her love and unwavering presence and joy and permission.

I saw her demonstrate again and again how to take all situations higher and deeper with her commitment to taking responsibility and doing her practices and asking how can I be the highest and best Version of myself.

Her example and deeply lived practices daily no matter what was going on in her life is and was consistent and I began to see life this way too with her love and example.

I would see if I was being a blessing to myself and others or I was not. I became more contemplative and aware and truly her example of the 12 steps changed me forever as I had never  encountered them before.

I have only felt her unwavering love and integrity and her devotion to being her most impeccable self while also sharing so humbly and real with incredible honesty and commitment to growth and spiritual evolution.

She is so deeply generous and Is there for her family and friends And all in her field.

Her heart is so pure and I truly am forever changed with her love and legacy and walking her walk and being the highest expression of herself no matter what because these are her values - nobility, authenticity devotion and service.

She truly has a servant heart and gets such joy sharing her love and generosity with all. I truly love how she loves all

45

1

Equally And her love and holding of me has changed me forever.

I feel I have this backbone and love now and together beside her and Nicole have this deep mission to serve others.

She has inspired my awe respect and reverence and love all these years and only deepened these four years.

I've seen the impact she's had on so many And the incredible projects she is part of that is about sustaining life, returning dignity and love to all including those unsheltered, in prison, globally with women over dinner and every day all these years.

She truly has a boddhisatva heart and I love and trust her with all of me and stand beside her and Nicole Daedone in their soul mission of a world that is flourishing for all.

She has profoundly impacted all in her presence for the better and I have had the privilege of being in your field of love and wisdom and care these 13 years. I feel I know how to love myself more and all and hold space and I am more whole and free in my life than ever being a part of her world.

She models healthy love and freedom and sovereignty and integrity and practice all these years and a love and devotion with action that is of the highest caliber.

I am aware that she is facing charges of forced labor and yet in my experience of knowing her so intimately these 13 years, I feel more whole, loved, free loving and spiritually connected than ever with her in my world and her example.

I am a physical therapist with a MS,
BS and a certified coach yet her love and embodiment and example and these principles and way of living has made me more whole at 58 than I ever have been.

Thank you for receiving my letter and I hope you get to see for yourself and feel for yourself the remarkable nobility and love and impact our Rachel emanates wherever she is. She adds more love warmth devotion and spirituality with her being and example.
Sincerely,
Dana Lawrence

46

2

**Daniel Kriegman, Ph.D.**
20 Dorcar Road
Chestnut Hill, Massachusetts 02467

(617) 527-1631
kriegman@aol.com

November 13, 2025

The Honorable Diane Gujarati
225 Cadman Plaza E,
Brooklyn, NY 11201

  Re: United States v. Cherwitz et al.
  Criminal Docket No. 23-146 (DG)

Your Honor,

I have closely collaborated with Rachel Cherwitz on research related to Orgasmic Meditation (OM). I respectfully ask that you consider her character when determining her sentence.

I received my doctorate in 1980 and have practiced as a licensed clinical psychologist for 45 years. From 1977 to 1986, I worked at the Massachusetts Treatment Center for Sexually Dangerous Offenders. Eventually as Chief Psychologist, I held two positions there: Director of Supervision and Training for the staff, and Director of Intake and Treatment Planning. If someone was considered possibly sexually dangerous, they were committed for 60 days. After conducting interviews, background reviews, and risk assessments, my team submitted an opinion to the court (intake). If adjudicated "sexually dangerous," they were committed for one-day-to-life, and my staff then developed a treatment plan. I later worked for both prosecution and defense evaluating risk and testifying in court. Because of my specialization in evaluating risk, I also provided expert witness opinions regarding other psychiatric conditions involving danger to self or others. I've published over 30 peer-reviewed articles on psychotherapy and human psychology, especially concerning evolved traits and the interface between evolutionary biology and psychology. I've written several books, and I have evaluated and treated criminal offenders for almost 50 years. In total, I have evaluated or supervised the evaluation of over 1,000 criminal offenders.  My resume is attached.

Rachel and I worked on a study of Orgasmic Meditation for subjects with PTSD who had no connection to the organization OneTaste. Participants scoring in the moderate to severe PTSD range were taught OM using a mobile app and practiced in the privacy of their own home at least three times a week for four weeks. Each week, Rachel and I met with them on Zoom to check on safety and symptoms. They also completed weekly questionnaires to assess their PTSD symptoms so we could quickly identify if their symptoms were worsening for any reason. It was a safety study more than an efficacy study. We found no indication of danger to the participants from practicing Orgasmic Meditation and a suggestion of possible improvement, though without a control group we couldn't measure efficacy. I designed the study, supervised its execution, and met with the couples weekly. In addition to collaborating with me on those tasks, Rachel did most of the operational work including interviews, scheduling, and participant support.  She was diligent, conscientious, and reliable.

In my experience, competence is rare; Rachel was competent, focused, and energetic. She believed in what she was doing. She wanted to scientifically evaluate OM because she felt it had

47

given her tremendous benefit in her struggles with her own personal PTSD. She was sensitive and attentive to participants. OM is a strange practice; Rachel helped people feel comfortable. She handled introductions and coaching with care, and participants felt safe with her. Mostly, she was highly motivated because she genuinely believed in the practice. Rachel always gave honest answers and openly discussed her motivations and her own trauma history, which she felt OM helped her overcome. In my opinion, she was honest, forthcoming, hardworking, and demonstrated a high level of integrity.

In my many evaluations of criminal offenders, I have found it informative to examine the charges in detail and confront them with a challenge to present their understanding of the behavior that led to accusations. Though I was not evaluating Rachel, this process felt necessary if the two of us were going to have an honest relationship as we worked together. So, as I learned about the allegations, I challenged her to explain why she was being accused of serious criminal misconduct. My sense of Rachel came to include a possible shortcoming that enables me to understand how an honest, reliable, and responsible individual could be perceived by others as abusive. It's that Rachel can, at times, push herself and others too hard. This is especially true when she passionately believes in the value and worth of what she is promoting. And there is no question that Rachel passionately believes in OM as both a personal practice and a philosophy for her own life.

But Rachel has been able to turn even this shortcoming into a strength. If others feel that something Rachel has done is causing a problem and she is confronted, she doesn't become defensive. Rather, she seeks to understand the problem and is willing to work hard to find a solution. This is consistent with changes in the OneTaste corporation over the years as they modified many aspects in response to problems, changes that Rachel was involved in making.

Before she was remanded into custody, we discussed a follow-up PTSD study now that the safety of the protocol has been established. The next question is whether OM provides measurable benefit, likely requiring a control group—perhaps another form of meditation—to see if OM adds something beyond generic meditation and the placebo effect. Participants in our first study reported feeling better overall, according to their questionnaires. But they primarily reported that their relationships were improved, at least during the course of the study and after a brief follow up period. In our research, all couples reported positive experiences.

In determining her sentence, please consider her character as demonstrated by her willingness to work hard to put her *belief* in OM to an objective *empirical* test.

Sincerely,

Daniel Kriegman, Ph.D.
Clinical Psychologist
Newton, Massachusetts

48

Wednesday, June 11, 2025

To Whom It May Concern,

Hello.  My name is David Nafissian.  Over the years I have been an Internet consultant, a composer and playwright, a bookkeeper, and an actor.  I have a BA in Math/Computer Science and Music from Wesleyan University.  And I was elected to Phi Beta Kappa.

I was a student in the seven month course called CP-11, offered by OneTaste in 2016.  Rachel was one of the primary teachers there.  I was also in a residential intensive program at the end of 2016.  I don't recall if Rachel was there or not.  I also took one or two other shorter courses with Rachel.

I have read reports that Rachel has been convicted of conspiracy to force labor.

I did not have much direct contact with Rachel, but I did sit in several classes with her teaching.  In total, probably 20-30 hours or so.  I always had the sense she was super intelligent, and that she had a keen desire to penetrate to the heart of the matter at hand; to reach to Truth.  I also had the sense that she had reached a high level of consciousness:  there was an aura around her that felt to me like a very high vibration; pulsing with delight and smartness.

I never felt like Rachel tried to coerce me into doing anything I wasn't ready for. Nor did I ever observe her doing this to someone else in my classes.  And in all the hours I spent with so many other OneTaste students, I never heard anyone say anything to me about Rachel doing someone unethical or mean spirited or forceful.

All of this is offered with sincerity and integrity.

With warmth,

--David Nafissian

49

David Yadegar
Woodacre, CA
dyadegar@gmail.com

November 4, 2025

Your honor,

My name is David Yadegar and I am currently a business owner of a structural engineering firm in the bay area. I am writing to share some of my history with OneTaste in hopes that it can serve to shed light on the intentions and benevolence of Rachel Cherwitz and Nicole Daedone.

From 2007-2010, I had the pleasure of being a student at OneTaste with Rachel and Nicole. I was deeply woven into the community as a student taking classes on power, leadership, understanding my psychology, and the taboo topics of sexuality and orgasm. I look back on my time at OneTaste with gratitude, as the work there opened my eyes to my potential as a human being and what it means to live an embodied life. It exposed me to what radical truth looks like and how to live a more connected life. I developed trust with Rachel in particular given my close connection with her, and got to learn a potent template of relationship that has served me ever since.

I have watched the documentaries on OneTaste and have heard first-hand people's accounts of hardship in their time there. I can understand the concerns of people who claimed they were harmed during their time there. The topics that we were studying often went straight to the core of our character structure and who we are. This was hard. Even amongst people I was studying closely with, there were confronting vulnerable moments where seeing parts of ourselves was hard to be present to. The work there was challenging and it was clearly not for everyone.

As challenges arose, I watched the leadership team (of which Rachel and Nicole were a core part of) take stock of the feedback that was unfolding in people's experiences and take to heart how to more clearly and lovingly deliver the teachings and wisdom of the work. I did not feel coerced into doing anything in my time there. I felt completely at choice in my engagements, and when I was complete and it was time for me to leave, I left.

I trust in my heart the goodness of Rachel and Nicole's intentions to create a more connected world where women feel more empowered, people share their truths with greater candor, and we are all more honest with our longings and desires. Please consider the goodness of my experience and those of others that were voluntary parts of this community as you hold this case. These two women matter to me and their gifts have hydrated a world that has been thirsty for their teachings.


Sincerely Yours,

*David Yadegar*

David Yadegar

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Denise Lynn Harris. As I shared in my previous letter to the court, I am a 61-year-old mother of four and grandmother of seven. I'm mostly retired now, though I continue to hold women's circles and guide others in reclaiming themselves after long histories of self-abandonment—especially those emerging from environments that no longer reflect who they truly are.

I met Rachel Cherwitz through OneTaste's coaching program. She was also head of sales for the programs I enrolled in and led the 12-step-based sobriety work we were required to complete before attending deeper intensives. I had no history of substance addiction and had never considered sobriety work relevant to me.

However,  Rachel embodied a powerful combination of sobriety and desire—not by presenting them as opposites, as they are often framed in spiritual circles—but by living the truth that true desire is the clearest and most transformative antidote to addiction.   She showed me that True desire is rooted in embodied self-honesty. Addiction, by contrast, is often rooted in compensatory desires—ego strategies to prove, please, perform, or avoid.

Rachel had a rare ability to sense when a desire was flat or off, and she named it with clarity and care.

I felt that same integrity in every sales conversation we ever had. I never felt pressured by Rachel. She never pushed me to buy anything, and she never used fear or scarcity tactics—so common in sales environments—to sway my decision. Everything was based on desire.

The only pressure I ever felt was my own internal yes—pointing me toward my desire to grow, to move closer to the truth of who I am, and to break the patterns that blocked me from receiving the fullness I hungered for in my life and relationships. Her presence consistently reflected my autonomy, not her agenda.

She helped me see that some of my strongest desires were shaped by trauma, not truth. They weren't calls from the soul—they were attempts to get something outside myself to fill an unfillable hole. In that way, they mirrored addiction. And through her guidance, I began to see and heal those patterns at their root.

This wasn't therapy in the traditional sense. It was a rigorous, embodied inquiry into how trauma, desire, and unconscious patterns shape our choices—and how we can become more honest, responsible, and whole.

I had survived a childhood of emotional and physical abuse. Being sweet, agreeable, and good was the only way I knew to stay safe. I grew up afraid to say no, to express anger, or to be seen as difficult. That strategy became my identity. I truly believed I was all "love and light," because the darker emotions were too dangerous to feel.

51

Rachel helped me begin to see what I had exiled. Through the sobriety work she led, I came face to face with parts of myself I had long suppressed—fear, resentment, confusion, and grief. I began to understand why I had entered controlling relationships and why I stayed silent when things felt off. I hadn't known how to feel my body's signals, much less trust them. I hadn't known I *could* speak up without losing everything.

Rachel's leadership helped me break that cycle. Her care was unwavering, her honesty precise, and her presence deeply attuned. She never tried to fix or control me. She simply held the space for truth to emerge—and helped me recognize when I was slipping into performance, denial, or people-pleasing.

I began setting boundaries—not from fear, but from self-respect. I learned the difference between a "yes" that came from aliveness and a yes that came from guilt, fear of rejection, or internalized obligation.
I stopped confusing overgiving and enabling with love—and started recognizing them as ways I abandoned myself in the name of connection.

Because of this work, I no longer stay in relationships out of self-sacrifice. I've ended partnerships with clarity and care—without collapsing into shame or blame. I now know when I'm overriding myself. I feel the cost in my body—and I choose differently.

Rachel lived the work she taught. She helped me take responsibility without self-blame, feel fully without shutting down, and stay present even in discomfort. Her example gave me permission to be messy, slow, honest—and still worthy of love.

Through her guidance, I've formed friendships rooted in truth and mutual growth—relationships that have lasted over a decade. I've become someone who can love without losing myself. Someone who knows that safety doesn't come from avoiding conflict—but from staying in integrity with my body and truth.

One thing I am certain of is that my interactions with Rachel altered my life in a deeply positive and embodied way. I don't know exactly where I would be without her guidance and dedication to sobriety, but I do know this: I have never returned to many of the painful relational patterns that once ruled my life. And the patterns that do still arise are so much easier to spot, so much faster to turn around, than I ever imagined possible.

I don't know the full scope of the case before you. I can only speak from my own direct and sustained experience—and how deeply it changed my life and impacted me. What I experienced through Rachel's guidance was not coercion or control. It was a slow, steady reclamation of self that was healing and empowering and continues to this day.

Thank you for reading my words.

Warmly,
Denise Lynn Harris

2

53

**Derek Opperman**

**469 Raindance Street, Thousand Oaks CA 91360**

**3 November 2025**

Judge Gujarati, Your Honor -

I am writing this letter in support of Nicole Daedone and Rachel Pelletier, whom I met through OneTaste in 2016 as an access to relationship and personal development work.

I wasn't raised with good romantic role models.

Even further, I wasn't raised with good communication role models.

From my dad it was either happy, angry or football. To this day he's never said I love you first.

Vulnerability and full self expression were punished.

Before Rachel and Nicole's teachings I did not understand full self expression.

From working the 'Fourth Step' to get fears complete to receiving feedback with openness, ease and grace, I learned the beauty and boldness of vulnerability.

Rachel shared her ongoing divorce with another OneTaste teacher. She was visibly crushed. And in spite of that she still stood for one's desire to come, go, change in life (and relationships).

One's will is never to be repressed or forced, no matter how painful it was to someone else.

Nicole and Rachel taught me that there is Unlimited Freedom through truth.

I write this because their teachings gave me my life, my family, my freedom.

I am willing to testify to their character under oath.

Regards,

Derek Opperman

Wednesday, June 11, 2025

My name is Duccio Zambrini, I was born in Milan (Italy) on 16th January 1968.
I have worked as a sales person, FX specialist and manager at Bloomberg LP, for a period of 14 years ending in November 2011. During this period, I was responsible for revenues from existing clients of over 2 million USD on a yearly basis, and during my spell as a manager, I was in charge of a team of a group of around 60 junior sales people.
Since 2011 I run one of the largest business networking communities in London, London Connector as well as working as a consultant and coach, and managing my small portfolio of buy to let flats.

The first time I met Rachel, was in 2014, at that time I was a student of OM and a member of the London Community, and she came to London to give some talks. I found her extremely energetic, direct and transparent, and passionate about her mission. In 2015 I became an active member of the London OM Community and I took part in the course to gain the qualification as a coach, which took place in Los Angeles. Rachel and I became very good friends, she has had a tremendous (positive) impact on my life. There was a moment when I was speaking in front of fellow students at the course in Los Angeles, and I was hesitating. Rachel shouted at me from the back of the room to remind me who I am. It felt loving, extremely generous, and I received it in such a way that made me remove the doubts I had about myself. Rachel and I have also "worked" together in 2015 and 2016, during those years I devoted a good amount of time to volunteer within the London Community and leverage both my sales skills and my network to make more people aware of the benefits of the OM practice. This was done out of passion and desire from my side, at no point I felt I was "forced" to do anything. I learnt a lot from Rachel, at that time I was in a relationship with another female member of the community, and I credit Rachel if today I feel more empowered to "deal" with outbursts from a life partner, if I can be more comfortable with my own feelings, and expressing them.

I am aware that Rachel has been convicted of conspiracy for forced labor. I personally spent hundreds of hours "working" with the community and I was not paid for it. And to me this always felt a free choice from my side, in most cases I asked to be able to take part as a volunteer in those activities. It was rewarding to me, and I also felt it was a way to "give back" to a community that literally changed and transformed my life and the way I do business. These days I spend most of my time in Spain pursuing my passion for cycling. I am part of the local community of cyclists, and there is one Cafe in our town, which is a meeting point for local cyclists as well as tourists and on a few occasions the owner asked me if I could guide some of those groups, and when I could, I have done it with pleasure, because I love it, I love cycling, I love being with cyclists. In this respect, I see no difference at all between the way I chose and loved to be part of the OM community and "work" as a volunteer, and the way I choose to be part of the cycling community.

DUCCIO ZAMBRINI

D Zambrini

55

Sunday, June 15, 2025

Edmund Broadley
London, United Kingdom
15th June 2025

To the Honorable Court,

My name is Edmund Broadley, and I am a software engineer living in London. I
met Rachel during two of her courses in California in 2013 and again at a
retreat she offered in London in 2015. Though I have not met Nicole, I feel
compelled to write based on my personal experience of Rachel over that time.

Rachel struck me as a strong and unapologetic person — someone who speaks
her truth directly and without evasion. Her honesty and clarity in
communication were central to how she led her events, and I found her to be a
person of genuine integrity. She showed both courage and responsibility in
holding space for vulnerable and transformative conversations, and I never
once sensed anything deceptive or manipulative in her character.

For that reason, I find the idea that she might be a flight risk highly surprising
and inconsistent with the person I knew. From what I understand, she has
cooperated fully with the trial process thus far, which only strengthens my
sense that she is not a risk to abscond or evade the legal process. If the court
has determined otherwise, I would be genuinely interested to understand how
such a conclusion was reached — although I defer to the Court's judgment in
such matters.

I offer this letter simply to speak to Rachel's character as I have experienced it,
in the hope that it may be helpful in your considerations.

Respectfully,
Edmund Broadley

Your Honor,

My name is Elina Tserlin and I am writing in support of Nicole Daedone and Rachel Pelletier.

I am scientific professional, with 18 years in the pharmaceutical and biotech industries. I hold a biotech directorship position, managing a global team composed of 25 PhD / MS / BS scientists and engineers. My values have always been integrity, honesty, and the commitment to excellence -- in service to improving the lives of patients.

I am currently enrolled in the Art School program. Through this program and the broader community, I have had the chance to get to know both Nicole and Rachel, and I can definitively say that I have found Nicole and Rachel to be some of the most trustworthy individuals I have ever known.

Throughout my life, I have been fortunate to meet inspiring individuals who care deeply about improving the lives of others, including those awarded renowned accolades. And Nicole and Rachel come out as some of the most superb I have ever known. This stems from both their deep commitment to personal responsibility and their profound care for humanity, with belief in each person's inherent worthiness. Their progressive ideas are perhaps ahead of the times, but non-the-less, I have found their work to be undeniably overwhelmingly positive in impact.

I have witnessed both women hold themselves and others to the highest of ethical standards. This is what drew me to this community, the books, and the programs. Through being involved in the community, I am more self-aware which allows me to hold greater personal responsibility, I communicate more authentically, and I have more capacity to contribute positively to others.

I find Nicole and Rachel's work to be vital. And I am eager to continue to be part of the networks of generosity that Nicole and Rachel create.


Sincerely yours,

Elina Tserlin, M.S.

Elizabeth S. Franklin
2931 Barrett Avenue
Richmond, CA 94804


November 11, 2025

Dear Honorable Judge Gujarati,

Thank you for reading this letter. This is a second letter from me to inform you that I still stand by
Nicole Daedone and Rachel Cherwitz, even now after they have been convicted. As I respect
and honor these two women greatly, I hope you will take it to heart.

Beginning in 2007, I participated in open communication game nights, food programs for the
homeless, and various workshop activities at One Taste with Nicole Daedone and Rachel
Cherwitz.

Being a part of the One Taste community was one of the most rewarding experiences of my life,
as we cooperated communally, learned from one another and served others. What we
accomplished communally in terms of feeding the homeless was gratifying to say the least.

I valued the One Taste community for providing an educational forum where the practice
of being vulnerable, honest, and sharing intimate experiences was safely held. With this
trustable community I felt seen, understood and accepted. Our presence and understanding
of one another provided insights as to how important it was for me and others to be able
to speak openly. I feel at home within myself as I resonate with the values of this community.

Nicole's vision, articulated in her many talks and written works, awakens the possibility and
brings forth the example of how good life can be for all of us when we approach each other
with a deeper level of respect & honesty. I learned greater flexibility and adaptability from her
inspiring lectures. After my parents had passed, I was able to apply gathered principles
and generate my own extended family of friends, which foundationally provides my life
a wealth of treasured connections.

Rachel, another highly regarded teacher and counselor, has been truly inspiring as she warmly
shared her own vulnerable experiences and learnings. She welcomed me and helped me
acknowledge my own beauty and power.

**As I reflect upon these two bravehearted women who are dedicated to the well being of
others, I find myself deeply saddened by them now being in prison. I wholeheartedly
believe in their integrity and good will. Our world benefits from their graceful presence.**

Sincerely,

Elizabeth Franklin

Elyna Paizis
10683 Walker Drive
Grass Valley, California
530-263-9659
elynapaizis@gmail.com

November 3, 2025

I am writing in support of both Nicole Daedone and Rachel Pelletier, both of whom I have known since 2015.

For years I took classes where both women taught extensively. Then, I was employed by OneTaste for a few years as well.

I have seen Nicole and Rachel teach to the public, teach to their students and teach to their staff. I have been in meetings with them, eaten lunch with them and gone on walks with them. They are good people with good hearts. They are also business women tasked with the responsibility of salaries for dozens of employees, and the viability of a large organization. I watched them make new programs, close projects and move headquarters multiple times. They had so many decisions to make every single day in their jobs - as teachers, mentors, content creators, business strategists, marketers, managers.

Throughout my time around both of these women I can say confidently that I know they care deeply about others. They care about the world, the state of women everywhere and the liberation of souls. I have no doubt that at times their commitment to the liberation of others was mistaken as unfriendly help.

These two women taught me to communicate clearly and stand up for what I believe in. They taught me how to speak kindly but firmly. They taught me how to lead groups, get people to work harmoniously together, and make deadlines. They taught me the human power of compassion, acceptance and humor in dark times.

Although I choose to no longer work at Onetaste, and I do not attend classes anymore, I make a point to stay connected with these women. They changed my life, opened doorways for me and taught me how to be a leader. I admire them deeply, and I love them, even if I don't personally agree with all the decisions I saw them make.

Thank you for reading.

Warmly,


Elyna Paizis

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Emily Perez. I am a 36-year-old woman from Brooklyn, NY. I am a single mother to a beautiful 10-year-old daughter and have worked in education for over 17 years. I currently serve as a School Counselor and hold a Bachelor of Arts in Sociology with a Minor in Theology from St. John's University, as well as a Master of Science in Education in School Counseling from CUNY Brooklyn College. My work has always centered on emotional growth, community support, and helping young people find direction and healing in their lives.

I have known Rachel for approximately eight years. I first met her in 2017 when I enrolled in a OneTaste Desire course in New York City. Later, I participated in their Coaching Program in 2017–2018, where Rachel served as one of the lead teachers. In addition to the teaching setting, I've interacted with her through one-on-one conversations, follow-up discussions, and various community gatherings. These interactions, both formal and informal, allowed me to know her not just as a teacher but as a person of integrity, empathy, and deep listening.

I am aware that Rachel has been convicted of conspiracy to force labor, and this has been both shocking and heartbreaking for me to process.

What I experienced through Rachel's teaching was the exact opposite of coercion or force. During one of the most difficult periods of my life, when my daughter was a toddler, and I was navigating single motherhood without much personal or spiritual guidance. Rachel offered a kind of support that neither therapy nor religion had been able to provide. Through her instruction, I was able to develop a new relationship with my inner world. Her ability to meet me where I was emotionally, without judgment, helped me reframe many beliefs I held about myself, especially those rooted in anxiety and self-doubt. Rachel never gave me answers—she always pointed me inward, back to myself. That simple gesture, over and over again, reminded me that I had the right to be at choice in my own life. I never once felt pressured or manipulated—if anything, I felt empowered and respected.

Rachel's generosity was also deeply impactful. I could not afford the full cost of the Coaching Program, and without my asking, she arranged a scholarship so I could continue. Her support was clearly not about financial gain. She simply recognized someone who was sincerely seeking, and she responded with compassion. She made herself available through text, phone calls, or email, and I always knew I could reach out to her for thoughtful, grounded guidance. In our conversations, I often brought up my hopes and dreams—the ones I felt were too far out of reach and somehow, in speaking with her, those dreams became tangible, possible. She helped me see how what I perceived as flaws were actually entry points into my creativity and strength.

Spiritually, Rachel's teachings helped me reconnect with a sense of the divine that felt personal and alive. Coming from a Catholic background, I had often experienced faith as rigid or out of reach. But with Rachel, I encountered a kind of spirituality that welcomed all of who I was; my fears, my hopes, my sexuality, my motherhood, my doubt. It was a space of radical acceptance, and that spiritual nourishment allowed me to grow as a woman and as a mother.

As a woman who has participated in OneTaste, I always felt at-choice and never anything less than an adult with full agency. This was a space where I could speak openly, explore boundaries, and engage with my personal growth without shame. It was one of the rare environments in my life where I felt seen and empowered, and Rachel was a big part of that. I always felt respected, never coerced. Her work encouraged autonomy, not dependency, 100% of the time.

Rachel's presence in my life helped me shape the kind of mother, professional, and human I am today.

Because of the love she offered me in some of these difficult places, I am now better able to help others who face the same. Her decency, integrity, and care have had a lasting impact on me, and on many others I know who worked with her. I hope that you are able to see the depth of her character through those of us whose lives she's touched.

Thank you for your time and consideration.

With respect,
 Emily Perez



2

7 November 2025

There is much that I can say about the love that Nicole and Rachel continuously put out into the world, the energy they create and foster with every breath exhaled out into the universe and how these facts are not only true for their closest friends but also for every stranger they encounter and how this love that they exude filters down and touches those that might not actually meet them in person.  With that in my mind, I want to share my experience with you regarding an organization started by Nicole and Rachel that I am intimately involved with, Free Food Harlem.

Free Food is more than one thing and can be described in a number of different ways.  First it is a place.  A place where people come together to share love and dignity with one another.  A place where differences dissolve and connection and love become the undercurrent.  Free Food is located in a Church basement on 119th Street and 3 days a week, rain or shine, holiday's or just a regular Wednesday, the doors open up to feed the community.  Second, Free Food is an experience.  An experience where whether people come to eat or people come to serve, when you first walk through the doors you are immediately hit with an energy of loving family.  Between the music and the chatter, one cannot help but to feel awash in that energy.   There are smiles, hugs, laughter and excitement.  It is a safe and warm environment where everyone is welcome.  Free Food is also a true family.  Lifelong connections that go beyond the physical location are created and nurtured because of the energy, love and purpose fostered between those walls.  Lastly, Free Food is a feeling.  Being part of Free Food for years now has brought me such a sense of joy, purpose and belonging.  When I have to travel, reconnecting to my Free Food family is one of my first priorities as soon as I'm back in town.  There is nothing like walking in Harlem and hearing a familiar voice yell your name from across the street and knowing you're home and none of it is or would be possible if not for the amazing vision, love and care that is constantly exuded by Nicole and Rachel.

Sincerely,

Eric Urban

To whom it may concern,

I was a student of OneTaste for about 6 years from 2011 through 2016, and for the latter 3 of those years I was a salaried employee of OneTaste, working out of the San Francisco office. I knew Nicole and Rachel quite well, both as company leaders, and as cherished teachers/mentors.

As an employee, I was always treated with respect, and felt that my well being was cared for. I believed in the company's mission of helping people with intimacy, relationships, and communication. My time working there was one of the highlights of my life - because of the fun I had on my team, and for the radical personal growth I experienced therein. From my vantage point, I only ever saw Rachel and Nicole conduct themselves, and the organization, with a deep integrity that I admired - they poured their hearts into their work, and were an example to us all.

As a student/mentee, I participated in numerous workshops, as well as had many personal conversations, in which I sought advice and wisdom. I can say undoubtedly that the work I did with Nicole, Rachel, and OneTaste changed my life for the better. And more importantly, it helped me spiritually and psychologically in immeasurable ways. Many positive personality traits that I'm now known for in my relationships - e.g. listening, sensitivity, and being an emotionally stabilizing force for others - I owe to the work I did under the guidance of these powerful, loving, and incomparable women.

As you rule over their case, I hope you will consider the immensely beneficial impact Rachel and Nicole have had on me, and countless others I've known who've worked with them.

Thank you,

Erik Bass

*Erik Bass*

November 7, 2025

Your Honor:

With all honesty I would like to express my sincere opinion of Nicole Daedone, who is currently facing legal challenges in your court. My daughter, Rachael, has had the privilege to be a part of Nicole's group for 18 years. Nicole has inspired my daughter (and so many other people) to know who they are, and know their potential and work to reach it. She gave Rachael the confidence she needed to recognize and develop her strengths. And little by little I saw my daughter growing into the sensitive and giving human being that she is. Rachael is now the force behind the creation and functioning of a recognized non-profit organization called "Free Food Harlem" that offers, with love and dignity, homemade sit-down meals twice a week to hundreds of poor people. Nicole has definitely inspired Rachael and many other women and men to help people find hope and caring in their lives. Another large and impressive endeavor undertaken by people in Nicole's group is offering yoga, meditation, and journaling to women in prison. This program has changed many lives from hopelessness to hope as is attested in letters written to people who correspond with the prisoners one on one.

I would also like to attest to the character of Rachel Cherwitz, who is also facing legal challenges in your court. I have known her since Rachael, my daughter, first joined One Taste. Rachel Cherwitz is and always has been dedicated to helping people in any way she can.

Every day in the news I see that we are now living in a world full of hate, anger and killing. I find it difficult to understand how two unusually caring women, namely Nicole Daedone and Rachel Cherwitz, are being called into account for any "wrongdoing" It's rare to find people who honestly want to aid others in finding their purpose and pursuing their strengths.

Sincerely,
Ethel Hemsi
329 Big Island Road
Florida, NY 10921
ethemsi@yahoo.com

Wednesday, June 11, 2025

Hi there,

My name is Eugina and I known Nicole and Rachel since 8 years ago, when I discovered OM and then took the coaching program.

6 months before I've met them, my father passed away and the most bizarre thing was that I could not feel anything. There was not a cell in my body that was bothered by his passing. Sure thing I have carried a lot of resentment towards him, but to actually feel stone cold- that was quite alarming even for my measures. Suddenly a month later I started feeling fully hysterical and couldn't stop crying, as my childhood memories started flooding me and memories of my trauma, including multiple occasions of rape. I knew I needed help but I didn't know with what.

I didn't know how to address all of that and how to make the pain stop, yet they say when the master is ready- the teacher appears. Nicole and Rachel helped me to explore my pain and claim my power back.

I felt that I have been too broken before I have met them, because nothing has ever made a difference to me. With incredible practices and guidance I was able to release unbearable pain and claim my power back. I no longer am shy to speak in front of groups of people, especially men (I used to believe that all men want to hurt me), now I have became a public speaker.

I used to carry very deep insecurity that my partner is interested in other women, which made it very difficult to be in a relationship with me- now I know my worth and I feel secure and confident in my self.

With the support and gentle guidance of Nicole and Rachel I was able access and love parts of myself that I felt were unlovable, which granted me the ultimate self acceptance.

Now I know how to have strong boundaries, that feel true to myself. I know how to say powerful NO and enthusiastic YES to people and experiences. Before this choice was not available to me, because I was used to people taking from me without my consent. Taking most precious parts of me, which kept leaving me more and more empty.

Now I am able to be a better daughter, better friend, better lover and better human. Thanks to Nicole and Rachel and incredible practices they thought me, I can give and receive love, instead of questioning every compliment, trying to figure out if they want something from me.

My life would never be the same. Most likely I would've needed up being on serious medication if I wouldn't discovered OM, Rachel and Nicole.

I am forever grateful for all the incredible work they have done and how they have helped me to transform my life and life of countless other people, who I know personally.

Regards,

Eugina

Eugina Oleinikova

65

November 2, 2025

To the honorable Judge Gujarati,

I have cherished Nicole and Rachel for the past 20 years. Nicole is a combination of Madam Curie, a pioneer and researcher, with the dependability and trust of Jennifer Aniston's character from the TV show "Friends."

I feel tremendous gratitude for Nicole's dedication in bringing a "light to sexuality," a subject that holds so much shame for so many. From my first class she always taught with humble advice and empowering insights. She would say we are not here to commiserate around wounds. Instead learn to OM and take responsibility for your sexuality and transformation.

With just one teaching she changed my work as an Occupational Therapist, retreat and studio owner, family member, and in my intimate relationships. In a game she created called "Turn On" where at the end of the game we concluded with "an intimacy," which is a transparent statement of what you felt about another person, positive or negative, and to just say "thank you" without questioning or retaliation. This practice has transformed my life. Nicole brought this level of depth for everyone to care for each other, to grow and connect, that was weaved into everything she did.

After all these terrible distortions of the wonderful person she really is by the media, which include selling her out to Netflix, her response has been forgiving instead of holding contempt and to let everyone know the door is always open and the lights are on if they want to come back home.

Rachel is probably one of the hardest working, committed, protective people I've ever met. I once was dating someone outside of One Taste who was starting to go off the rails with his posts slightly imbalanced. Rachel called me out the blue to check in on me and to ask if he is stable, if there was anything I needed and if I felt safe or in jeopardy. Rachel never asked anyone to do more than she would do herself. Both ladies have vision, character and work on themselves tirelessly and only invite others to be a part of trying to elevate the human condition.


Most Sincerely,

Georgiana Borda

Grace Collins

12510 North Wauwatosa Road

Mequon, Wisconsin 53097

November 3, 2025

Judge Gujarati


Dear Honorable Gujarati,


I write to you as a close friend and colleague of Rachel Cherwitz Pelletier, who is currently appearing before your court.

It has been paramount that I am discerning with whom I trust. Given my work as a mental health provider and during my service as an active duty military officer, I have developed a keen sense for character over the years.

I first met Rachel during a professional conference for mental health practitioners. From the moment I met her, it was striking just how exceptional she was- an honest, outgoing, intense, and truly generous soul. I remember that the first thing she shared was her love of helping people, most especially those whom society has forgotten about-"the outcasts" she called them, with tenderness.

Shortly after this first meeting, my inclinations about her were confirmed. A few days into the conference, I was subjected to a brutal public shaming. And Rachel, despite the very real possibility of scrutiny, was the only courageous person to stand up for me, the outcast, in a sea of hundreds celebrating my assault.

This is when I added 'brave' to Rachel's ever-growing list of attributes.

Therapists are entrusted with holding space for others in their most vulnerable state. They must be trusted absolutely, as their presence could very well hurt instead of heal, should they approach their work as anything but a most sacred privilege. Rachel sees her work and her life as a sacred privilege. Though it is rare that I unreservedly recommend therapists to my

clients, I recommend Rachel's professional counsel without reservation.

Though I am aware she has been found guilty of conspiracy to force labor, I stand by my assessment of Rachel's character as a benefit to society, especially for the outcasts in need of a kind, generous, brave advocate of their own.


Very Respectfully,


Grace Collins PMHNP-BC, USN Veteran, friend and colleague

Friday, June 13, 2025

To whom it may concern,

My aim in writing this letter is to concisely share my own personal experience of being a student of one, Rachel Cherwitz. I admit this letter will not go to the depth to fully capture all of my experiences. But it will have the essence of the personal growth I went through as Rachel's student.

First, allow me to briefly introduce myself: My name is Gustavo Sanchez, I am a 37 year old male. My main source of income is driving Uber as a licensed TLC- for hire driver.

I met Rachel in 2017 shortly after taking the intro to OM class at the NYC One Taste center that used to be in the heart of Chinatown. It was a long subway trip from home in the Bronx, which usually meant leaving at an early enough hour to ensure I made it well before the very firm, door closing time. Because I was often early to the events at the center I fast became friends with the staff and soon found myself offering to help with the setup of the room before events. There was a very strong community feeling behind those doors, it felt natural to include myself and offer to help put out chairs, sweep the floor, and things of that nature. My least favorite setup activity was giving the bathrooms some loving attention. I was a 20 something year old who never had to clean a toilet in his life. But the idea of saying "no sorry I can't clean the bathrooms, I don't know how to", was embarrassingly more painful than actually giving it a try.

It was after one these first-time-in-my-life cleaning bathroom experiences that Rachel demonstrated the kind of person she is. I remember an event was soon starting and Rachel gave the bathrooms a final look through to see if they had been cleaned. She calls me over and in a gentle tone points out parts of the floor that had been overlooked where litter remained. She tells me "how we do one thing is how we do everything". It was in the way she said it that I felt the profoundness of such statement. She was, and was not, talking about dirty bathroom floors. Also, what struck me was the genuine gentleness in her delivery. My experience of Rachel is of someone that stands for the growth of the individual through even the simplest actions like the way we clean a space.

Rachel was one of my main teachers for the courses I took over a period of two years at One Taste. I can not stress enough the integrity this woman carried for the things she would say behind a microphone. I know Rachel as a leader that leads by example; She walks the talk. And that talk is one of waking up the consciousness inside of all of us. It is a call to wake up and increase our awareness. I acknowledge the guilty verdict of conspiracy to force labor and firmly stand behind my experience of Rachel as a teacher that has deeply impacted my life for the better.

With warm regards,
Gustavo Sanchez



2

Saturday, June 14, 2025

Your Honor,

My name is Hailey Marino. I'm a 30-year-old life coach living in Asheville, North Carolina. I hold a Bachelor of Arts in Gender Studies and Sociology, as well as certifications in life coaching and yoga teaching. I run my own coaching business, and I'm also a devoted stepmother to two wonderful boys, ages 13 and 11. I've dedicated my life to spiritual growth and to supporting others in their healing and thriving.

I've known Rachel for about eight years. I met her in 2017 when she was the lead teacher for my coaching program inside of OneTaste. As one of the main facilitators, Rachel played a significant role in my experience, and I had extensive interaction with her throughout my time in the organization. I remember being moved by how generous she was with her time, personally giving out her phone number to all 100+ students in the program so we could reach out for emotional support or additional guidance whenever we needed it.

I am aware that Rachel has been convicted of conspiracy to commit forced labor.

Rachel's leadership and friendship has had a dramatically powerful and positive influence on my life. There are so many pieces of Rachel's wisdom, care, and compassion that live on through me every day. I could share with you many stories of Rachel's positive impact, but I share the following story as an example of them all.

Rachel had a profound impact on my growth during a time in my life when I was at the height of playing out painful and harmful patterns in romantic relationships. I had a history of dysfunctional and even sometimes abusive relationship dynamics with men. At the time I met Rachel, I was in a partnership with a deeply kind and loving man, but due to my own emotional immaturity and unresolved trauma, I treated him poorly over the course of our year together. Eventually, under the emotional strain of what I had put him through, he broke down and lashed out at me. It was frightening, confusing, and familiar. I turned to Rachel for guidance.

While many would have seen me solely as a victim, Rachel offered something far more powerful: she held space for the full complexity of what had happened. She acknowledged his actions, while also challenging me to take full responsibility for the ways I had contributed to the dynamic. She even helped me see how my position as a white woman gave me even greater responsibility in some ways, given that he was a Black man. It was not easy to hear. I didn't want it to be true—but it was. That conversation marked a turning point in my life.

For the first time, I began to understand the deeper impact of my own behavior and how my unaddressed trauma was shaping my relationships. I stepped into a new level of personal responsibility and healing that has since transformed every connection I have. That season marked the end of a lifetime of abusive and dysfunctional patterns. Rachel's willingness to offer that kind of truth—the kind most people avoid out of fear of being disliked, going against the grain, or politically incorrect—was a deep act of love and respect. She saw me as strong and capable enough to rise to the occasion and reshape my life. There was nobody else around me, including my therapists and counselors, who would have given me that level of honesty with that much respect for my ability to stop this unhealthy pattern before it ruined my life.

I took full accountability for my part in that situation. I healed and made amends, and ultimately, he and I were able to acknowledge our shared responsibility and forgive each other. We remain friends to this day, and I'm now in a peaceful, long-term relationship. I will always be grateful to Rachel for helping me get there. She truly changed the course of my life.

During my time in OneTaste, I matured from someone afraid to let people in and unaware of my impact

71

1

into a woman committed to truth, integrity, and emotional responsibility. I now help other women live from a place of sovereignty and inner authority. I look back on my time in that community with deep gratitude for the level of freedom, honest feedback, and support I experienced—especially in Rachel's leadership and friendship.

Thank you for your time and consideration in reading this letter, and in receiving the voices of those of us whose lives have been deeply and permanently changed for the better by Rachel's service and character.

Warmly,
Hailey Marino

2

Hamu Yaropa
(510)534-9210
Koradelight@gmail.com

November 11, 2025

Dear Your Honor,

I'd like to speak briefly about a friend of mine, Rachel Cherwitz. I have known Rachel for 12 years. We met when I first became familiar with the organization One Taste. There, I watched Rachel a lot - a bright, energetic, sparky, lively leader. I was impressed with her ability to facilitate other's successful navigation through personal challenges. I saw her being straight forward and precise in her coaching and healing work with the community. It was clear that Rachael was there to help others have a better life. With her talent, sincerity, and love, Rachel assisted many women and men in achieving their goal of having a better life.

A special moment that I am particularly grateful for is when Rachel, through coaching, helped me see a certain aspect of myself that I had never seen nor imagined. In that moment I felt as if a very huge weight, or burden, had been lifted from body and emotional states. To this very day that experience continues to be one of the most profound and truly healing moments of my entire life. At times Rachel would see me and, in her nurturing way, speak encouragingly to me to get something to eat, or to take a break - or to do whatever self-care action might be needed in that moment.

Rachel's enthusiasm and dedication to the work of helping others has only been magical. She has helped to foster healing through education and enlightenment. I take great honor in writing in support of Rachel Cherwitz.

Thank You,

Hamu Yaropa

73

Hugo Schwyzer, PhD
649 South Burnside Avenue #408
Los Angeles, CA 90036
(818) 268-6891

November 2, 2025

Your Honor,

I write in support of Nicole Daedone and Rachel Pelletier. I have known each woman since 2010. I first encountered Nicole and Rachel (then known as Rachel Cherwitz) in my capacity as a professor at Pasadena City College. At the time, I taught courses on feminist history, queer history, and human sexuality. I interviewed each briefly for an article I wrote (I was also a working journalist), and later, invited Rachel to speak to a few of my classes about eros and the feminine.

In 2013, I went through a very public breakdown. It led to the loss of my teaching career, my marriage, and my reputation. Without expecting anything in return, both Nicole and Rachel reached out to me repeatedly with encouragement, wisdom, love, and advice. They were not recruiting me into One Taste – they were coming to the aid of a wounded and very confused brother.  Frankly, your Honor, I was suicidal at the time. I had lost many friends. I did not lose Nicole or Rachel. They beat down my proverbial door to make sure I was okay, and to ensure that I did not succumb completely to shame and self-loathing.  They each played a part in saving my life during that most terrible year.

I never joined One Taste. What started as an academic and journalistic curiosity grew into a profound mutual respect and admiration.  Over these many years, I have watched as Nicole and Rachel have worked tirelessly to build and sustain healthy, loving, nurturing communities. I have known them each to be loyal, kind, and profoundly respectful. These charges are completely and utterly inconsistent with the character, the decency, the generosity, and the empathy these two women embody. I have the highest estimation of Nicole Daedone and Rachel Pelletier, and I will be happy to speak with the court or anyone else on their behalf.

Yours respectfully,

Hugo Schwyzer

Your Honor Judge Gujarati,

I am writing on behalf of Nicole Daedone and Rachel Cherwitz (Pelletier).

My daughter Maya Gilbert has been working with Nicole and Rachel for over 10 years. In this time they have crafted a path forward for women interested in realizing their potential in a society that has invested centuries in codifying roles of subjugation. It has not been easy to figure out exactly how to help women and what empowerment initiatives might look like, but I believe they have contributed greatly to bringing peace to many as well as giving a voice to underserved populations more generally.

All of their endeavors come from a place of compassion. The actions that they are accused of are inconceivable as they are in complete opposition to their principles and also their behavior as I have experienced it.

It is my hope that they be seen within the larger context of the good deeds that they have dedicated their lives to. I often reflect on the fact that the world needs more people like them to help shepherd happiness into our daily lives.

Thank you for your consideration,

Ippolita Rostagno
Founder and CEO, Ippolita

*Ippolita Rostagno*

**To the Honorable Court,**

I am writing to share my perspective on Nicole Daedone and Rachel Pelletier, who currently face legal challenges before you. As a woman seeking freedom and purpose, I have closely observed the transformative impact both Nicole and Rachel have had on my personal development and well-being. Over the past 12 years, I have had the privilege of knowing them, and they consistently exemplify integrity, compassion, and dedication.

Nicole, a visionary, tirelessly fosters personal growth and healing. Her unwavering support has enabled me to explore and realize aspects of myself that were previously hidden. Rachel's straightforward approach empowers individuals to address personal challenges and strive for self-improvement. Their influence has been profound.

I first encountered Nicole and Rachel 12 years ago. Their teachings have given me a fresh outlook on life. Having battled depression since childhood, I chose not to rely on medication. Attending their classes in San Francisco allowed me to reevaluate my life, leading to newfound clarity and resilience. I credit Nichole, Rachel, and the OneTaste community for this positive transformation.

Regarding the legal case, I believe it should be dismissed. The allegations appear baseless, akin to grasping at straws. Conspiracy charges lack substance and fail to specify any wrongdoing.

Furthermore, Nicole and Rachel actively support a nonprofit organization that provides essential services. Initiatives like serving over 10,000 organic meals annually to the homeless and immigrants in Harlem through Free Food, NY demonstrate their commitment to societal well-being. These allegations do not reflect their true characters or the positive impact of their work.

I implore you to consider the substantial positive influence Nicole and Rachel have had on countless lives, including my family's. Allow them to continue their invaluable contributions.

Thank you for your attention to this matter.

**Sincerely,**

Iris Freeman

X ~~[signature]~~

Iris Freeman

Wednesday, June 11, 2025

I am a principle consultant working with Global Organisations in the domain of Organisational High Performance Culture and Leadership, with particular specialism in safety culture, both psychological and physical safety - for clients such as Shell, Chevron and Ericsson.  I lead teams of consultants to effect significant culture change in high risk complex environments, often in Major Capital projects with many different nationalities and cultures. To honour human life, community, and the environment.

I have known Rachel since she was my teacher and friend in London starting in August 2015. She taught many classes that I participated in and I spent a great deal of time over two years in collaboration with her as my very respected teacher. We have stayed in contact over the years, as I am in Europe and she is based in the US, I have not been able to see her in person for a few years, however we have kept in touch virtually.


I am aware that she has been convicted of conspiracy to force labor.

In every interaction I have ever had with Rachel, and every class I have sat in with her, and every community event I have been around with her in it , I have seen and heard her to be kind, supportive, generous and loving with every single person. She offered clean challenge with total love. She is the most impactful teach I have ever had. - and I have had many very transformational teachers from many disciplines. I have attended over 300 hours of International Coaching Federation accredited courses. So I have a big base of comparison.
One specific moment always sticks in my mind and heart, I was visiting a course Rachel was teaching in December 2017 in London. At the time I was feeling very overloaded with a number of responsibilities, pressure on time, finances and family duties. I am not normally someone who has needed support in such a time. And Rachel immediately spotted that my light was dimmer than usual - that I needed support. She offered me at no cost a week on the Land  - the retreat centre, being nurtured and pampered. This was offered with no strings attached. With total love and generosity. It was one of the most precious moments of receiving a gift in my life.

The teachings that Rachel offered me were empowering, they always spoke of my power as a woman, as a human, of my responsibility to learn to use that power with integrity and cleanliness, such that those whom I wish to make a difference are left empowered from their experience with me.

The practice of OM that I learnt with Rachel, was one of the most transformational and impactful practices and learnings in my life of learning. It taught me how to stay present and loving with people in the most challenging situations. To be able to remain present when the stakes are high and people around me may be behaving in a very provocative way. I learnt to stay connected to who I choose to be in the world and the difference I choose to make. To connect with generosity and compassion. And in the moments when I do not manage that - to go and clean up my mess.

I am profoundly grateful for the impact Rachel had on my life and for the impact that I have then had on the people I care about in my life as a result of her teaching and support.

Isabelle Courtney-Guy



Wednesday, June 11, 2025

Dear Honorable Judge Gujarati,

Sentencing Consideration for Racheal Cherwitz

Dear Judge Gujarati,

I am writing to you with a sincere and heartfelt request regarding the sentencing of my dear friend, Racheal Cherwitz, I understand the gravity of the situation and the responsibility you hold in ensuring justice is served. However, I ask that you consider leniency and compassion when determining her sentence, as I truly believe that the circumstances surrounding her conviction do not reflect the person she genuinely is.

I have known Racheal Cherwitz for the past 12 years who is my wives childhood friend, and from the moment I met her, I was struck by her warmth, kindness, and unwavering generosity. She is the type of person who would give you the shirt off her back without hesitation. Her heart is immense, and she has always been dedicated to helping others better than herself. She has positively impacted the lives of many, including my own family.

My two young children, ages seven and eight, were immediately drawn to Racheal. As you know, children have an incredible ability to sense the true nature of a person, and they adored her. She was motherly toward them, treating them with the same love and care as if they were her own. Seeing her interact with them in such a nurturing way was truly special.

I firmly believe that Racheal's involvement in this situation was an unfortunate misstep that does not align with her true character. She is a person who deserves a second chance—someone who has so much good left to give to the world. If given the opportunity, I know she will continue to uplift and support those around her, making a meaningful difference in the lives of others.

I respectfully ask that you consider her history of kindness, generosity, and compassion when determining her sentence. If possible, I urge you to grant her the least severe sentence so that she may continue to contribute positively to her community.

Thank you for taking the time to read this letter and for considering my request. I trust in your wisdom and fairness, and I appreciate the difficult decisions you must make.

Sincerely,
Ivan Dugandzic, Jr.

# Institute for Therapeutic Learning

## Lucid Heart Therapy© & Life Coaching Services

**Jack Elias, Founder and Director**
**7057-26th Ave NW, Seattle, WA 98117 (206) 890 9775**
**FindingTrueMagic.com     jelias@FindingTrueMagic.com**

October 31, 2025

**Judge Gujarati**

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

Since 2017, I have been invited to give many seminars on emotional and mental health to the students of the One Taste organizations. In addition, I have done hundreds of private therapy sessions with many of the members One Taste.

The programs I have offered, and the private counseling I have given, have provided me with an intimate view into the character and motivations of the people involved in One Taste, including of Nicole, and Rachel.

This is not a cult! It is not group of closed-minded advocates, nor a group of naïve followers of a dead-end movement led by a charismatic leader with narcissistic intentions.

To the contrary, given the pervasive immature and dysfunctional relationship our country and the world at large has to human sexuality and the rights of women, and how quickly this dysfunction and bias can lead to outrage and threats, Nicole and Rachel have taken on great personal risk to share and educate people about the healing and growth potential of the practice of OM meditation.

I have seen over the years how the practice of OM meditation has transformed its practitioners, women and men alike, into more and more open-hearted and generous citizens at large. I have deep respect for their growing outreach programs into women's prisons and food programs, and more, based on scientific research into the efficacy of Om meditation. They deserve support, not attack.

Sincerely,

Jack Elias, CHT
Owner, Director, Institute for Therapeutic Learning
Author, *Finding True Magic: Transpersonal Hypnosis & Hypnotherapy/NLP*

May 26, 2024

Janette Dunham
PO Box 2249
Loomis, Ca 95650

Dear Judge Gujarati,

Thank you for your consideration in reading this letter. I have been acquainted with Nicole Daedone and Rachel Cherwitz since my daughter began studying with them many years ago. My daughter being a graduate in both neuroscience and biology, a certified yoga teacher, and business owner has always been interested in the improvement of human behavior. Our family has always been committed to community service and uplifting our neighbors.

What I know about the work of these women is that it is selfless, encouraging, healing and an enormous contribution to society as a whole. The fact that they are under scrutiny puzzles me as they are caring progressive humans putting forth effort to uplift others.

What I know about them personally is they are above average in intellect, education, perspective and valued as devoted teachers of a broader perspective in assisting people to thrive, heal, reflect, flourish in their own personal lives.

Please allow these persons to continue to have a beneficial impact. Allow the opportunity for the aggrieved or distressed or just people seeking enrichment to their life to receive benefit.


Sincerely yours,

Janette Dunham

November 11th 2025

 Your Honor,

My name is Jennifer Slusher, I am writing to you in support of Nicole Daedone and Rachel Cherwitz. I have known them both since 2008. Through the years I participated in 4 different coaching programs as a student, volunteered for various events, lived in the 1080 house and worked for Onetaste in different roles, I was always paid for any work I did by the way.

Over the course of my 8 plus years around Rachel, I got to know her very well, she is myshe  teacher and friend. Rachel is, even in her darkest moments, an incredible human with tremendous compassion and empathy. I have seen her entire range of skill and emotion, from personal experience of being in very intimate settings with her, she has a solid character, unwavering dedication for helping others, and an iron clad moral code to do what is right. The sacrifices she has made in her own life to show up for others is mind blowing and my respect for her is unparalleled except for my respect for Nicole Daedone.

While I was a student and staff of Onetaste my interactions with Nicole were deep. Something you best know about me is that I don't subscribe to anything blindly, I am an evidence based human and require proof to trust people, especially teachers. I tested I testedNicole's knowledge for years,  for years and she proved to me her impeccable character. At different points in my time around Nicole, I was around her personal living spaces, helped drive her around, got toher I got to know her through she liveshow she lives and how sheshe speaks tos others   in those behind the scenes intimate moments. She was consistently very kind, very loving, yet had extremely strong boundaries, and just as Rachel does, unwavering compassion and commitment for helping others.

I have never once seen them treat anyone poorly, manipulate, force labor, or force anything on anyone. In fact, it was often that they would be treated poorly by students, the media, and the public. Even while facing constant judgment and abuse they continue to demonstrate impeccable character. I have tremendous respect for them.

The skills I learned from them, are highly applicable life skills that havethat have helped me succeed in my diverse career and carry over to all of my relationships both personal and professional. Not only did I become a better person from their guidance but I witnessed many people express the same. They are extraordinary women and the world needs women like them. We would do the world a great disservice if they are sentenced.

Thank you for your time reading this and for looking deeper into who they really are. I hope the truth in this letter shows my conviction for how strongly I feel that both Nicole and Rachel are innocent.


Best,

Jennifer Slusher



**35 MILLER AVE., SUITE 314**
**MILL VALLEY, CA 94941, USA**

**WWW.UBIQUITYUNIVERSITY.ORG**

Nov 3, 2025

Dear Honorable Gujarati,

I am writing to support Rachel Pelletier who is appearing before you court. I have known her for several years and have found her to be of outstanding character. In every encounter with her I have found her of exemplary ethical comportment. She has a generous heart and is always looking for how to serve the greater good. We had her on our global broadcast and she received very good responses from our audience. She is also a doctoral student at our university and prepared a brilliant PhD prospectus. This indicates to me both an open heart and a very fine mind.

I can testify that my experience of Rachel has been totally positive and constructive. She is worthy of as much clemency as possible.

I appreciate your attention in this matter. Justice delivered with mercy is the mark of wisdom.


*Jim*

--
Jim Garrison, PhD
Founder/President
[Ubiquity University](#)



Wednesday, June 18, 2025

To: Judge Gujarati  & the United States District Court

Hello, my name is Jodi Felton and I am writing in regard to the conviction of Rachel Cherwitz.

I am a 45 year old professional, Paralegal and Social Justice Journalist. I am also a Women's Studies Alum. I have worked in Nonprofit Law, Government Law and Private Law. I also write for independent news media.

I have known Rachel since 2011. She was my OM Coach at OneTaste. Rachel coached my second Orgasmic Meditation when the practice was brand new for me. She immediately set me at ease and really helped me understand the Meditative portion of OM, especially the breathing technique. I felt I was in very capable hands. After that coaching session, as I continued taking classes and the coaching program at OneTaste. I felt a bond with Rachel and I continued learning from her. I felt I could trust her. She was one if the key people in the crowded room that I would look to for direction. We didn't have a run and hug type of girlfriend bond, it was more of a quiet, nonverbal bond where we were always aware of each other and could read each other well and communicate non-verbally. It felt sisterly, trusting and I felt listened to. We communicated online as well. She is the staff member I confided in, and when I was in disagreement Rachel paid attention and responded, whether I was in a positive or negative mood, Rachel never stopped listening or responding to me. She never abandoned me wherever I was in my growth. I appreciate her so much for that. And I grew volumes at OneTaste. If I was going to go through a difficult childbirth, Rachel is someone I would want in the room helping me through it. I trust her completely. She's so magnanimous and fierce, the way she believes in women without doubt or hesitation. She's a force the world needs.

I feel I was one of the more spiritually grounded OM students that was strong and forthcoming with my "Yes's" and my "No's". My consent was clear  and concise, it is why I do not feel traumatized by this experience. I never felt I could not say "No" to anything ~ even my coaches. The irony of this work is that the purpose of strengthening women hormonally via the Orgasmic Meditation practice, is to teach them how hold more sensation, emotion and to be stealth, assertive and decided in their personal power, agency and sovereignty. Our OM Coaches were teaching us how to do this, or do it better. I believe that is spiritual work, not simply physical work. It is in the realm of the virtues, which all the major religions teach. The virtues I studied and strengthened at OneTaste and via my OM practice were Desire, Simplicity, Steadfastness and Assertiveness. I believe my coaches made themselves vulnerable by teaching people that were not as strong as me in their spirituality. This is why this business is it's own Catch-22. I don't think anyone was aware how dangerous that might be. I have close friends that were a "hell yes" at times and a "hesitant no" at OneTaste because they

hadn't learned how to fully advocate for themselves yet, and say "No" or "I don't want to" like I could. That's why they were there, to learn. This is what think may be the crux of going into this powerful, transformative work.

I was positively challenged and changed at OneTaste. I think  the coaches had the best of intentions. I think being in Rachel's shoes is immensely difficult, I think she had the hardest position in the company, an unconventional company making history that would spiritually reorder the lives of women. I am a witness and success story to that. I also can't imagine anyone else doing what Rachel did. I wish the most benevolent outcome for Rachel and everyone that walked through OneTaste's doors. I am a macro-thinker and feminist activist, and I believe things will unfold as there are meant to. I thank the court and it's officers in their historical service to Orgasmic Meditation and all Women.

Sincerely in OM,
Jodi Felton

2

**John F. Petz**
**Santa Monica, California (310) 582-0053**
*johnfpetz@gmail.com*
*November 2, 2025*

Dear Judge Gujarati,

My name is John Petz and I have known Nicole Daedone and Rachel Cherwitz over the course of the past 12 years. We met in programs conducted by One Taste and I have sincerely enjoyed my interactions with both of them. I have also found them to be sincere and dedicated women who have made wonderful contributions to my life and the lives of many others.

About me: I am a father of two and an alumni of the University of Michigan and Wayne State University law school. In my professional life, I have served as advisor and executive speech writer for the leaders of a variety of major corporations including General Motors, Toyota, Honda, Universal Pictures, Hertz and many others.

As a longtime Santa Monica resident, I have been appointed to our Recreation and Parks commission by the City Council and have been honored to serve as a city commissioner. I have also been very active in the Santa Monica-Malibu school system where I have played a leading role in district reforms and bond measure campaigns.

In these different roles, I have worked with many different people and have become a good judge of character. Both Nicole and Rachel are quality human beings and I stand in support of them and the work they have done.

If you have any questions about my experiences with them, or with One Taste, I would be happy to answer them.

Thank you for your time and consideration,

Sincerely yours,

John Petz.

8 November 2025

Your Honor,

Growing up in Northeastern Pennsylvania in a conservative community I felt from a young age the pressure to conform to local cultural norms. As I came of age, I felt a growing dissonance between the things I felt to be true and the traditional values I had adopted. With difficult thoughts regarding my sexual orientation and even my gender with nowhere to turn to openly discuss such topics, I buried them. Though it was easy to ignore this growing disparity at the time, as I would receive the reins of this family empire as I graduated from university, that ease soon faded. I was placed into an executive position, compensated way above my value, and was expected to "hold down the fort" as my father prepared for retirement. I was a classic case of nepotism.

It wasn't long after I was appointed that I realized I was not qualified: short-sighted, self-absorbed, emotionally empty and dependent on pharmaceutical drugs to maintain any sort of regularity in my mental and physical state. After a year I decided to step down as I could not get well. From relentless sinus infection to debilitating back pain to emotional instability, I felt like my only option was to run. I didn't even know what I was running from, but I needed to get away.

I moved to Los Angeles in 2014 and felt great for months, I had new experiences, friends, and resources. However, those feelings of freshness began to fade and a familiar uneasiness began to manifest within me once more. One of my new friends asked if I had ever heard of Orgasmic Meditation, and with nothing left to lose I attended an event. It was in this event that I felt something that I had been missing my entire life; unconditional connection. Genuine interest in what I had going on inside without the judgment or covert ultimatums that I was used to getting. As a well off, flamboyant, attractive man it was routine to be used to access my lifestyle. People seemed to want what I had, but I was dead inside. Through OM and the community Nicole built along with Rachel and others, I was given a space to discover my own desire and purpose. This experience peaked after nearly 4 years of connection with this group between LA and The Land.

I am now back in NEPA, where I am married to my wife, Lauren, and raising our daughter, Violet. Pharmaceuticals are no longer a part of my life. I've helped numerous organizations, and maintain my relationships with various members of the OM community. Weekly calls are still a joy for me. Not a day that goes by where I don't thank God for the time I had within the OM community.

Business leaders, community members, family and friends all routinely ask how I seemed to have such a radical transformation or where I gained unwavering principles and attention. I don't even know where to begin. I tend to downplay it because of the harrowing allegations and investigations that have taken place that are worlds away from the experiences I had personally at the hands of Nicole, Rachel, and the entire OM community. I ask that while deliberating on this case that you consider stories like mine to allow access to the community and practice that, I would argue, saved my life. And to consider what might be possible if every young, flamboyant, or confused person has a safe place for self-discovery in a world that is ever more divided and saturated with messaging aimed at keeping us polarized.

Thank you for taking the time to read my story.

Your Dear Honor, and may it please The Court,

My name is Joseph Thomas Latta.
If I may offer into evidence: I became an Eagle Scout outside Washington, DC in November 2009, and I completed my introductory course into OneTaste's OM community in Austin, Texas on Valentine's Day, 2016. By August of 2016, I had authored an "I OM" testimonial for OneTaste marketing, with the thesis that having found growth and community, OM was literally why I'd wakeup every morning. I miss feeling such momentum, but still greatly value lessons learned and growth achieved through the community created by Nicole and administrated by Rachel.

I first interacted with Nicole Daedone the following month, when ignition I had come to feel within OneTaste's self-growth teachings and from their very supportive community led me to my first-ever visit to California: for OneTaste's Coaching Program 11. With her microphone, onstage before some 200+ students from across these United States as well as a number of internationals from Canada, London, Australia, other nations, my first direct personal experience of Nicole Daedone was of her talking nearly a full hour of *everyone's* time to address *me* individually, stage-to-audience, and support me challenging the notion that I was <u>not</u> perfect.

I'm an educated Christian man, I was in progress toward my two bachelor's degrees at the University of Texas at Austin during this event I speak of (12/2018 TX Longhorn graduate). I understand both from study and from faith that it is not possible to be a perfect human. We are all flawed and fall short, our only salvation available is through divine Grace. The loving compassion which Nicole Daedone expressed to me that day helped me see and to *feel* that the preceding impossibility hardly impaired my being perfectly *me!!* I was in a bad mental and emotional state at that time, still struggling with my university studies in the wake of severe Traumatic Brain Injury (June-July 2013 coma). The compassionate verbal stroking of Nicole allowed me to set aside imagined barriers, push through the pain of perceived deficits due to injury. I found my perfection not in my brain but my heart: my perfection is my **LOVE**, its abundance and energy! I'll never be a perfect *person*, but through living in love I can be a perfect me!

I remained enmeshed in OneTaste for over a year, in the Austin community as well as traveling to New York, DC, Los Angeles and San Francisco and Even Philo, up in the woody mountains north of SF. I continued to pursue growth and connections until we were told government agencies forbade further gatherings. This struck a sour note, as my Government bachelor's degree recalled first-amendment right to peaceably assemble. My heart mourned access to the love and healing I'd accessed in that community and from those courses. And my hopes for human future shattered somewhat; I had felt in 2016 at aforementioned Coaching Program 11 that I was privileged with position upon the crest of a new wave of peace, empathy, and loving compassion which all humans needed. The next year the wave broke and abated, stopped by the rock of law enforcement.

I have only once yet even mentioned Rachel Cherwitz, or Pelletier, or whom I had first met as Rachel Tayeb. But her contributions, to me and to community and all of humanity, are only

minimally less than those of Nicole Daedone. Throughout many meaningful and touching experiences, in courses or in coaching, I particularly am nostalgic for the feeling of a moment at a retreat in Philo. Hearing I had won a high school Senior Superlative, Most Unlikely Couple. Rachel, in a manner of loving good humor, saluted my breadth of capacity to love by re-conferring Most Unlikely Couple award upon myself and Kim, the tall statuesque Los Angeles blonde of further years than myself. I had met Kim in LA at the Coaching Program, and we truly connected at another OneTaste retreat on Lake Tahoe. I could recount other treasured memories of Rachel and/or Nicole, but I fear I've already rambled a bit much, I'll conclude.

Once an Eagle, always an Eagle, Your Honor. This 2009 Eagle Scout knows and continues to live the Scout Oath and Law at all times. Through the kind compassion and illuminating education of both Nicole and Rachel, I have grown further toward my goals, healed psychic wounds from deep trauma, and continue to honor teachings about human connection. I can and will testify under oath, these women and their community provided invaluable service to hundreds of people from this and other countries, and are victims of malicious media misrepresentation. The Scout Law *BEGINS* with, "A Scout is Trustworthy," I hope Your Honor finds the truth in my emotional words. May it please The Court.

Very Respectfully,
Joseph T. Latta…
3rd November, 2025

 Wednesday, June 11, 2025

To Whom it May Concern,

I am a 55 British woman living in switzerland - wife, mother and director . I own and operate 3 companies - 2 education companies (in the UK and Switzerland) and 1 UK company that promotes feminine power through coaching packages. I oversee all operations, all coaching delivery, as well as maintaining all financial obligations across 2 tax jurisdictions.  I am currently learning how to improve sales and marketing across the board of all these ventures.

I met and interacted with Rachel Cherwitz on many occasions when she visited the UK and helped host One Taste events. I found her extremely impactful as a person. Both listening to her stories of recovery and also just through receiving her embodied presence.

Something about Rachel reminded me how to relax my nervous system just by being around her and she often reminded me that my "frazzled" nervous system could, with practice, begin to heal and calm.

In this way she always inspired me to practice.

There were also some really noticeable interactions she had with people on training courses I attended with One Taste, that I remember to this day.

She was completely fearless when it came to coaching people, and was often called upon to point things out. She frequently said the things that everyone else was afraid to say and she was really admired and valued in the community because of this. I would say she was deeply trusted and people believed she would help them and was effective.

She had a soft gentleness too though. On one occasion I went up to her and told her how superb a job I thought she had done with coaching someone who seemed to be reliving some kind of trauma.

I remember seeing Rachel recognise this woman was not in a good place, and get much more slow and gentle. Rachel really met this woman where she was at and showed great emotional empathy. She skilfully helped this woman come down from a panic state and truly seemed to be able to soothe.

On numerous occasions I saw that she clearly has a talent to respond then, and nothing to force or prove, no agenda to push.

She was always funny, friendly and accommodating and really everybody around her seemed to love her a lot.

I know Rachel has been convicted of forced labor, but I hope you will bear the above in mind when it comes to passing sentence.

Best Regards

Julia Lally

Kadi Debbah
44 Dennington Park Road
London NW6 1BD

4th November 2025, London.

To the honorable Judge Gujarati,

My name is Kadi, I am thankful for this opportunity to share my experience of both Nicole Daedone and Rachel Pelletier (Cherwitz) with you, and to tell you about their impact on me and my life.

Before I go there, I have to say it is heartbreaking to see how the media have depicted Nicole and Rachel; their representation of these women is not only erroneous, it is unjust.
These women continue to create so much goodness in the lives of the people they serve and I believe it would be a great disservice to our community should they be punished because of some people's misconceptions and prejudice.
Men and women who are desperately seeking guidance and direction in the world today would benefit greatly from their continued work.

I discovered One Taste in 2016 when I started my practice of Orgasmic Meditation. I was immediately attracted to the philosophy that was foundational to the work. The people who represented the organisation in London demonstrated qualities I wanted for myself such as a deeper sense of confidence, freedom of expression and a sense of joyfulness.

I met Rachel when she visited London and subsequently when I travelled to America over a two year period, where I also met Nicole. They have both greatly impacted my healing journey.

As a woman who experienced severe abuse in childhood, the healing and growth I experienced in the spaces they held and curated was essential on my journey.
Thanks to their love and support, I have developed a sense of safety in my body along with strong boundaries and the level of self-expression and other qualities that help me create the type of relationship I can flourish in. I learned to connect with my humanity while cultivating some hard to come by ideals such as self responsibility, accountability and connection.

Rachel is one of my favourite teachers. Her authenticity and commitment to helping others inspires me.

The education and philosophy Nicole is bravely sharing with the world helps me shape my views and goals to help create a better world. Let me say this, I follow only a small handful of teachers and Nicole is someone I respect and trust deeply. I feel grateful to have her wisdom be a part of my consciousness.

The international community I am a part of is made of the most kind, supportive and generous people I could meet, and both Nicole and Rachel are at the heart of that. The continuous practice of communication, honesty and openness is life changing for us all.

I understand the weight of your responsibility and the difficult decisions you must make. My hope is that my reflections offer some insight into the genuine character of Rachel and Nicole and the positive qualities I have witnessed in them.

It has been difficult to know them incarcerated while awaiting sentencing these past few months. Hearing about their strength and kindness and the positive impact they continue to have on others during this time has moved me deeply.

I trust in your wisdom and compassion as you consider.their circumstances, and I hope that this will be reflected in the outcome you deem fair.

Thank you for taking the time to read my letter and for the care and integrity you bring to your role.

Warmly,
Kadi



Kadi Debbah, London - UK

Kara J. VanGuilder

73 Longwood Avenue Unit 3R

Brookline, Massachusetts 02446

Karajeanv@gmail.com

(518) 742-7806

Nov. 17, 2025

The Honorable Judge Diane Gujarati

United States District Court Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Judge Gujarati,

I am writing to express my strong support for Nicole Daedone and Rachel Cherwitz, who are currently before your court. I am aware that they have been found guilty, and I attended portions of the trial myself. Even with that understanding, I feel it is important to share my direct experience of their character and the impact they have had on my life and on our community.

I have taken Rachel's Art of Addiction class twice, which has helped me immensely in my recovery. I am deeply inspired by her commitment to the recovery community, both as a licensed drug and alcohol counselor and a person in long term recovery. She is an open book, always makes herself available to help in any way, and radiates true joy. I feel super grateful to know her.

Today I have a better relationship with my family and friends. They have both taught me about unconditional love, something I carry with me everywhere I go. My life has completely transformed in the past few years. I owe a lot of credit to Rachel and Nicole, and the community they have created. They constantly give to the community, both volunteering their time to feed and serve homeless and hungry folks around the country. These are the type of women who would give you the shirt off their back. I have only ever known them to be kindhearted, loving, accepting, and genuine.

Your Honor, as you consider their future, I want you to know how many positive contributions they have given to the world and continue to give. I am confident that Rachel and Nicole will continue to be a valuable member of our community and will use this experience as an opportunity to further their personal growth and continue their commitment to serving others.

Respectfully,

Kara VanGuilder

Wednesday, June 11, 2025

To whom it may concern:

I am writing as a concerned citizen.   My name is Karen Baker and I live in Houston, Texas, the city of my birth.  I am a third generation Texan and follow in the footsteps of my father and grandfather, who were both entrepreneurs in business for themselves.  My specialty is women's leadership in the corporate world, helping women overcome the real issues of sexism and wage discrimination.  I have been in business for myself for over 30 years.

I had the opportunity to interact with Rachel Cherwitz in 2022 in Austin, TX.  I helped to produce a dinner party and she was an out-of-town guest at the party.

Certainly she was popular and known to many attendees.  Yet my experience of meeting her is something I hold dear.  After I introduced myself, to my surprise, she told me that she knew me.  Apparently we had met in 2018 and although I had not remembered, she remembered me.

Rachel's welcome to me was warm and genuine, with a kind smile and hug as to a long lost friend.  I will long remember and cherish her warmth towards me.

I have since been a guest on numerous online seminars with Rachel teaching the content.  I am impressed by her humility, wisdom and genuine interest in others.

I know that Rachel has been convicted of conspiracy to force labor.  I appreciate the opportunity to express my appreciation and admiration for Rachel Cherwitz.

Sincerely,
Karen L. Baker

93

Wednesday, June 11, 2025

Dear Judge Gujarati,

My name is Katherine Wiggs and I am a licensed psychotherapist,  working clinically since 2013 in London, UK. I am also the mother to two adult sons.

I have known Rachel since we met in a OneTaste class in New York in 2017. We quickly became friends and she was a great support to me when my sons were leaving home.

We spent time together over the years and have become particularly close these last few years, during which I was providing palliative care to my father before he passed last summer.

Her support was invaluable to me, in these two milestone moments of my life, and Rachel often shared the difficult experiences with her own family in order to reassure me and help me gain perspective during these painful and confusing times.

I am aware Rachel has been convicted of conspiracy to force labour and understand the weight of the decisions placed before you; I do not take lightly the responsibility of writing this letter. My intention is to provide my experience which may assist the court in understanding Rachel's character.

Thank you for your time and consideration of my letter.

Respectfully,

Katherine Wiggs MA

November 10, 2025

Honorable Judge Gujarati,

This letter concerns pending actions regarding the Nicole Daedone and Rachel Cherwitz's sentencing. I respectfully submit the following for your consideration.

I am a retired financial executive, now 77 years of age, with substantial executive-level experience managing companies, public and private, foreign and domestic, from start-up to public market, joint venture, and large company groups. I hold undergraduate degrees in history and international management and a graduate degree in international management. My specialization has been international management and finance, with work experience in over 20 countries and travel to over 80 countries. I am also a start-up specialist with three decades of experience serving as a CFO for high-tech startup companies in Silicon Valley.

The distinctions gleaned from travels helped to develop a compelling interest in diverse cultures, community development, and personal transformation. I developed connections to intentional communities worldwide and have acted as an advisor. I have also been engaged in personal transformation coursework since the 1980s, with extensive engagement since 1997, including starting a coursework business that developed a unique modality now used worldwide. I trained as a course leader for two years, and before One Taste facilitated at least forty weekend courses and an equal number of one-day workshops.

I met Nicole at a seminar she was co-leading around 1999, and met Rachel in early 2007 when she first joined the One Taste community. After the workshop, I don't recall having much contact with Nicole until 2003, when I moved into a house near San Francisco where the housemates were friends with Nicole. Nicole lived nearby in the same small community just south of San Francisco.

At the time, an overriding interest of mine was the development of intentional community, particularly housed communities. Nicole and a small group of collaborators, including some of my housemates, percolated the idea of what would become One Taste, which naturally caught my attention. I found Nicole sincere in her intentions for women's liberation and empowerment, and her desire to build a housed community based on that purpose. I discovered she was driven and passionate about the project.

As I got to know Nicoe better, I understood that obtaining freedom and happiness by staying with the moment's energy was a fundamental principle in her life. Her teachings were as spiritual to her as they were relevant to the human condition. While Nicole was firm in her beliefs, she was open to reasonable suggestions and quick to act. What was notable for me was that she focused on each person's well-being. She intuitively understands what people need and tries to help them obtain their desires. She was particularly empathetic towards and adept at working with women. Empathy came with a demand for the person involved to take responsibility for their life, which aligned with her goals. Thus, more than a strong sense of social mission, I witnessed her being a natural leader who is innovative and resilient, able to build strong teams and networks, and collaborate effectively. These are essential qualities for a successful social entrepreneur. I was naturally drawn in because of my interests and background with start-up companies.

Thus, I witnessed the start of One Taste and stayed connected with it from early 2024 through August 2008. Initially, a facility was leased in San Francisco to serve as a community center. Shortly thereafter, another facility was leased on the same block for housing, then two more. New people came to collaborate, some to live in the community, and the numbers grew. I saw countless women, Rachel included, arrive and grow strong through empowerment and liberation. The men who arrived became far better informed, sensitive to women's needs, highly supportive, and conscious. These were excellent results.

I draw a clear distinction here between the community of One Taste and the course business that would later develop. Communities, particularly intentional communities, need boundaries and a process for admission. This goes double for a housed community. Whether desired or not, intimacy isn't for everyone. While courses were generally open, participants in the residential community needed to be mentally healthy and free of addictions and aligned with community values. Even then, entry into the community required a unanimous vote by community members. While community members participated in coursework and supported the growing seminar and coursework business, it was by choice and not universal. Many community members never saw themselves as part of the One Taste business. Instead, they were building community. The community had its own self-selected leaders. Nicole lived apart from the community and generally focused on the business, yet she never lost touch with people's needs and engaged where needed.

Initially, the One Taste functioned as a master tenant, renting facility space for activities and housing for community members. People collaborated to give an occasional seminar to raise additional funds for rent and expenses, as needed. While rents were paid individually and were not a "joint and several" obligation, there was also a need to cover the rents for common areas and community expenses. The community threw parties, hosted speakers, and rented event space, including for other people's courses. Essentially, anything we could think of to make the rent.

One Taste borrowed funds when necessary. The borrowings had to be justified. While the amounts were token for the individual involved, there was a business process. As a financial advisor to the community, the lender paid me to prepare business forecasts needed to support loan requests. As new people joined, facilities expanded, as did the rent obligation, and workshops became more frequent. In late 2008, One Taste rented and renovated a small hotel; it surrendered other housing facilities. This was a transition, not an expansion, as seminar and course activities became One Taste's primary business. Most community members who were not fully committed to the course business left then. I also went, as my primary interest was community development, not building another coursework business, something I had done in the past.

A decade later, I followed the stories when One Taste appeared in the news. I watched the Netflix video at a gathering of approximately twenty people, all of whom participated in the early days. Following, we shared our impressions. Both the articles and the film occurred as hugely distorted. The film was particularly concerning as, with few exceptions, the images of people were from the early years when One Taste was a community, and pictures were presented out of context to misrepresent the circumstances, while the film's discussion centered on events ten years or more after the pictures were filmed. With few exceptions, the community people who appeared in the movie did not consent to this use, and to our understanding, neither did the One Taste organization. There was a general sense of gross distortion and misinformation among the people who watched the film with me.

The nature of transformation is to nudge people out of their comfort zone toward the change that they want to make in their lives. Sexuality is exceptionally challenging, as is the intimacy of living with a large group of people. Even minor matters can cause people to experience difficult transitions, and once removed from the experience, they can backtrack to what was comfortable, sometimes denying responsibility for their choices and personal volition. Teaching sexuality presents a unique set of challenges, including conflicting cultural and religious beliefs, shame, and fear of controversy. Years later, people at a different stage of life may express regret.

I don't know what happened after my participation. I can only speak to the people who brought complaints against One Taste, whom I recognized in the film. I assume they also presented in court. Whatever their motivations now, I can say that they eagerly embraced the experience at the time, their words wildly contrasting with reality as I knew it.

From my experience, Nicole created a positive and productive environment where individuals could thrive, contribute their best work, and collectively drive positive change. She is a masterful teacher skilled at moving people toward their desired breakthroughs. Whatever method she chose to apply, she always acted in the participant's best interest. I did not experience any circumstance where anyone was forced to do anything they did not want.

While I knew Rachel for about 18 months, I did not know her in the roles she would ultimately assume in the organization. She was a decent person who was eager to learn. The longer I knew Nicole, the more I respected her capabilities as a social entrepreneur who could motivate people and her concern for the individuals involved. As a start-up specialist, I know the difficulties of replicating organizational policies and procedures, the growing dependency one has on other people, and the difficulty of the transition. I might assume breakdowns in a particularly sensitive business environment, as they are common for any organization. Still, the charges do not fit my understanding of Nicole or Rachel, as I know them.

I have often described the One Taste experience as a collective practice of intimacy that induces deep, intuitive connection supported by mutual respect and trust. While many of the teachings were brilliant, my appreciation came mainly from the experience of living in an intentional community. The lasting results are a deeper connection and greater generosity with everyone in my life. Many people I met during that time remain friends today. I'm grateful for my participation.

I hope this perspective is helpful. I did not facilitate the coursework at One Taste, and dated outside the community, so I speak without attachment except to promote justice.

Sincerely,

Kenneth Vanoky

Monday, June 16, 2025

To The Honorable Judge,

My name is Kowshik Murali, and I am a Senior Staff Engineer in Research & Development at Synopsys. I specialize in developing EDA tools that enable the design of modern semiconductor chips. I hold a Master's degree in Electrical and Computer Engineering from Georgia Tech and am a named inventor on U.S. patents in my field.

I have known Rachel Cherwitz since 2015, most closely between 2016 and 2018. During that time, we were part of the same intentional community and even lived together briefly. I came to know Rachel as a teacher, coach, and community leader at OneTaste. I also received direct coaching and feedback from her in several courses I took during that time. While we did not always agree ideologically, she was consistently kind, fair, and respectful in every interaction I had with her.

I am aware that Rachel has been convicted of conspiracy to force labor.

What stands out most from my time with Rachel is the way her presence consistently helped me bring deep truths to the surface—things I had felt but never been able to articulate. In one memorable house meeting she led, Rachel asked thoughtful questions about each person's desires. Her attention, intuition, and patient inquiry helped me realize something that has guided me ever since: that the well-being of my wife is my deepest priority, and she is the reason I keep going. That realization has had lasting impact on my life, and it emerged not through instruction, but through Rachel's way of listening and drawing out what was already true inside me.

Rachel's teachings—though at times challenging—have continued to influence my life, even years later. Her courses on healing from past trauma, taking personal responsibility, and staying connected to desire and service have shaped the way I live and make choices. These lessons were not always easy to integrate, but with time and life experience, I've found that they grounded me in deeper emotional and spiritual maturity.

At OneTaste, I felt treated like an adult with full agency. Rachel and others in the community emphasized the importance of creating safe containers and clear boundaries, which provided the freedom to explore and express authentically within those agreements. That kind of environment, particularly under Rachel's leadership, encouraged responsibility and choice, rather than control.

If I had to name one quality of Rachel's that I admire most, it would be her relentlessness in loving others. Even during moments of disagreement or discomfort, she remained steady in her care and commitment to truth—not just

her own, but the truth of the people around her.

Thank you for considering my perspective.

Sincerely,
Kowshik Murali

Thursday, June 12, 2025

To whom it may concern,

Re Rachel Cherwitz

My name is Laura Martin and I am a UKCP accredited psychotherapist in practice in the uk.

I'm writing this letter having heard that Rachel has been found guilty of conspiracy to force labor and that she faces a potentially lengthy prison sentence.
This is very difficult to hear, as my experience of Rachel was that she was simply hugely excited and enthusiastic about Nicole Daedone's work, having experienced a deep healing of sexual trauma herself through it. I met Rachel in 2014/15 on the Coaching Programme 8, and also when she came to live in the London community in 2015.  On the coaching programme as a teacher and coach, I appreciated her directness, honestly and willingness to say difficult things. All the teachers on the programme brough a different flavour, and hers was often a challenge style which I am well aware can be very beneficial, from my  Gestalt psychotherapy training.  I could feel her passion and how much she cared about her work and the people in training. When she worked with me, she was very gentle  and I realised she could really see me and that I needed a softer approach. When she came to London and I saw behind the scenes of the coaching programme, I continued to see her softer, gentler side of her, and enjoyed the few times I volunteered back of house and supported her and the team.
Rachel, and the One taste sales team in general, were passionate and pursuasive, which to me clearly from the belief in what they were doing rather than a sinister motivate of making money from traumatized people. The way the staff team seemed to work was on a culture that encouraged people's energy to flow; receiving so much energy through the practice of OM meant that giving out, being 'in service' as it was referred to, felt good, and I didn't see any of it as an experience of being forced to do something for someone else.   I lived in the community OM house  in 2013-14, and never felt forced by One Taste staff to be involved at any level other than what I wanted; I didn't attend the TurnOn communicaiton events very often as I didn't enjoy them much, and I was never made to feel I didn't belong.  I saw everything as an invitation and

was able to say no. I visited several OM houses in America  and saw the same energy and excitement as in London; people voluntarily enjoying being part of this work.

 I was in the same coaching programme as Ayries Blanck, and I remember a time when there had been an issue with her and Rachel, and Nicole brought it up in front of the group compassionately, and we witnessed Rachel's process of apologizing. I saw Rachel as getting into messy situations at times, as is normal when people live and work closely together, and are committed to being honest rather than simply being 'nice'.

I am sad and shocked to hear that this has ended up in such a serious court case and I hope my experience can be considered in the appeal.

Yours faithfully,

Laura



2

LETTER TO JUDGE ON BEHALF OF NICOLE AND RACHEL

Your Honor,

I feel called to write to you on behalf of Nicole Daedone and Rachel Cherwitz (Pelletier).

Nicole saved my daughter Anjuli's life and that of her partner. They had been traveling for three years, all around the world and they both became very ill. Their condition was very hard for doctors to diagnose and they were getting sicker. Nicole taught them how to heal themselves and within six months of meeting her they were both entirely recovered.

My experience of Nicole is of a very wise, very loving person who has an incredible talent for teaching people how to find the best in themselves no matter how lowly or troubled their beginnings. It is not in her to have done what she has been indicted of. It's just not possible. And Rachel believes in her and her mission is to help people to experience her special talents. Their mission is to help people with all their hearts, not to harm or manipulate anyone.

I feel extremely grateful to both Nicole and Rachel for the role they play in this troubled world. It is my hope and prayer that they not be convicted as they have dedicated their lives to serve others, to heal the suffering of those society doesn't care for and and help them unlock their potential.

Thanking you in advance,

Sincerely yours,

Louise Ayer

Your Honor,

I am writing to express my admiration and respect for Nicole Daedone and Rachel Cherwitz. I have known these women for 7 years. In my interactions with both of them I have always been impressed with their kindness, generosity and unconditional approval, attributes that were strengthened in me as I saw the transformative effect it had upon people who came in contact with them.

The Free Food Program in Harlem and The Art of Soulmaking outreach initiative for the incarcerated are the perfect examples of their aforementioned attributes.

For the last 20 years of my life I have sought out people and philosophies that allow me to expand my knowledge of myself and others.  The One Taste programs that I participated in did exactly that. I entered into a world of connection, awareness and unconditional love that I have ever experienced. I am now  participating in The Art of Soulmaking program and will soon become a participant in that outreach program and I expect to to go even deeper into that world.

Knowing Nicole and Rachel has made me a more self confident, loving, compassionate and  tolerant person. They awakened me to my strengths and talents and I will be forever grateful for their guidance and support.

I have never met any women or men who love and care for humanity more than Nicole and Rachel and I am dumbfounded by the attacks on their integrity and character. The courage they are exhibiting while being unjustly attacked and vilified stands as a testament to the kind of people they are.

If I were in a foxhole I would want them next to me. The conflict would end without a shot being fired and both sides would win.

Sincerely,
Lucy Egg

*Lucy Egg*

Thursday, June 12, 2025

Lucy Hall
London
UK

To The Honorable Judge,

My name is Lucy Hall and I am a Sound Supervisor currently working at Sky,
which is part of Comcast. I work in live events —a fast-paced, high-pressure,
and traditionally male-dominated industry. My work requires strong
communication skills, composure under stress, and the ability to collaborate
closely with people in high-stakes environments. I take pride in showing up with
professionalism, integrity, and calm under pressure.

I am writing this letter to share my personal experience with the teachings of
OneTaste, and specifically, the impact that the organisation, and by extension,
the work of both Rachel Cherwitz and Nicole Daedone, had on my life.

I did not know either Rachel or Nicole personally for years prior to my
involvement with OneTaste. I came to the work as a participant, deeply
motivated by personal healing. I had been sexually abused as a child, and the
long-term effects were profound. I had spent years in traditional therapy. While
it helped to some extent, I still found myself having flashbacks, especially in
intimate situations, even with someone I loved and trusted.

Just before I found OneTaste, I had committed to a loving relationship and we
had a small commitment ceremony. I hoped that this symbolic act of devotion
would be the final piece that helped me feel safe. But that night, in our
honeymoon room we had booked to celebrate, I had another flashback. I realised
then that nothing external was going to fix what was happening in my body. I
needed something deeper. That moment marked a turning point. I was willing to
try anything to heal. That's when I found the practice of OM (Orgasmic
Meditation) through OneTaste.

The practice itself was simple. Over time, through consistent practice, my
flashbacks stopped. I started to feel connected to my body in a way I never had
before. I stopped recoiling from intimacy. I stopped hating my body. My
relationship with myself as a woman changed completely.

104

1

It's not an exaggeration to say that the teachings I encountered through OneTaste gave me back parts of myself that I had written off as permanently broken. The impact was deep, and it lasted. I felt more present, more grounded, and far more capable of navigating my life, including my work in a male-dominated environment, without the background fear that had accompanied me for years.

In the time I spent around Rachel, I found her to be grounded, direct, compassionate, and very human. I felt very cared for by her. I remember a specific moment with Rachel sharing about her own life, which I resonated with. I was inspired by her. And how she had changed her life.

The same was true of Nicole. I didn't know her as personally, but her presence, her voice, and the way she spoke about healing and relating to one's body had a profound effect on me. There was a steadiness and depth to her teaching that helped me feel safe. She brought reverence to topics that are often taboo or shamed, and that alone was powerful.

I know that both Rachel and Nicole have been convicted of conspiracy to force labour, and I understand the seriousness of that. I am not writing to comment on the legal aspects of the case, only to share what my personal experience of their work has been. And from where I stand, that work helped me in ways that nothing else ever had.

I'm deeply grateful for what I received. It changed my life.

Sincerely,
Lucy Hall

2



Alternative to Meds Center
3130 W. State Route 89-A
Sedona, Arizona 86336
Phone Number: 888-907-7075
Fax: 928-282-1219

Honorable Judge Gujarati,

My name is Lyle Murphy. I'm the founder of a mental health organization called the Alternative to Meds Center. We are a residential-level mental health and addiction treatment center licensed by the Arizona Department of Health Services and also accredited by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO).

In or around 2008, I was in San Francisco running this organization. There was a yoga studio next door to my 47-room facility. On my walks to try to gather my own sanity, I would pass by and occasionally do a yoga class.

It was at this time that I met Nicole Daedone and shortly thereafter Rachel Cherwitz.

Being a rather notable character in the mental health field and having hired many different professionals from psychiatrists and doctorate-level clinical psychologists to behavioral health technicians, I was rather amazed by their rather unique brand of wellness. Also, very noticeable was how rather crazy I felt standing on my side of the alley and how surprisingly sane I felt standing on their side of the alley. I remember reflecting to myself "I wish that my professional staff had the innate skills of understanding people the way that Nicole, Rachel, and a handful of others possessed." That was my first impression of sorts.

As time moved on, and we became more neighborly, we talked about sexuality and how a lot of people get stuck there and all of the debris that surrounds it. And I couldn't help but confess that within the mental health paradigm that certainly is a very large part of life where people experience distress and have had mental health breakdowns and trauma, and all of the things that we are quite familiar with in the mental health field.

In reflections, I remember recalling these basic bookends between talking about anything regarding sexuality and residential mental healthcare. They live in completely different sections of the library of mental health. My ability then and even now about how any of that could end up on the same page would completely elude me.

Yet in various brands of therapy, especially when it comes to family-of-origin therapeutic modalities, we all came from parents who had love generally speaking, and we were a product of that love through an act of intimate connection. And so were their parents, and so were their parents, and so were their parents. And they all had their hopes and dreams and loves and broken hearts, and all of that is basically a composite of who we are and those who came before us.

And people like Nicole and Rachel could track with me in these conversations and actually guide me. I also work with very high-end people and celebrities, and truly I believe that Rachel and Nicole were my teachers in a certain niche that other teachers were either unwilling or unable to define.

106

Being neighbors for several years and myself having a rather small radius at the time
because I was very busy with work, I feel as if I got to know Nicole and Rachel very well. And
I'm not easily impressed nor am I vulnerable to forms of fanaticism or being hoodwinked into
following some trendy hoopla.

As a judge of character, myself, as being the person who hires the higher-level staff for my
organization, as a speaker who has publicly spoken to doctors who are getting their continuing
education credits listening to me and psychiatrists paying me personally to guide them in
medication management because of my unique experience…I would say that my opinion of
Rachel and Nicole have value and credibility.

I work with a vulnerable population. If there's even one hint of inappropriate navigation from
anyone who is in my care, that person would be removed without apology. And those can be
even

little things as we all know. They don't have to be big, obvious things. I certainly don't
want household name actors in Hollywood screaming at me on the phone about anything,
particularly something inappropriate, or the wife of the judge, or anyone on the list of people that
I have had the privilege of treating. Only the highest standard is the standard in my orbit. If
the housekeeper is asking for an autograph or stole the soup spoon that a particular celebrity was
eating from, he or she is dismissed.

I had the privilege of having Rachael work for me in Arizona as an executive assistant to my
CEO, and transitioning over to being supervised as a therapist. This was in or around 2018. For
the therapeutic portion of her tenure, she was working on getting supervision hours
overseen by my Clinical Director who possesses the authority to sign off on supervision.

I don't know that I've had yet someone who was so exacting to the letter and spirit of the law
and the code of ethics and at times extraordinarily boring diligence that it takes to hold the
positions that she was being supervised in. It was quite remarkably impressive, especially
considering that she was previously a highly accomplished coach, and what is expected of a
coach is at times diametrically different than what is required of someone holding licensure as a
therapist. Her ability to compartmentalize those things after being a very effective coach in the
world and show up as a monitored therapist and own the position of being completely inside the
lines not only at work but after work and during recess was astonishing, to say the least.

I believe that I have observed Rachel's character, both in a professional setting and in life to
deem that she is of good character and intention and was willing and would continue to base my
own reputation on that conclusion.

Thank you for your consideration.

Lyle Murphy
Founder
Alternative to Meds Center
510-355-7195



10 November 2025

Your Honor Judge Gujarati,

My name is Mai Vu. I am the founder of Toan Ven International, based in Vietnam. We help women and men heal their relationship patterns and develop healthy sexual practices. For eleven years, I was a Senior Leader at The Coaches Training Institute (CTI) where I trained more than one thousand coaches internationally. I have also worked as an executive coach for Fortune 500 companies.

I have known Nicole Daedone and Rachel Cherwitz for almost twenty years. My first meeting with Nicole was at what I thought was a casual introduction, but it turned out to be a job interview. I had been asked to substitute for a colleague to teach coaching skills at the first ten month Coaching Program for OneTaste in 2010. My friend, who had been the primary coaching skills teacher, had a conflict and could not deliver the class, so he asked me to fill in. I was told simply to stop by and say hello to Nicole. When I arrived, we sat casually in her living room. She asked me the first question, and I realized, "Oops, I'm at a job interview and didn't prepare." I answered honestly — it was all I had. She asked me a second question, I answered again, and then she looked at her colleague and said, "She feels right." I was hired.

I thought, "Wow, if all leaders could make decisions that clearly and quickly, how much time, effort, and money would that save everyone involved?" That was the beginning of one of the most rewarding professional experiences of my life. My colleague and I helped Nicole develop the coaching program and took it international.

During my three years of involvement, I met and worked with many of the students and staff — some of whom are mentioned in this case. I did not experience any red flags or see any signs of wrongdoing. What I witnessed were people who were deeply engaged in personal transformation, learning how to be honest, to feel, and to connect.

I know both Nicole and Rachel, who was present at each training, to be integrous women with big hearts and a passion for making a difference in people's lives. As a fellow change-maker with thirty years in the field of life coaching and human development, I understand how easily this kind of work can be misunderstood. I, too, have had people I supported and cared for turn against me, twist my words, and misinterpret my intentions — though not to this extreme. It is one of the risks of doing work that touches the most vulnerable, taboo, and emotionally charged aspects of the human experience.

It is very easy to take something said in the context of deep emotional work and pull it out of context. Gossip, projection, and resentment can grow quickly — much faster than the decades of integrity and care it takes to build something meaningful. One careless remark, one unprocessed wound, can ignite a firestorm that consumes years of honest labor and love.

Teaching sexual empowerment is never a safe or easy road. It challenges deeply ingrained fear and shame. Humanity needs this work to evolve — to grow out of victim mentality and reclaim personal responsibility — and yet the very act of teaching it invites suspicion and outrage. Those who dare to lead in this arena often become targets. Nicole Daedone is one of the rare individuals willing to take that risk in service of healing.

I have seen Rachel and Nicole's commitment up close. I have seen the depth of care they bring to their students and the team at OneTaste. I have seen their humility, their discipline, and their willingness to look at themselves — qualities that define true leadership.

Your Honor, I ask you to see Nicole and Rachel for who they truly are: two woman of conscience and compassion who have devoted their lives to helping others find freedom and wholeness. Their work is needed in this world. I ask that you extend them leniency in sentencing, so they may continue to contribute to humanity's healing.

Respectfully,
Mai Vu / Chị Mai Khôi (Vietnamese)
Founder, Toan Ven International
www.toanven.vn

November 8, 2025

To the Honorable Judge Gujarati:

My name is Margaret. At 65 years of age I joined the One Taste Coaching Program, CP13, in November 2016; this was a huge out of the box step for me. I was at a cross roads in my life, my two sons were living their own lives, my business was stable and moderately successful, yet I felt disconnected and alone at times, anxious about my place in life and searching for a deeper meaning for my existence.

Having been born and raised in India, then moving to England before settling in Silicon Valley, I've tried many self help programs so when I saw an online advertisement for "orgasmic meditation," I was intrigued and signed up for their free introductory class. Imagine my surprise when I saw a live demo of what the stroking practice is, I about died, thinking "what on earth am I doing here?"

Getting up, I made to leave the room. As I was passing the sign up desk I realized I had judged and condemned a program and community I knew basically nothing about. In a flash, I saw that was how I lived my life, judgments made on others which separated me from them, had me feeling alone. I immediately turned around and signed up for the seven month coaching program beginning in February 2017.

Through this program I met Nicole Daedone and Rachel Cherwitz. It would be hard to meet two more passionate and honest people. Talk about women on a path to help others empower themselves! Nicole taught about acknowledging and going for our desire; Rachel helped us cut through a lifetime of limiting beliefs through her raw honesty, being especially unwilling to buy into any self limiting story! They didn't do this alone, there were many wonderful people in One Taste setting an example of living life fully and honestly. To think of this community as some sort of sexual group is to miss the point completely, the teachings are so much deeper.

Nicole and Rachel walked the talk. From them I learned to recognize where I'm held back, where my communication is less than honest, how to recognize and admit the deepest desires I have and then to go after them. My communication improved, my business increased, and I felt a vibrancy I'd never felt before. I'm now 73 years old and everyone remarks on my "energy." While I no longer take part in the practice of "OM" I remain in the community, have many wonderful friends, and have no regrets.

It's with deep sadness that I read the accusations leveled at Nicole and Rachel, all I can think is that the accusers misunderstood their teachings. The other thought I have is that when people, especially women, aim for change through something very different, there are those jealous who want to bring them down. I can only hope they don't succeed and that both Nicole and Rachel are cleared so they can go back to living life powerfully and being the amazing models they are for connection and better relationships. In today's divided world, we need more Nicoles and Rachels!.

In ending, I ask you to see how both Nicole and Rachel have risen to the task of being a change in the world. They have helped so many. Please have it be that they can continue with their work of empowering others to live a full and connected life.

Respectfully,
Margaret B.

Margot Fried
margot.fried@hotmail.com
41 rue bréguet 75011 Paris FR

November 3rd 2025,

Dear Judge Gujarati,

I met Rachel Pelletier and Nicole Daedone 12 years ago when I lived in San Francisco, and writing you this letter is very important to me as these two women have changed my life in ways I could not even begin to describe.

I was first a student at OneTaste, I participated in the coaching program along with many other courses, and eventually worked for OneTaste for a couple of years, after which I left to create my own business.

I am the woman that I am today, thriving, engaged in a healthy and loving relationship, running my business, which gives me a great sense of purpose, in great part thanks to them. They have taught me so much.

They taught me to listen to what is true for me rather than constantly people please, to follow my intuition, to be fierce and outspoken.
They also showed me how it feels to be deeply supported. I cannot recall a single time where I reached out for help and they did not respond. The level of availability, generosity and grace they have both demonstrated in the many years that I have known both of them has always amazed me.

I will forever be grateful for their insight, their brilliance and kindness and honesty. I consider myself lucky to have had both of them as teachers. Even after many years in university and in different trainings, it is with them I felt most understood, appreciated for who I am, and where I feel like I have learnt the most valuable teachings.

I am also deeply grateful for the community that they have created where I felt a true sense of belonging and built lifelong friendships.

Thank you,

Margot Fried

Wednesday, June 11, 2025

June 11, 2025

To the Honorable Judge Gujarati:

I am writing to you today regarding Nicole Daedone and Rachel Cherwitz of OneTaste. I am aware that a guilty verdict was handed down and the two ladies have been convicted of conspiracy to force labor. I am a writer and editor with numerous books in print, and I am also a filmmaker and produced screenwriter. I have appeared on over 2,500 radio shows all over the world, as well as on television, and I have lectured in front of large audiences in the United States.

In 2020, I began working as a writer and editor on numerous book projects for Nicole, one of which was The Art of Addiction, which I wrote and edited with Rachel Cherwitz. I had seen Rachel before on team Zooms and loved her spirit and humor and was thrilled when we were partnered to work on the book.

For two years, we worked closely together, communicating via zooms, emails, phone calls, and texts, and we had a blast. She was not only a great co-author but a friend. We got to know each other very well during that time and I loved her energy, her honesty, and her vulnerability as we navigated the difficult topic of addiction recovery.

In the end, we turned in a fabulous manuscript and I felt sad it was over, although there was plenty of editing afterwards. I found Rachel to be a person of integrity, someone who works hard on herself and her spiritual progress, and she gave me the courage to do the same.

We also laughed a lot.

Working with Rachel is something I would do again in a minute. She is a wonderful person and she taught me so much as we navigated the book together. She taught me that there is strength in vulnerability  and in facing our feelings, no matter how hard that may be, as a path to true healing.

I am so grateful to know her.


Kind regards,

Marie D. Jones

*Marie Jones*

113

Monday, June 30, 2025

Marla Moffet
126 Hanover Street
Asheville, NC 28806
ayurvedawithmarla@gmail.com
571.549.9546

June 30, 2025
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
RE: United States v. Rachel Cherwitz and Nicole Daedone - Case No. 23-CR-146(DG)

Your Honor,

Rachel Cherwitz has been a teacher, mentor, friend, and colleague of mine for just under ten years. We met in London in early 2016 while I was living in Paris and completing a Master's degree in Teaching French as a Foreign Language and English as a Second Language.

My name is Marla Moffet. I have just completed my second year studying with Dr. Vasant Lad, founder of The Ayurvedic Institute, and have received my certificate as an Ayurvedic Practitioner earlier this month. Previously, my career has been quite nonlinear. I worked as a teacher for gifted children at The Nysmith School. I also worked at The Embassy of France in Washington, D.C. and on both sides of the fundraising table for nonprofits and on behalf of The Chambers Group, a philanthropic advising firm. All that to say, I'm now firmly rooted in my passions: Ayurveda, Yoga, and natural health.

Without Rachel in my life, I would not have left the toxic relationship I was in for three years. She said something to me that helped me remember myself and finally leave for good. She said, "I don't think you see him—because if you did, you wouldn't be so upset with his behavior." This phrase rattled around in my being until I could see him for who he was and take the necessary action to leave.

I grew up in a middle-class home with extremely loving parents. They sacrificed so much for me, although my mother was highly traumatized by her abusive father and raged at me as a child. That said, when I met Rachel, I was quite entitled. I expected the world to cater to me as my parents had. When it didn't, I struggled with rage. Rachel was one of only people who could reach me through those emotions. She had boundaries and set them firmly, with love. For example,

when my fiancé and I shared an apartment with her and her husband in Manhattan, and I screamed at my fiancé in the middle of the night, she asked me to move out. This consequence helped me to break the rage cycle in a way I had never been able to previously. I learned to take responsibility for my life and my impact like never before.

One time I'll never forget was when Rachel held an intervention for me last summer in between my first and second years of school at The Ayurvedic Institute. I spent my first year (post abovementioned break up) under eating and over exercising. As a coping mechanism, I got obsessed with Pure Barre (a ballet-based, strength training exercise program) and would go nearly every morning before school. Then I wouldn't eat enough. Sometimes I would only eat once a day. I was mean and my nerves were frayed all while dealing with my mom's stage four cancer. Rach did not have to intervene, but she chose to to show me that there are friends who care enough about me to tell me the uncomfortable truth. She told me that I had to eat more in front of about five other girlfriends. Then one by one they told me the impact my not eating enough had on them. A friend then made me breakfast and Rach asked me to start a thread called "Feed Marla" where I posted pictures of my meals. I wasn't anorexic, but I was very particular about what I ate and there was a lot of restriction around my eating. The exercise of having a thread where I posted pictures of my meals and myself eating them changed something inside me. It had me see food differently and turn more toward nourishing myself and loving myself. Since that intervention, I gained needed weight, and I got more comfortable having womanly curves.

Learning the practice and philosophy of Orgasmic Meditation has had me become more me. Every time I can remember asking Rachel for advice, she always pointed me back to myself. She would always ask me, "What do you want?" The journey for me was to get out of my head and embody myself. I learned to feel the truth of my yes and my no inside myself. Through OM I learned to follow my own wisdom because I had access to it. Rachel always backed me in doing what I wanted. I remember a conversation I had with her about an advanced yoga teacher training I wanted to do at Sivananda Ashram in the Bahamas. I was conflicted because I had gotten feedback that it would be better to do something else instead. Rachel fiercely backed me and told me that whenever there's something that feels right in my own soul, I just follow it with joy.

Thank you for taking the time to read about my experiences with Rachel and the unforgettably positive impact she's had on me. Thank you for the care and attention you bring to the responsibility of sentencing Rachel.

With deepest respect,

Marla Moffet

**Nicole and Rachel letter**

I came to onetaste as a very confused young man in his early twenties. I was traveling from Norway to The States because I felt a strong urge to seek something where I felt a greater meaning, a greater sense of connection with human beings. The culture in Norway was lacking something I was deeply craving. I did not know exactly what this was at the time, but the pain of feeling a lack in my environment had me take the leap and follow what my intuitive senses were telling me. This led me to a so-called turnon event in NYC where I felt there was something special in the people there, who showed the element of human connection that I was craving. Then I was surprised they also had this practice called orgasmic meditation, but I knew this was something I wanted to explore. I went to San Francisco and attended OM courses and went through the coaching program. Through the experiences, I gained a greater flow in interacting with people, and got more successful in approaching and having relationships with women. Their practice and philosophy touched a deeper level of the human experience than I've ever seen anywhere else. Something truer than what conventional society was blindly following.

I've struggled with fatigue for a great part of my life. Sometimes I would zone out and not feel present with people or by body. The practice of OM helped me return into my body in a sense, and

gain a greater awareness of my own inner workings, as well as for the person in front of me. I could be in a zoned out state, but just sitting in the same space with other people in the coaching program, sometimes not even being able to follow what they were talking about, just felt really good in my body. I felt safe, loved and less anxious. My experiences with them has helped me become more trusting of my authentic expression as a human. I have followed to some extent what onetaste, and particularly Rachel Pelletier and Nicole Daedone has been accused of. Their business model has in many ways been unconventional and characterized by trial and error. But I believe their innermost intention has been pure and coming from a desire to help people become freer humans beings. With that comes the occasional uncomfortable truth and mixing that with business can be particularly triggering at times for people, as I have also witnessed for myself.

Even though I've been away from onetaste for many years, apart from the occasional videos/writings on social media, I still keep much of it with me in my sex life, and I long back to coming back to the people of onetaste, which would not be the same without Rachel and Nicole.


Yours Truly, Martin Aardal

Martin Gutierrez, PE
2739 Bartlett St.
Oakland, CA 94602

November 4th, 2025

Judge Diane Gujarati
United States District Court for the Eastern District of New York
Brooklyn, New York


Your Honor,

I am writing to you to advocate for Rachel Pelletier (née Cherwitz) and Nicole Daedone whom I met when I became a student at One Taste in San Francisco, California in 2017. Since then, I have participated in several retreats and taken many courses at One Taste, some of them led by either Rachel or Nicole.

In my time knowing them, both Rachel and Nicole have always displayed qualities of honesty, integrity, and responsibility, both in business and in teaching. In my experience, they are not the people portrayed in the media.

I find both Rachel and Nicole to be forthright, decent and generous. They are some of the most courageous and gifted teachers I have ever experienced. They taught me how to be more flexible, curious, self-aware and a better listener. Thanks to their teachings and mentorship I have become a more compassionate and tolerant person.

Nicole and Rachel were generous in sharing their knowledge and experiences with me, and they never tried to impose their own perspectives. They always allowed me to discover and embrace what was true for me and to let go of that which I did not agree with.

At One Taste, they created a safe environment for me to grow and thrive. With their guidance and support I have learned more about myself than at any other time in my life and have become a better human being. I am grateful for the impact they have had in my life. Today, the result of that personal growth is reflected positively in both my personal and professional relationships.

Thank you for your time and consideration.


Sincerely,

Martin Gutierrez

Sept 8, 2025

Dear Honorable Judge Gujarati,

My name is Dr. Martin Lajoie. I'm a licensed clinical psychologist in California, and I've been working in the field for over seven years in leadership positions helping to treat adult addiction, trauma, anxiety, and depression. Prior to that, I worked for a decade as a residential care counselor for Sonoma County serving youth with trauma in the child protective services system.

I am writing as a character reference for Rachel Cherwitz. I am aware that Rachel has been convicted of conspiracy to force labor.  I hired and supervised Rachel from 2019–2021 in the clinical department I directed at Duffy's Napa Valley, a residential treatment center for substance use disorders. In that time, I came to know her not only as an employee but as a professional who demonstrated the kind of ethical awareness and integrity that is essential in this field.

Rachel consistently impressed me with her honesty and humility in supervision. She brought cases to me with openness — naming both areas where she felt she was successful and areas where she wanted feedback and improvement. That kind of self-reflection is not only rare, it is the foundation of ethical practice, because it shows a willingness to grow and to prioritize the well-being of clients above protecting one's own ego.

I also observed Rachel's character in the staff support group I facilitated for my team. She showed up authentically, willing to share her own struggles, but equally important, she listened carefully to her peers and offered them thoughtful encouragement. That balance of honesty and empathy contributed to a healthier and more resilient staff culture, which in turn benefited the clients we serve.

One particular client stands out in my memory as an example of Rachel's skill and integrity in practice. This individual had a history of trauma and significant affect regulation problems, and one day he escalated into an emotional crisis. Rachel and I intervened together. I watched her calmly and respectfully guide him through self-regulation tools — deep breathing, visualization, and even walking him outside to engage with nature. She suggested he place his hands in the soil as a tactile grounding exercise. Throughout, she maintained clear professional boundaries, avoided triggering his PTSD symptoms, and empowered him to take ownership of calming himself. Within minutes, his state of crisis de-escalated. I can say with confidence that the way Rachel handled that moment — with steadiness, ethical sensitivity, and genuine care — was a model intervention.

Rachel supported clients' dignity, and empowered them to make their own choices about their healing and treatment. An example that highlights Rachel's respect for client autonomy occurred in supervision while we were discussing placement options for a client. The treatment team believed a particular living resource would be ideal, but the client, because of his trauma history, did not feel safe there. Rather than pushing him toward what we thought was best, Rachel advocated for him to have a meaningful say in his treatment plan. She listened closely to his

concerns, affirmed his right to choose, and helped identify resources he felt emotionally ready to engage with. This was a clear demonstration of her humanistic, trauma-informed approach — an approach that by definition rejects manipulation or coercion.

Over and over, I witnessed Rachel embody the ethical principles of our profession in real-world moments. She consistently treated clients as people with agency, not as passive recipients of care. For these reasons, I wholeheartedly stand by Rachel as a professional whose ethics, compassion, and integrity I have personally observed in action.

Thank you for considering my perspective.

Kind regards,

Martin Lajoie, PsyD

Your Honor,

I am writing this note to validate the character I've personally witnessed of Nicole Daedone and Rachel Cherwitz over the last 7 years I've known them.

I have been studying orgasmic meditation, Tantra, meditation, hypnosis and many other modalities for years in an effort to improve myself and heal from past sexual trauma and challenging relationships etc. I came across One Taste and Nicole Daedone's writings in 2017 and joined their coaching program in 2018 where I met Rachel Cherwitz who was one of the teachers at the time.

I found the information intrinsically foundational and orgasmic meditation transformed my whole life opening my body to new levels of sensitivity, healing and connection! For me it was like someone turned on the lights then connected the electricity in my body and all of a sudden I felt like a powerful woman again that was turned on to life and enjoying myself for the first time in a very long time! It was like my body had been asleep and my mind had kept me in the dark under control of everything to keep me safe and disconnected from the life I could have been living.

After that, I dove into everything I could devour soaking up the best of what was available in the live classes and in the inspirational writings! And I'm so grateful I did because everything has shifted and transformed for me around relationships, money, past trauma and the practice of being present, open and connected. Orgasmic meditation specifically has been a pivotal practice that has turned my body back on to life and reinvigorated my relationships with others as well as who I am innately and my personal intuition and power to be a dynamic turned on woman!

I have witnessed these two beautiful women give so generously to those around them and I'm so grateful for their intuitive connection and their ways of teaching that has truly liberated me from who I used to be! I cannot imagine my life now without their influence as they've been a powerful part of my transformation for the best!

It's hard to imagine that the integrity of these two powerful women has come into question as I have only seen them come from loving, lit up spaces despite the challenges they've been facing. I understand no one is perfect in this world and I believe we all have difficulties we face and sometimes we do or say things that perhaps could be done better... yet, I feel like we do our best under the circumstances and if we could choose better in the future hopefully we all will! Forgiving self and others is not easy especially under the scrutiny of social media today.

I've listened to countless hours of both of their teachings, classes, writings and witnessed their gifts they've offered in small digestible bites. Honestly, I wish there were more powerful women standing up, filled up and giving back to the masses in the many ways these women do! The life path they have chosen is not an easy journey yet it's necessary in our times to help reawaken more women (and men) who've been oppressed, abused, isolated and abandoned to remember their power and live their lives more fully!

I wish all women could feel the electricity of life pulsing through our body's and find the natural turn on that arises when we are filled up the way that Nicole and Rachel and myself are because the whole world would be a better, brighter, more connected place!

I understand that our society is not necessarily a fan of powerful women and how it wants to somehow "punish" them for standing out and speaking up to control this deep powerful connection they emanate. Perhaps the "wrong" words were used or something was done that has brought their conduct into question however I feel like the bigger picture of their overall actions and the many ways all the lives they've touched so profoundly also needs to be discussed since the world is not completely black and white and occasionally the shades of gray need to be addressed and reasoned with so we can create a better future for humanity especially around our innate sexuality.

I have never in my life encountered more insightful beautiful teachings and complete presence as from these two gorgeous women who are living, breathing and emanating the truths of Eros as they have so uniquely offered copious amounts of wisdom graciously to those of us still seeking the truth and longing to practice it in practical ways that continue to light the world!

I can honestly say I don't know where I'd be without their writing, teachings and daily classes and events I've witnessed with them. I can say I am profoundly moved and I will never be the same now that I've been blessed with the knowledge and intuitive information they've shared with me! I know the world is a better place because they've offered their gifts to us all so freely and I for one will always be grateful! With this said I implore that you truly open your heart to hear the profound messages they've been sharing with so many of us so you get the bigger picture that's much more balanced of who these women actually are from people like us who have shared experiences regularly with them in ways that have been highly valued and appreciated because they make a difference for the benefit of many!

Thank you for hearing who they really are and seeing through the jaded glass pictures to witness the beauty that radiates from within these women touching so many others on the path of making the world a better place. Thank you!

Sincerely seeking love for all!

Maryann Baker

Wednesday, June 11, 2025

Hello! My name is Matt Brand, I am a software developer of over 25 years with 2 Bachelors of Science, 1 in Computer Science and 1 in Game Development. I live in Studio City LA and work for a game dev studio called Second Dinner. I am also the father of a wonderful 25 year old woman who lives in Vermont.

I have known Rachel for 11 years, having met her at my first OneTaste course, a course for men, in July of 2014.

I understand that Rachel has been convicted of conspiracy to force labor.

I was really surprised and saddened to hear the news of her conviction. Rachel has been an advocate for my personal growth and the betterment of my life in every interaction I have had with her, of which there are many.

One of the ways I was positively influenced by Rachel was in my sobriety. I have been sober for 10 years and Rachel was a big inspiration for me to get into AA and get honest with my substance and alcohol addiction. She was my sponsor at one point, and was a huge ally to me, helping me to get through the steps. Through that process I have become a much more honest and responsible person, something that has benefited all of my relationships.

Rachel was also an inspiration for me to continue my journey through OneTaste classes and in my practice of Orgasmic Meditation. She was my coach for a bit, and a great listener. She would offer her thoughts and insights only after fully listening and understanding what I was saying and what I was experiencing in my life. And she helped me to be able to do the same for my friends, family and coworkers.

I'm extremely grateful for Rachel and the impact she has had in my life. She is a hard working, loving and compassionate teacher as well as a good friend.

Please consider all of this in light of her conviction. I believe she deserves to be free.

Thank you,

Matt Brand

124

Thursday, June 19, 2025

To the Honorable Judge,

I am writing this letter in support of my friend Rachel Cherwitz in light of her recent conviction. She is someone I have known and respected for over ten years. I want to speak to the deep and consistent impact she has had on my life and on the lives of many others—particularly those who are often underserved or overlooked.

Rachel is one of the most reliable, caring people I've known. No matter what was happening in her own life, she always made the time to check in on me. Her presence brought a kind of lightness that wasn't dismissive of pain, but rather infused difficulty with joy and possibility. She showed me how to carry humor, heart, and hope even through life's most trying moments.

Her work ethic is unmatched. She brings quality attention to everything she does—whether it's showing up for a friend, supporting her husband, or meeting someone for the first time. Rachel has a way of making people feel truly seen and valued.

When I invited her into the classes I teach for at-risk communities, her presence made an immediate difference. The participants felt comfortable with her, not just because she was kind, but because she was real. She didn't show up with superiority or saviorism—she met people exactly where they were, and they felt that. Her ability to connect, teach, and bring dignity into a room is rare and deeply needed.

Rachel is a quiet leader—one who leads by example. She wouldn't ask me to do anything she wouldn't do herself. She models generosity, integrity, and a deep care for others. I believe the world is better with her in it and that her contributions have a positive ripple effect far beyond what she might even realize.

Thank you for receiving my words and for considering the character and impact of Rachel Cherwitz.

Sincerely,
Matt Sherman

November 6, 2025

Dear Judge Gujarati,

My name is Mauricio Clavel and I am a 37 years old, Hispanic male from Brooklyn, NY. I currently live in Los Angeles, California where I've dedicated myself to a career in landscape construction. In 2011, I graduated from John Jay College of Criminal Justice with a Bachelor's Degree in Police Science. My initial goal was to become a law enforcement officer but later realized that it was not my path . Before moving to California, I worked as a security and fire safety director for 10+ years in commercial, high-rise buildings and large event spaces in NYC.

I have known Rachel for approximately 12 years and have supported her through the events leading up to the trial, during its proceedings, and following her conviction on the conspiracy charge to commit forced labor. I first experienced Rachel in 2013 as an instructor at OneTaste. I was fascinated by the content of her teachings and with the passion in which she taught them. I recall several personal interactions I had with her afterwards, in which she offered OneTaste programs that I later signed up for. Throughout the years, I shared communal housing with her on various occasions. She was an integral part of my experience with OneTaste and I am forever grateful for her.

One specific memory I have of Rachel is from a day when I was volunteering for a OneTaste class but was feeling a bit slow and somber. Rachel, with her usual drive and dedication, was trying to energize the team to get everything done on time and be up to par for the incoming students. After asking her to slow down with me a little due to how I was feeling, she completely obliged and met me where I was at emotionally. I felt fully acknowledged, cared for, and validated. Another recollection I have of her is from a time when I sought guidance during a personal hardship. She listened to me without negatively reacting or shaming me, which was what I feared could happen by sharing with others.  She went an extra step by recommending me to her personal therapist and providing me her contact info. I ended up deeply connecting with this therapist and worked with her for years thereafter.

Overall, I was attracted to the OneTaste community (and Rachel) due to the vitality I witnessed there. I longed for that, as I was an extremely depressed individual at the time. I had embarked on a spiritual journey long before finding OneTaste to cope with it, but when I discovered this organization, their teachings had an exponentially positive impact on me. They simultaneously codified everything I had already learned, expanded my mind on ideas I never considered, and ultimately, helped me access a place in which I could trust what I thought and felt. Despite the teachings seeming to me as being highly unconventional to most, I wholeheartedly aligned with them. I remember feeling, on a profound level, that finally, "I was not alone." Rachel, as a leader of this organization, assisted me in overcoming my life long struggle with depression via these philosophies.

It is my perspective that OneTaste always stressed the importance of making my own decisions and being a fully consenting adult. I saw it as my responsibility to participate and explore, understanding that any potential consequence would be mine to face and navigate. I always felt free to leave whenever I wanted and believed everyone else had the ability to do the same. In truth, OneTaste taught me and revealed the boundless nature of my own sovereignty.

Thank you for your time and attention to my correspondence.

Your fellow citizen,

*Mauricio Clavel*

127

Thursday, June 12, 2025

To Whom It May Concern,

I'm writing on behalf of Rachel Cherwitz, who I have known for 5+ years.

A quick introduction - I'm Megan Lambert, a relationship coach, impact investor, and community builder. I have built my own thriving business supporting hundreds of women and couples.

My life was forever altered by working with Nicole Daedone and Rachel Cherwitz. Rachel, in particular, coached me 1:1 for nearly a year, and during that time, she helped me clearly identify what I most value and want in life, what patterns are in the way, and how I can grow into the woman I was meant to be. Her wisdom and advice was spot-on, profound, and long-lasting.

During my time with OneTaste, I lived in community housing, participated in dozen of courses, and helped facilitate a few courses as well. I also volunteered my time off (my full-time job was a leadership consultant). This experience with OneTaste was incredible and gave me such inspiration for the work I do now. Every decision I made with the community was made with full integrity, awareness, and clarity -- I never felt co-erced or controlled by the community, nor do I have any regrets about my time there.

I am happy to answer any questions about my experience that may be useful. I will always be grateful to both women for their courage, strength, and wisdom.

Warmly,

Megan

Megan Lambert

Your Honor,

I am writing in defense of Nicole Daedone and Rachel Pelletier. I took the One Taste Coaching Program in 2016, attended a retreat in 2017 and had coaching sessions with Rachel in 2015.

As a neurodiverse, highly sensitive person, I'm someone who has never quite fit into mainstream culture and found trying to fit in to be destructive and harmful to my wellbeing.

As a student of these women, I have become more adept at listening to and trusting my inner truth and feeling good in my own skin. This has helped me to carve out my own unique way in relationships, career and life path.

The lack of dogma and emphasis on personal autonomy has been supportive and encouraging for me to develop the emotional resilience, acceptance and inner peace to live and let live. That is a quality that I notice is sorely lacking in our world today, at great cost to so many.

The OM practice itself gave me a very safe, predictable, repeatable environment to just relax into myself and to know what it is that  I need to feel fulfilled. It has also helped me to develop the voice to calmly advocate for myself any time, as needed. This ability has led me to feel more personal safety and freedom in the world.

My experience with these women and the body of work they have created has made a life changing difference to me. I deeply hope they get to continue offering their work to the world so that other women may have the wealth of personal safety and responsibility I've learned because of them.

*Michelle Kaila Rose*

Michelle Kaila Rose

Life Coach
Yoga
Craniosacral Therapy
Reiki & Energy Balancing

November 3, 2025

Dear Judge Gujarati,

My name is Michelle Sabado and I have been
involved with One Taste since 2014. I have been both
as both a student and volunteer, attending classes
of all kinds, Magic School, Coaching and Intensive
Retreats over the years so I feel confident to speak
on One Taste as an organization and, in particular,
Rachel Cherwitz Pelletier. Over the years, I have
come to know Rachel as a fierce advocate, a smart
and funny individual, as well as an incredibly
insightful teacher. I call her the lightning rod
because she is a fierce presence and very passionate
about her place in the world and what she brings to
it.

I have always found Rachel to be a person who
speaks her mind, an honest, loving woman that feels
for so many deeply. She and Nicole have grown and
nurtured One Taste over the years and Rachel has
worked very hard to be an excellent leader with
integrity and insight.

Working in the self-help world is not for the
faint of heart. So many of us came to One Taste
looking for deeper connection with ourselves and the

1

world. Some of us came very deeply hurt by our lives
and experiences. In order to go deep within
yourself, a safe space is essential and holding that
place is a very special job. I have worked over the
years as "back of house" and seen behind the scenes.
First of all, back of house is a very taxing, hard
job at times, with long hours.  It's a job that you
feel called to do for others because it is
completely volunteer. I have seen behind the scenes
with Rachel and the others, been privy to sales
meetings and pre, post and middle of events. The
only "forced labor" or attempted "forced labor" were
volunteers that gave it their all to make the events
deeply transformative for the participants and a
rich environment for the teachers to teach.

    As far as any conspiracy, I only witnessed
Rachel and Nicole agree, along with all the
participants, to work in these classes as hard as
they feel called to, on themselves, to really have a
deeply transformative experience.


    Sincerely,

    *Michelle Sabado*

    Michelle Sabado

2

**Michelle Veneziano, D.O.**

CA Med Lic #: 2OA8595 • NPI: 1598834244
753C Center Boulevard, Fairfax, CA 94930
*p:* (415) 259-9026 • *f:* (415) 457-4837

November 3, 2025

To whom it may concern:

I am writing as a character witness for Rachel Cherwitz Pelletier, who I have known since January 2017. I have been her student, her doctor, and I consider her a friend.

Rachel has devoted herself entirely to bettering herself and others. When I met her, while brilliant, she had not yet landed in herself as a person. By mid 2018 it was clear to me that she had arrived. She was clear, grounded, and able to interact with others with grace and humility. I remember the moment I witnessed the truth of what I just described. It was beautiful, hard earned, and it opened my heart.

Sincerely,

Michelle Veneziano, DO
Osteopathic Medical Doctor

Dear Judge Gujarati,

Back in 2014-2016 I was connected to The OneTaste organization through my friendships with some of its members in the leadership team. I took the intro to OM class and learned from Nicole and Rachael on different occasions. The philosophy they were sharing helped me heal my fear of vulnerability and helped me access my own power as a woman in a deeper way.
Every time I saw Nicole speak she lit me up and I consider her a teacher.

What I saw in the community around her was a group of dedicated individuals who were living and practicing the philosophies she shared. I saw their work environments and the way they'd dedicate themselves to the cause, and it was impressive, but not oppressive.
I saw such excitement and enthusiasm amongst these people being in community with each other, having a constant opportunity to practice the teachings and share the message.

I'm not surprised that these women have fallen under public scrutiny due to the nature of the practice and philosophies, challenging the status quo and what we are taught through the religious institutions that run this country. They represent something that is feared and mistrusted, and I believe that needs to be acknowledged and separated from the truth of what they were actually doing.

If there was any folly in the foundation of the organization, I wholeheartedly believe that it was blown out of proportion by the fear of the sexual taboo and perhaps the shame and judgement of those whom the work triggered.

The power of the OM practice speaks for itself, and while it's confronting for the world to see a group of sexually empowered women gain as much attention and traction as this organization did, we must examine our own biases and puritanical beliefs before condemning them.

Miriam K.

November 3rd 2025

To the honorable Judge Gujarati,

Thank you for taking the time to read my letter. I met both Nicole Daedone and Rachel Cherwitz at the OneTaste Coaching Program In Los Angles in 2016. I spend almost 6 years with them learning courses and their teachings. I started OMing as part of the education I received from Nicole and Rachel, I have become a better person. I used to see women as sexual objects before, now I see the divine human being in each woman I come across in my life. I started respecting women in my life and I improved connection with my parents and siblings and I found meaning in life that to lead a simple life instead going after material things.

Nicole and Rachel both have shown me how important relationships are, and how I can do work to improve them. The effort they put on me is so much I could not describe in my words. This is not an easy task to bring a human out of me from a self-absorbed person like me. In this process sometimes I am mean to them hurting with mean words even then they loved me and helped me to heal. This work they are doing is not full of roses they have work days and nights just for better world by healing individuals and communities and I am fortunate to experience that and I see the world needs people like them.

Please consider the impact that Nicole and Rachel have had on me and people around me. Please do the right thing, and allow them to continue to help people to heal and improve their life.

Thank you for your time,
Warmly, Naresh A,
California

4th November 2025

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier. I have known both
Nicole and Rachel since 2012 when I became involved with One Taste. I am a life coach in
London and I have trained with many excellent teachers, coaches and healers. My
experience with Onetaste and the teachers there was transformative for me. I had a positive
experience OMing and I'm grateful to Nicole and Rachel who were inspiring teachers of
mine. They supported and challenged me to rise out of a dark time of addiction and low
self-worth and to get into a much better place in my life.

Rachel helped me get into eating disorder recovery, she was incredibly supportive. She is
passionate, playful and I witnessed her teaching a number of times, she had a positive
impact.

Nicole supported me with writing a book and has been such an inspiration of mine for over a
decade, speaking about female sexuality and how women can rise to be more empowered.
She is a beacon that the world needs.

Please consider the positive and transformative impact they have had on mine and so many
lives and allow them to continue to do this important work in the world.

Yours Sincerely,

Nikki Armytage-Foy

2025-11-03

Dear Judge Gujarati,

Personally I've spent 12 years in the OM practice, attending almost every course offered, doing contract work for OneTaste, staying in 8 community homes and starting 3 of them. I never saw or experienced someone doing something they did not opt to do. Yes sometimes sales was direct and intense, and I'm grateful for that because otherwise I wouldn't have signed up for some of the most amazing eye opening and transformative classes of my life.

Courses opened with "by being here you agree we are all here as adults and will behave of our own volition". What I did see was people saying yes to ideas and offers they personally were not ready for yet, and then turned victim and blaming. But that's the mindset to be expected because that's where many people came into the programs.

As a father of 3 children (now ages 17, 15, and 1) taking time away from my children while staring course with OneTaste was a big concern of mine. At one time I brought up the topic with Nicole Daedone in the "Coaching Program" course. Asking effectively "Is this the right thing to be doing when it takes time away from my children?" and the direct answer I received from Nicole in front of a room of 80+ students was to the effect "Only you can make that decision for yourself, though your children can only benefit in the long run from your own increased awareness." Truer words have I rarely heard re parenting. Before then I was a barely present father, chasing one thing after another. Through this work I learned to be far more present, supportive, honorable, and show up in my life, work, and children. With a solid, well handled life. I'm divorced from their mother, though a few months back she told me in tears "you're so much the man now I always knew was possible but wasn't showing up when we were together".

Rachel Cherwitz specifically provided essential support during my time with OneTaste. Explained the benefits of courses I was hesitant to take and respected my clear 'no' when I wasn't ready.

It's also helped me excel at work where I am a Principal Engineer at Amazon Web Services. As well as maintaining an excellent work-life balance. Before I found OM, I was having suicidal thoughts in a dead-end job I wanted out of. I consider the largest part of that transformation due to my work with OneTaste and the OM practice.

Thank you,
-Noah Coad

Wednesday, June 11, 2025

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Letter for Nicole Daedone and Rachel Cherwitz

Dear Judge Gujarati,

My name is Oleg Slivinsky. I am a retired electrical engineer and a certified energy efficiency consultant. I spent my career designing infrastructure systems and managing teams, but in 2017, shortly after my retirement began, I found myself physically limited by a chronic and painful condition. At that point in my life, I was also facing emotional and relational strain. I felt cut off from the man I had been, and unsure of who I was becoming.

My wife and I joined OneTaste (OT) as part of our search for tools to reconnect—both with each other and with ourselves. We enrolled in OT programs together and worked closely with both Nicole Daedone and Rachel Cherwitz. Those experiences helped me completely reorient the trajectory of my life.

Through OT's classes and men's groups, I realized that life was not over simply because my physical capacity had changed. I learned how to relate to others from a place of openness, humility, and curiosity. I saw that growth was still possible. I felt a renewed sense of vitality—not by pretending I was the same man I had been, but by meeting myself where I actually was.

Nicole and Rachel were central to that shift. Nicole's teachings offered a new perspective on purpose, agency, and spiritual freedom. Her instruction never felt dogmatic—she challenged us to think for ourselves, to take responsibility for our lives, and to treat meaning as something we could build, not just hope for. Rachel supported me in learning how to stay emotionally present and available when my instinct was to withdraw. In both public teachings and private feedback, she helped me listen more fully to my wife—not to fix her or defend myself, but to actually understand.

This work gave me tools I use daily. I am now more emotionally connected, less reactive, and more able to communicate without shutting down. Nicole and Rachel's guidance helped restore not just my marriage, but my belief in my capacity to grow.

I was always treated as an adult. Nothing was ever demanded of me—I was invited, encouraged, and welcomed. That sense of choice and respect was especially powerful as a man navigating new vulnerability late in life.

Spiritually, I emerged from my time at OneTaste with a deeper belief in relationship as a sacred practice. I also felt a new appreciation for the power of women as leaders. Nicole and Rachel taught from strength and clarity, and it inspired me to open to a different way of being in the world—one that relies less on dominance, and more on mutuality.

I am grateful to have had the chance to learn from both of them. They helped me not just survive a difficult chapter, but walk through it with more grace and dignity than I could have found on my own.

Sincerely,
Oleg Slivinsky


Oleg
Slivinsky

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

I started taking OneTaste courses in 2018 at the recommendation of a close friend because, honestly, I wanted a boyfriend.

As I dove deeper into the work, I saw so much more available to me in the OneTaste courses than "getting a boyfriend". I subsequently did a few weekend courses, a retreat, and the Coaching Program. Rachel Pelletier was my teacher in most of those instances.

Rachel once asked me, "Do you have women in your life that tell you the truth?" At the time, I was confused about what that meant because the truth was: I didn't. The only close relationships I had with women were friends that liked to engage in the same self-destructive behaviors– partying, serial dating, complaining about life.

I didn't have women in my life who could be honest with me…until I met Rachel.

Anyone who meets Rachel can feel how much love she has. It radiates off of her. Every truth she ever delivered was wrapped in so much love. And when you're being called out on your bullshit, those truths can be hard to hear.

Rachel changed my life.

To this day, I credit her for the deep transformation I've made over the last eight years. She was the teacher I never knew I needed.

With Rachel's guidance I went from girl to woman, I healed layers of body shame, I quit drinking, and I found my own voice as a leader. I now have lots of women in my life who tell me the truth and I guide other women on their own self-love journeys.

Both Rachel and Nicole stand for women. They stand for the betterment of our world. They stand for more connection, more intimacy, more love. It would be devastating to deprive other people of these gifts!


Paige Wilhide

May 21, 2024

Dear Judge,

I am writing in support of Rachel Cherwitz's character.

In 2016, I attended the six month One Taste Coaching Program, attending monthly.  Rachel was a leader at those retreats who sat on stage and gave lectures on the nature of relationships. Her warm heartedness, her wisdom and her insightful nature were very appealing characteristics of hers.

At one lecture, I raised my hand to ask her a question and I could feel her zeroing in on the heart of my matter and she spoke directly into the core of me. I will never forget the depth and accuracy of her response and the love that came with it.

That was my only real contact with her, but it was remarkable, genuine and full of both wisdom and love. Her response altered my life in positive ways beyond measure.

Sincerely,

*Peg Malloy*

Peg Malloy

# Rachel Regan

4 Blackbush Avenue
Drogheda
Co. Meath
Ireland
+353830225431 rachelannregan@gmail.com

3rd Nov 2025

Dear Judge Gujarati,

I'm writing to you to share my support of and hopefully illuminate the life changing impact that both Nicole Daedone and Rachel Pelletier have had in my life. I met both women after starting to OM in 2016. I was working a high level corporate career with IBM and running pretty hard and fast, for about 15 years. While successful, I had become a workaholic isolated and lonely and cut off from anything related to my womanhood. After meeting and working with Nicole and Rachel, I gradually began finding my way back to all the things that made me who I was, feminine, sexual, nourished, contributing, genius. My life began to open again to all the things that I loved, that nourished me, that I wanted. My relationships improved, I reconnected with family, I became an attentive loving mother. I did all of those things through the unwavering care and attention and friendship of these women and the Onetaste community.

There are some crossroads in life that are so significant that they really mean either a continued low-grade existence and sense of dissatisfaction in life or the actual life that you want. For me that's a life full of connection, full of every opportunity to contribute and give back in ways I didn't even know were possible. For every morsel of potential in me to get the opportunity to be expressed and for that to be aimed to benefit others. For every aspect of my life to feel vibrant and alive with not a moment wasted. That is the joyfully fulfilled woman that my son gets to be raised by. That life is the life I'm living now having met Nicole and Rachel, that is what I have access to because of these women.

Yours Sincerely,

Rachel Regan

.

October 31, 2025

Dear Honorable Diane Gujarati,

I'm writing you about two women, Nicole Deadone and Rachel Cherwitz/ Pelletier, whom I've known for 12 years now.  My story won't sound unique perhaps, since I know so many people who's lives have changed and benefitted from being in OneTaste and being guided by them. However, my story is important because I know without a doubt that who I am today is a direct result of having said yes to this work and being held and guided by Nicole and Rachel.

I have always been drawn to self development work, I came to OneTaste in my mid thirties and felt like I had always been very self aware and quite mature.  What happened in my journey was unexpected because of that.  What I experienced in my time with OneTaste were all the places that internally I was still functioning as a child emotionally.  Because all of these latent patterns became activated in this work, I was able to see myself in ways that I had never seen or experienced which then gave me the power of choice to be with those parts, heal and grow. I learned actual emotional adulthood (which I believe is the primary problem with society is that we aren't TAUGHT these things).

While I can understand, since experiencing myself, some very turbulent times while in OneTaste, what I know for a fact, is the teachings were the medicine to find my way through to self ownership and claiming my power which is what I know in my heart these two women have dedicated their lives to.  It's an honor to represent my story in gratitude to their service.

Thank you for your attention to my words and sentiment,
Rachelle

Signed _____ October 31, 2025

November 3, 2025

Dear Judge Gujarati,

Your Honor, I am writing to you with a deep sense of urgency and conviction about Rachel Cherwitz, who was remanded into custody on June 10th in your court in Brooklyn, New York. She is awaiting sentencing and this is my plea for mercy.

My name is Ramani Ayer. I came to the United States from Mumbai, India in 1969 to pursue a doctorate in Chemical Engineering at Drexel University in Philadelphia. When I landed in NYC, I had $8.00 to my name. I retired in 2009, as CEO of the Hartford Financial Services Group. Since then, I served as Chair of Hartford Healthcare and Chair of The Cape Cod Foundation. I also served on the Board of XL Capital and presently, I am on the board of Cape Cod Healthcare. In addition, Your Honor, you should know that my daughter Anjuli Ayer and my son Austin Ayer purchased One Taste from Nicole Daedone in 2018 because of their commitment to bring some powerful healing practices to people experiencing trauma, food insecurity and incarceration. Their motivation to do good in the world is heartfelt, a consuming passion.

Your Honor, this is an unfortunate tragedy. Ms. Cherwitz has dedicated her life to helping people not merely survive—but become healthy and well. Without the support of interventions like the kind offered by Ms Cherwitz, people suffering from trauma often despair and self-destruct. And, I am aware that there are many who are grateful to Ms. Cherwitz for her tremendous caring attitude. I am deeply saddened with what awaits Ms Cherwitz and I am writing to you to offer a perspective that I have formed about Ms Cherwitz. A plea for mercy is my motivation.

Sadly, in today's America, economic instability, addiction and childhood traumas have become more common. This cannot continue. Equally, I believe that we must all devote our energies to restoring our nation's vitality, that each of us has a role to play in the healing of our nation. People who work in the field of trauma commit their lives to this kind of repair work. This is the kind of work Ms. Cherwitz has committed her life to. I believe her work uplifts those who have been cast aside, restoring their ability to contribute and to heal.

Rachel is a Licensed Advanced Drug and Alcohol Counselor, a Certified Clinical Trauma Professional, and holds a Master's Degree in Addiction Counseling. She co-created a groundbreaking course called The Art of Addiction, which currently reaches over one million incarcerated individuals across 1,400 correctional facilities.

As an immigrant and then as a CEO, I always admired hard work and intense goal orientation as keys to a fulfilling life. These were the traits that endeared Rachel to me. I have personally observed her over many years. She not only brings expertise, but a deep, unwavering compassion and a rare intuitive ability to meet people exactly where they are—with no judgment, only a stubborn desire for their healing. She doesn't mask symptoms. She helps people reclaim their lives.

Your Honor, for us to make major strides in America's health, we really need people like Rachel on the front lines. A long imprisonment will be a loss to our community, and to the healing of many Americans suffering from addictions. I can assure you that with your mercy, she could soon return to doing what she does best, helping others recover and rebuild their lives.

Thank you Dear Judge Gujarati  for considering this urgent and heartfelt appeal.

Sincerely,

Ramani Ayer
Retired CEO, The Hartford

Thursday, June 12, 2025

TO WHOM IT MAY CONCERN:

My name is Randolph Pitts. I hold two magna cum laude degrees from the
University of California at Berkeley and am a member of Phi Beta Kappa
(Alpha of California chapter).  My first degree was in Sociology, specializing in
social psychology and philosophy. My second honors degree (4.0 Grade Point
Average) was in Near Eastern Studies, specializing in Egyptology and in the
translation and analysis of the highly spiritual Coptic Nag Hammadi
manuscripts discovered in 1948. I have also done graduate study in the motion
picture production program at UCLA specializing in new media and in
entertainment law.  I have held executive positions in the motion picture
industry since the 1980s, including a nine year stint as Chief Executive Officer
of Lumière Films in Los Angeles.

I have been following Rachel Cherwitz's work for many years.  I am aware that
she was a highly effective and (most important) ethical administrator in the
OneTaste company who contributed greatly to making its philosophy available
to the public by organizing classes and in other ways.

I am aware that she has been convicted to force labor.

From the very beginning I perceived OneTaste as a positive force.  The goal of
the process known as OM was a spiritual goal, viz. the individual's realization
of her or his full potential and also autonomy, meaning the power to function
effectively in personal relationships and in all aspects of life with freedom and
authority. Psychology and philosophy are two of my main interests in life and I
have found Nicole Daedone's thoughts and ideas extremely helpful to me.  She
brings together concepts from philosophy, psychology and spirituality in a truly
unique way that has expanded my horizons.  OneTaste, in which Rachel
Cherwitz held an executive/managerial position, was the vehicle for making
Nicole Daedone's vision available to the public, and thus to me personally.
Absent Rachel's work I would probably never have been aware of Nicole
Daedone's philosophy and thus would have missed an important chapter in my
spiritual growth, and would missed out on something which has expanded my
own sense of personal empowerment.

I did not participate personally in OneTaste although I probably would have if I
had had the time and the opportunity.  I have read much of the academic and

scholarly research on the OM practice and as a student of such matters I have found that research compelling and convincing as to OM's positive benefits.

Thank you for your consideration of the above.  In conclusion I would like to say that based on my knowledge and experience I support Rachel Cherwitz wholeheartedly.

Sincerely,

Randolph Pitts

11/1/25

**To Whom It May Concern,**

My name is **Raven Perkins,** and I am a dance teacher, sales and community outreach coordinator, and active volunteer with *Women Over Dinner.* I first discovered *Women Over Dinner* on **Eventbrite** during a time in my life when I was seeking meaningful connection and a space to share **wisdom, creativity, and authentic conversation** with women I could relate to.

From my very first event in **December 2024** to now, in **November 2025,** every gathering has reminded me how powerful connection and community can be. I first met **Rachel** in **January 2025** at a *Women Over Dinner* event. From the moment we connected, I felt an undeniable spark of inspiration within me. Rachel's **warmth, kindness, and empowering presence immediately stood out**. She carries an energy that uplifts others, and her genuine passion for bringing women together to share, bond, and grow creates an atmosphere that feels safe and welcoming.

There's a quiet confidence about Rachel; she doesn't need to speak the loudest for her presence to be felt. Her energy commands the room in the most graceful way, and that strength awakened something in me—a fire to embrace my womanhood more fully.

Since then, I've become more involved behind the scenes, helping with event setup and logistical details to ensure each gathering runs smoothly. As a **table lead,** I serve as both a guide and a support system for the women at my table. My role involves facilitating meaningful conversations, asking questions that invite reflection and personal insight, and encouraging participants to share their experiences authentically. I strive to create a space where everyone feels safe to express themselves fully, knowing their thoughts and feelings are valued. I pay close attention to group dynamics, noticing when someone might need encouragement to speak or when the conversation could benefit from deeper exploration. I help navigate sensitive topics with care and empathy, ensuring that vulnerability is met with understanding and respect. Beyond guiding discussions, I foster a sense of belonging and trust, helping each participant feel seen, heard, and validated.

Ultimately, my work as a table lead is about more than facilitating dialogue—it's about cultivating a nurturing environment where women can connect, reflect, and grow together. The goal is for each participant to leave feeling inspired, empowered, and part of a supportive community, knowing that their voice and presence truly matter.

I am truly grateful to Rachel for cultivating this community with her warmth and compassion. Each time I attend a dinner, I look forward to seeing her—while traveling from Long Island to Harlem can be challenging, her energy and the positive impact she brings always make the trip worthwhile.

Thank you for taking the time to read my thoughts and reflections.

With love and gratitude,

*Raven Perkins*

Thursday, June 12, 2025

Your Honor,

I am a 71-year-old retired high school teacher with 32 years of classroom experience. Over the course of my career, I was honored twice as Teacher of the Year and received a National Endowment for the Humanities Teacher/Scholar Award, which granted me $28,000 and a sabbatical year to pursue advanced study in Greek Studies and World Religions.

My work extended far beyond traditional academics. I founded a program centered on emotional well-being and acceptance, inspired by the "Challenge Day" organization. Its impact on school culture was so profound that we held it four times a year for a decade, and nearby schools began to replicate the model.

I taught Senior English, Film Analysis, and Humanities—courses rooted in the arts, philosophy, and world religions, with a strong emphasis on written, visual, and artistic communication. I hold a B.A. in English and Humanities and an M.Ed. in Educational Leadership. Though I was raised in the Mormon tradition, I stepped away from the institution years ago. Still, I carry its foundational values with me: integrity, compassion, personal growth, and service to others.

I met Rachel Cherwitz at The Land, a retreat center affiliated with OneTaste, during the opening session of a program called Art School. I had enrolled because its mission—to use the arts and transformative ideas to awaken greater aliveness and connection—aligned with my own. I was seeking to rekindle creativity, a value that's central to my life and teaching.

At dinner that evening, I happened to sit beside Rachel. Her warmth and authenticity immediately struck me. She made me feel welcome, seen, and included—something not always easy in new settings.

Later, I enrolled in a class called The Art of Addiction, which Rachel was teaching. As someone who had lived through the pain of a former spouse's alcoholism and a son with addictive tendencies, I was curious to learn a new perspective. What I encountered was astonishing: an atmosphere of total acceptance, free of blame or shame. People shared openly about struggles ranging from alcohol to food to social media. Rachel met each story with deep grace, compassion, and unwavering presence. She embodied a radical kindness that made a profound impression on me.

Throughout the course—and in the two others I later took from her—Rachel consistently modeled this quality of acceptance. Her insights were sharp, but her words were few. She guided people back to themselves with gentleness and wisdom. When I took her up on the offer for one-on-one support, she didn't give me answers—she asked questions that helped me discover them for myself.

Outside of the classroom, Rachel supported me in a way that few others have. As a teacher on the platform myself, I wanted to elevate the visual quality of my lessons. Rachel took the time to teach me how to use AI tools to enhance my slides. Week after week, she patiently tutored me. I was especially impressed to learn that she was simultaneously pursuing a Ph.D.—a testament to her dedication to learning and contribution.

I was later invited to her birthday gathering in New York, where many people came to honor the impact Rachel has had in their lives. I was one of the newer members of the community, yet she welcomed me fully, just as she had from the beginning.

Although I've known Rachel for less than two years, I have witnessed a woman of profound character. I have seen her tenderness, her enthusiasm, her intellect, and her refusal to make anyone feel "less than." I have experienced, firsthand, the positive impact she makes on others.

Your Honor, I respectfully ask that you take this into consideration. The Rachel Cherwitz I know is a deeply caring and generous person who continues to be a force for good in the world.

With utmost respect,

Rebecca Gardner
Retired High School Teacher
Cedar Hills, Utah

149

2

June 11, 2025

Honorable Judge,

My name is Rich Kunz. I am a leadership and transformation coach with over 25 years of experience in the financial services industry, sales leadership & human development. I hold the Chartered Leadership Fellow (CLF) designation from the American College of Financial Services and am an Associate Certified Coach (ACC) through the International Coaching Federation. My work centers around helping accomplished individuals break through personal limitations and rediscover what's next—both in their careers and in their deeper sense of purpose.

I have known Rachel for about 2 years and our relationship has evolved through in-person conversations, shared community practices & spiritual dialogue. I've experienced Rachel not only as a teacher and guide, but as a woman of rare presence—someone whose way of listening, holding space & showing up in life has been a meaningful and transformative example to me.

I am aware that Rachel has been convicted of conspiracy to force labor. I take this seriously. My intention here is not to speak to her legal case, but to share the truth of my direct experiences with her and the impact she has had on me as a man, a father, a coach, and a seeker.

What has always stood out most in my interactions with Rachel is her decency and deep humanity. There is a clarity and groundedness in her that invites reflection without pressure. I remember a particular conversation during a time when I was struggling with childhood wounds—internalized stories around unworthiness, belonging & intimacy. Rachel didn't offer a solution. She didn't impose a belief. She simply held space with care and attention, offering a rare kind of witnessing that allowed me to soften, feel & begin to reclaim parts of myself I had hidden for decades.

Rachel has had a significant spiritual impact on my life. Her approach is not dogmatic or performative—it's lived. Her presence reminded me that spirituality is not something separate from how we treat others. It's in the tone of voice, in the silence between words, in the way we show up to the hard conversations. Through Rachel, I was able to touch a gentler, more truthful part of myself. Her example helped me access more presence in my own work with clients, my family & my inner world.

I always felt completely free and at choice in Rachel's presence. There was never coercion, never force—only invitation. I was treated as an adult, encouraged to listen to myself & never made to feel like there was a "right way" to engage. From what I witnessed, this was true for others in the community as well. Especially as a man attuned to the integrity of how women are treated, I observed Rachel's respect for boundaries, autonomy & sovereignty consistently.

Rachel's warmth is real. She leads with a quiet strength and a deep generosity of spirit. She has offered her time, her wisdom & her care in a way that I believe comes from true personal integrity. I've witnessed her extend compassion to others even in the most emotionally charged spaces. Her smile, her steadiness & her willingness to stay present in discomfort are all things I've come to admire.

I am grateful for Rachel—her friendship, her teachings & the way she continues to live with purpose and a sense of service. I cannot speak to the broader allegations or the courtroom narrative, but I can say this without hesitation: Rachel has been a force for good in my life.

Thank you for considering my words and the truth of my experience.

With respect,
Rich Kunz

Your Honor,

What do you say when you owe someone your life? Here I'm going to try to share some of the impact these two women have had on my life.

I'm an ecologist and climate scientist. Now I'm a men's coach working on a book about ecological solutions to climate change. When it is published it will be because of Nicole and Rachel.

I came to One Taste, the company Nicole founded a few months after entering a deep personal crisis.

My crisis happened at the North Pole, on an expedition, in the moment I obtained a goal I had held since I was a six year old. - to work my way to the North Pole. In obtaining that desire, my world dissolved, and with it my career.

Somehow in the middle of one Arctic night, sleeping on a colleagues couch, I signed up for a retreat with One Taste. There was no coercion - I read the title of an e-mail 'Winter Retreat, have the new years you want', and signed up. I didn't read any further.

At some point during that retreat I stopped apologizing for existing - I used to say 'sorry' 20 times a day. With their help, it stopped at that retreat.

I used to be so anxious I couldn't sit with my back to a door and get any work done. I had a lot of fear.

I had the new year I wanted, and I signed up for the next offer One Taste made - their coaching program. I didn't know what a coach was, nor did I want to be one, but I took their months-long training, and it was life changing.

During this program, I signed up for their most expensive course - 'membership'. I wasn't coerced. Rachel held me exquisitely as I signed up in person and paid. I had never in my life found something worth spending so much money on.

During the coaching program I saw people transform in an instant. I myself worked through a lot of personal trauma, and I unlocked the deepest grief I've heard anyone describe.

I grieved away my life-long depression. I can no longer find it. I could do this because of the coaching program and the help students and staff gave me.

It used to be that I couldn't walk over a bridge without thinking about jumping - I no longer have those thoughts - and that is due to Rachel and the organization Nicole built.

When I entered the coaching program, I was warned along with the other students that this work was life-changing, and that meant it would destabilize how our current life looked. I chose to stay.

During the program I remember thinking, if I have to quit this - if I can't find my way through it - then the story I would have to tell would be a terrible one of victimization - how I signed up to do a crazy thing and was manipulated into doing so by these crazy charlatans that couldn't follow through with what they said.

It took me sticking with it through all of my discomfort.

In the program, I watched people drop out and start telling their own personal version of this story of victimization - I could hear it in chorus in my own head.

I made it through, and it was worth every penny.

Rachel taught on my course, so I interacted with her a lot. I can attest to her deep wisdom and courage - the courage it takes to tell people the uncomfortable truths they do not want to hear, and deliver it over and over again with incredible grace and humor, along with more bravery than I have ever seen anyone hold. She is the bravest person I have ever met, and she uses it to help people.

Some of those lessons she gave me continue to unfold today, and I relate them to the young men I now coach and support as clients.

Sometimes I wake up thinking of these two women, they come to my mind as I walk through the woods, and I thank them silently, or out loud.

I met my wife at that first course. She's the fourth woman that asked me to have children with her. Before this work, I was terrified of having children. I was afraid it would go wrong, that I'd hurt them how my parents hurt me, and that it would end badly. I was afraid the pressure would lead to my suicide.

I wasn't able to communicate any of that to those first three women, because I didn't know how, and I didn't understand it myself.

During the course, I even went through a period where I was angry at Rachel - having heard things that were difficult for my ego to hear, but she and the other staff kept helping me and made sure I made it out the other side.

My wife and I are working on having children. I never thought I would, and nor did my parents. If I have children it will be because of the work Rachel helped me through in the organization

Nicole built. I owe them my life, and they have allowed me to create it willingly and with an open heart.

I have not interacted much with Nicole, but the first time I was in her presence, on a Zoom call, she welcomed me - I have no idea how she knew me - by saying 'and you're our climate scientist'.

During my time with One Taste, I felt so deeply seen, listened to and understood that the impact of that allowed me to become the man I wanted to be. They saw that man from the start - and they did everything they could to help him.

I willingly paid a lot of money for their courses. I have earned back every penny of it since through coaching and helping other men.

If there was more to say it would be this: they don't know it, but through what they taught me, through what I am now able to teach they are saving other Men's lives - several of my clients have told me that they wouldn't be alive today if it weren't for my coaching.

They don't know it - but they owe their lives to Nicole and Rachel too. They have had the deepest impact on my life, for good, of all people I have encountered, and that gift they gave me continues to spread.

When I have children, I will look upon their faces and thank Nicole and Rachel. This is the power of what Nicole created,
I am forever grateful.


Robert Holden

*Robert Holden*

November 4, 2025

Your Honor,

I am writing this letter in support of the defendants, Nicole Daedone and Rachel Pelleter.

I am the parent of a son who has been involved in the efforts of both women for a number of years. During the time my son has been living and working with the amazing community of outstanding professionals coming from a plethora of backgrounds and abilities, I have seen him grow from a troubled young man searching for his place in life to a confident, capable, and resourceful adult who have devoted himself to a life in service to others. I could not be more proud of my son and his work, and for that matter, more proud of the two women who led him in that direction. His involvement with the prison monastery program and free food Harlem, both programs inspired and directed by the defendants, has brought out the very best in him In addition, his embrace of meditation and eastern spirituality has brought about health and happiness that surely will last a life time. For that alone, I am forever thankful for the strength and spirit of Nicole and Rachel.

During the time my son has been involved, have had the good fortune of meeting many of the parents and people with whom he works and lives. While I do not purport to know all of the minute details of the evidence brought against Nicole and Rachel, I do know this, neither of them have ever given me any reason to believe that they would seek to force anyone into conscripted labor.

Who are all these many people that have been forced into labor against their will? One would think that the prosecutor will bring forth any number of victims. I mean, how hard could it be to find all of these people when the source of the initial investigation is several poorly researched widely spread news articles and broadcasts. Six years of investigation into everything imaginable from prostitution to false imprisonment and they turn up one dubious count?? With all due respect for the FBI and its role in keeping us all safe, this reeks of a lot of government money spent with no results, so lets come up with something and hope they plead out.

Right now, in the midst of all the distractions caused in defending their good names, Nicole and Rachel continued to do the night thing. They are feeding anyone in need of a good meal, in a respected and beautiful environment for free through Free Food Harlem. They have taught over 100,000 inmates had to meditate and regain their souls through the Prison Monastery Program. And, they are distributing food for free to tens of thousands hungry people in need. If this sounds like the type of person who is capable of forcing people into free labor, then I am totally out of touch with reality, Please, your honor. Don't let all the good work of these amazing women continue to be negatively impacted by these false charges.

Respectfully yours,

Robert N. Wilms, MSIS

Dear Judge Gujarati,

I hope this letter finds you in good health and spirits. I wanted to take a moment to express my deep gratitude for the incredible impact Nicole and Rachel have had on my life, especially in my journey towards sobriety. Over the past 15-plus years, their unwavering support, love, and friendship have been invaluable to me.

Nicole's dedication to helping people has always inspired me. Her compassion and understanding have guided me through some of my darkest moments. Her ability to listen without judgment and offer sincere advice has been a beacon of hope for me. She has taught me the importance of staying true to myself and embracing my journey with courage and honesty. Nicole's love and support have been a constant source of strength, and I am eternally grateful for her presence in my life.

Rachel's commitment to sponsoring me and supporting my sobriety has been nothing short of extraordinary. Her belief in my ability to overcome challenges and her unwavering encouragement have helped me stay connected to my truth. She has shown me what it means to be a true friend, always staying connected and offering her support, no matter the circumstances. Rachel's kindness and generosity have played a significant role in my recovery, and I cannot thank her enough for her steadfast support.

Together, Nicole and Rachel have created a foundation of love and support that has helped me navigate the ups and downs of life. Their friendship has been a lifeline, and I am deeply grateful for the bond we share. Their love for helping people, including myself, has made a lasting impact on my life, and I am forever thankful for their presence.

With all my love and gratitude,

Rori



Wednesday, June 11, 2025

Honorable Judge,

My name is Ross Norman, and I am a professional tour guide based in Portugal. I have spent much of my career designing and leading educational and transformative experiences for groups from all over the world. My work is rooted in creating safe, meaningful spaces for people to connect, learn, and grow.

I am writing to share my experiences with both Nicole and Rachel, whom I have known for over a decade. I first met them in 2014, when I began taking courses with OneTaste in New York City and San Francisco. Over the course of ten months, I attended monthly weekend workshops where Nicole and Rachel were both instructors, and I also volunteered at their events. I later continued my learning with Rachel in Texas in 2017, and again in London for another extended course.

I am aware that Nicole and Rachel have been convicted of conspiracy to force labor. I do not intend to minimize the seriousness of this matter, but I would like to provide the court with a full and honest account of my personal experiences with them.

Both Nicole and Rachel were teachers of the OM practice and were deeply passionate about their work. Rachel, in particular, made a lasting impact on me during a moment when I was speaking in front of the class. I found myself rambling, and she encouraged me to "lose the schtick" and connect on a deeper, more authentic level. She supported me through that vulnerable moment, and it is a lesson that has stayed with me ever since, shaping how I relate to groups and individuals alike. It was through her guidance that I learned the value of authenticity in connection.

Nicole, while I did not have significant one-on-one interactions with her, was a remarkable presence in every room she entered. Her passion for teaching, her care for women, and her commitment to changing the world through OM were evident to all who attended her classes. She had a unique ability to ignite a room and inspire those around her.

Both women demonstrated exceptional empathy and compassion. I recall an instance during practice when someone broke the agreed-upon silence. Rachel responded firmly and clearly, upholding the boundaries of the practice and ensuring a safe, respectful environment for all participants.

Their teachings have profoundly influenced my life. Rachel, especially, challenged me to confront aspects of myself that I might otherwise have avoided. Through their instruction, I learned to be more honest and vulnerable, both with myself and with others. They encouraged me to seek sobriety and to feel my feelings fully—today, I am proud to say I am two years sober, a journey that began with the seeds they planted years ago.

The OM practice taught me about communication, consent, intuition, and self-acceptance. It helped me work through longstanding resentments and learn to love myself, which in turn has allowed me to love others more deeply. Their work with the sacred feminine inspired me to create a walking tour of London focused on the history of ancient goddesses—a project that continues to inspire and guide my work today.

In closing, I hope this letter provides the court with a fuller picture of Nicole and Rachel's character and the positive impact they have had on my life and the lives of many others. Thank you for considering my perspective.

Respectfully,
Ross Norman

157

FROM THE DESK OF

# Russel Mulock

3 November 2025

Judge Gujarati

Your Honor,

I met Nicole Daedone and Rachel Pelletier in Los Angeles in 2015.  I was seeking ways to meet people.  Nicole's heart is that everyone is worth meeting.  This was an intimacy I was seeking.

I learned how to do this like I have learned printed circuit design, or sound design.  They are craft guilds: you can only learn from those who are practicing the craft.  Books map the territory, but it is practicing the craft refines your skill.

I have taken courses from them.  Having taken those courses, in lieu of paying to take the courses a second time, I helped prepare and deliver those courses for others to take.  On occasion have I done other tasks and have been paid.

What Nicole and Rachel have been refining is a somatic method to listen to another's desire, and that same method, when I am one being listened to, has me feel loved when speaking.

Their respect for the dignity that can be found in each of us is somewhat awesome.

Sincerely yours,

Russel Mulock

9704 SW LONDON COURT ⋄ TIGARD, OREGON 97223 ⋄ (310) 403-0464 ⚎ rymulock@gmail.com

November 2, 2025

To the Honorable Judge Gujarati,

I am writing to you regarding Rachel Pelletier and Nicole Daedone. I met them both in 2015 when I began my practice of Orgasmic Meditation. I was immediately struck by how much the practice gives back to individuals, in stark contrast to a world that often seeks to take from us or show us how broken we are. I view both Nicole and Rachel in this same light. During long coaching program weekends or high-intensity moments, I would reach out to Rachel. Even when she had given everything, she would always manage to give a little more. This kind of integrity is the foundation of the company, and it goes without saying that Nicole embodies the same devotion to helping others. Their mission in life is to highlight people's brilliance and cultivate what is right within them.

It is deeply unfortunate that the accusations against each woman are precisely the issues that the company and its individuals strongly oppose and actively work to eradicate and transform in our world. I find it disheartening that a company supporting people, particularly women, in finding their free and natural power is being attacked, while many of our institutions are simultaneously failing the American people. There is no hope in continuing the old ways; it is time to embrace a new approach.

I discovered Orgasmic Meditation after the death of a friend, which left me feeling completely shut off from my own emotional life. I was numb and terrified of feeling my own humanness. OM, the community of OMers, the company, and especially Nicole and Rachel, created the conditions for the first layers of my trauma to begin to heal. Without these two women, I would not know what it feels like to be truly connected to another human being. In very dark moments of my life, I think about the unique quality of kindness in the teachings and OM philosophy, which helps me feel less alone. It connects me to something greater than myself and can pull me out of deep depression.

It is my sincere hope that you consider the voices of those whose lives Nicole and Rachel have positively impacted, rather than the few who speak against them.

Respectfully,
Samantha Clemmons

Sandra Lopez
177 SE 27th Court
Boynton Beach, FL 33435
Deliveringimage@gmail.com

November 8,2025

Judge Gujarati

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

I met both ladies in 2013 when I began my journey in self development. I was a co host of a
radio show focused on health and wellness. The show offered many doctors and health
companies to showcase their newest findings for anti-aging and overall health and wellness,
including mind, body and Soul. One of our guests, an established Gynecologist with a focus on
sexual health for women, especially around trauma, came on to introduce the OneTaste
Company. The Doctor was fully on board and invited me to a conference in California where
she was a guest speaker. I was instantly impressed by what it had to offer. This was the right fit
as my focus was always around helping women become empowered and comfortable in their
own skin. I Am a licensed esthetician.

I was very impressed with the love, dedication and conviction Nicole and Rachael ran the
business. They always treated me with love, kindness and respect. And due to my learnings
with both, I now own my own business, something I never felt I had the confidence for. I am in a
long term healthy relationship. I am living the life I have always wanted. I know that Nicole and
Rachael have so much to offer women and men around the world, they are not the people the
media is saying they are. They have worked so hard to make this world a better place where we
can all live in harmony via communication and relationships. I will stand by them for as long as I
live.

Thank you for your time,
Sincerely,

Sandra Lopez

Wednesday, June 11, 2025

To Whom It May Concern:

I am writing on behalf of Rachel Cherwitz, who was recently found guilty of 'Forced Labor Conspiracy' in the Federal District Court.  I am a student and friend of Rachel, and have been a participant in OneTaste and Eros Monastery programs since 2015.  I came to OneTaste a 62-year-old woman, married to the same man for 37 years, mother of two adult daughters, land-owner, home-owner, and property manager of a third- and fourth-generation family residential rental property business that I take care of together with my husband and daughters on behalf of my family.  I am a college graduate, with a BS degree with honors from Cornell University in General Agriculture and an MS from Bank Street College in Education.  I am NYS certified to teach Elementary School, Special Education, and Biology and General Science, and served as a school teacher and children's camp director between 1978 and 1994.  I am also a NYS Licensed Massage Therapist and an authorized practitioner of Jin Shin Do acupressure and Plant Spirit Medicine, and have maintained a healing practice without interruption since 1997.  I came to OneTaste, with my husband's blessing and participation, to improve my relationships with myself and with others, and to fill in the 'terra incognito' that my years of study had never provided a map for:  Eros.

I first met Rachel in the Spring of 2015, at a talk she and Nicole Daedone gave promoting the educational program at OneTaste.  I was apprehensive but curious, and drawn to learn more.  I consulted with a classmate who had participated in the OneTaste program and she told me how very beneficial the program had been for her, so I made the decision to inquire further.  I soon found myself in an introductory evening class, then a one-day introductory class together with my husband, and then in the year-long Coaching Program,  CP10.  Rachel was present as a leader and guide throughout each of these experiences.  As an experienced educator, I was extremely impressed with her skill as a teacher.  She was sensitive, insightful, caring, thoughtful, kind, patient, skillful, and generous.  Like me, each student was helped to feel safe to explore their own 'terra incognito'.  She allowed each student their personal freedom of choice in every transition, up to and including making serious offers to refund their money if they didn't feel comfortable continuing at any time.  She respected my freedom of choice in every decision I made to participate or not in any of the activities on offer, and helped me through my decision making process.  For me, I felt a new sense of safety and connection, knowing that the interactions were honest and that each person was  being seen, heard, and accepted as exactly who they were in that moment, in the context of their own inner world and life situation, as I was myself.

When CP10 ended, I realized that to reap the full benefit of the opening that had occurred for me, I would need to engage with the material a second time.  Therefore, I enrolled in CP12, this time together with my husband.  Again, Rachel was one of the main teachers, and again, her presence was a joy to be with.  She showed impeccable skill and care in her work and interactions with each student, helping each to grow in the way that was appropriate for them as they worked with the often-challenging material, supporting them and holding them to the standards necessary so that they could  'come into the room as an adult', with all of the layers of meaning which that statement can carry.

I also participated in a number of intensive short-courses.  Rachel was present for most of those.  Her work in these situations continued to be disciplined, caring and impeccable.  She understood the dynamics of each student's personality and situation.  She and I got to know each other better during these residential programs.  She kept an eye on students, maintained order, upheld standards, and kept things running smoothly, even as emotionally charged topics were explored.

I volunteered to help organize the kitchen in the New York Center, and stayed with the OneTaste Team in their cooperative housing for a week.  I volunteered at The Land in California, worked in their garden there for several weeks, and participated in Community there.  I served as 'back of house' for CP15.   Rachel was a central part of each of these experiences.  In every case, she was an essential, guiding presence who brought good spirit, willingness, insight, creativity, and spark that was a prime contributor to the energy of love and joy that continues to infuse the Community.

The experiences that I have had through my association with Rachel and with OneTaste have unalterably changed my life for the better.  I feel more joy, knowing that a Community built on love and connection can and does exist.  I am astounded and grateful and honored to be part of that Community!  I have friends with whom I can be completely honest, even if our opinions differ, who have the skill and the caring to help me through sticky moments -- something I never had before, through the unique circumstances of my Life's journey.  I have a set of skills with which to navigate relationships, including difficult family relationships, and a vocabulary for doing that which I share with my husband.  As a result, I am able to persist in making progress in the complicated business of bringing my family properties into functionality and profitability in the 21st century.  I can "remain conscious in moments of high sensation," and can therefore navigate and resolve conflict far better than before.  I have many mental and emotional tools and practices that allow me to persist and prevail in ways that I never could before.  I take better care of myself, and am resolving health issues that have beset me for years -- even into my 70's I continue to get better, rather than declining.  I will be eternally grateful for Rachel and for her friendship as a major contributing factor to this.

Santha E. Cooke

Santha Cooke

2

Wednesday, June 11, 2025

Hi,

My name is Sarah Irani, I live in Los Angeles, and I work for a publishing company. I handle the business administration of the company.

I'm writing on behalf of Rachel Cherwitz. I've known her for years as I've been an active member of OneTaste since 2014, practicing Orgasmic Meditation and participating in various related events through that time.

Rachel was always around, leading classes and events, and one thing I always appreciated about her was her clear sight and integrity. She spoke the truth and practiced what she preached.

I remember one evening in particular at a teaching event when she looked at me and called out singing in me that I hadn't previously been aware of. She did it in a very straightforward way, nothing extra, it was not mean, just precise. And it woke something up in me that has remained with me since.

So I'm always grateful to have crossed paths with Rachel, she's a woman of great vision and really cares about making a positive impact in this world.

I appreciate your time in taking this into consideration.

Sarah Irani

163

November 13, 2025

To: The Honorable Judge Gujarati

**RE: Character Reference for Rachel Cherwitz**

Dear Judge Gujarati

I write with respect to the sentencing of Rachel Cherwitz, whom I supervised at One Taste. From mid-2017 through 2018, I served first as an external consultant on matters of business strategy then as an executive implementing business strategy. Rachel reported indirectly to me during that period. Our interactions were professional in nature and involved discussions regarding sales strategy and financial matters.

My exposure to the practice of Orgasmic Meditation was limited to internal operations, staff meetings, and public-facing work. I was not a participant in Orgasmic Meditation and did not observe client coaching sessions and had no involvement in or visibility into the advanced OM programs that were the subject of the trial.

Within that narrow scope, I observed Rachel to be diligent, collaborative, and genuinely concerned for her colleagues' well-being. She mentored junior staff with patience, worked long hours without complaint, and consistently expressed a desire to help people improve their lives—beliefs she appeared to hold sincerely at the time.

I accept the jury's verdict of June 9, 2025, and do not presume to contradict the evidence presented. I offer only these limited, firsthand observations from 2017–2018, in case they assist the Court in understanding Rachel's character during the period I knew her.

Thank you for your consideration. I am available if the Court requires clarification.


Respectfully,

Shawn Sugarman

Former Strategy Consultant & Executive, One Taste (2017–2018)

949-254-0494

ssugarman@me.com

Wednesday, June 11, 2025

Please accept my letter in support of Rachel Cherwitz. I'm aware she's been convicted of conspiracy to force labor.

My name is Sherry Oehler. I'm a retired Army Lieutenant Colonel, now teaching yoga and living in Kansas City, MO. I'm a wellness enthusiast, and have been for over ten years. Although I obtained two Master's Degrees while on Active Duty, I felt like my path after the Army was going to be completely different from anything I'd studied in the past related to Homeland Security. As I was getting closer to retirement from the Army in 2021, I became inspired to help people through the provision of holistic healthcare. This decision led me to three certification programs. I'm a certified hypnotist, integrative nutrition health coach, and clinical aromatherapist.

Along the way of my holistic healing journey, I discovered Orgasmic Meditation in 2014. At that time, I had just returned from a deployment in Afghanistan. I was seeking non-medical stress relief, and this practice caught my attention. I joined some calls to better understand the 15 minute clitoral stroking practice, but it was the depth of connection and the easeful, yet sensual, communication that drew me in.

I attended in person events in Los Angeles in 2015, where I first met Nicole. I'll discuss that further in my second letter.

I met Rachel Cherwitz during the Coaching Program in 2017 (known as CP15). I only knew her as a teacher, and I learned a tremendous amount simply being in her presence. She has a leader's presence. She was warm, kind, present, and very encouraging during moments where coaching program students (as per the self study lessons in the curriculum) shared vulnerable, hidden parts of their personalities. She demonstrated love for each of us when we shared vulnerably about our mistakes and regrets in life as we made our way through the program.

During the coaching program Rachel taught self awareness techniques and guided us in countless communication exercises where I learned how to communicate clearly about feelings and how I felt in my body for the first time in my life. I celebrate learning these tools to this day! I'm so grateful, and my life is a reflection of how much a life can change when a woman finds her voice. Those weekend sessions often felt more like life coaching than anything else. It was an exceptional experience on so many levels.

Because of Rachel's many years of experience teaching the OM practice and teachings on Nicole's concept of 'orgasm as a lifestyle,' I began looking at sex completely differently. It became holy, and I viewed it as an opportunity to use my sexual energy to create a happy life for myself--whether I had a partner or not.

I no longer felt dependent on men. I began to seriously reexamine a victim story I'd been telling myself about how getting divorced made me an unlovable failure. Discovering a new way to relate to my clitoris was a major turning point in my healing and spiritual awakening journey.

Unfortunately, because I became romantically involved with and broke up with a man while visiting NYC, who was not part of the Coaching Program, I decided to quit the coaching program (one month before graduation) so that I could avoid NYC. Another lesson I learned about myself, again, thanks to One Taste, was my tendency to avoid things that make me uncomfortable.

Even though I haven't seen Rachel since 2017, the impact she made on my life through her presence as a living demonstration of Eros still has a positive effect on me and my relationships to this day. Rachel is a wise, competent teacher, and a professional salesperson. Her loyalty and ethic seemed beyond reproach to me. The programs were expensive, but I wouldn't trade the experiences I gave myself. I'm a better woman now because of personal teaching moments that occurred in Rachel's classes during the coaching program.

Sherry Oehler

2

Dear Judge Gujarati,

I met Nicole Daedone in 2016 at a hair salon. I was doing a blow out on her, and as we began talking, I recognized a brilliant woman, and a true friend. I had been teaching and studying a fusion form of bellydance, and was hired by OneTaste to teach a class at one of their workshops. I loved every minute of teaching that class, and was paid my full rate promptly.

That was the only time I would teach, and although I was not a part of their organization, I would go on to do hair for both she and Rachel (along with several others from the organization). I consider them both family, the types of friends who really show up for you. I loved our conversations, and have never been met with a more non judgmental tone in my life. I loved sharing ideas, and it was very clear to me that Nicole was on a mission to liberate people. She helped liberate me. I have spent countless hours doing hair for both Nicole and Rachel over about a 4 year period. Nicole is a light in the world wherever she goes. Her mission (in my mind at least) is literally one of love and compassion. I can't even think of Rachel without feeling a strong sense of love for the amazing friend she has been to me. I could call either of them at any time , and I know without a doubt they would show up for me as true friends.


Sincerely,

Star Williams

Judge Gujarati,

My name is Stephen Taddeo.  I took my first seminar from OneTaste in 2016, the desire course where we did various exercises exploring social blocks/fears and were empowered to reach out interpersonally in spite of them.  The magic was in the creation of a safe space where we could be vulnerable in the context of deep connection.  I learned a principle that I still live by today: that the feeling I have in my body and ultimately my desire has information that my rational mind cannot access.  Whether I'm attracted to something or averse to it, my bodily sensations tell me how I truly feel, when even my thoughts don't.

I met many amazing people in the courses that followed.  The level of social responsibility I encountered especially in the women was unparalleled anywhere else in society.  The men, also, were more willing to talk about their innermost beliefs and feelings in a way I had never encountered.  That is reason #1 that I am still a member of this community.  For once in my life I felt safe.

I met Rachel Cerwitz in a men's course.  This was an all-male student body and all-male teachers but Rachel was brought out at the end as an example of a woman who is consciously aware of, and responsible with the signals revealed by her "desire".  The first thing I heard her say is that what us men need to understand is that women actually *love* us.  That is easy to forget in Los Angeles.  Rachel seemed confident yet kind, a rare combination in my experience.

Since then, I've met Rachel many times and every time what I saw was someone fully dedicated to healing the rift between men and women in our society.  Several times I wondered why she put so much time and effort and passion into these programs.  It couldn't be for money – she was too dedicated.  Rachel had the look of someone who was doing what she believed in.  People don't dedicate their lives to something unless they believe in it.

There is a kindness in Rachel that is combined with allowing me to take care of myself.  She imparts confidence in me without rescuing me.  It takes training to put those two things together.  I am grateful that Rachel has put the time into becoming who she is and I hope that we will always be friends.


Yours,

Stephen Taddeo


*Stephen Taddeo*

4. November 2025

Judge Gujarati

Your Honor,

My name is Stephen Berger and I am writing to you in support of Nicole Daedone and Rachel Pelletier.

For the past 9 years I've been peripherally involved with One Taste via my wife (she's been involved for 11+ years) and for the past year or so have been more directly involved by participating in some of their online programs.

I have not met Nicole or Rachel in person but have participated in many hours of talks with them via Zoom and have seen the way they present ideas and interact with call participants,

What I've witnessed is a kind, non dogmatic non judgmental approach to knowing oneself that can lead one to taking a non blaming, genuine personal responsibility approach to life.

What I feel from these women and from many others in the community whom I've come to know is a deep dedication to living a life that is authentic and to find ways to be of service to others.

I would like to add that I've been a film/video editor for the past 21 years working mostly in commercials, music videos and short films with the likes of Spike Jonze, David Fincher, Spike Lee, Craig Gillespie and others of that caliber. I have a very well honed sense of the power of the medium and when something is made to lead someone to a conclusion or when something is made to let the viewer decide or simply to entertain, etc. In my view the Netflix documentary about Nicole and One Taste was extremely manipulative and designed to lead the viewer to the conclusion that untoward, cult like behavior was occurring.

We live in a time when there's a lot of pressure to uncover and punish 'salacious' behavior and in the zeal to do so we (as a society) also try to find and punish it where none actually exists.

I will end by saying that in an absolutely pressure and almost entirely cost free way my life, my ability to take in the ebbs and flows of things and remain steady and open is notably better since being exposed to the ideas and practices Nicole and Rachel espouse.

Thank you for your time.

-Stephen Berger

*Stephen Berger*

Wednesday, June 11, 2025

Stephen Horvath
Rua Dr Joaquim Pires de Lima 176-3
4200-347 Porto, Portugal
Ph: +351 915 096 117

June 11, 2025

To Whom It May Concern,

My name is Stephen Horvath. I am a senior software engineer and engineering team leader with more than 25 years of professional experience at companies such as IBM and Adobe, as well as several early-stage startups. I am married and the father of a nearly-three-year-old daughter.

I have known Rachel Cherwitz for twelve years through the personal-development organization OneTaste and related coaching programs. During this time I have worked with her as a student, a volunteer producer, and an employee. I have also invited her to my home city to co-produce a workshop run by my own company. These varied roles have given me the opportunity to observe her character at close range and under pressure.

I am aware that Rachel has been convicted of conspiracy to commit forced labor. While I respect the court's findings, I feel it is important to share my direct experience of her integrity, accountability, and positive influence on my life.

When we met I was struggling—both with alcohol addiction and with immature, sometimes disrespectful attitudes toward women. Rachel confronted these shortcomings with directness and compassion. Once, when I spoke sharply to a woman taking my lunch order because I worried there would not be enough food, Rachel immediately intervened and told me my tone was unacceptable. On another occasion I criticized a colleague behind her back; months later, when I applied for a course, Rachel reminded me of the incident and asked me to make amends before enrolling. She was prepared to forgo the sale because doing the right thing mattered more to her than revenue.

That consistent "tough love" broke through my stubbornness, revealed blind spots, and encouraged lasting change. Rachel also shared openly about her own recovery journey, inspiring me to attend my first 12-step meetings. I have now been sober for more than ten years and actively sponsor others.

Throughout my time with OneTaste I always felt free to say yes or no to requests. My choices were respected, and I was welcomed warmly regardless of past decisions. Although my focus has shifted to raising my family, I remain grateful for the friendships I formed— especially with Rachel.

The standards Rachel modeled continue to guide my marriage, my leadership at work, and my parenting. My wife and daughter benefit every day from the lessons I learned under her guidance. For these reasons I offer my wholehearted support for Rachel Cherwitz and respectfully ask that you consider this perspective when assessing her character.

Thank you for your time and consideration.

Sincerely,


Stephen Horvath



Teresa Diaz, MD
Functional Lifestyle Medicine
7143 S View Ln.
Gilbert, AZ 85298
Phone: (916) 896-4443
Fax: (916) 239-4225
E-Mail: teresadiazmd@orgasmicmedicine.com
Web: orgasmicmedicine.com

October 20, 2025

**Honorable Judge Diane Gujarati**
United States District Court
Eastern District of New York

**Re: Character Reference for Ms. Rachel Cherwitz**

Dear Judge Brody,

My name is Dr. Teresa Diaz, and I am a medical doctor specializing in functional and lifestyle medicine, hormone health, and women's vitality. For more than twenty-five years I have worked in the field of women's health—as an OB/GYN surgeon and now as a functional-medicine practitioner helping women transform their health through food, hormones, and self-awareness. I hold certifications in Age Management Medicine and Holistic Nutrition and am a member of The Institute for Functional Medicine.

I am writing in support of Ms. Rachel Cherwitz, whom I have known personally and professionally since 2012. I understand that she has been convicted of conspiracy to commit forced labor, and while I am not commenting on that outcome, I wish to share my firsthand experience of Rachel's integrity, empathy, and the steady kindness she has shown over more than a decade of knowing her.

I first met Rachel through the OneTaste community, where I participated in several ten-month coaching programs centered on mindfulness, emotional intelligence, and embodied awareness. That work was deeply healing for me after years of personal childhood trauma and burnout in conventional medicine. Rachel was one of the first people who helped me feel safe enough to reconnect with my body and my voice.

One moment that remains vivid occurred in 2014, during a group training when I was overwhelmed and on the verge of leaving. Rachel quietly came to sit beside me, placed a gentle hand on my shoulder, and simply asked, "What do you need right now?" Her presence was steady and kind. There was no advice, no push—just space. That small act of care helped me find my footing and reminded me what it feels like to be met with compassion rather than pressure.

Years later, in 2023, we exchanged texts about a new creative program called *Art School* which she was leading on the Eros Platform. I told her I wasn't sure what my "art" was, admitting, "I'm not a singer or painter—I'm feeling challenged by the 'art' part." Rachel immediately replied, "Umm excuse me. You make art with your work. With medicine." That simple statement captured her gift—seeing people clearly and reflecting their worth back to them. In that moment she reminded me that healing itself is a form of creation. I loved how she gently contradicted my self-doubt, transforming it into inspiration.

172

More recently, after I began integrating that same awareness into my medical practice, Rachel invited me onto her podcast, *Journey into the Mystic*, to speak about turning trauma into purpose. Her thoughtful questions and calm presence drew out a depth of reflection I didn't know I was capable of sharing publicly. She offered me not publicity but presence—a space to express truth.

Throughout the thirteen years I have known her, Rachel has shown up with authenticity, directness, and deep integrity. She listens without judgment, leads without ego, and continually invites those around her to trust their own inner knowing. She offers generosity freely, whether it's emotional support or simply time and attention. I offer this letter not to comment on the verdict, but to share my personal experience of a woman who has consistently demonstrated empathy, honesty, and care. Rachel Cherwitz has been a positive, grounding, and uplifting presence in my life and in the lives of many others.

Respectfully submitted,
**Dr. Teresa Diaz, MD**
Functional & Lifestyle Medicine Physician
Founder, Orgasmic Medicine
Gilbert, AZ

Your Honor,

I am reaching out to provide my perspective on Nicole Daedone and Rachel Pelletier, who are currently facing legal challenges in your court. As an independent contractor who regularly provides service and has spent a significant amount of time with this community, I have had firsthand experience observing the transformative influence both Nicole and Rachel have had on the development and well-being of those around them. Not only do they commit fully to their ideologies of helping others, but they do so in an unwavering, committed, and in an exceptionally altruistic way.

Time and time again I have seen these women, their communities, organizations, companies, and non-profits, work tirelessly for the benefit and well-being of others. As an outside observer with over two years of consistent hands-on collaboration and involvement in their world, I have come to deeply appreciate and respect the care and trust they extend to each other, the marginalized, and the vulnerable.

I have no doubt in my mind that the work they do and the efforts that they put forth in the world are for and of the greater benefit to all. Never have I seen a community of people so strong-willed in spirit and affection in pursuit of the betterment of society, wholly guided by the hearts and minds of Nicole and Rachel.

-Tim Kerr
Videographer/Editor

Saturday, June 14, 2025

From the desk of TL Forsberg

Tanya L. Stewart-Forsberg
10529 Winnebago Ave
Mission Hills, CA
91345 USA

RE: LETTER OF SUPPORT FOR RACHEL PELLETIER

To Whom It May Concern,

My name is TL Forsberg, and I am writing to share my firsthand experience of the profound and lasting impact Rachel Pelletier has had on my life. Over the years, I had the privilege of being both a student in her courses and, for a short time, a colleague during my tenure on staff at OneTaste.

From the start, Rachel stood apart. Her teaching was grounded, steady, and precise, delivered with a depth of compassion that never once compromised clarity or accountability. She created a learning environment that was direct, challenging, and, most importantly, safe. In moments when I was emotionally overwhelmed or navigating significant psychological challenges, Rachel was not only attuned enough to notice—she responded with care. Rather than asking me to bypass or suppress what I was going through, she encouraged me to pause and seek the therapeutic support I needed. She made it clear that I was welcome back when I felt more resourced. That kind of discernment—knowing when to lean in and when to refer out—is rare, and it reflects a deep commitment to ethical care.

Rachel always met me as a whole person. She never viewed me through the lens of dysfunction or failure. She saw my potential, even when I could not. Through her mentorship, I learned how to take responsibility for my emotional well-being. I learned how to regulate myself, how to listen inwardly, and how to show up with honesty and integrity. These were not small lessons—they were life-altering.

Rachel's support didn't just help me through a hard time. It helped me reclaim my sense of self. The confidence and clarity I found through her guidance were pivotal in my decision to pursue a path in ministry and advocacy. The work I now do—supporting others in their healing and creative expression—is built on many of the foundational tools I learned with her. I don't just carry her teachings—I live them, and I pass them forward.

Her approach may not have fit into traditional boxes, but it was rooted in

thoughtful observation, emotional intelligence, and a sincere desire to see people grow beyond their limitations. In every interaction I had with Rachel, I saw someone who leads with discernment, who listens deeply, and who truly understands the responsibility of holding space for others' transformation.

I share all of this because I believe it speaks to Rachel's character, her integrity, and her intentions. I hope you will take this into consideration in evaluating who she is—not just based on perception, but on the lived impact she's had on those she guided. Her presence in my life changed me for the better, and I will always be grateful.

Sincerely,

Tanya L. Stewart-Forsberg

TL Forsberg

tanyalynnforsberg@gmail.com

818-667-6331

2



# THE LADIES OF HOPE MINISTRIES

*Hope. Awareness. Change.*

The Hon Judge Diane Gujarati

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Courtroom: 4B South


November 19th, 2025

RE: United States v. Cherwitz,


    Case Number: 1:23-cr-00146

    Letter of Support for Nicole Daedone and Rachel Cherwitz


Dear Honorable Gujarati:


I am writing to you today from both my heart and my lived experience to share my perspective on two women I have come to know through our shared commitment to transforming the lives of women: Nicole Daedone and Rachel Cherwitz. As you consider their sentencing, I respectfully ask that you look beyond the allegations and see the profound, tangible impact they have had—especially on women who have been overlooked, discarded, or forgotten by our system. Their work has turned pain into power for so many, both in our communities and inside our nation's prisons.


As the Founder of The Ladies of Hope Ministries (LOHM), an award-winning organization dedicated to ending the poverty and incarceration of women and girls, I have spent years advocating for dignity, opportunity, and liberation for justice-impacted women. I played a principal role in the passage of the 2018 First Step Act, the largest federal prison reform bill in history. My advocacy is not theoretical. It comes from lived experience. I know what it means to be incarcerated, to fight my way back, and ultimately to receive a presidential pardon. Today, I work alongside lawmakers, nonprofit leaders, and the White House to drive meaningful and lasting change.

The Ladies of Hope Ministries, Inc
Email / info@thelohm.org
No. / (646) 820-0011
177
8 W 126th Street
New York, NY 10027





I met Nicole four years ago inside the largest women's prison in the world: Central California Women's Facility in Chowchilla. I was invited to observe a unit participating in her Prison Monasteries Program. I have seen many programs over the years, but this was different. This was a lifeline. Women who had served 30 and 40 years—women correctional staff once labeled the "worst unit" in the facility—were transformed. Their testimonies moved me to tears. When I returned this year to speak, those same women handed me a picture and handwritten notes asking me to deliver a message: "Tell them we love them. Tell them we want them back." That is the power of Nicole's vision. It touches hearts that the system abandoned long ago.

My work with Women Over Dinner, a global movement dedicated to reconnecting women with their inherent power, brought Rachel Cherwitz into my life. Her leadership has been nothing short of extraordinary. Women Over Dinner has now hosted more than 320 dinners across 18 countries, reaching nearly 4,000 women. I witnessed the transformation firsthand at the monthly Harlem dinners—women from every background reconnecting with themselves and one another.

When I suggested hosting the first Women Over Dinner inside a prison, both Nicole and Rachel said, without hesitation, "Let's do it." And we did. In December 2024, we brought a full three-course dinner with table service to 100 incarcerated women at Taconic Correctional Facility, along with the correctional officers. I also imagined 100 dinners being held on the same day around the world, standing in solidarity with the women inside. Rachel's response was simple: "Let's do it." And she made it happen. That day, 111 dinners took place across multiple continents—from Ireland to Africa to Italy—creating a global circle of sisterhood, healing, and hope. That is who Rachel is. She amplifies women. She brings visions to life. She makes other women great.

As you consider their sentencing, I respectfully ask you to weigh the immense good these two women have done—the dignity they restore, the healing they spark, and the hope they cultivate. Their work is not performative. It is justice work. It is healing work. It is sacred work. And the ripple effect of their efforts reaches thousands of women who have nowhere else to turn.

Thank you for your time, compassion, and consideration.

With respect,

Dr. Topeka K. Sam

Founder & CEO

The Ladies of Hope Ministries

The Ladies of Hope Ministries, Inc
Email / info@thelohm.org
No. / (646) 820-0011

178

8 W 126th Street
New York, NY 10027

11/3/25

Your Honor Gujarati,

I am writing regarding the case before you of two women that I have known for 15 years, Nicole Daedone and Rachel Pelletier.  My daughter, Aubrey Fuller, has worked alongside these amazing women for those 15 years, and I have had the privilege of being around both women in classes and events, as well as many conversations, meals and everyday affairs. These extraordinary women have brought kindness, honesty and fierce love to all of the people that have crossed their paths.

I have always seen Nicole as someone who has created and held a vision that is an invitation for the deepest health and well being for anyone who wishes it.  She has an incredible devotion to help people find their own truths, their own beauty, their own way.  And she will support every step of the way, if needed.  She has a natural way of reflecting the best in people, and in life.  Nicole has deep practices that help her be steady and available to hold vision, be able to flex when called for, and have true humility and humor in her service.

Rachel is a no-nonsense kind of gal.  She has a gift of cutting through the muck and helping to get to the deepest, most important matters of the mind, heart, and body.  I have always admired her commitment to honesty, and the way she is deeply generous to help anyone who may benefit from her insights. She is funny, reliable, and the kind of person that doesn't hide in the face of anything.

It might be easy to think these are just kind words I offer to try to create a positive view of Nicole and Rachel.  In fact, I have found myself struggling greatly to find words that can accurately capture the kind of character and devotion I have witnessed for so many years from both of them.  It is truly difficult to express the nature of love, humility, responsibility, and service in a way that honors the life work of these two women.

I am honored to know Nicole and Rachel, and am incredibly happy that my own daughter has had these women as mentors and friends for much of her life.

I hope and trust that the law will fully release them both to resume their lives and the valuable work they do.

Sincerely,

Tracy Stephens

Wednesday, June 11, 2025

To the Honorable Judge Gujarati,

My name is Vicky Aldana — I'm the daughter of a Venezuelan-American immigrant family. I'm a Professional Certified Coach through the International Coach Federation. I work as coach part-time and a free-lancer in early-stage entrepreneurial ventures. My most recent project is supporting a financial services company that helps women learn how to invest and create financial freedom.

I am aware Rachel has been convicted of conspiracy to force labor.

My quick background:
I come from a South American Catholic family, a culture where the women are archetypally beautiful and VERY repressed in their erotic expression. I grew up with stories of cheating and betrayal, learning to feel scared of my sexuality.Talking about sexuality was a no-go in my family — as a child, teen, and young adult, I knew I was beautiful, and I was curious about the aspect of life that is sexual expression, but because no one would talk to me about sex, I had no map to explore this part of me. I just knew that my family and the world felt sex was dangerous.


Finding OneTaste:

Enter OneTaste — my experience of which was like attending a school where I could *finally* learn about my sexuality. I remember thinking how sad it is to live in a society where it's SO hard to find somewhere to learn, explore, and for God's sake, just talk about sex. It was a relief.

I took courses in 2018 (and learned not just about my body, my sexuality, but also relationship communication skills and tons of different modalities to heal familial wounds), and was completely heartbroken when the company had to shut down its courses due to the Bloomberg article that came out in 2018. It was the ONLY place I had ever been where I could explore my sexuality.

The entire premise of OneTaste being a place where, as a Catholic woman coming from a repressed family, I could have a healthy, vibrant and celebrated sex life was life-changing.

I would be operating at the maturity of a terrified 14-year-old if I hadn't come across OneTaste.

There's a subtle irony in Catholicism in which women are taught that they're safer with their sexuality hidden. But there's no catalyst for worse disaster than what I've seen take place in my family due to unaddressed sexual urges.

Thanks to my time at OneTaste and the practice of orgasmic meditation, I stopped taking

180

drugs. I was able to confidently connect with men. I was able to have sex without drinking. I healed chronic yeast infections, and hormonal issues, from the meditative aspects the practice had given me.

Those are some practical benefits — I also notice that because I've healed so much physically, I have more capacity for joy. I feel connected to an intense spiritual truth which is that as a woman, I'm capable of creating life… and that is a reminder of my power that I would previously scoff at before really understanding what it means to be a woman.

The stroking practice is also a reason I was able to expand my nervous system and express my emotions like an adult. I know, because I lived it, that cultivating a relationship to one's sexuality, through a practice like OM, is a gateway to maturity. And my life is 100% better for it.Because of all this healing, I was crushed and frankly angry that this thing I'd found, which was truly so beneficial not just for me but literally for my unborn children who would otherwise inherit a dysfunctional relationship with THEIR sexuality just like I had, was shut down because a handful of people had gone past their personal limits.
Meeting Rachel:

I met Rachel in 2021at a writers' summit in Northern California. It just so happened that someone very close to me had just died suddenly from an aggressive cancer. Suffice to say, I was a mess — to the point of having trouble breathing and talking. Throughout the weekend, Rachel sat with me and extended such an incredible kindness while I processed this grief.

Most people can't even look at you when you're that deep in a grief response — and Rachel was steady, kind, and compassionate. I remember being struck by how great her capacity was to be with difficult emotions. I felt touched by who she was.

From there, we developed a friendship. My boyfriend and I visited Rachel & her husband, Matt, in San Francisco the following October 2022. Our time together included making buckwheat waffles, going to a Broadway show together, and going to an Italian restaurant for my boyfriend's birthday which our friends treated us to. Both Rachel and Matt were attentive and generous hosts.

Rachel and I continued our friendship, and texted and talked on the phone often. I was so positively impacted by my time at OneTaste that I started holding retreats where women could come and talk about and explore their sexuality like I had done at OneTaste. Whenever I would get nervous or doubt myself, Rachel would remind me to connect with my erotic life force as a way to connect to my leadership presence and power. At a retreat I held in 2022, I was able to break through so many of my fears because of Rachel's support.

Not just that, but I contracted Covid at said retreat, and while everyone was afraid to get near me, Rachel sent me medicine and juice, and talked with me multiple times over the phone to support me in navigating the situation.

I haven't just had positive interactions with Rachel, she's been an incredible friend to me

2

over the years. It marked me so deeply how many times Rachel has shown up for me when others would not. Thanks to the practice of OM and the teachings of OneTaste, I feel genuine hope for women and that they don't have to live the stories of my Catholic ancestors - repressed, sad, and disempowered.

Vicky Aldana

3

November 3, 2025

Dear Honorable Judge Gujarati,

I am writing in strong support of Nicole Daedone and Rachel Cherwitz.

My name is Wendy Sax. I have worked as a creative executive in the film industry for my most of my adult life. In the last several years I have produced narrative fiction and documentary films, among those are "Songcatcher," (Sundance Award winner), "Particle Fever," (originating and associate producer, National Academies of Sciences, Engineering and Medicine prize for Excellence in Science Communication; also awarded the prestigious Stephen Hawking Award—one of three winners worldwide, among other awards) and "Moving Stories," (producer, winner of Best Film in Art for Children, and Best Humanitarian Film Award Sedona Film Festival, among other awards.) My primary work as a creative producer was focusing on stories: telling humane stories of real people who bridge diverse cultures for the betterment of all. I mention the above to indicate my lifelong professional and personal interest in participating with people and projects that reflect a positive and restorative contribution to individuals, communities and society—and that perspective was true when I signed up for a course at One Taste, even though my motivation was personal health.

As a 1980 graduate of Smith College I am also the beneficiary (along with many in western culture), of the work of alumnae luminaries such as Betty Friedan, Gloria Steinem and other groundbreaking leaders of the women's liberation and the feminist movements. Each stood up against the cultural norms of their time and what followed were increased understanding, civil rights, economic sovereignty, better healthcare, the right to choose and other aspects of the wellbeing and freedom for women. My studies and participation as a student at OneTaste was one more step forward in that legacy— in this case more a deeply personal, physical and spiritual one—in that trajectory of experiencing increased freedom as a woman and member of society. Of course, with freedom comes personal and social responsibility. So, when I decided to become a student, I was well-aware of the choice I was making to explore an unconventional practice (OM-ing) and an unconventional path of healing. My career life was highly successful. My person, and, specifically, my intimate or romantic relationship life, was not.

Among the most important skills I learned in being a student of Nicole's and Rachel's was "finding my voice" – not solely from my intellect, but in my body: a place where I could hear my voice more clearly, perhaps more intuitively, and I could trust it because it resonated with either harmony, disharmony and integrity. In fact, when I tuned in to my body I was often aware more accurately of what I wanted to express—and the path to

my voice was more open, more refined and expressive. It was remarkable. I found myself more confident and self-respecting; also holding more respect for the autonomy of others, too. I learned patience and a higher level of forgiveness and kindness. I found more opportunities for gratitude and acceptance. I also learned the power of "Yes, and...," a useful way to find my voice and access the power of the "and." (A device often used in improvisational theater to connect and express.)

I learned to locate the source of my happiness within—through my body. I learned more advanced mind-body integration and felt my physical wellness improve as well as more clarity in my thinking and meaning in my spiritual pursuits.

What I learned most from both Nicole Daedone and Rachel Cherwitz, who were kind, sensitive, knowledgeable and generous in their teaching, were the blessings of being seen, heard and respected when one did speak up—especially if in pain. They modeled that sensitivity, interest and respect and taught it. When I was seen, heard and feeling "full," I was kinder, more generous and more available to take positive action than when I was depleted, empty from over giving, overworking, over-committed and exhausted. It was through the coursework of OneTaste I began a recovery of not just feeling seen, heard and respected, but also being able to offer that with more sensitivity to others as well. I began to take care of myself emotionally and physically as I was also developing a newer, deeper respect for my female body and my own sexuality.

It was through the work of OneTaste I was able to leave a relationship with an alcoholic boyfriend who was betraying me—and do so fairly and amicably. It was through OM-ing I began to recover my essence and understand the beauty of being a woman, alive, sexual without the fear of getting pregnant or feeling unseen or transactional about sex. OM-ing also gave me a felt sense of a spiritual awakening. This is more difficult to describe. I felt a stronger aligning of my body, mind and spirit, and a way of seeing the world that was wider, more expanded, almost lifted above the news of daily events—a way of seeing a greater picture of real events unfolding. This was, perhaps the way one can look at a painting and be in awe of history, or step into a forest and be in awe of Nature. I couldn't always hold this expansive perspective. But having "tasted" it, I could come back to it, remember it, and be calmed by the over-arching feeling of good will that poured from it and sense of being part of an ever-evolving story (evolution). The practice seemed to have an energy that was subtle, not forced—a kind of allowing of health and wellness rather than a grasping for it. Again, I find it difficult to articulate it— but know that it did my body and mind good—and is still fundamental in how I navigate my relationship with my partner, my beloved of many years, today.

I also want to add that professionally I had the privilege of working with Nicole on a documentary film about her incredible service and charitable contributions to local

communities under the banner of "The Unconditional Freedom Project." Through her work offering dignity and food to the local homeless communities on two coasts, offering dignity and personal transformation opportunities to local prison populations with a unique undertaking of turning prisons into monasteries; offering dignity, a voice and creative spaces for disenfranchised American black culture, and her work "dignifying" Nature–rebuilding regenerative ecosystems to improve the local land and the environment—are beyond awe-inspiring. This offering of "dignity" by seeing, hearing and acting to improve the conditions of those suffering, including Nature, is a vision of remarkable creativity and strength of character resulting in heroic positive, social impact. On a different level, Rachel's contributions to academic research and publishing on the Science of Om-ing—again offers dignity and respect to the female body and sexual education along with a public service in increasing understanding of our human potential and biology.

I hope this letter continues to affirm my support of both Nicole Daedone and Rachel Cherwitz.

Thank you for your kindness and attention.

Sincerely,

*Wendy Sax*
Wendy Sax

November 3, 2025

Wednesday, June 11, 2025

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Letter for Nicole Daedone and Rachel Cherwitz

Dear Judge Gujarati,

My name is Yana Anilovich. I am a former counter-terrorism finance and anti-money laundering (AML) officer, and a senior manager in the financial sector. I was promoted from individual contributor to lead a team of five, and I attribute a meaningful part of my professional and relational growth to the teachings I received through OneTaste. I also hold a bachelor's degree in psychology from the University of California, Berkeley, and have completed five years of doctoral work in Clinical Psychology with minor in Scientific Method at NYU.

I first met Nicole Daedone and Rachel Cherwitz in 2017, when my husband of almost 20 years and I joined OneTaste at a moment of profound crisis. He had been diagnosed with a serious medical condition, and I was recovering from a major surgery. Our relationship was unraveling—I was overwhelmed by fear and trying to control everything including him, while he was shutting down and withdrawing. We were on the verge of separating.

The first course we took through OneTaste—taught by Nicole and facilitated by Rachel—was nothing short of transformational for us. I vividly remember an exercise Rachel led where my husband and I each spoke aloud what we were experiencing in the presence of the other. For the first time in years, we saw each other clearly. We left that course able to reconnect not through obligation or problem-solving, but through presence. Rachel's attention and support throughout that program was direct, fierce, and deeply compassionate. She helped us take ownership of our roles in the breakdown and re-engage as partners. By the end of the course, we had hope again.

We continued to study under Rachel's guidance for several years. Her instruction consistently reflected integrity and a deep commitment to personal responsibility. I remember one conversation with her after a class in New York, where she encouraged me not to hide behind my intellect or resume, but to speak from experience. It was a small moment, but it stuck with me. She treated me not as someone to impress, but as someone to become.

Spiritually, the impact of Nicole and Rachel's work was profound. I had always approached growth as something to be earned through intellect or productivity. Their teachings invited me to experience my spiritual life in my body—for the first time. Through the OM practice, I learned how to access stillness, awareness, and even joy, without dissociating from my emotions or pretending to be in control. I didn't need to escape myself to feel something sacred. That changed everything.

What stands out most to me is that I always felt at choice. There was intensity, yes—but never pressure. I stayed because I wanted to keep growing. At no point did I feel coerced. I was treated as an adult, trusted with my own decisions, and encouraged to find my own answers. As a woman, that meant a great deal. It was one of the few environments where I felt both fully seen and fully respected—challenged, not coddled.

Beyond the teachings, my one-on-one experiences with Rachel showed me a person of extraordinary presence and integrity. She did not shy away from discomfort or difficulty. Whether in a workshop or a hallway conversation, she brought her full attention. Her ability to stay steady with people—especially in

186

1

emotionally charged moments—taught me more about compassion than any textbook ever could.

I have also participated in two of the community programs supported by OneTaste: Free Food Harlem, which offers meals and dignity to unhoused neighbors, and the Unconditional Freedom prison pen pal project, which encourages incarcerated individuals to take responsibility for their lives. Both of these programs reflect the same core philosophy that I encountered in Nicole and Rachel's work: that freedom begins when we stop blaming others and start choosing who we want to become.

I offer this letter as someone who was directly and positively impacted by both Nicole Daedone and Rachel Cherwitz. Their teachings changed the way I show up in my marriage, my career, and my spiritual life. I remain deeply grateful for the courage and clarity they brought to their work.

Respectfully,
Yana Anilovich

187

2

November 9, 2025

**Letter in support of Nicole Daedone and Rachel Pelletier**

Your Honour,

I was first introduced to Nicole and Rachel via a YouTube video talking about orgasm being the cure for the modern woman. It was truly inspiring, and different, and made me start to see the world from a new lens.

After practicing yoga for over 10 years, I was seeking to deepen my practice and come to more holistic understanding of energy and well-being. A colleague from a class recommended to me that I check out that YouTube link, and I am so glad I did. Both Nicole and Rachel have left such a positive impact on hundreds if not thousands of lives and their teachings and practices have led to happier people who are more connected, self-aware, patient and kind.

The fact that they place the woman at the center of their teachings is so necessary at this time in our existence. The great awareness I have gained has helped me as a businessman, as a husband, as a father, and even as a son, having a much better appreciation for the feminine divine.

I unreservedly wish to extend my support and my appreciation for the impact these two women have had on me. Oftentimes being forward thinking results in being misunderstood. However, over time their guidance and their approach to life will prove to be highly beneficial to those who are open to embracing it. Please consider that they have only ever sought to help and to serve others.

My wife and I can proudly say, we are better off from having encountered Nicole and Rachel.

Zachary Harding
Manor Court
Kingston 8
Jamaica. W.I.

**James Minney**
GrandDuoDenenchofuIII 301
1-52-12 Ota-ku, Tokyo, Japan

16th June 2024
To the Honourable Judge Gujarati

Your Honour,

I write in support of Nicole Daedone and Rachel Pelletier (previously Cherwitz).

I have known or known of both women and/or their work since October 2013. I met them both in London, UK, where I was living at the time, and in the US when I attended functions and study events. I am now living in Japan. I continue to engage with them and their work.

I am co-Founder of the company which is the pioneer of Fair Trade Fashion, founded in 1991. I was then Finance Director, and now am CEO. My business is dedicated to labour justice including ILO standards, fair economic opportunity and economic improvement, and environmental justice, in our own business practices and by campaigning for awareness in the wider business community. We campaigned and financially supported the local labour union (workers' federation) in Bangladesh campaigning for factory safety and against forced-labour practices for many years before the tragic Rana Plaza disaster in April 2013 made the world aware of these issues. We have campaigned also against child-labour practices in India, where often the employers are former child-labourers themselves.

I have received a strong positive impact from my interaction with these women and their work. I am a better and stronger person, better able to listen and understand others and to work for the greater good, than before, thanks to them personally and to their work.

From engaging both with these women and with self-improvement content created by or associated with Nicole Daedone, I find them motivated by care compassion and a clear wish for people to thrive. The work is dedicated to empowerment, of women chiefly. In my experience, the work is effective in regards to this motivation.

I experienced radically improving my life. I have been significantly empowered and I have learned to understand myself and others significantly better, and improve my relationships with my family, friends, employees and co-workers.

Media portrayals I have seen are far from my own lived experience. One well-known video documentary lacks substantive allegatory content having instead emotive references to "something-to-do-with-sexuality" and/or "something-to-do-with-spirituality".

I support and applaud the motivation, character and the resulting work of these women, and I believe it is important work both for myself and for the wider human community.

Yours sincerely

James Minney

189

**Honorable Judge,**

I write to you with a heavy heart and a deep sense of urgency on behalf of **Rachel Cherwitz**. Rachel is not just an acquaintance or someone I admire from a distance — she is a woman I've known closely and respected profoundly for many years. My intention in sharing these words is to offer an honest and personal glimpse into the remarkable person I know her to be.

I have followed this trial closely and understand that Rachel was convicted, but I stand by the goodness of her character based on my years of knowing her.

My connection with Rachel began in my early twenties while I was living in Israel. Over time, our friendship deepened into a bond rooted in mutual respect, trust, and care. Years later, I made the life-changing decision to move to Texas and live with her — and during that season of life, Rachel became more than a friend. She was a light. She lived with purpose, discipline, and heart — deeply committed to her studies, her work, and most of all, to helping others. Her drive for self-growth and her desire to make a positive impact on the world have always been core to who she is.

It's heartbreaking to witness what Rachel is now going through, when I have watched Rachel spend her life giving, supporting, and uplifting others. Rachel has always been the person who lifts people up, who sacrifices her comfort for the sake of others.

We shared countless days walking the streets of Jerusalem, speaking about life and purpose. She danced at my wedding and stood by me through the most difficult moments of my recovery in AA — showing up with consistency, love, and strength. I know Rachel deeply, and it pains me beyond words to see her face the possibility of losing her freedom — especially for acts that, in her heart, were meant to heal, empower, and help others.

In 2006, we made a cross-country move to OneTaste, a defining chapter in both our lives. It was a community built on questioning norms and pursuing authenticity. Was it unconventional? Absolutely. Was it radical at times? Yes. But the intent — especially for Rachel — was always pure. She wanted to help women find their voices and embrace their worth. I watched her grow into her own power and femininity, and I saw how others gravitated toward her — seeking her guidance, her strength, and her compassion. She was always the person people could count on.

Even though many years have passed, my respect and admiration for Rachel have only deepened. She remains one of the most genuine, caring, and principled people I have ever known. Though our romantic relationship ended long ago, we stayed in touch — a testament to her sincerity, kindness, and integrity.

Your Honor, I humbly ask that you take into consideration the person Rachel truly is — the one I and so many others have known and loved for decades. I plead with you to show her mercy and leniency, to recognize the depth of her heart and the goodness of her intentions.

With sincere respect and gratitude,

**Kal Holczler**

Signed by:

*Kal Holczler*

B2E75F86D4AE490...

# EXHIBIT 20

November 9, 2025

To the Honorable Judge Gujarati,

Rachel Cherwitz Pelletier is my daughter-in-law. I know Rachel to be an intelligent, caring, kind woman. Throughout the time I have known Rachel she went back to college and earned her Masters degree along with additional related certifications.

She has worked as an addiction counselor with both teenagers and adults. Having a compassionate nature allows Rachel to empathize with others and teach them the healthy coping skills needed to overcome the trauma they have experienced in their lives to become their best self.

It takes great courage and stamina to face the challenges related to her current situation. She has maintained grace and profound inner strength throughout this ordeal and still remains focused on women's rights and helping others finding spiritual balance.

I ask to you kindly consider these important factors as a measure of her character.

Respectfully,
JoAnn Arruda
23140 Hillsdale Avenue
Port Charlotte, FL 33954

Jo-Ann Arruda    11/9/2025