# EXHIBIT A

July 17, 2025

Dear Judge Gujarati,

Nicole Daedone is my daughter. I know that she was recently convicted of conspiracy to commit forced labor. I am writing to you with the hope that I may be able to convey the person I know her to be and what our 57 year long relationship consists of.

From a young age she was inquisitive, caring, knowing, welcoming, diligent and generous. But not ever arrogant. If she received an accolade of any kind, she did not broadcast it. She would tell me and have a quiet look signifying "Look mom, we did it!" instead of lording it over anyone.

When she was very young she had a birthday party and we invited every child in the neighborhood. We lived on a cul de sac and frequently had holiday celebrations together but I was quite surprised when every single child wanted to come including the girl next door who was over ten years older than Nicole. I'd bought some party favors of different kinds and one child didn't like hers because it was a stuffed teddy bear and she didn't like bears. Nicole immediately told her that she could have her favor which happened to be a couple of sets of cut out paper dolls that she had been asking for so I already knew how happy she would be with them. Yet in a second she gave them away and didn't even ask that I replace them for her. Generous to a fault and so kind to others. I have seen this behavior over and over again in her life so I know it wasn't a one time thing.

When she was in her early 20's, I received a diagnosis from a doctor that there was a good possibility that I had cancer and more tests would be run but I should be aware that that may be the case and I should prepare for that eventuality. It was a very difficult time in my life and since I did not as a rule share very personal things with others. it felt like I had no one to talk to but I knew I could go to Nicole and she would be there for me. But I didn't want her to worry so I did mention it to Nicole, said I guess we'll wait and see and attempted to present it as nothing major. I should have know better! Within an hour she was in a car on her way down from San Francisco to San Diego to be there for me. She didn't ask if I needed her. She didn't ask "Do you want me to come?" She knew I would undoubtedly say that I'd be fine but she was intuitive and empathetic enough to discern what was hoped for without me saying it and she did it. This is how she treats people. She is so intuitive and loving and I have been fortunate to be the beneficiary of those qualities. Me among many, many others.

Nicole believed in second chances. Not to the point of being unaware or not alert to a potential problem but more than willing to grant another opportunity to a person who would attempt to improve themselves or make a change for the better. It is one of the best things she ever taught me. I was more of the belief that a leopard never changes its spots person and therefore somewhat limited my relationships. She was able to look inside a person and figure out what might start them on a new path and offer ideas and assistance to them to do so. It could be financial help or being such a good listener that together they would come to see that life could be better. As she shared her thoughts with me, I adopted a less overly critical approach and as a result have relationships that are amazing and may have ended otherwise.

She is a highly motivated person and will do research for any project of interest to her. She would share her thoughts and potential writings with me and be very open to hearing my take on things. She wanted a balance and fairness as an integral part of her proposals. Nicole was never in any endeavor to just make money - it wasn't and isn't her motivation. She also wanted me to know her friends and fostered scenarios that facilitated those connections. These aspects of her personality kept our relationship alive no matter the distance physically.

When my friends say they wish they heard from their children more, I think "You mean you don't text back and forth every other day?". And I realize how fortunate I am that she is my daughter. And I know why so many of her friends love her. She is there for you in ways that few people are in my experience.

She is my daughter and I love her beyond belief and I hope I can convey in the short epistle what our relationship is and what having her as my daughter means to me. And what kind of person I know her to be.

Thank you so much for listening.

Beverly Daedone

Hon Diane Gujarati
Judge of the Eastern District of New York
New York

     Re:  Nicole Daedone

Dear Judge Gujarati

I have known Nicole for almost 30 years and can personally attest to her exceptionally fine character. She not only is a practicing Buddhist, but is the creator of the Unconditional Freedom Project which has made it's Eros inspired program for substance abuse, "The Art of Soulmaking" available to over 300,000 incarcerated individuals, through the use of the Edovo Tablet. She is also the creator of Free Food in Harlem, and has over the years, done a number of other free food projects, starting years ago in San Francisco.

Nicole is a tireless crusader for the rights of women's health and welllness, but excludes no one, and is currently providing care for me, personally, as I have recently been diagnosed with Stage 4, Non-Hodgkins Lymphoma. Nicole and her friends have treated me more like family than has my own family.

Nicole is an incredibly creative, optimistic and resilient individual who has written a number of books geared toward health and wellness as well as a number in support of a more compassionate approach to incarceration, including 'Guards to Guardians' Her work has changed many people's lives in the most positive way. I have no doubt that she will continue to do so far into the future, in spite of numerous obstacles being thrown in her path. She is the most honest, loyal and sincere human being I have ever known (and I am 82 years old).

Sincerely
Ms. Aaron M. Turner
(206) 755-5324

*Aaron M. Turner*

003

November 9, 2025

Dear Judge Gujarati,

My name is Van Jones, and I am a longtime advocate for criminal justice reform. A former Special Advisor to President Obama, I am also the founder of several nonprofit initiatives that help people rebuild their lives after incarceration. For decades, I have worked to create a justice system that balances accountability with compassion, one that recognizes not just the harm people may cause but also their capacity for extraordinary good.

I first met Nicole Daedone in the early 2000s in the San Francisco Bay Area. Even then, she struck me as someone rare, a woman of uncommon wisdom, grace and moral courage. She carried herself with quiet conviction. I watched as she dedicated her life to helping others find healing, empowerment and a deeper sense of human connection. Her work was not easy, and at times it placed her at odds with cultural norms. But I always saw in her a sincere commitment to human growth and to bringing more understanding into the world.

Over the years, I have watched many people claim to stand for transformation and empowerment. Very few live it. Nicole did. She challenged people to look deeper, to become more responsible for their inner lives and to create more honest relationships. She especially has been a stand for women to be empowered at the most personal, intimate level. That kind of work — helping people open their hearts and change their lives — can be messy, difficult and often misunderstood. But in my experience, the people who are willing to do it are the ones we need most.

I cannot speak to every legal detail before the Court, but I can speak to character. In my judgment, Nicole Daedone is one of the most thoughtful, ethical and service-oriented individuals I have met. She has given her life to exploring what true empowerment looks like, particularly for women. I have never known her to be someone who seeks personal gain at the expense of others. She is someone who has given her energy to helping people evolve.

If there is any room in your consideration for mercy, for the belief that a person's contributions and intentions matter, I ask you to see Nicole in full. She has already endured immense public scrutiny and personal hardship. Yet even now, she continues to show grace and strength.

In my view, Nicole Daedone is not a threat to society; her commitment to human empowerment is an asset to it. I have met very few people who embody both courage and humility the way she does. I hope the Court will take into account the full scope of her life's work and the good she has done and can continue to do.

Respectfully,

Van Jones

*Anthony R. VAN J*

TV Political Analyst | Author | Special Advisor to President Obama | Founder, #Cut50 & REFORM Alliance

004

8 November, 2025

Dear Judge Gujarati,

I am writing on behalf of Nicole Daedone who is currently incarcerated at the Brooklyn Metropolitan Detention Center awaiting sentencing. I am a psychotherapist, licensed as an LCSW and an LMFT in NY, NJ, and CA. My NY license no is NY LICENSE # 069895-1, Expiration Dt 11/20/2026 and CA License # LMFT134370, Expiration Dt 8/31/2026. Furthermore, I am certified as an Internal Family Systems therapist, an Imago Relationship therapist, a Psychoanalytic therapist, a Group therapist, and an EMDR Trauma Therapist. I have an MSW and an MBA. I am also a Zen Buddhist Priest and an authorized Zen Teacher. In addition, I teach an online course for Buddhist leaders on Healthy Boundaries, which is well regarded.

Ms. Daedone has been my client since January of 2018, a total of 7.5 years, during which time she has been a consistent patient attending regularly scheduled sessions. She has been very committed to her therapy work. Over this period, she attended 193 one hour sessions.

During these years of intensive psychotherapy I have gotten to know Ms. Daedone in depth and witnessed her growth in insight and maturity. I have come to know a woman who is caring, compassionate, and deeply committed to her personal growth. She has a strong vision for women that guides her. I can attest to her integrity, her genuine compassion, her authentic spirituality, and to her unwavering commitment to women's empowerment.

While my professional obligations prevent me from getting into specific anecdotes or confidential details, I can say that Nicole's integrity is evident in her scrupulous self-examination and her openness to any suggestions I may have on ethical issues. Her compassion is evident in the way she consistently brings empathy and understanding to her work and her relationships. She is receptive to feedback, demonstrates humility in her self-reflection, and is always willing to examine her own motives and actions.

She has a daily meditation practice and has done numerous long retreats. She has studied with many spiritual guides, both Christian and Buddhist, and incorporated their teachings into her life.

Her view of seeing sexuality as a spiritual practice is rooted in authentic and ancient spiritual rituals, and she is dedicated to teaching and empowering women in this area.

While the context of our relationship has been that of therapist and client, I believe I am well qualified to say that she is a woman of substance: compassionate, principled, and deeply committed to personal and spiritual growth. My observations are based on years of close, honest engagement and a foundation of trust built over time.

I submit this in the hope that the court will take into account the character and qualities I have observed in Ms. Daedone as it considers her sentence.

Respectfully yours,


Rev. Joan Hoeberichts, LCSW, LMFT, MBA

2430 Paradise Dr,

Tiburon, CA 94920

973-997-0852

joanhoeberichts@gmail.com

Thursday, June 12, 2025

Dear Judge Gujarati,

I am writing to provide a character reference for Nicole Daedone in relation to her sentencing.

My name is Lindsey Wehking. I am the Chief Strategy Officer for Nonfiction Research, a market research agency that specializes in compassionately exploring the lives of Americans. Over my 12-year career, I have worked with major corporations, heart-led nonprofits, academic institutions, political movements, and spiritual organizations, providing strategic guidance on understanding and serving diverse communities.

I've known Nicole Daedone for 6 years as a teacher, mentor and friend through her work with Orgasmic Meditation, trauma healing and spirituality. What Nicole has taught me has fundamentally changed my life. Over the six years I've studied and practiced with Nicole, I've broken toxic relationship patterns, healed from addictions, risen to the C-suite of my organization, and become a more compassionate and involved community member.

In 2023, my world was shattered: a friend committed suicide, an ex-boyfriend died of alcoholism, my best friend entered psychosis and then my brother. I was falling apart and the waves just kept beating against my shores. I felt so separate from everyone I loved. I still remember the session with Nicole when everything began to shift. She met my pain with astounding attention and compassion, creating the space for me to crack fully open.

In my openness and vulnerability, she never inserted herself or her ideas. Instead, she held space, affirmed me, stood in that place with me without flinching. And when the time came, she began to show me how to learn to hold and move through that kind of pain. She helped me make meaning and power from the wound.

The following year I began practicing OM through her instruction, and through this practice I began to come home to myself. I recovered from, processed and released my own sexual trauma, moved through tremendous loss and developed a kind of resilience I didn't know I was capable of. I have maintained my sobriety and have channeled my healing into my professional work.

My friends and family say it in different ways, but they all feel the difference: "you feel so much lighter," "you just seem less afraid," "you're a force." This transformation has allowed me to be a more supportive presence for my friends, family, community and company.

Nicole has taught me that through connection we can transform even the darkest parts of ourselves into something life-giving, for ourselves and the world. She has the rare and exceptional ability to stand with people in the places we most often abandon each other. She has reached me in places I didn't know I could be reached.

Never once has she tried to "save me", but rather held the belief in me while I saved myself. Her message is always: the answers are already within you. The woman I've witnessed is deeply intentional, astoundingly disciplined, incredibly wise and ethical. She works with more integrity than any licensed therapist I've worked with. Like a doctor committed to the Hippocratic oath, Nicole too is deeply committed to an oath: "get out of suffering, the causes of suffering, help others get out of suffering."

While I understand the court must consider the charges before it, I wanted to share my personal experience with Nicole and my unshakable belief that life is better with her in it.

Respectfully,
Lindsey Wehking, Chief Strategy Officer, Nonfiction Research

008

2

2025-11-03

Dear Judge Gujarati,

Personally I've spent 12 years in the OM practice, attending almost every course offered, doing contract work for OneTaste, staying in 8 community homes and starting 3 of them. I never saw or experienced someone doing something they did not opt to do. Yes sometimes sales was direct and intense, and I'm grateful for that because otherwise I wouldn't have signed up for some of the most amazing eye opening and transformative classes of my life.

Courses opened with "by being here you agree we are all here as adults and will behave of our own volition". What I did see was people saying yes to ideas and offers they personally were not ready for yet, and then turned victim and blaming. But that's the mindset to be expected because that's where many people came into the programs.

As a father of 3 children (now ages 17, 15, and 1) taking time away from my children while staring course with OneTaste was a big concern of mine.  At one time I brought up the topic with Nicole Daedone in the "Coaching Program" course.  Asking effectively "Is this the right thing to be doing when it takes time away from my children?" and the direct answer I received from Nicole in front of a room of 80+ students was to the effect "Only you can make that decision for yourself, though your children can only benefit in the long run from your own increased awareness."  Truer words have I rarely heard re parenting.  Before then I was a barely present father, chasing one thing after another.  Through this work I learned to be far more present, supportive, honorable, and show up in my life, work, and children.  With a solid, well handled life.  I'm divorced from their mother, though a few months back she told me in tears "you're so much the man now I always knew was possible but wasn't showing up when we were together".

Rachel Cherwitz specifically provided essential support during my time with OneTaste. Explained the benefits of courses I was hesitant to take and respected my clear 'no' when I wasn't ready.

It's also helped me excel at work where I am a Principal Engineer at Amazon Web Services.  As well as maintaining an excellent work-life balance.  Before I found OM, I was having suicidal thoughts in a dead-end job I wanted out of.  I consider the largest part of that transformation due to my work with OneTaste and the OM practice.

Thank you,
-Noah Coad



# EMANUEL

**Bishop Julius McAllister**
Presiding Prelate

**Rev. Kim Anderson**
Presiding Elder

**Rev. Dr. Kahli C. Mootoo**
Pastor

November 17, 2025

The Honorable Justice Diane Gujarati
United States District Judge
U.S. District Court, Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY. 11201

Your Honor,

This missive is written to express my experience with, and impressions of, Ms. Nicole Deadone, as you prepare your final impartation of her proceedings.

I meet Sis. Nicole 2 years ago as the visionary leader behind Free Food Harlem, a program that has operated in partnership with our church ever since, and serves more than 25,000 hot, nourishing meals each year.  Through this program, the hungry are not seen as a burden but as neighbors. The struggling are not seen as lost but as worthy. This work does not simply fill stomachs—it lifts spirits. Feeding the hungry is one of the pillars of our local congregation, and Sis. Nicole and her team have been beyond instrumental in achieving our goals.

I have come to know her as a woman of deep compassion, humility, and spiritual conviction. Her vision, expressed through action, has fed bodies and awakened hearts in my own community. I have had several occasions to speak to her about her personal life and the issues that have brought her here.  From my interactions, Sis. Nicole has appeared to act with righteous intentions. And despite her present situation, I believe she is no threat to our great society, but rather an asset. I truly believe that her service to community will not stop, because I believe service is her true heart desire.

Sis. Nicole, her apron and big smile, continuing the work of feeding those whom society often forgets, is where she belongs. We need her back in our kitchen, sanctuary, and in our community.

I respectfully ask that you consider the fact that her faith, has far outweighed her faults.  And please keep at heart, the Sis. Nicole I have experienced, serving our local community's most in need and forgotten members, as you decide her sentence.

Sincerely In His Service

The Rev. Dr. Kahli C. Mootoo
Pastor, The Historic Emanuel AME Church

Emanuel AME Church
37 W. 119th Street
New York, NY 10026

010

Peaceful Sea Sangha
75 Sequoia Road, Fairfax, CA 94930

July 29th, 2025

To the Honorable Judge Diane Gujarati,

  First of all, thank you for your conscientious deliberations in the Courtroom.

  I write to you on behalf of my friend and fellow teacher, Nicole Daedone, prior to her sentencing, to attest to her good character.

  So that you may understand and appreciate where I am "coming from," it is important to note that I do not live in a courtroom, gathering evidence and making judgements. As much as possible, I live in *sacred* space, where we study, practice, and learn how to connect with the *Divine*.

  That said, I do not question your authority in your realm.  It is with *honor and respect* that I thank you for your conscientious deliberations.  And it is with the same honor and respect that I invite you to receive a few words from this other realm.  Thus I will not be presenting evidence or testimony.  I will be sharing  what I know in my heart for your consideration.

  In my position as a Zen Buddhist priest I have known Nicole as a friend and spiritual companion, since 2008, when she brought 25-30 of her students to my one-day Zen meditation retreat at Green Gulch Farm in Muir Beach, California.  While her students were not always well-behaved, Nicole participated with steadfast presence and integrity, following the rules and the instructions. In other words not drawing attention to herself or making herself special in any way: Upright and settled.  (In a meditation room filled with people doing the same practice, it becomes easy to observe how each person's character is uniquely revealed.) Nicole still expresses this sincere character, which one rarely sees, a warm heart inwardly seeking the way to benefit others and the world.

  I have been practicing Zen meditation since 1965 and was ordained as a Zen priest in 1971 by Shunryu Suzuki Roshi (most well-known for his book *Zen Mind, Beginner's Mind*).  After 20 years of residential Zen practice with the San Francisco Zen Center, I further devoted myself to ten years of Vipassana practice and study.  Along with my Zen practice, I wrote *The Tassajara Bread Book* in 1970.  In 2012 this book was recognized as one of the *101 Classic Cookbooks* of all time.

  Since meeting her in 2008 I have seen and worked with Nicole in a variety of ways, observing her give teachings, offer instructions, express her understanding at meetings and conferences. I have eaten meals with her, taken walks, and shared teas, meeting one another face to face and side by side. Here is one example of how Nicole expresses herself.

  On one of the first occasions when I was a visiting teacher to her group, I was told that when it ended each student would give a reflection about their experience.  (Oh my, already that's quite

unusual!) After two or three generic responses in the vein of, "Oh, that was so wonderful!" Nicole asked for a pause, and she reminded the room to say something specific about what they had experienced.  What followed was one intimate expression after another, "I don't think that I had ever before really tasted parsley until today, how grassy, green, and vibrant." "When you made eye contact with each person in the room before you began speaking, I felt deeply moved...and more settled and acknowledged."  If I had not known before, it was all the more apparent now: Nicole is not here to command or demand obedience, but to awaken people to their own experience and to their giving voice to that experience. She is here to awaken others to how the Divine expresses Itself in each of us.

  Nicole is here to alleviate suffering, most notably in her work with feeding the homeless, now focused in Refettorio Harlem, along with her mission to support those in prison to cultivate Unconditional Freedom and The *Art of Soulmaking*.  (When I say *her work*, I mean of course that Nicole provided the vision, inspiration and guidance for initiating these projects, along with much of the necessary funding to get these programs off the ground.)

  I had the good fortune to design a menu and help with one of the earlier free food events which took place at a collaborator's restaurant in the Tenderloin District of San Francisco in March of 2020.  (Just before Covid.)  I joined a group of Nicole's students as we fed over 120 homeless street people a three-course sit-down lunch.  While not enumerating all the details, I can say that the event was marked with extraordinary levels of joy, gratitude, and warm-heartedness. Food along with dignity and respect can be quite healing both for the givers and the receivers--healing and heart-lifting.

  So, yes, Nicole can be charismatic at times.  Largely this means that she has attracted a group of students, inspired by her vision to be of service to those in need. I have met and worked with dozens of her students and found a shared thread of kindness, care, and compassion. As with Nicole I have not found that they plot, manipulate, or conspire to bring about compliance or obedience. Of course, as we do with anyone, people respond to Nicole in a variety of ways.

  When I hold Nicole in my awareness, the words of my teacher Suzuki Roshi come to mind, "We sit in meditation to *purify* our love." Usually, he explained, our love is self-centered, and we are looking for some return (as though our expression of love were an investment).  Nicole is here to fulfill this calling to *purify her love*. Yes, love is here to heal, to help, to feed, to care for, yet even more fundamentally love is here to see the Sacred, to acknowledge the Divine in each and every person and thing, and to support that *seed* of the Sacred to *flower forth* as a unique expression of the Divine.

  Further I would attest that Nicole *has my back*. She has been there for me when 'friends' of forty years or more have shunned or abandoned me.  No small thing!

  Nicole will continue to study how to purify her love whatever her circumstances in this world, and she will continue to study in the world beyond this one. That said, I believe that the world would be better served with her outside of prison.

  Thank you, your Honor, for your care and attention.

With all good wishes for your health, happiness, and wellbeing,

Sincerely,

Edward Espe Brown

Edward Espe Brown
Head Priest, Peaceful Sea Sangha
Author, *The Tassajara Bread Book*

Dear Judge Gujarati,

The first time I heard about Free Food I was on 129th Street in Harlem, I had met somebody who was raving about some very special condiments that were given out at a pantry. It was a fiery, spicy, sweet tamarind sauce. And she said, yes, they gave that out. So I stood in line and that day, someone came with flyers and said, come in for a meal. I was very surprised and I said, how much? Because I've never been to a meal like this. And she said, no, just come.

I didn't come that same week, but I kept the card and I went once, and after that, there was no looking back. I met kind people and they were keeping an eye to make sure that everything was okay. And I said, wow, this kind of loving service. People really look forward to this. And we have to thank Nicole for this.

I was very displaced living in Harlem. I had to move here because my darling mother, who I brought from India, broke her hip and they overmedicated her. She had Alzheimer's, so they found a place in Harlem for me with cameras and a desk where my mother could live. So it was hard to live here. But Free Food is such a joy. Everybody who comes here to volunteer has a job outside. But they come here to serve because the most important thing in life is to give back. Everyone takes. But if you can give back you sleep well that night.

I grew up in India, and Mother Teresa was my moral science teacher. And I'm not going to tell you my age, but Bangladesh war happened, and there were refugees pouring into Calcutta. I was born in the Himalayas, but I came down to the mother convent to study in Calcutta. Growing up, I saw what it meant to reach out with love and care. And I never forgot that lesson. My grandmother was a great social worker. She took women and girl children and gave them vocational training so that they could earn their living and not be pawns for sex trade and stuff. She taught them embroidery, printing, cooking, nursing. My mother helped with the women's voluntary service during the wars. So I come from that bloodline.

And when I came to Free Food, I started talking to people. There are very many lonely people. What Ms. Nicole has done is not only give people wonderful Michelin standard meals whether they can afford it or not -- and the pantry is another game changer -- but people come to eat, to sit around in a safe, beautiful environment. There is so much respect given. It's not a paper plate with plastic cutlery which you can't even cut anything. It feels proper. The respect that is given, it's like walking into a 5-star hotel. And the love that everybody greets you with. You know, we sit in an orderly fashion. There's no stampede. People are hungry. People are waiting for food. But they hold back because they give reverence to the respect that we are given, the dignity that we are accorded.

I started siting at a table, and now other people sit down at my table. I have become good friends with them. People come to me with their problems. They want to talk it out. There was a tall guy who sat at my table recently and he was talking to me and started crying and I said, you know

014

what? Everything's going to be wonderful. He was talking about work and how disillusioned he is.

But I said, can you imagine, in that dark landscape, you've got 2 beacons of light. A Wednesday meal and a Friday meal at Free Food. You come to Free Food, all the troubles are behind us. You are enjoying a meal. He said to me, you're right. I never thought about it.

And this is what Nicole has created. And the food has just been exponentially advancing. It is such a superior meal. Famous chefs come to serve with love and they say it's an honor for them to cook for us. Not very many people will say that. So it just goes to show the kind of respect and love and appreciation with which Free Food Harlem is held by the general community. And anybody who envisions this with so much golden-hearted generosity deserves to be held in high esteem.

I would see Nicole sweeping the room to make sure that everybody is comfortable, that everybody was at home and being served. That makes a big impression about the energy you give out. It talks a lot about the integrity and strength of character, the vision. It's not any person who would do that. It takes a person of a certain mold, character and vision to bring all this and share. The most important thing is the sharing, the caring, daring to have this vision and to bring it all together in today's topsy-turvy world of chaos, of stress, and fear, to get this going.

Nicole has a very kind face. The first time I met her she was smiling and she had this strength and care that emanated from her. That added to the magic of the evening and sitting with people. People make sure to give eye contact, and the delicious food is always a surprise. But more than that, there are lots of people who live alone in a cocoon of silence. And some of them are so lonely. But here they can come out and laugh and connect. To create this program is not for ordinary people. It shows a lot of leadership qualities -- strength, courage, vision. Above all, golden hearted generosity.

Sincerely,

Deepa Roy

Deepa Roy

July 19, 2025

Dear Judge Gujarati,

This letter is the only way I know to assist Nicole, who I know has been found guilty of conspiring to force labor.

I'm an Australian named Megan Roseworn, and I work as the Manager of an English language instruction company named Lingora, which is based in Korea. I oversee 250 tutors who are Native English speakers. Nicole Daedone and I have been friends for seven years. In Bali, Indonesia, I had the good fortune to meet Nicole.

At the time I met Nicole I was struggling with Alcohol Addiction and she was a part of the Alcoholics Anonymous group I had attended to seek support. During meetings when Nicole shared of her personal experiences with alcohol, I observed many in the group would congregate towards her after the meetings to speak with her directly. Nicole's openness, welcoming persona and honesty when sharing was inspiring to many people, not just myself. I approached Nicole to be my sponsor in Alcoholics Anonymous and for the last 7 years she has walked beside me through the challenges of recovery and modeling the principles of honesty, accountability, and service.

In her role as my sponsor Nicole provided me with emotional support, she also shared her lived experience of sobriety and always maintained boundaries. Nicole guided me not just in practical matters, but in my spiritual journey as well. She helped me connect with a sense of meaning, faith, and hope, which was/is essential to my recovery.

Even though I was living in Bali and she had returned to the States, she maintained her support as my sponsor always being available with contact weekly and often daily. In our communication she was always compassionate towards me and shared her wisdom and insight on many occasions cementing my continuance in the sobriety journey.

Nicole's integrity and humility were evident in every step of my recovery process. Nicole always encouraged me to find my own answers and never imposed her views—she respected my journey every step of the way. Nicole was supportive, not controlling, she listened and showed empathy and would offer valuable insight to my behaviors and their impact on myself and others.

I distinctly recall phoning Nicole on a night when I was very close to relapsing. She stayed on the phone with me for hours that night, long past the point where either of us had words left. I was in extreme distress, and everything in me wanted to disappear back into old habits. But Nicole through this whole time remained calm, steady, not flinching at my chaos. She just kept gently reminding me why I started this journey: the mornings without shame, the relationships I'd started to rebuild, the quiet pride in being able to feel things again. She didn't lecture me or try to fix it. She simply listened with her whole heart, holding space until my storm had passed.

What struck me most during this call was her unwavering presence. She wasn't just patient— she was anchored. Even when my voice cracked with self-doubt or anger, she met me with empathy and conviction, she could see the version of me I couldn't yet believe in. Her strength wasn't loud, it was consistent. She led not with authority, but through shared experience— through the quiet courage of someone who's fought her own battles and come out kind. In that moment, I didn't just feel heard—I felt held. She reminded me that sobriety isn't a solo act; it's a community stitched together by moments like that one.  That call was a lifeline, one I still carry with me when things feel dark.

Even when everything felt unbearably heavy, Nicole also had this knack for slipping in just the right kind of humor—never flippant, always timely. That was her gift—she knew when to lighten the moment just enough to let the pressure out. Her jokes weren't about making light of pain, they were about reminding me I was still human, still allowed to laugh—even in the mess.

What grounded me most was her quiet spiritual strength—not in preachy words or rigid beliefs, but in the way she lived her truth with grace. She never told me what to believe; instead, she'd gently guide me toward stillness when my mind felt like a battlefield. Sometimes she'd start a call with a simple, "Let's take a breath together," She helped me build a ritual of reflection, teaching me that spirituality could mean showing up with honesty, staying open to growth, and trusting that even the worst moments are part of something bigger. Nicole's faith didn't impose—it invited. And in the spaces where I felt broken, she showed me how to pause, connect, and feel whole again.

Throughout the years that I have known Nicole D she has never ever attempted to upsell me on OM/One Taste. To be very honest, I had no prior knowledge about OM nor her involvement in OM/One Taste and by default learned about her connection many years after my Alcoholics Anonymous journey with her started.

Additionally, I have never participated in OM, nor do I feel ANY pressure to do so.
My support and friendship with Nicole D have never been dependent on my participation in OM/One Taste.

Nicole's support wasn't just a kindness—it was a turning point in my life. In the darkest moments, she became a voice of reason, of hope, and of unwavering belief in my capacity to heal. I truly believe that without her compassion, humor, and spiritual grounding, I would not be where I am today. I hope the court will recognize this profound side of her character—the selfless, steady force she has been not just in my life, but in the lives of many who are walking the difficult road to recovery.

Kind regards
Megan Roseworn

November 5, 2025

To the honorable Judge Gujarati

My name is Carol Kandell and I am writing this letter to share some of the personal experiences I've had with, and observations I've had of Nicole Daedone over the past 25 years which have shaped me and others in profound ways.

Nicole and I have been friends since 1998. Back in 2003, Nicole was the person with the courage and compassion to confront me about an addiction to alcohol that I was slowly dying from. She valiantly encouraged me—much to my initial chagrin—onto a path of recovery that would eventually save and transform my life to one of usefulness and service. For that act of friendship, I will be forever grateful.

Her unwavering love and commitment to values such as recovery and forgiveness have been a source of strength for me in some of my darkest hours.  Her faith in the fundamental goodness and resiliency of people has renewed my own faith in what is possible.

The books and programs she's written and brilliantly executed have been fundamental in improving/repairing the awareness, communication and connection in innumerable people's relationships. I believe the world is a better place for this.

The work she is currently doing in the realm of empowering women to take conscious action to claim agency in their lives is a contribution to gender equality—a subject we have not yet resolved. I believe her passionate message coupled with her spiritual and feminist education and life experience uniquely qualify her to help lift the veil/bridge the gap between genders so that we can all better understand each other and heal the chasm to which much of our world's suffering can be attributed. More compassionate, empowered feminine voices are needed now more than ever.

Her philanthropic efforts such as Free Food Harlem (food program) and Art of Soulmaking/Guards to Guardians (prison programs) have contributed positively to thousands of underrepresented people's lives over the course of the last 20 years and speaks to her compassionate heart. She remembers the forgotten and leaves no one behind.

Overall, I think the world needs more courageous, passionate, uninhibited women like Nicole sharing their deep, soulful work to balance the desensitized, fragmented and unconscious tendencies we all run from. She doesn't run. She goes in. Not everyone has this kind of intestinal fortitude. I hope this gives you a bit of perspective on who Nicole is at her core.

Respectfully,

Carol Kandell

018

Thursday, June 12, 2025

Dear Judge Gujarati,

My name is Julia Barry and I am a licensed Marriage and Family Therapist in both California and Massachusetts with a specialization in trauma therapy.

Throughout my own professional training I have also participated in many forms of personal development, including long periods of Buddhist meditation practice as well as participation in One Taste courses. I met Nicole Daedone while participating in One Taste courses a decade ago and have maintained a personal correspondence with her throughout the years. Nicole has been one of the most impactful teachers I have come across in my lifetime and her work has had a profound and positive impact on me.

I understand that Nicole has been convicted of conspiracy to force labor. I also understand why Orgasmic Meditation has received attention. It is a practice that runs counter to our culture beliefs about female sexuality. But my work with Nicole radically shifted the way I came to understand my own sexuality, my own agency and my own choices. I have been able to thrive in my relationships and in my work as a result of learning how to take responsibility for my own life and my own desires.

More importantly, I truly believe that Nicole is oriented around a desire to help as many women as possible experience the same freedom that she handed to me and so many others. I've seen that in her bold willingness to discuss women's sexuality out in the daylight, a topic that has been treated as taboo by our dominant culture and also in her work to help women in all circumstances to thrive through her Unconditional Freedom Project.

I will always specifically remember one moment in my work with Nicole. We were coming to the end of a One Taste course and she sat next to me and we made eye contact with one another and smiled. It was a moment of acknowledgement of one another just as human beings. She was just another woman, like me, with the same passion to help people get out of their own suffering. I saw in that moment her courage, her empathy, her ability to connect, her freedom. I saw that she only wanted the same for me, that she saw that potential in me and in the world.

Thank you for your consideration of this letter.

Sincerely,

Julia Barry

019

22 July, 2025

Dear Judge Gujarati,

I am writing in support of Nicole Daedone, with whom I have had both personal and professional experience over the course of several years.

I am aware that Nicole has been convicted of conspiracy to force labor.

I am a consultant in the non-profit sector. I work with leaders, teams, companies, and organizations on strategic planning, fundraising and impact program planning where I have helped nonprofits raise millions of dollars for public benefit. I am the mother to a young woman and recent college graduate as well as a licensed Spiritual Practitioner with the Agape International Spiritual Center where I counsel individuals and groups.

I first met Nicole in 2014, at a meditation retreat in Joshua Tree. I'd seen her speak professionally in front of hundreds of people about topics that I'd rarely seen few people do with as much clarity and calmness.  But my initial impressions of her was in a different context. Two practitioners, on retreat. I experienced her as a deeply present, unassuming woman, committed to her practice and being a beneficial presence for the community at large. By that time, I had already attended my first course at OneTaste and it would have been easy to fall into the role of teacher-student.  But as we sat for four days together, I remember being two women, together, both feeling a deep conviction to freedom and the path of unconditional love.

We became closer over time, I would see her at Sunday services at Agape and later I would attend courses that she was teaching.  By 2015 we were in regular communication about all manner of things. More than anything, we were and are spiritual friends at a very deep level. One moment that stands out to me is a time when I was struggling with some deep-seated emotions about my past. I am an extremely private person. I recall Nicole listening to me, so intently, just allowing me to navigate through all that I was experiencing while offering empathy, loving questions and compassionate presence.

The topics we discussed weren't always easy – our life experiences are very different.  I am a black woman, and she is white, we have had many years of long, layered, complex conversation around race and power that I believe we have both learned a tremendous amount from one another.

In 2015, she offered me a position at OneTaste in the Intensive Program. My responsibilities included ensuring the students in OneTaste's upper-level offerings had what they needed in order to maximize the value they were receiving from their programs.

In the rooms where I worked with Nicole—during long hours in retreats, coaching sessions, and planning meetings—I saw someone who listened with her whole body. There are so many examples I could cite but one involves a woman who was struggling with her desire to leave her corporate

lifestyle that she felt was draining all her energy and creativity. She wanted someone to tell her what to do and that it would all work out just fine. I watched Nicole listen to this woman, and slowly, almost surgically, assist the woman with getting to the root of her unhappiness, that wasn't solely about her job.

Nicole is not a simple solution, advice-giver. It would have been easy to affirm to this woman to take the leap, many life coaches and influencers these days do. Nicole asks questions that made people think. She was often the one to slow things down, especially when the energy got intense. She helps people see and understand what's within in them. It was my role to watch her, to note the cues and never have I ever seen someone work from so much love, so skillfully, with such precision – listen, reflect and offer insight to a person on something that they've been stuck on, sometimes for their whole life.

The impact that my friendship with Nicole changed my life then and continues to impact my life in big and small ways. One of my the most memorable experiences involved my inherent racial mistrust and fear of the actions of white people in this country. The impact was personal, internalized and affected my ability to perceive myself accurately and ask for what I needed, to feel deserving of opportunities in my life. During one of the courses, I found myself completely activated and in a trauma response to my experience. As I looked around the room full of white people, I almost left had it not been first for Rachel, who, seeing that I was triggered, encouraged me to stay and talk it out with Nicole and then for Nicole who listened to what I shared.

I told her I was leaving, she asked me why and I couldn't speak.  For in my mind, to do so was dangerous. Then, as if no one else was in the room, (and there were over 100 white people) I told her white people are dangerous and essentially completely unaware of their behavior and to say so is unsafe. Being true to who I know her be, she never negated my experience, she didn't rush me through it. I was speaking up because I had a desire to not feel scared. To feel in my power enough to feel like I deserved the experiences of my life.

I felt uncommonly able to share my experience with Nicole, there is only one other time in my 50 years of life that I have felt willing to take this kind of risk in a racial space, trusting it could work out. What made this moment worth the risk for me was how much I wanted this for myself and how willing Nicole was to enter into this edgy conversation with me. I could feel the way she understood the complexities of her social identity on nuanced and subtle levels. In a world where these kinds of experiences are too often either polarizing or performative, this was about something completely different. Something real. She didn't presume to know my experience, nor did she offer empty sympathy. Instead she listened intently in a way that eliciting a deep seeing of one another and a natural trust between us. This trust continues to be the nature of our lasting friendship.

In the end, I did share how I felt – in front of the whole room. With every word, Nicole had her whole attention on me, supporting me in stepping into this new territory.  Afterwards, I was shaking. She

invited me to the front of the room then walked up to me, offering the most loving embrace that acknowledged the courage that it took but also, a kind of comfort and support for stepping into my growing edge.

The questions she's invited me to consider, the ways she reflected back to me my true value and worthiness as a woman have helped me grow spiritually and encouraged me to be my truest self. I've learned to ask deeper questions of myself and my beliefs. I've learned to trust my voice and the communication of my body. I've learned true power comes in owning my choices and speaking them with courage even in a world where Black women are denigrated and silenced.

Nicole is an ally of every woman. She is one of the few people willing to say the entire truth, though sometimes difficult, not because it brings her reward but because it brings reward for me and is the answer to what I'm seeking. It was then up to me to choose what's next. I always knew it was my choice. And, I could always feel my desire to have something more for myself, for my child was always greater than settling. I also know that no matter what, Nicole would still have supported me because I know her to be the kind of person who rejoices, without judgment when others are happy, having chosen what they want.

I have seen firsthand the woman, the teacher, the friend. I know it is difficult to understand the context of OneTaste and this work in a topic like sexuality and desire. Few spiritual paths and teachers are willing to address it. For the past fifteen years, as a Spiritual Counselor, and in my own journey, I have encountered many teachers and facilitators. Some authentic, who truly know how to guide students and others who do not, who fall prey to the power over people it gives them. Without question, Nicole is a person whose commitment is unquestionably true and I've seen few others who teach as skillfully and lovingly as she.

I respectfully ask that you consider this testimony as person who not only worked alongside Nicole, more importantly who knows and considers her a close, personal friend – one who knows intimately her intentions and her heart.


Sincerely,

Angela Richardson

Friday, June 13, 2025

Dear Judge Gujarati,

My name is Dr. Kay Vogt and I'm a licensed clinical psychologist. I've known Nicole Daedone since 2016 when I first learned about Orgasmic Meditation (OM). I understand Nicole has recently been convicted of conspiracy to commit forced labor.

I'd like to tell you how Nicole changed my life in a very radical way. It's a Lazarus story as far as I am concerned.

I learned about OM from a client when I lived in Palm Desert, California. When I took Introduction to OM in May of 2016 I knew immediately that this was something new (at least to me) on the face of the earth. The mostly female staff in that first OM class were acting in an oddly confident and powerful way. I had never seen women carry themselves in that way and I was certain I wanted to know whatever they were teaching. I was terrified though, because I was 64 and everyone seemed young and beautiful and full of life and I felt like a grey, depressed ghost. I was in a place in my life where I had just gotten divorced and felt like a failure and completely alone and irrelevant as an older woman. To me, the important part of my life was behind me and living in the dry and desolate desert seemed a fitting place to live out my remaining boring and lonely days. I believed my life was effectively over and felt worthless and cast away by the culture. Every day was a slog to endure—kind of like marking time until I died.

At the first Introduction to OM weekend, I lied about my age (by 10 years) because I was afraid I might not be allowed in the room—this is how ashamed I was to even exist among the "relevant" people.

By lunchtime of the first day of the Introduction to OM class I wanted to know about every course One Taste was offering. It was the most hopeful I had felt in years. On the lunch break they showed a video of the 12th Coaching program and at the end of the short video I held up my credit card to attract a staff member to sign up. I didn't understand what was fueling these women's confidence and presence, but I wanted to learn everything I could about how to get it for myself. It was a feeling, an essence, a confidence I had never seen before in women.

After I completed the coaching program, I signed up for a year of membership so I could go to every class they offered. It was a chance to reinvigorate my life. To me, if I could afford it, the cost was a bargain and something I had never seen anywhere else.

Through the regular daily and disciplined practice of Orgasmic Meditation that first year, I began to come alive. I felt a little more confident and could ask people to do things with me. I was surprised one day to notice I was smiling as I went about my day. I did not recognize the feeling, but upon reflection theorized it just might be joy, a completely unfamiliar feeling to me.

Nicole told me in one of the early coaching program weekends that I was "too hot to be off the market". Seeing myself for the first time through her eyes, I slowly began to wonder if I might still have value as a human being; despite being deemed irrelevant by the rest of the culture. I felt like Nicole, by her attention, inclusion and encouragement, brought me back from the deadness of depression and self-imposed isolation of shame. This was 9 years ago.

My life has completely changed because of Nicole Daedone and One Taste. I feel like I have gained another 30 years of life when I thought my life was effectively over. She changed the way I value myself as a woman, and taught me how to harness and to overcome the toxic youth culture that devalues women as we age. She awakened my awareness of my own Eros that is timeless, ageless, and forever vibrant and alive. The Eros that animates life itself and does not age or degrade.

I owe self-confidence and close relationships I have now to Nicole and One Taste. There is nowhere else on earth where I could have learned the positive philosophy of connection that Nicole teaches. Her thinking, encouragement and training awakened me to my feminine power, my ability to connect with other human beings, and value myself as a women (no matter how old I am) to be able to have my best life … at 73!

*K. Vogt, Psy. D.*

Kay Vogt, Psy.D.

023

August 4, 2025

To the Honorable Judge Gujarati,

I have worked in publishing and media for over 40 years. I began my career while still a student at Barnard College, Columbia University, with internships and early jobs that gave me the opportunity to assist in giving voice to the voiceless like the great dissident leaders trapped in the Soviet bloc (Lech Walesa, Vaclav Havel), Communist China (a future Jet Propulsion Labs physicist), and Apartheid South Africa (Nelson Mandela's lawyer).

When I saw the rise of misinformation and untested claims in the spiritual publishing space in the late 1980s, I made it my mission to bring credibility and accountability to that market so that people would have reliable sources for spiritual development. I have published hundreds of books, many New York Times bestsellers, with authors whose work has left a lasting mark on our culture. This includes all of the Dalai Lama's biggest bestsellers such as the first and most successful, *The Art of Happiness*; neuropsychiatrist and founder of UCSF's Women's Mood and Hormone Clinic, Louann Brizendine, MD's *The Female Brain*. The book not only became a bestseller and was translated into more than 30 languages, and it introduced "female brain" into the lexicon. I know because I tracked the Google search results.

I'm aware of Nicole's recent conviction on charges of conspiracy to force labor, and I'm writing because of my belief in her and our friendship.

I first heard about Nicole's work in 2008 and immediately recognized that her approach and goal was to help people–particularly women–become stronger, more confident, and have more control over their own destinies. We started working together on her books in 2017 or 18 and I have been awed by the breadth of her intellect and the deep deep caring of her heart. She's been one of my favorite clients and has become a very dear friend. Professionally, she's been probably the most reliable client I've ever had: always paid fairly and on time; given resources like extra staff support for projects whose scope expanded beyond the initial agreement; always willing to explore avenues she hadn't considered and was deeply respectful and encouraging when I challenged entrenched ideas about how things could be communicated effectively. Whenever I traveled for

work for her, my wishes, my privacy, what I needed to work while on the road was always respected.

Nicole made certain to communicate spaciousness and optionality in every encounter. I was in the middle of editing her memoir when I was hit by long covid. When I have had health problems while working for large publishing houses or other clients, I've pretty much been immediately dropped. Not Nicole. She asked me what I needed to continue, and when I finally had to admit that I couldn't keep working, that was the deepening–not the end–of the connection. And when I became depressed about my health, and what looked like a crumbling marriage, Nicole was there with love, concern, phone numbers of experts she'd dug up, and most often something hilariously funny to cheer me up.  She never said what she thought I should do. Somehow, she'd ask the right questions until I saw the solution clearly for myself.

Learning to strengthen attention deployment–the ability to keep bringing the mind back to a subject or focal point, was considered by William James to be the basis of good judgment and character. It's the foundation of Nicole's teaching and a passion we share–though the forms we practice are different. I'm grateful for her work in the world, and grateful for her being in my life. We learn from each other, and I know there is a rich future ahead for her. I also know her compass is always pointed towards doing the best she can for as many as possible. Thank you for hearing me out.

Sincerely,


Amy Hertz

Wednesday, June 11, 2025

June 11, 2025

To the Honorable Judge Gujarati:

I am writing to you today regarding Nicole Daedone and Rachel Cherwitz of OneTaste. I am aware that a guilty verdict was handed down and the two ladies have been convicted of conspiracy to force labor. I am a writer and editor with numerous books in print, and I am also a filmmaker and produced screenwriter. I have appeared on over 2,500 radio shows all over the world, as well as on television, and I have lectured in front of large audiences in the United States.

In 2020, I was introduced to Nicole and her team by a woman who worked with my literary agent. I came on board as a writer and editor and began working on a number of amazing projects under Nicole's guidance. I worked in some capacity with other writers and editors on over a dozen books and projects, including editing pieces for Nicole and any other work that was asked of me. I also worked with Rachel specifically on a book titled The Art of Addiction over a two-year period.

I got to know Nicole through personal and group zooms that were happening on a regular basis as we all worked to outline the projects and assign books to various team members. It was a respectful, fun, and empowering environment for all of us, and I got to love Nicole's talks about the work she was doing and how these books would help get that message into the world.

I also began to grow in my own spiritual journey listening to Nicole. She is a wise woman indeed, with a body of knowledge and experience that is both vast and fascinating. At all times did she treat me and everyone else with dignity, respect, and honest interest in who we were as human beings.

Working with Nicole and her team was one of the most empowering and life-affirming times of my life because so much of what she was teaching and writing about was relatable to what I was going through on so many levels. I found myself growing and expanding in ways I had not thought I would when I first was hired to write and edit! It was a dream job and I continue to be a supportive part of the team anytime my services are needed. I felt so honored, so seen, and so much a part of something amazing, due in no small part to the way these ladies treat others with such grace and dignity.

I am so grateful for the time I spent working with them and the growth Nicole facilitated in my own life dealing with my own struggles and issues, and I am so proud to call both Nicole and Rachel my colleagues and my friends.

Kind regards,

Marie D. Jones
760-415-9693

026

November 3, 2025

Dear Honorable Judge Gujarati,

I am writing to express my support of Nicole Daedone, for whom I have been editing a prolific volume of written works for the past three years.

From guided workbooks, to blog posts, to memoir, and more, Nicole offers spiritual insight and shares personal experiences with a transparency and vulnerability that I deeply admire. Her writing is instructional, is educational, but beyond that—it is *moving.*

These works are not boastful, nor shaming, nor harmful in any conceivable way. Nicole has a deep love of life that she wishes to share, with both candor and compassion, so that others may have it, because Nicole also has a deep, deep love for people—for humanity. And not only does she share it, she does so brilliantly. Nicole is a gifted and purposeful writer, and it has been my honor to work with her.

I have learned so much about Nicole and her endeavors since working with her, and to be able to be a part of it in my small way is an honor. Notably, Nicole's dedication and commitment to the Unconditional Freedom Project is palpable; the Program encompasses *The Art of Soulmaking* workbook, Women Over Dinner, a Free Food program, sustainability efforts, and perhaps most passionately, the prison monastery which includes a volunteer pen-pal program for incarcerated individuals: a vision that became something very real and tangible and has inspired—has *healed*—so many people. So many families.

I have been editing professionally for 12 years and rarely, if ever, have I been impacted on such a personal and significant level as Nicole's writing. I am more mindful since reading her books; I am a calmer, kinder, more present parent to my young children—a more gracious, accommodating coparent. A better bonus-mom. I am more productive in my work. I have a rich prayer life. It is a tremendous joy every time something of hers lands in my inbox. I hope she continues to write her heart out. I know she will.

Nicole Daedone has done tremendous work, and I will continue to support her in any way that I can.

Very sincerely,

Michelle Dacus, Book Editor

michelle@mjbookeditor.com

(972) 330-9510

 Scanned with CamScanner

**To Whom It May Concern,**

It is with deep respect and wholehearted endorsement that I write this letter of recommendation for the Unconditional Freedom Project and its groundbreaking *Prison Monastery* program. As the Restorative Justice Program Manager at the Mendocino County Jail in 2019, I had the honor of inviting Unconditional Freedom into our facility, where they established one of their first in-custody *Prison Monastery* programs. What I witnessed was a profound transformation—for participants and for the facility's broader culture.

My role involved developing and overseeing rehabilitative programming rooted in healing, accountability, and personal growth. As a licensed psychotherapist, program director, and PhD candidate in Community Liberation and Indigenous Ecopsychology, I have long sought initiatives that support not only individual change but cultural and systemic transformation. The *Prison Monastery* program exemplifies this vision, offering a deeply grounded, trauma-informed, and spiritually integrated approach to healing within incarceration.

What began in Mendocino County paved the way for deeper collaboration. In 2022, I supported Unconditional Freedom in launching a six-month *Prison Monastery* pilot at Central California Women's Facility (CCWF), where they converted a 170-bed general population unit into a spiritually reflective, peaceful, and restorative environment. The results were visible and widely felt: staff observed reduced behavioral incidents, increased emotional self-regulation among residents, and a general shift toward calm and cooperation. In a setting where volatility is often the norm, this change was remarkable.

What also sets Unconditional Freedom apart—and one of the reasons I most strongly endorse them—is their deep attention to operational detail, facility protocols, and institutional safety. They approach their work with a clear respect for the realities of correctional settings. They communicate clearly, follow procedures diligently, and make every effort to align their programming with institutional requirements and safety concerns. Their reliability and professionalism made them an asset to staff and administrators alike, and it fostered trust between myself as a director and the program.

Equally important is the respect and understanding they extend to correctional officers and facility staff. Rather than positioning themselves in opposition to security personnel, Unconditional Freedom works in partnership with them. They understand the complexity of the correctional environment and honor the essential role that officers play in maintaining safety. This collaborative and respectful orientation helps build trust and allows their programs to thrive where others might fail.

The Prison Monastery model creates the conditions for genuine transformation: for incarcerated individuals, for staff, and for the culture of corrections itself. It offers incarcerated people tools for mindfulness, self-reflection, accountability, and spiritual growth—while simultaneously fostering greater respect, calm, and cooperation across the facility.

It is rare to find a program so thoroughly grounded in both vision and execution. For all of these reasons, I offer my strongest recommendation for the Unconditional Freedom Project and their Prison Monastery program. Their work is essential for any facility seeking to create meaningful rehabilitative opportunities that are also respectful of institutional dynamics and safety.

Please feel free to contact me if you have any questions or would like to discuss further.

With respect and appreciation,


**Kate Feigin**

LCSW PhD Candidate, Community Liberation & Indigenous Ecopsychology
Former Restorative Justice Program Manager, Mendocino County Jail

707-291-9017
katefeiginthegreat@gmail.com

Dear Reader,

My name is Debra Bailey. I've spent the last 25 years of my life cycling in and out of jails and prisons. For much of that time, I was also battling a deep addiction that took everything from me my home, my children, and the very core of who I was. Five years ago, something finally changed. I got clean, and I've stayed clean. But the real shift, the one that opened the door to true freedom, happened during my last jail sentence.

I was two weeks into a 17-month stretch, feeling broken, hopeless, and totally defeated when I came across a book called *The Art of Soulmaking*. At the time, I didn't think anything could reach me. I was numb, angry, and full of shame. But when I opened that book, something inside me stirred. It wasn't just a workbook or a program. It was a roadmap. A path inward.

This book guided me step by step toward something I never thought possible: freedom inside a cage. It taught me how to meditate, how to clear the noise from my mind, and how to find peace even when the world around me felt like chaos. I learned that when the pressure and noise got too loud, I could simply close my eyes and turn inward. That space became my sanctuary.

But it didn't stop there. *The Art of Soulmaking* taught me to accept myself fully, to look at my pain, not to hide it or numb it, but to use it. This program speaks of alchemy, of turning pain into purpose, wounds into wisdom, and shadows into light. It helped me find forgiveness—not just for others, but for myself. Through its practices, like soul letters, yoga, and quiet reflection, I started to feel alive again.

The teachings go deep. It shows you that your pain is not something to escape from but to learn from. That you already carry your blueprint, your genius, within you. That you are not broken. You are becoming.

For the first time in my life, I started doing things I never thought I could. I enrolled in college while I was still inside. When I got out, I kept going. I earned straight A's. This past June, I graduated from junior college with honors. And this August, I'll begin studying at Cal Poly Humboldt to become a social worker. My dream is to help families, especially those at risk of being torn apart by the same systems I once moved through. I want to stand beside those who've been overlooked and remind them of their worth. No child should be taken from their parent unless it's absolutely necessary. I want to help parents heal, before it's too late.

I'm 50 years old. I used to think it was too late for someone like me. But *The Art of Soulmaking* reminded me that the soul doesn't keep time. Freedom doesn't come from the outside. It comes from knowing who you are and living in your life fully, right where you are. There is a way forward, I am living proof!

With all my Heart,

Debra Bailey

July 17, 2025

Honorable Judge Gujarati,

I am writing on behalf of my friend, Nicole Daedone. I am a seventy-two year old retired schoolteacher and mother. I facilitate public speaking groups and teach meditation in the Zen tradition in which I am lay-ordained and have practiced for over forty years. I met Nicole at a workshop at the San Francisco Zen Center in 2010 but didn't come to know her well until my partner, a Zen priest, and I were invited to teach classes at the retreat center owned by her organization in northern California. That was March of 2020, which turned out to be the beginning of the pandemic. We ended up living as the community's extremely well-cared for guests through the following years of the pandemic, during which time Nicole and I became quite close. I treasure the memory of the long walks we took together in the Mendocino woods, our discussions ranging from mutual appreciation of art (she was of great support and encouragement for my work as an illustrator) to philosophy and spirituality, though in retrospect it seems we mostly just laughed. At what now I really couldn't say, but that was our initial bond.

Having been part of a world of spiritual practitioners and meditated myself now for most of my life, I am very sensitive to what one might call inauthentic spirituality. Nicole and I were engaged in different practices, however over time I came to completely trust the faith she had in her own. Yet in those three years in which I lived with her and within the community, I never felt any pressure to engage in orgasmic meditation, least of all from Nicole herself. She had great respect for my own practice and was the impetus for me to begin teaching the meditation I still offer in local groups and libraries. But the most profound experience afforded me by my relationship with Nicole was the opportunity to teach meditation in prison. I will never forget the powerful impact on everyone touched by the beautiful program that she herself envisioned.

Within a friendship, out of the trust essential to its foundation, I think we offer each other opportunities to learn. What Nicole offered me was the example of someone who tries, as hard as I've ever seen one try, to love everything. This is at the heart of great religions and spiritual teachings, but to have it modeled by a friend has made a world of difference to me.

Sincerely,
Margot Koch

June 11, 2025

Dear Judge Gujarati

My name is John Caldwell and I served as a soldier specifically a paratrooper in Northern Ireland both in the British Parachute Regiment and later with 3PPCLI in Bosnia as well as Canadian Special Forces (CANSOFCOM) during the war in Afghanistan.  I am currently a disabled veteran I served from 1979 at age 16 until 2017 when I was medically released.

I am currently engaged in work focused on trauma recovery and spiritual development, drawing from both indigenous and Vajrayana Buddhist traditions.  I am an ordained Ngakpa and student of Dr Nida Chenagtsang and Traditional Tibetan medicine.  My focus has been on natural organic healing modalities.

I have been diagnosed with PTSD and depression, and I have chronic pain and disabilities, conditions that have shaped and, at times, severely restricted my life. For many years, I relied on conventional treatments pharmaceuticals, talk therapy, and isolation. They helped to a point, but it wasn't until I encountered other teachings and the presence of Nicole  Daedone that I experienced a form of healing that was not just clinical but deeply human.

I have known Nicole for 7 years , primarily through her work with the OM practice. Our interactions were not abstract or theoretical. They were lived, embodied, and often quietly profound. She didn't position herself as a savior or healer, but rather as someone committed to presence, honesty, and rigorous attention to human experience especially in its most tender and difficult forms.

It was through these teachings that I deepened my relationship with my partner, Hung Yeh Peisinger, a woman whose intelligence, care, and spiritual insight have transformed my understanding of connection, vulnerability, and what it means to love with clarity. Together, we began integrating the OM practice into our daily lives not as a performance, but as a ritual of slowing down, noticing, and responding with care and our basic human goodness.

In the simplest terms this practice helped me feel again. It interrupted patterns of dissociation, allowed me to regulate my nervous system, and most importantly brought me back into intimate, honest contact with another human being. PTSD and depression can isolate me and has created dissociation and separateness These practices reconnected me in a wholistic and natural way.

I am aware that Nicole has been convicted of conspiracy to force labor. I do not speak to that verdict, nor do I offer this letter in contradiction to the seriousness of the offense. Rather, I speak to the undeniable impact her work has had on my life  personally and the lives of many others who have walked through trauma with silence as their only companion.

I have seen Nicole interact with others in ways that speak of her deep compassion and ethical discipline. I've watched her facilitate space for people in pain not to control them, but to allow them to find their own voices. She has shown a rare steadiness, an ability to remain present when others would look away or reject me she would stay with my discomfort.

What she taught me what she helped make possible is not something I can reduce to ideology or rational argument. It is something I live with every day, in every breath I share with my beloved partner, in every moment I don't disappear back into the darkness that once ruled my life.

Thank you for taking the time to read this letter. I share it with humility and a desire to contribute something honest and whole to your understanding of this situation and the effect of Nicole's

034

work which has gone  far beyond the boundaries and borders of our nations political identities. Thank you for your commitment to justice and compassion.

Respectfully,
John Caldwell (Tutop Dorje)
PO 2 (Retired)
Veteran and advocate



Wednesday, June 11, 2025

Please accept my letter in support of Nicole Daedone. I'm aware she's been convicted of conspiracy to force labor.

My name is Sherry Oehler. I'm a retired Army Lieutenant Colonel, now teaching yoga and living in Kansas City, MO. I'm a wellness enthusiast, and have been for over ten years. Although I obtained two Master's Degrees while on Active Duty, I felt like my path after the Army was going to be completely different from anything I'd studied in the past related to Homeland Security. As I was getting closer to retirement from the Army in 2021, I became inspired to help people through the provision of holistic healthcare. This decision led me to three certification programs. I'm a certified hypnotist, integrative nutrition health coach, and clinical aromatherapist.

Along the way of my holistic healing journey, I discovered Orgasmic Meditation in 2014. At that time, I had just returned from a deployment in Afghanistan. I was seeking non-medical stress relief, and this practice caught my attention. I joined some calls to better understand the 15 minute clitoral stroking practice, but it was the depth of connection and the easeful, yet sensual, communication that drew me in.

I attended in person events in Los Angeles in 2015, where I first met Nicole. One such event was an Intro to OM class taught by an amazing teacher, Rachel Hemsi. I immediately felt a sense of admiration and sisterhood when Rachel spoke of Nicole. I always observed what felt like friendship between all the One Taste employees I met.

Nicole taught us and spoke with us for a portion of that Intro to OM class. I was so blown away by Nicole. Her energy is strong and sweet. She's always warm and connected with everyone.

I enjoyed her talks because she introduced me to a new way to relate with my body. She gave us all a language to use to describe what's happening inside (emotionally and physically) but without the story or limiting beliefs. I always had a story! Nicole helped me learn to drop the story, and just feel. She demonstrated how we could communicate lovingly, rather than judgmentally, to ourselves about sex and everything else. It was all done so graciously. To me, Nicole is an example of actualized feminine power. I am so grateful for her passion and dedication to female orgasm. All women (and men) could benefit from Nicole's teachings.

I was so inspired when I saw Nicole's TED talk and later attended OneTaste in-person courses. It seemed like OM could change the world. And I believe it is. It has changed how much I slow down and pay attention everyday. Nicole's work has helped me become a more curious, playful, and passionate lover. I hope many future students of orgasm will have the opportunity to experience liberation from

036

1

sexual shame and the letting go of outdated social programs for relationships.

Thank you,
Sherry Oehler

Wednesday, June 11, 2025

I am a clinical psychologist working in adolescent psychiatry in Copenhagen. I have taken the long coaching program in New York.

I want to share with you my experience of Nicole as a teacher of that program. I joined the program because I had some sexual trauma that I needed to heal. My experience with Nicole was that she was always very clear on both teaching and respecting other peoples boundaries. It was an explicit part of the program and it was both taught well and respected in any teaching that I have participated in.

Even though the subject matter of sexual trauma is very difficult to work with in a big group, my experience was that it was always handled extremely professionally, And I have always felt safe in her class.

Louise Petersen

Sunday, June 22, 2025

Dear Sir / Madame

My name is Laura Walsh and I'm an HR co-ordinator and therapist living in London.

I have known Nicole Daedone, as a teacher, since 2015 and I'm aware she has been convicted of conspiracy to force labour.

Nicole's teachings had a very positive impact on me as a person. I became more confident and able to ask for what I wanted. I discovered parts of myself I didn't know were there and which were helpful to me. I became more able to express emotion. I overcame my depression and became a happier, more optimistic person because of the experiences I had with One Taste.

I felt able to choose what I wanted to do and not do during my time at One Taste.

Yours Faithfully

Laura Walsh

*[signature]*

Thursday, June 12, 2025

Dear Judge Gujarati.

My name is Ana Christa Boksay. I am a non-practicing attorney admitted to the bars of NJ and NY. I practiced law in NY and Paris as an associate corporate attorney from 2011 to 2015. For the past decade, from 2015 to 2025, I worked for a global management consultancy in risk management and human resources, up to the Director level.

I met Nicole in December 2012 at a day-long Introduction to Orgasmic Meditation workshop. For 12+ years, I have attended numerous trainings led by Nicole, from 1:1 coaching to large seminars. I have always observed Nicole as a generous, kind, thoughtful teacher who always has the best interests of her students at heart.

I am aware that she has been convicted of conspiracy to force labor.

Through my decade-plus of experiences with Nicole, I have seen her provide kind, grounded, practical guidance to students. She listened carefully, and advised individuals to follow their internal compass. For example, she once asked me what made me unique as a woman, prompting me to describe myself positively. She then sent that list to me and suggested I save it as my phone home screen. At her suggestion, I looked at it several times a day to remind myself and rebuild my sense of self-worth. This was a hugely transformative experience.

Nicole occasionally recommended courses to me to advance my learnings. I attended many OneTaste trainings that were massively transformative, but there were two that ultimately didn't work out for me. First, I signed up for the "Nicole Daedone Intensive," which was an expensive, 10-day long retreat. Preceded by months of preparatory coaching, I ultimately decided not to attend the training. I asked for and was granted a full refund. Another time, she encouraged me to consider a retreat at OneTaste's property in California. When the program ended up not being a good fit about halfway through, I asked to leave early and was refunded. I remained in contact with OneTaste despite those early departures, and have continued to attend events. Not only was I always at choice to leave, I was reimbursed for any services I opted out of.

The practice of Orgasmic Meditation and Nicole's teachings on Eros have

040

profoundly transformed me. I have pursued many avenues for self-improvement. Compared to countless hours of seated meditation, journaling, and therapy, her teachings have been infinitely more valuable. They have enabled me to be more in touch with myself, move through trauma, and live a more fulfilled life.

Nicole and OneTaste have always treated me like an adult. I have consistently felt at choice and free as a woman. Not only did Nicole always frame her guidance as a suggestion (indeed, sometimes she would use the word "recipe"), she often explicitly reminded me (and classmates) that I was at choice, and could always decide how to move forward.

Thank you for your consideration. Please do not hesitate to reach out with any questions, or if I can provide further information.

Warmly,
Ana Christa Boksay

041

2

# MARY VALDOVINOS

## REENTRY PROFESSIONAL

(203) 818-8899 | MARYV991@GMAIL.COM

October 29, 2025

Dear Honorable Judge Diane Gujarati and the U.S. District Court,

My name is Mary Valdovinos, and I am writing this letter in full support of Nicole Daedone. I met Nicole in May 2024 through Women Over Dinner and have since attended numerous dinners and volunteered with their nonprofit, Free Food Harlem, alongside my own social justice group. Through these experiences, I have seen firsthand the powerful impact Nicole has on the people around her and the community as a whole.

I come to this not only as a community advocate, but as a woman who has been directly impacted by the criminal justice system. I spent over a decade entangled in that system and served time in both state and federal facilities. I know firsthand that prison does not create rehabilitation. It often breaks the human spirit instead of helping people heal or grow. Real transformation happens through connection, community, and purpose, which is exactly what Nicole has worked to foster in others.

Additionally, as a survivor of abuse who now supports others through trauma-informed services, I can attest that Nicole is not a predator or an abuser. She is a woman of integrity who never forces her beliefs on anyone. Instead, her elevated ideals and genuine presence draw people in naturally, inspiring curiosity and trust. From the first time I met her, I could sense Nicole's authenticity. She carries herself with calm confidence and humility. She listens deeply, makes people feel valued, and creates environments rooted in compassion and growth. I have seen her give of herself selflessly, supporting community members, encouraging dialogue, and offering understanding where others might judge. She is a builder of bridges and a source of strength for those trying to find their way.

Nicole has now spent some months incarcerated, and in my experience, that is more than enough punishment for what amounts to a difference in beliefs or unconventional approaches. What she needs, and what the community needs, is her presence back in the world. She has already proven her capacity for leadership, service, and love. True justice is not just about retribution; it is about restoration. Allowing Nicole to rejoin her community would be an act of faith in rehabilitation and in the potential for continued good.

Nicole Daedone's work uplifts people. Her absence leaves a void that punishment cannot fill. If the goal is healing, growth, and accountability, then the best place for Nicole is among the people she has inspired and helped. I respectfully ask the Court to consider meeting with her personally. Witness statements can only go so far. Character speaks louder than words, and Nicole's character embodies compassion, service, and integrity.

Respectfully,

Mary Valdovinos

*Mary Valdovinos*

042

11/1/25

**To Whom It May Concern,**

My name is Raven, and I would like to share the incredible impact Nicole, founder of Women Over Dinner, has had on my life.

The space Nicole has created—with vision, authenticity, and intention—has transformed me both personally and socially. From the very first moment I stepped into a Women Over Dinner event, I could feel the care and thoughtfulness woven into every detail. Her ability to lead with grace, communicate with clarity, and inspire through wisdom is truly powerful. Nicole leads boldly in her purpose, yet she does so with warmth and compassion that makes everyone feel seen. Her example has ignited a spark within me to pursue my passion for storytelling and self-expression, encouraging me to share my voice more openly and fearlessly.

Because of her influence, I've learned the true value of being a safe and supportive space for others. I've always been the friend who listens and offers advice, but Women Over Dinner has shown me how to embrace that gift in a deeper, more intentional way. I've learned to hold space with patience and empathy, to honor vulnerability, and to create an environment where others feel empowered to express themselves fully.

As a table lead, I've had the honor of guiding meaningful conversations and holding space for women to share their hearts. Each gathering reminds me that connection and community are at the core of our growth. I have watched women open up about their joys, their challenges, and their aspirations, and I've witnessed firsthand how a safe, supportive environment can foster trust, healing, and courage. From my first dinner in December 2024 to now, in October 2025, every event has brought new lessons, laughter, and profound moments of growth.

I am profoundly grateful to Nicole for building this movement and for the lasting impact she has made in my life. Traveling from Long Island to Harlem isn't always easy, but her vision, dedication, and the sisterhood she has cultivated make every journey worthwhile. Her energy, her thoughtful guidance, and the community she has built have profoundly influenced me, shaping the way I approach my own life and work.

Thank you for taking the time to read my story and reflections on the incredible influence Nicole has had in my life.

With love and gratitude,

*Raven Perkins*

# THE LADIES OF HOPE MINISTRIES

*H o p e. A w a r e n e s s. C h a n g e.*



The Hon Judge Diane Gujarati

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Courtroom: 4B South


November 19th, 2025

RE: United States v. Cherwitz,

      Case Number: 1:23-cr-00146

      Letter of Support for Nicole Daedone and Rachel Cherwitz


Dear Honorable Gujarati:


I am writing to you today from both my heart and my lived experience to share my perspective on two women I have come to know through our shared commitment to transforming the lives of women: Nicole Daedone and Rachel Cherwitz. As you consider their sentencing, I respectfully ask that you look beyond the allegations and see the profound, tangible impact they have had—especially on women who have been overlooked, discarded, or forgotten by our system. Their work has turned pain into power for so many, both in our communities and inside our nation's prisons.


As the Founder of The Ladies of Hope Ministries (LOHM), an award-winning organization dedicated to ending the poverty and incarceration of women and girls, I have spent years advocating for dignity, opportunity, and liberation for justice-impacted women. I played a principal role in the passage of the 2018 First Step Act, the largest federal prison reform bill in history. My advocacy is not theoretical. It comes from lived experience. I know what it means to be incarcerated, to fight my way back, and ultimately to receive a presidential pardon. Today, I work alongside lawmakers, nonprofit leaders, and the White House to drive meaningful and lasting change.

The Ladies of Hope Ministries, Inc
Email / info@thelohm.org
No. / (646) 820-0011

8 W 126th Street
New York, NY 10027

045



# THE LADIES OF HOPE MINISTRIES

*H o p e. A w a r e n e s s. C h a n g e.*



I met Nicole four years ago inside the largest women's prison in the world: Central California Women's Facility in Chowchilla. I was invited to observe a unit participating in her Prison Monasteries Program. I have seen many programs over the years, but this was different. This was a lifeline. Women who had served 30 and 40 years—women correctional staff once labeled the "worst unit" in the facility—were transformed. Their testimonies moved me to tears. When I returned this year to speak, those same women handed me a picture and handwritten notes asking me to deliver a message: "Tell them we love them. Tell them we want them back." That is the power of Nicole's vision. It touches hearts that the system abandoned long ago.

My work with Women Over Dinner, a global movement dedicated to reconnecting women with their inherent power, brought Rachel Cherwitz into my life. Her leadership has been nothing short of extraordinary. Women Over Dinner has now hosted more than 320 dinners across 18 countries, reaching nearly 4,000 women. I witnessed the transformation firsthand at the monthly Harlem dinners—women from every background reconnecting with themselves and one another.

When I suggested hosting the first Women Over Dinner inside a prison, both Nicole and Rachel said, without hesitation, "Let's do it." And we did. In December 2024, we brought a full three-course dinner with table service to 100 incarcerated women at Taconic Correctional Facility, along with the correctional officers. I also imagined 100 dinners being held on the same day around the world, standing in solidarity with the women inside. Rachel's response was simple: "Let's do it." And she made it happen. That day, 111 dinners took place across multiple continents—from Ireland to Africa to Italy—creating a global circle of sisterhood, healing, and hope. That is who Rachel is. She amplifies women. She brings visions to life. She makes other women great.

As you consider their sentencing, I respectfully ask you to weigh the immense good these two women have done—the dignity they restore, the healing they spark, and the hope they cultivate. Their work is not performative. It is justice work. It is healing work. It is sacred work. And the ripple effect of their efforts reaches thousands of women who have nowhere else to turn.

Thank you for your time, compassion, and consideration.

With respect,

Dr. Topeka K. Sam

Founder & CEO

The Ladies of Hope Ministries

The Ladies of Hope Ministries, Inc
Email / info@thelohm.org
No. / (646) 820-0011

8 W 126th Street
New York, NY 10027

046

MS Nicole Daedone :                                        6·6·24

I, want you to know, what A Life changing Job you have done, to Change My Life, by coming out with "The Art of Soulmaking". I've been in Prison Since Dec, 7th 2002 for 1st degree rape. I was 21yrs old than and I'm now 42yrs old. If it wasn't for you're loving book, I would of giving up on my Life. But if it wasn't for You're Love, You're Principles, You're Commitment to other's, and All the exercises, You keep us on, So that we stay on track! You, should not be going through what you're going through, that is not Justice, what You've been doing for us, Now that is Justice all the way. I, owe you my Life and I'm Sure that others do too. I pray that God bless's You with all the richess in the world, because You "Ms. Nicole Daedone have earn every bit of it, God Bless You Always"!!!

Herbert J. Robinson, JR.                Respectfully
    # 0752235                               +
Eastern C.I.                           Sincerely Yours,
P.O. Box 247                           H.J.R. jr.
Phoenix, MD. 21131

My Name is James P. Dunn #1453025, i was Interduced to the Art of SoulMaking through a Friend of Mine, Named Ray Corona And this Booklet of this Coese has Changed my life, Phyically, Mentally, And Spiritally, Its made me Come in Contact more with my Inner Self, And to understand things diffrent. I have been able to Grow more And more Everyday, And the more i Read this Booklet, i get to See a diffrent Path to Freedom. The Lady who wrote this has a good heart, mind, spirit And Soul And i Can't wait to See what other amazing things She has to Offer. I've learned to Grow Not Just for myself but Also with my family. The Yoga exercise And questions in this Booklet is Perfect. I bedeave that this Booklet Art of SoulMaking Needs to be brought to And Passed out through Chaplains And All Prisons, If i Can Grow And learn From this amazing Booklet, So Can others, i was going through alot And i lost my mother while in prison, And Ray Corona Brought This Booklet the Art of SoulMaking to my Attention, And WOW its Changed ME And Gave me more knowledge, Wisdom, And Understanding.

Sincerely;                                    Date of 06/04/2024
        James P. Dunn  #1453025

-Ray Corona #1590247-   - 6/6/24-

To whom it may concern,

Before discovering the Prison Monastery Project and the Art of Soulmaking, I had serious doubts about any level of authenticity or intention in non-profit organizations engaged with prisons. So many programs seem to parrot the same mechanical rhetoric, but never dare to confront or acknowledge the deep, inner shades of human nature to reconcile and enact real transformation.

This program inspired me to not only talk to my shadow, but become aware of how it affected me in both negative and positive ways. It allowed me to consider the horrors of my own life without judgement or doubt, making the changes in my life for the better that much more substantial and potent.

Throughout my independent facilitation of Ms. Daedone's program, I have seen time and again this content impact inmates of all crimes and temperaments in ways that astound me. They begin to ask questions from within themselves and move towards reseting the foundation of their souls.

In my heartfelt opinion, programs such as these are the beginning of making our incarcerated whole and prosperous, allowing our society to heal and thrive.

Sincerely,
Ray Corona

November 7, 2025

Your Honor Judge Gujarati,

My name is Richard Schiff. I am an actor, director, and writer, and I have been married to Sheila Kelley for over twenty years. Through my wife's work, I've become acquainted with the community of people who explore embodiment, intimacy, and emotional freedom as part of their spiritual and personal development. It's through this connection that I came to know of Nicole Daedone.

I do not know Nicole personally beyond brief interactions, but I have observed the deep respect and affection my wife holds for her. Over the years, Sheila has shared with me how much Nicole's work has meant to her and to the women she has served. I've come to understand that Nicole is not only a teacher but also a thinker who has spent her life trying to bring compassion, awareness, and honesty to a part of human experience that is often shamed or misunderstood.

In a world that is increasingly divided, I believe there is a real need for people who help others reconnect to their humanity — to the parts of life that are vulnerable, intimate, and alive. From everything I've seen and heard, Nicole is one of those people. I believe her intentions have always been rooted in service, and that the work she has dedicated her life to has brought healing and strength to many.

I cannot speak to the legal specifics of this case, but I can speak to the kind of person I believe she is: a decent, compassionate, and sincere human being. I respectfully ask the Court to take into account the character of the woman my wife and so many others know — someone whose presence and purpose have had a positive impact on the lives of others.

For that reason, I ask for leniency in sentencing. I believe the world needs more people who seek to heal rather than harm, and by all accounts, Nicole Daedone is one of them.

Thank you for your time and consideration.

Sincerely,

Richard Schiff

November 3rd, 2025

Your Honor Judge Gujarati,

I am Sheila Kelley, founder of S Factor, a movement dedicated to
empowering women through embodiment and self-expression, which I
started in 2004. My TED Talk on feminine movement has been seen by
over 1.6 million people. I've taught hundreds of thousands of women
through virtual and live classes as well as through instructional DVDs.
My work has been featured on Ellen and Oprah, and I was also
featured in the Netflix documentary Strip Down, Rise Up.

I met Nicole Daedone about ten years ago when we were both invited
to teach at a Tony Robbins relationship event. When I first heard about
OneTaste and OM, I'll be honest, I didn't know what to make of it.
Even though I've spent my career teaching erotic embodiment and
feminine empowerment, the idea of OM challenged me. It stirred
something in me that I didn't expect. But as I watched Nicole teach
over the course of that weekend, something shifted. I saw people
come alive in her presence. I saw faces soften, nervous systems settle,
and a sense of safety and connection begin to take root where there
had been self-consciousness and fear.

What I witnessed was real transformation. No one was pressured or
pushed. It was an optional workshop, and yet those who chose to
attend experienced something profound: a return to themselves. There
was honesty in the room, and a kind of dignity in how she guided
people toward their own truth.

Over the years, we kept crossing paths at those events and eventually
developed a friendship rooted in mutual respect and shared purpose.
We are both women who have faced misunderstanding because we
bring sexuality and the feminine body into public conversation. It is
not an easy road; it attracts projections, fears, and judgment. Yet in
Nicole, I found a woman who stays grounded in love, in presence, and
in a commitment to freedom. I have nothing but extraordinary respect
for her passion and her direction of freeing the feminine body to
experience the fullness of life.

In 2020, when I faced a deep betrayal within my own organization, Nicole reached out to me. She didn't have to. I was in one of the darkest moments of my professional life, and she became a guiding light. From across the world, whether in Italy or Bali, she called, she listened, she strategized, and she reminded me of my strength. She met me in my pain without judgment. That kind of compassion is rare. It was one of the most healing friendships I have ever experienced, and it deepened my respect and love for her in ways that words barely touch.

I came to the courtroom one day to support her and watched as she sat there, poised, humble, and dignified. There was no defensiveness, only quiet strength. I was deeply moved. I thought to myself, this is someone who has devoted her life to elevating others, to asking the hardest questions about how we relate to ourselves and each other, and who is now enduring something unimaginable.

Nicole is one of the few teachers I know with the courage to stay present with the most charged human experiences — sexuality, desire, power — and to hold them with grace and curiosity instead of fear. Her work calls people into self-responsibility, presence, and wholeness, and she does it with a kind of artistry that is both extremely rare and deeply human.

Your Honor, this is not just a professional peer I am writing about. This is a woman of integrity, compassion, and extraordinary heart who has become a dear friend over a long period of time. I urge you to view her through my eyes so that you might see her character, even for just a moment, in the way I have. She is someone who heals, someone who cares, someone we deeply need.

Thank you for your time and consideration.

Sincerely,
Sheila Kelley
Founder, S Factor

*Sheila Kelley*

Dear Judge Gujarati

My name is Ryan Ngala. Nicole always brings a smile on all of our faces, including mine. Free Food is her vision. To create something that can cherish the community. I like the three course meals and I like her vision, and I would like to say to her thank you for your vision and your wisdom and all of the people that you have served in this community so much. And I hope I like to see her soon. Yes, I would.

Free food is awesome. The food on Wednesday and Friday is so good. I also like the type of environment Free Food offers, which is nourishment and environment and doing things. I feel less lonely since I started coming to Free Food. And I like coming here every Friday and Wednesday. I like Free Food and I like Nicole.

Sincerely,

Ryan Ngala

7 November 2025

There is much that I can say about the love that Nicole and Rachel continuously put out into the world, the energy they create and foster with every breath exhaled out into the universe and how these facts are not only true for their closest friends but also for every stranger they encounter and how this love that they exude filters down and touches those that might not actually meet them in person. With that in my mind, I want to share my experience with you regarding an organization started by Nicole and Rachel that I am intimately involved with, Free Food Harlem.

Free Food is more than one thing and can be described in a number of different ways. First it is a place. A place where people come together to share love and dignity with one another. A place where differences dissolve and connection and love become the undercurrent. Free Food is located in a Church basement on 119th Street and 3 days a week, rain or shine, holiday's or just a regular Wednesday, the doors open up to feed the community. Second, Free Food is an experience. An experience where whether people come to eat or people come to serve, when you first walk through the doors you are immediately hit with an energy of loving family. Between the music and the chatter, one cannot help but to feel awash in that energy. There are smiles, hugs, laughter and excitement. It is a safe and warm environment where everyone is welcome. Free Food is also a true family. Lifelong connections that go beyond the physical location are created and nurtured because of the energy, love and purpose fostered between those walls. Lastly, Free Food is a feeling. Being part of Free Food for years now has brought me such a sense of joy, purpose and belonging. When I have to travel, reconnecting to my Free Food family is one of my first priorities as soon as I'm back in town. There is nothing like walking in Harlem and hearing a familiar voice yell your name from across the street and knowing you're home and none of it is or would be possible if not for the amazing vision, love and care that is constantly exuded by Nicole and Rachel.

Sincerely,

Eric Urban

054

Thursday, June 19, 2025

To the Honorable Judge,

I am writing to share my personal experience of the profound and lasting impact Nicole Daedone has had on my life and the lives of those in my community.  I have known Nicole for over ten years prior to her recent conviction.— as a friend, teacher, and community leader—and I can say with deep sincerity that her influence has helped shape me into a more present, connected, and service-oriented human being.

Nicole opened a lens on the world that invited me to contribute more, not just in theory, but in direct action. My relationships have improved because of the ways she helped me understand connection and communication—particularly in how I relate to my own family. There are conversations and reconciliations I've had with loved ones that I never imagined were possible before learning from her.

Her writing continues to be a cornerstone in the work I do with at-risk communities. It serves as a map to navigate healing and belonging—offering a language for care and dignity that reaches people on the margins. I've carried her teachings into classrooms, community centers, and conversations with those often overlooked by society.

Through Nicole's leadership, I have served in community projects focused on food justice and direct service. These experiences were not just about giving back— they were about seeing, honoring, and truly being with others. Because of Nicole, I have built authentic relationships with people I might never have otherwise known—formerly incarcerated individuals, people experiencing homelessness, and others who've felt discarded. Her example helped me bridge the gaps between separation and solidarity.

In a world where isolation and judgment are all too common, Nicole encouraged me to live a life rooted in connection, service, and generosity. That is her legacy in my life.

Thank you for considering this account of her character and impact.

Sincerely,
Matt Sherman

055

Joseph Massey
28 Pearl St.
Schuylerville, NY 12871
413-387-5503
josephmassey36@gmail.com

November 8th, 2025

Dear Judge Gujarati,

I'm writing with regard to the sentencing of Nicole Daedone.

I've known Nicole since 2021, when I contacted her to express solidarity as someone who has been "canceled." Since that time, I've rebuilt my life, thanks in no small part to friends like Nicole Daedone, who offered true empathy and understanding during a time when I had little to no hope.

Our friendship is grounded in a mutual love for poetry and art, and a sense of the sacred in the natural world. I am a practicing Roman Catholic, and she has always shown the utmost respect for my faith. I have not practiced any of the techniques taught by Nicole, but I have virtually attended many of her talks. They were always full of practical wisdom and open-hearted honesty. I believe her work is ultimately good, and I pray it will continue.

Your Honor, Nicole helped me heal from the trauma of my own cancellation, as well as the trauma of abuse I endured as a child and adolescent, simply through her compassion, kindness, and consistent message of risking vulnerability for personal growth as a citizen of the world—for the benefit of all.

I stand by these words, Your Honor.

Thank you for your time.

Sincerely,

Joseph Massey

056

Hugo Schwyzer, PhD
649 South Burnside Avenue #408
Los Angeles, CA 90036
(818) 268-6891


November 2, 2025

Your Honor,

I write in support of Nicole Daedone and Rachel Pelletier. I have known each woman since 2010. I first encountered Nicole and Rachel (then known as Rachel Cherwitz) in my capacity as a professor at Pasadena City College. At the time, I taught courses on feminist history, queer history, and human sexuality. I interviewed each briefly for an article I wrote (I was also a working journalist), and later, invited Rachel to speak to a few of my classes about eros and the feminine.

In 2013, I went through a very public breakdown. It led to the loss of my teaching career, my marriage, and my reputation. Without expecting anything in return, both Nicole and Rachel reached out to me repeatedly with encouragement, wisdom, love, and advice. They were not recruiting me into One Taste – they were coming to the aid of a wounded and very confused brother.  Frankly, your Honor, I was suicidal at the time. I had lost many friends. I did not lose Nicole or Rachel. They beat down my proverbial door to make sure I was okay, and to ensure that I did not succumb completely to shame and self-loathing.  They each played a part in saving my life during that most terrible year.

I never joined One Taste. What started as an academic and journalistic curiosity grew into a profound mutual respect and admiration.  Over these many years, I have watched as Nicole and Rachel have worked tirelessly to build and sustain healthy, loving, nurturing communities. I have known them each to be loyal, kind, and profoundly respectful. These charges are completely and utterly inconsistent with the character, the decency, the generosity, and the empathy these two women embody. I have the highest estimation of Nicole Daedone and Rachel Pelletier, and I will be happy to speak with the court or anyone else on their behalf.

Yours respectfully,

Hugo Schwyzer

057

November 11, 2025

Dear Honorable Justice Gujarati,

I write to you as a minister who has served the Orange County and Los Angeles communities for over four decades and the Agape International Spiritual Center community in Los Angeles for over two decades. As a minister I am rooted in the unshakable belief of the dignity and divinity of every soul. As you decide on the sentence for Nicole Daedone I hope you will consider my perspective of her, a woman I have come to know not only as a friend and student, but as a leader in the fight for spiritual and personal freedom.

In 2015, a mutual friend introduced me to Nicole, urging me to meet a woman of profound spiritual depth. Upon entering her home, I sensed an immediate kinship. We embarked on weekly group Bible studies in her living room, where Nicole and her friends listened intently, asked thoughtful questions, and made me feel at home.

Nicole has been a consistent source of kindness and support, not only to me but to many others. She has stood by my family during challenging times, embodying the principles of compassion and service.

But Nicole was more than kind. She was bold. Twenty years ago, she created a practice called Orgasmic Meditation as a path to liberate women through their own power. It didn't take long before I recognized Nicole as a fellow freedom fighter. Her mission was clear: to free women from the chains of shame, silence, and societal programming that had severed them from their bodies and their power.

Her work, though unconventional, is also broad-reaching and multi-disciplinary, and has been transformative for countless individuals. Programs like Free Food Harlem, which she envisioned, have provided over 25,000 meals annually, offering sustenance and dignity to those in need. Her groundbreaking Prison Monastery program touches over 180,000 incarcerated individuals, teaching meditation, self reflection and real healing to those who need it most.

I respectfully urge you to consider the important role Nicole Daedone plays in her community when deciding her sentence. A shorter sentence would allow her to continue her invaluable work, offering guidance, healing, and support to those in need.

With hope and faith,

Rev. Dr. Joanne Coleman
Ordained Minister
Agape International Spiritual Center
Los Angeles, CA

James Herriot, Ph.D., Ph.D.
4827 Brookdale Avenue
Oakland, CA 94619
jimherriot@gmail.com
July 11, 2025

RE: Nicole Daedone

The honorable Judge Gujarati and other members of the Court:

I am Dr. James Herriot.  I have served as a scientist, professor, entrepreneur, keynote speaker, expert witness for state, federal, and miliary courts martial.  I am a graduate of Stanford University.  I hold two Ph.D. degrees, one in the mathematical sciences, the other in human sexuality.  I am also an alumnus of Union Theological Seminary in New York City.  I value human and intellectual integrity.

Nicole Daedone has been an esteemed colleague of mine for the past 17 years since 2008. She is a brilliant intellectual, gifted teacher, generous contributor to the social good, and a very lovely person.  Over these 17 years of our friendship, I have visited OneTaste many times throughout its creative changes and incarnations.  We have both nourished our friendship. During this time, Nicole and I have had many long conversations on a wide range of topics from science to philosophy to eros and sexuality to poetry to the art of teaching and awakening eager curious minds.  These conversations have always been mind-opening delights for me.

Indeed, Nicole Daedone's book, The Eros Sutras, Volume Three, on Orgasmic Meditation, is dedicated to some of these very conversations. Nicole writes there, "My capacity to articulate many of the ideas in the book was profoundly impacted by Jim Herriot…".

In her books and lectures, Nicole frequently talks about "desire".  In knowing Nicole, I have seen that she does have impressive desire: to know, to understand, to feel, to crystalize the underlying principles guiding our minds and our values, to reconcile her intellectual principles with her artistic intuition.  With this guiding desire, it's no wonder that our conversations were raptly interminable.

Hour after hour, Nicole would ask me hundreds of questions. Good questions. Questions that led to still more thoughtful questions. I would return her questions with my questions.  And, we were off.  Nicole's questions were often about science, its underlying ideas, how the arts intertwined with science, and more, until she could put the myriads of complex intellectual puzzle pieces together for herself – like a meticulous scientist.

Nicole's book's dedication echoes this eagerness, writing further that I was "willing to dialog endlessly until the marriage of art and science revealed itself in Eros."  She describes our conversations well!  Our discussions were happily endless.  They were leisurely and fun too.  I savored getting to know Nicole quite well this way: through her agile mind, her fine-tuned intuition, her infinite curiosity, her push to an almost mathematical level of principle, always with her ever-present human warmth as well. Nicole helped me see more clearly how our deepest human desires and loves, Eros itself, have always been fully present in art and science all along.  Nicole invites us to live life fully.  Nothing less.

I have also co-taught with Nicole Daedone, and have personally watched her teach her students how to live their lives more deeply, thoughtfully, creatively, and with the highest moral integrity and principles. Nicole's material can be philosophically difficult, and challenging to put into life practice as well. It's not easy to master new ideas, integrate novel ways of thinking into our minds, not to mention into our lives.

I have seen firsthand Nicole Daedone's students struggling with new concepts.  And yet, all the while, so many, many times, I have seen and admired how Nicole would empathetically encourage her students to reach a bit higher with their minds, using stories, vivid examples, clarifying ideas, and a sparkle in her eyes too.  I've seen Nicole patiently, yet charismatically, inspiring her students to stretch a bit higher with their spirits to build their confidence, integrity, social responsibility, and moral leadership.  In my own doctoral and professional work life, I see Nicole is as a truly gifted teacher, as talented as anyone I have ever met or experienced at guiding and opening minds to life-changing insights.  Nicole is a gift to all of us.  I'm glad I have gotten to know her so well.

Based on the Nicole Daedone whom I've known for 17 years, she has excellent character with strong principles and integrity that will naturally guide her to comply with all of the conditions required of her by the court.  I personally know many of Nicole's colleagues, friends, students, and admirers.  I am sure this circle will also support Nicole in complying with the conditions required by the court.  I know Nicole will continue to contribute to our society and social good.  I would encourage the Court to see the light under the bushel here, find lenience, and see the enormous value of Nicole to our world in the future as she carries out the will of the court.


Thank you,

James Herriot, Ph.D., Ph.D.

**Ira Silverberg - 8 Broadview Avenue- Bellport, New York11713**

Silverberg.ira@gmail.com - 1-917-495-5950

Judge Diane Gujarati

Eastern District, Federal Court

Brooklyn, NY USA

3 November 2025

Dear Judge Gujarati,

During many pretrial proceedings through December 2024, I was seated on the (your) left side of the courtroom. I was there to support Nicole Daedone and Rachel Cherwitz. I worked for One Taste from July 2022 through December 2024. I am not an OM practitioner. I joined to establish the publishing house, Soulmaker Press; oversee editorial work; and bring best practices of the publishing industry. Nicole's books are now available to stores, libraries, and consumers in the English language throughout the world in print and e-book. Soulmaker's list expanded, as did the breadth of her written work, and she has become a thought leader in contemporary culture.

I've worked in the publishing industry since 1984 as a publicity director, editor in chief, publisher, and literary agent. I took a hiatus to do Federal service as Literature Director of the National Endowment of the Arts from 2011-2014. An old friend and colleague, a respected editor who works with spiritual leaders including his Holiness, the Dalai Lama, introduced me to Nicole. I was briefed before we met in 2022 having read the Bloomberg News piece, and other media about her and One Taste. I was also made aware of the investigation. I entered our first meeting with skepticism. It was replaced with respect if not reverence.

I am aware of the charges Nicole and Rachel have been convicted of. Before I joined OM, I had been working on a book on the FBI, part of the focus being the introduction of conspiracy charges and its codification through the courts. The people I know are not those described in the indictment nor are the characteristics that were described in what I read of trial coverage anything like the thoughtful, soulful, empathetic, community-minded women I know.

I began with One Taste in New York. Rachel wasn't around much as she was in training in a Multidisciplinary Association for Psychedelic Studies program in SF. When I started spending time on The Land, I'd get to SF, and we got to know each other better. She is a sterling human being.

Nicole's path from scholar to businesswoman to spiritual leader, was that of a visionary. In developing the meditation practice known as OM (for Orgasmic Meditation) that is physically and psychically linked to women organically, she created something at once radical and utterly natural. OM provides solace and the on ramp for those seeking enlightenment. OM is lauded by scientists and therapists alike for its remarkable impact on practitioners who suffered with various forms of psychic malaise. It grew into an alliance with Buddhists who understood its spiritual value and that OM was part of their, and the world's future. Her vision extended further.

Nicole took a keen interest in my friendship with Allen Ginsberg and William Burroughs and how that led me to spend two summers, when I was 19 and 20 years old, at the Naropa Institute when Chogyam Trungpa Rinpoche was still alive. She was a friend of their colleague Lawrence Ferlinghetti. The connectivity between meditation, creativity, and participating in a community that grounds itself with Tibetan Buddhist philosophy were parallels in our lives and the departure point for conversations on spirituality that were fascinating and enlightening. By example and by suggestion, a meditation practice reemerged in my life. We had similar parallel lives in the subcultures of San Francisco in the 90's. A natural connection developed. I've grown very fond of that woman.

In 2023, I spent several months living and working at The Land, the One Taste retreat center in Philo, CA. We got to know each other better there, and over dinners in Harlem in 2024. She and I don't always agree on things –

be they editorial or political.  But my engagement with her has shown me that she's a strategic thinker, educator, and an incredibly fair and caring person.  That can also be seen in the Prison Monastery Program that she developed.

I brought her attention to the award-winning Herstory Writers Workshop pedagogy, a modality of teaching memoir writing, developed for disenfranchised communities. She instantly understood its complementary value and added it to the program.   As the workshop leader for maximum security inmates at the California Correctional Facility for Women, I saw the results of it in profound and healing memoirs that were being written.  It wouldn't have happened without Nicole trusting me.  Her openness and generosity are a hallmark of her character.

Nicole knew the story of my professional life but asked me about my personal life in a caring and inquisitive fashion. My sixteen-year partnership/marriage went up in flames before I joined One Taste.  Certain characteristics of that relationship continued in new ones.  I arrived at The Land in the throes of such a situation. She saw the pattern before I did.   She understood that caretaking unwell men serially, while an empathetic activity, had rendered a disability, an escape from reality, and was poisoning my inherent goodness, making it unavailable to fuel my own journey.

She sat me down and, essentially, built me back up.  She provided a way for me to return to my own values and restore my self-confidence.  They lay buried under memes.  She saw where there was growth and where there was regression.  Her savvy and caring observations formed the basis for creating new models in relationships.  Nicole's understanding of interpersonal relationships is modeled in a way I have come to see as truer to the human condition.  I'm grateful for her caring. And heartfelt counsel.

In that year of living on The Land, I was concerned about a clash of values -- my identifiers are Gay, Socialist, Jew -- as their politics are antithetical to my own.  There was no othering by almost anyone, and certainly not Nicole. I saw an intentional community that did service to the broader community, a community whose spiritual life was at the center of their existence, and got to know Nicole, Rachel, and many of the longtime OMers.   I'm proud of my time at One Taste and my relationship with all the people I've met but especially Nicole and Rachel.  I've become a broader thinker, less quick to judge, and more conscious of my spiritual values.

With many thanks for your service to our nation.

Respectfully.

Ira Silverberg

Thursday, July 3, 2025

7.3.2025

To Whomever It May Concern,

I write this letter in loving, steadfast support of Nicole Daedone, who in my eyes is a magnificent being, a powerhouse, and utterly one of a kind. Hearing of her "guilty" verdict in Federal Court in no way dimmed my view of her. Despite that she has been convicted of conspiracy to force labor, I continue to hold her in the highest. This letter will share in detail why so. It is a deep pleasure and honor to write these words on her behalf.

Before I say more about Nicole's unique magic, please allow me to introduce myself. I'm Naomi Aeon, a PhD who served for twelve years as a professor of Cultural Theory at Harvard and Yale respectively. Heeding a calling from within my soul, I exited academia in 2012, pivoting to serve as a transformational teacher and consultant, leading workshops and masterclasses (and writing books, essays, and blogs) on how to overcome division within our society.

Black and white biracial, born in 1968, one short year after interracial marriage was made legal by the US Supreme Court, I'm devoted to helping put an end to racial division, cultural division, and gender division. You could consider me a facilitator of healing, understanding, and unity.

The fact that Nicole is white and I am biracial has never diminished our sense of sisterhood. In fact, we relish our different backgrounds and allow them to forge a potent complementarity, both of us having valuable—and beautifully differing—windows onto life. We enjoy learning from each other and playfully sparring. We are genuinely hungry to hear out each other's ideas; we listen closely to each other's perspectives; and we allow each other's ideas to expand us.

Nicole is receptive to other people in the full range of our human diversity. This while knowing and being exactly who she is. That is an all-too-rare combo, openness to others AND solidity in being yourself. And it's why Nicole attracts into her life many friends, colleagues, peers, and students from all backgrounds. Truly, that is not the usual, for a white woman leader in the personal development space.

Nicole is attuned to the local and the global. She tends to the ground beneath her feet and to the environment directly around her. She does so with the dedication of a master-gardener. This, while also being attuned to the bigger picture. She is cosmopolitan, worldly, with vast horizons. She desires with all her might a better world for EVERYONE. Into her socio-cultural politics, Nicole weaves a whole lot of thoughtfulness about "the other." She goes out of her way to be curious about "others," while doing her best to not "other" anyone. She's one of the most open-minded, open-hearted people I've ever met.

Overcoming division requires learning to navigate our human differences with dexterity.

Instead of dividing, we are tasked to become adept at handling our very real human differences. We all have different programming, proclivities, and personalities, and that's added to the cultural backdrops that profoundly shape us. It's well worth considering this as we make our assessments and draw our conclusions about people, so we can learn to see our fellow human beings through a more accurate and benevolent lens. And so we can be more careful to not project our own stuff onto them. That is the walk Nicole is walking; that is the trail she is blazing.

In order to put an end to our default of dividing, we are called not only to be more understanding as individuals, but also to up-level the socio-cultural institutions that inadvertently keep these divisions in place. Our institutions are rooted in the paradigm of either/or. Our western culture runs on "separation consciousness" rather than "interconnectivity consciousness." And yet the separation is an illusion. Our interconnectivity is what's true and sound. That means we must refashion our cultural institutions in order that they account for the very real commonalities and the invisible webbing that conjoins us all. Nicole's work in the world doubles as a pathway for the walking of Oneness.

Oneness is the truth of our human reality. And we all know it deep down. We live in an interrelated structure of reality. As Martin Luther King, Jr. put it, ""we are caught in an inescapable network of mutuality, tied in a single garment of destiny. Whatever affects one directly, affects all indirectly." Nothing is cut and dry. Humans cannot be summarily divided into villains and victims; sorted into good and bad; pigeon-holed into right and wrong. Nothing breaks down that neatly. That is the outlook that Nicole and I share so passionately. It's why we are forever joined in a spirit of effortless simpatico. It's why, from the moment we met, we were bonded for life.

Our institutions must learn to account for nuance, paradox, complexity, and the intrinsic layered-ness of people and circumstances. When I say institutions, that includes the education system, religion, politics, publishing, the media, law, medicine, and the list goes on. Within each of these socio-cultural arenas, it's time we stop thinking of our fellow human beings in terms of "we" and "they."

It's time we stop thinking in terms of one-up and one-down. Of hierarchy. Of who is superior and who is inferior. Of who is worthy and who is unworthy. Of who is innocent and who is guilty. For we are all magical and messy. We are all fabulous and flawed. It's time we get more introspective and honest and recognize that. It's time we stop building walls and moats between one category of people and another. It's time we stop our mass cordoning off of whomever we've declared the persona non grata of the day to be. Nicole is one of the most accepting people I've ever come across.

Most of the aspersions we are casting on people are based squarely in our misunderstanding of them. We judge the things we don't <get>. It's a tale as old as time. It's the very root of racism, sexism, imperialism, xenophobia, and the million versions of "othering" we see in every direction. We simply do not understand "the other" and so we malign them and demonize them. We fear "the other" so we want to smite and squash them. We want to

banish "the other." Oh how we love to cast people out. Oh how we love to discipline and punish people. It's time we flip that script. It's time we stop judging and instead start <getting>.

Nicole and I bonded over our respective perspectives on the socio-cultural landscape, from the second we met, back in 2017. We were friends-for-life within moments of meeting due to sharing with each other a whole range of exquisitely complex—and thoroughly thought-through—ideas on the specific ways we feel our culture is called to evolve. It was less that we saw "eye to eye" and more that we were both invested in reframes, and in ironing out the various cultural distortions that the masses take to be truths and pre-givens. What a meeting of the minds it was whenever Nicole and I were together. We'd be finishing each other's sentences. That was not something either of us was used to. Later we'd record a potent, lively set of conversations together and what a thing to behold.

I met Nicole during a particularly challenging time in my life. I was navigating a divorce that left me cash-strapped and without a home. Not knowing where to turn, I sought refuge in Bali, Indonesia to live on the cheap, heal, and rebuild my life from scratch. I remained there for much of the period between 2016 and 2018.

While living there, I met a variety of expats, many of whom had also come to lick their wounds after some fall from grace or another. One such person was Nicole, who had gone to Bali to gather herself and figure out her next steps as she proactively and energetically handled the media crisis that had suddenly beset OneTaste. Like me, Nicole had made the odd choice to practice Hot Yoga, in that hot climate. Another strange synchronicity we were tickled to have in common.

We struck up a scintillating conversation while waiting for class to start. It was that ultra-rare brand new friendship where you decide to meet again the very next day. And the very next day after that. Days into this fast friendship of ours, over lunch, we shared our last names. That's when I connected the dots that "Nicole"—the dynamic, warm, humble, self-deprecating, and sparklingly brilliant woman I felt such kinship with—was none other than "Nicole Daedone," the super-villain portrayed in a Bloomberg article I'd once read.

The contrast between the woman I'd read about and the woman sitting before me couldn't have been more marked. Surely they were not the same two people at all? Fascinating to experience this for myself, directly. It was utterly jarring, the disconnect between the actual human and the image of her that was being dangled before the world within the press. I vowed to myself from that day forward I would never judge anything or anyone I hadn't experienced directly for myself. Nicole is awesome. Not perfect. And not pretending to be. Perfectly imperfect just like me, and just like every other human being. And yet she's utterly rad. Undeniably phenomenal. A rare and glorious being whom I'm profoundly blessed to have crossed paths with.

Funnily enough, my conversations with Nicole—while always rich, deep, and personal—have never veered into the terrain of eros, sex, or sensuality. As mentioned, it was days into our friendship that I even learned that Nicole was the mastermind behind OneTaste and that

she had built an entire movement around her visions for a better world, her chief teaching being OM, Orgasmic Meditation. I loved that for her. And she loved me even though I personally had little to no interest in the OM branch of her rich, vast, many-splendored life.

I'd been hearing about OM for years, because I had close friends and clients who swore by OM. I'd even once attended one of the introductory workshops, gifted a seat by a friend. It turned out that I didn't personally share some of the values and presuppositions taught within the organization. But I am someone who can fully honor my own preferences AND still respect other people's.

I am able to be comfortable with other people's differences from me. And so, I admired OM and believed in it 100% for those who did feel called to it. I just wasn't one of those people, much as I adore Nicole, and much as I hold dear the members of the exquisite community she's created, which is chock-full of sacred, splendid souls. I've met and spent good stretches of time with the vast majority of them, and to say they are quality people is an understatement.

Nicole never took my lack of interest in OM personally. She never once tried to get me to try it, throughout the nine years we've been friends. In fact, Nicole has founded other impactful organizations besides OneTaste. One of these is Free Food Harlem, feeding thousands of homeless and/or severely hungry Harlemites each week, the vast majority of them black.

I've attended several of these meals as a guest of Nicole's. It's a wondrous sight to behold. Brings tears to my eyes every time, to see in action what's possible in the way of helping people and adding meaningful value to their lives. Free Food Harlem provides everyone who attends a gourmet meal prepared by a celebrity chef. Nicole believes that just because people are financially strapped or outright destitute, does not mean they deserve lesser treatment or lesser quality food. How radical and delightful is that? And extra amazing that Nicole doesn't just talk about these ideas, she implements them. She's a true master builder.

At Free Food, volunteers serve that food to the "have-nots" as if they are paying customers in a classy restaurant featured on One Table. Nicole believes in restoring people's dignity. She believes in redemption. She lives the credo that if you give people the best, you miraculously bring out the best in them. It's truly wisdom we would all do well to live by. A new goal we all ought to set our compass to as a society. And even through her own trials in the legal system and in the media, Nicole never stopped serving mightily and energetically, continuing to feed the hungry, making other people's lives better, en masse.

Nicole is also working on an initiative to create a prison-to-college pipeline for black Harlemites who would benefit from this channel opening up. It's a way to funnel people into education instead of "punishment," since we all know knowledge is power. And many times "the disempowered" lack certain strands of knowledge and/or opportunity that would have made all the difference; indeed, that would have changed the entire trajectory of their life.

Add to that, Nicole has founded a beautiful and life-changing initiative within prisons called "Prison-to-Monastery," in which she helps those who are imprisoned feel more free within their confines. Nicole's initiative helps inmates make doing their time more meaningful and more spiritual. So that they can live there—and for many ultimately leave there—transformed and as better people. Prison-to-Monastery provides a pathway for people to self-reflect and to access personal development tools within prisons.

This initiative has received rave reviews from prisoners and prison employees alike. It's changed the very fabric of the prisons that house it, significantly lowering incidents of violence, while restoring dignity and the full measure of their humanity to people who have been "cast out" of society, unceremoniously sentenced to live behind bars. Many times, these are the people who most need love, healing, care, and a pouring of investment into them. And there comes Nicole—like a modern day Joan of Arc—to fill that need.

Nicole has for many, many years devoted herself to providing this underserved population of "prisoners" the devotional master-gardening they are in need of. Again, she never just talks. She never stops at having "fine ideas." She builds. She makes it happen. She makes that difference that makes a difference. A torrent, a downpour, a tsunami of kudos to her for that.

Meeting Nicole in Bali was instrumental for me. It was catalyzing. She was so kind, present, attentive, and thoughtful it blew my mind. In my most vulnerable hour, when it felt like I had been forsaken, as my life lay in a heap of rubble at my own feet, Nicole understood. She had compassion. She commiserated. She saw. She got. She honored. She accepted. She embraced. She didn't for one second judge. It was as though she handed me back my sense of dignity, with the stern reminder that dignity is unconditional and ought to be granted every human no matter what. This is her gift… this is her essence. Nicole "redeems" people. Just by being her s/heroic self.

Nicole redeemed me and revived me. She breathed life back into me. She offered me her strength and wisdom. Her validation and affirmation. Her support and insight. By shining her light on me, by extending to me her love, grace, and investment in me, she helped me to pick myself up and dust myself off. She helped me to get back on my feet and ultimately back into the game of life. She did this all while gamely facing down her own troubles, while walking the treacherous tightrope walk of her own challenges.

Nicole very generously lent me money… without me asking to borrow any. I was having to leave and then come back to Bali, to renew my visa. Over a dinner together, I shared with Nicole that I was going to head to nearby Cambodia for my visa run, as that was what I could afford. Nicole looked me deep in the eyes and said, "How about I buy you a plane ticket back to New York? Would you accept it if I set that up for you? Could you find a friend to stay with? Would you consider going back? Just to at least see how it feels? Maybe you come back to Bali again after, or maybe you don't. But for now, why not go back to New York and try it on for size?" That ticket cost a thousand dollars and Nicole didn't bat an eyelash.

067

5

So I did go back to New York. And slowly but surely, I rebuilt a robust life back in the West, morphing into "Naomi 2.0." Nicole had put the wind in my sails and set me up for this fresh start. That made all the difference in those next steps of my life. She saw a need and filled it. She is always vigilantly looking out for ways she can be of service to people in need. She does this with the same gusto for individuals and for entire communities. For the haves and for the have-nots, alike. Nicole is always looking for ways to leave things and people better than she found them, doing so indiscriminately and without any expectation of reciprocity. Giving out of the goodness of her heart; never asking for anything in return.

Two years after Nicole purchased that plane ticket for me, I was living my sweet new life back home in NYC, and was elated to have saved up the money to pay Nicole back. I called her, thrilled to let her know I had her thousand dollars! With the OneTaste trial looming, surely she could have used the money. But she said she would not take one penny of that money from me, and instead asked me to donate it to any charity of my choosing. That is who Nicole is. That is the Nicole I have had the incredible privilege of having for a friend.

That undying generosity of spirit is what I feel most defines Nicole. Generosity of spirit is how Nicole rolls. Generosity of spirit is who she is. Generosity of spirit is what I've seen from Nicole, time and time again, throughout our nine years of friendship. It's among the many reasons she inspires me so deeply and impresses me to no end. It's among the many reasons she will forever have my love, my gratitude, my respect, my support, my embrace, my prayers, and my winds in her sails.

Love + Oneness,
Naomi

*Naomi*

Your honor,

The reason for this letter is my attempt to provide a small idea of Nicole Daedone as I saw her in the time that I have known her. I have been acquainted with Nicole since 2001. At that time Beverly Daedone, her mother, and I began our relationship and I have seen Nicole many, many times since then.

She has always been a person of fine character and moral fiber. She is willing to see both sides of a matter and endeavor to come to a positive resolution regarding a situation. She is respectful, loving and giving and works toward resolving conflict before it arises. She is very, very smart and also so fun to be around, a well rounded person so many ways. Confident and fair as well. A person of integrity.

Sincerely,

Eugene David Ephron

I have had the pleasure of working with Nicole Daedone and her team since November of 2020 in a professional capacity as an editor, writer, and workshop leader. I have grown to become friends with her and her team members and admire their efforts to address concerns that are often ignored by others such as treating the homeless with dignity and love, helping inmates gain the most from their time in prison by healing and educating themselves to better contribute to our society, and transforming our culture's mindset into one that leads with love, empathy, and understanding rather than hatred and division.

Nicole has a big heart and wants to see others thrive, even those who are often vilified by our society like the imprisoned, homeless, and poor. It takes great courage to not only stand up for these individuals but create sustained and impact-producing efforts that have improved so many people's lives.

In no way have I ever seen even the faintest suggestion that the allegations about her or her group are true. I have only experienced Nicole's deep respect and care of others, and her philanthropic efforts are driven by this focus on making our world a better place for all. Nicole's creativity and intelligence allows her to see through a lot of the facades of our culture and society, and like many women who have challenged the status quo and inspired others to do so as well, she is seen as a threat by those who benefit from women conforming to these societal expectations. Those of us who know Nicole and her work consider these allegations not only ridiculous and far-fetched, but threats to all women who dare to speak their minds and truths.

*Gabrielle M.*

-Gabrielle M.

Wednesday, June 11, 2025

To Whom It May Concern:

My name is Beth Wareham and I am a New York based publisher and writer. I've known Nicole for 4 years and am aware of her conviction.

I have worked closely with Nicole writing and editing and have been endlessly delighted by her intelligence and empathy. Her humor and the care she used in guiding me through the work was joyful and much appreciated. I learned so much about myself and am still evolving.

I don't know who I would be if I hadn't met her. I'm glad I don't have to find out.

Thank you for giving me the opportunity to speak on her behalf.

All best,
Beth Wareham

071

November 12, 2025

Your Honor:

This is a letter in support of Nicole Daedone, who I have known since 2017.

I worked for Nicole as an editor and writer for over three years, from the Fall of 2017 through the Spring of 2021. During this period, I found Nicole honest, generous and a joy to be around. She was fair and reasonable on matters of compensation, and I valued my time with her and the opportunity to learn the nuances of her somatic philosophy. I was part of her community while I was working on her manuscripts, participating in their activities. I never encountered any untoward or dishonest behavior. What I experienced were warm loving people who were genuinely trying to make the world a better place.

My view is that Nicole is an extraordinary woman who has much to offer all of us. I am proud to call her my friend and my teacher, and I would be happy to testify on her behalf.

Sincerely,

Kenneth Wapner

Kenneth Wapner
277 Hutchin Hill Rd
Shady NY 12409
(845) 679-9515
(845) 768-2968 (cell)
kwapner@aol.com
www.KennethWapner.com
Kenneth Wapner Associates
Natus Books (Natus.com)
Mountains and Rivers

# Institute for Therapeutic Learning

## Lucid Heart Therapy© & Life Coaching Services

**Jack Elias, Founder and Director**
**7057-26th Ave NW, Seattle, WA 98117 (206) 890 9775**
FindingTrueMagic.com    jelias@FindingTrueMagic.com

October 31, 2025

**Judge Gujarati**

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

Since 2017, I have been invited to give many seminars on emotional and mental health to the students of the One Taste organizations. In addition, I have done hundreds of private therapy sessions with many of the members One Taste.

The programs I have offered, and the private counseling I have given, have provided me with an intimate view into the character and motivations of the people involved in One Taste, including of Nicole, and Rachel.

This is not a cult! It is not group of closed-minded advocates, nor a group of naïve followers of a dead-end movement led by a charismatic leader with narcissistic intentions.

To the contrary, given the pervasive immature and dysfunctional relationship our country and the world at large has to human sexuality and the rights of women, and how quickly this dysfunction and bias can lead to outrage and threats, Nicole and Rachel have taken on great personal risk to share and educate people about the healing and growth potential of the practice of OM meditation.

I have seen over the years how the practice of OM meditation has transformed its practitioners, women and men alike, into more and more open-hearted and generous citizens at large. I have deep respect for their growing outreach programs into women's prisons and food programs, and more, based on scientific research into the efficacy of Om meditation. They deserve support, not attack.

Sincerely,

Jack Elias, CHT
Owner, Director, Institute for Therapeutic Learning
Author, *Finding True Magic: Transpersonal Hypnosis & Hypnotherapy/NLP*

073

November 8, 2025
The Honorable Judge Diane Gujarati
United States District Court

Dear Judge Gujarati,

My name is Angel Grant. I am co-founder of Death Over Dinner, and a writer, meditation teacher, and group facilitator who has spent the past twenty years creating community-based events and conversations that help people develop emotional awareness and stronger relationships, beginning with their relationship with themselves.

I am writing to share my direct experience of knowing Nicole Daedone for the past nine years.

I met Nicole in 2016 when I hosted a public event called *Taboo Weekend: Sex, Drugs and Death: Things We Don't Talk About at the Table*. The purpose of the event was to reduce stigma around difficult human experiences by fostering responsible, open dialogue. Nicole, Michael Meade, and Dr. Gabor Maté were the speakers we invited to contribute. Nicole's and my connection developed gradually, through ongoing conversations and shared values of personal development and giving back. Over time, that initial professional contact became a longstanding personal friendship and collaboration.

Nicole is one of a very small number of people I trust at the highest level in my personal life. Our friendship formed independently of any formal community or program, simply as two adults who came to know and respect each other over time. Throughout our friendship, including times when I was particularly personally vulnerable, Nicole never overstepped or attempted to direct my decisions or worldview. Instead, she consistently pointed me back to my own critical thinking and independent judgment. My experience of her has been one of steady respect and support for personal agency.

Nicole and I co-founded *Women Over Dinner*, a project designed to help women gather in small, self-led groups to have honest conversations about their lives and roles within their families and communities, about what deeply matters to them, and how to live fulfilled rather than depleted lives. We also co-wrote a piece for the Unconditional Freedom Project for individuals on death row, with the intention of offering dignity and a thoughtful lens for personal reflection, even when there is no conventional light at the end of the tunnel.

Beyond friendship and work, I chose Nicole to be part of a very small circle of women who serve as godmothers for my son. I made that choice with extreme discernment, and only for those whose judgment and steadiness I trust deeply.

I am aware of the seriousness of the case before the Court, and I am not writing to comment on the legal matters themselves. My intention is simply to share the character of the person I have known closely for nearly a decade, someone who, in my direct experience, has consistently encouraged integrity and care for others.

With full respect for the responsibility before you, I respectfully ask that you take these aspects of Nicole's character into consideration and impose a sentence that allows for the possibility of redemption and personal restoration.

Thank you for your time and consideration.

Sincerely,
Angel Grant

Your Honor,
I am writing this letter in support of Ms. Nicole Daedone.

I have known and respected her for several years.

I met Nicole at the Agape International Spiritual Center, a Church in Culver City, CA.  She attended one of my classes on communication skills there.

I have no doubts about Nicole's sterling character.  I know her to be thoroughly honest and completely honorable, open, authentic and respectful, strong and kind, amazingly generous and profoundly committed to helping people heal their wounded hearts. She brings conscious love into every interaction. She is a powerful force for Good.

I am proud to know Nicole.  She has my unwavering support.

Sincerely,
Rev. Dr. Robert Dee McDonald
714-577-5717

11/9/25

Your Honor Judge Gujarati,

My name is Dream Mullick. I am a public speaker, teacher, producer, and facilitator whose work bridges the intersection of ceremony and science.  For over two decades, my work has centered on helping thousands of people meet the profound transitions of life and death with awareness, integrity, and compassion. My background includes trauma-informed facilitation, which guides every aspect of my work.

I first heard about OneTaste from my then roommate and dear friend, Angel Grant, co-founder of Death Over Dinner. At the time, I was totally skeptical. A year later, when I met Nicole Daedone for the first time at a retreat she hosted in 2016, I was immediately struck by her skillful presence and the grounded way she approached her teaching. While I had never experienced anything like the OM practice before, I could feel in my own body its potential for healing and left the retreat curious.

A few years later, we met again at her home in Fort Bragg. By then, we shared a godson and began what became a deep heartfelt friendship. From the very beginning, I felt Nicole's tenacity, her unwavering commitment to truth, beauty, care and her compassionate presence. The time I've shared with her has been brief but profound — conversations that cut straight to the heart of life and death, and how to serve those who are the most marginalized and unseen.

At one point, I wrote a death meditation for inmates on death row as part of a prison project she supported, and later taught a similar practice on one of her retreats. In every setting I was part of, participation was completely voluntary. I felt respected, seen, and free to engage or not. Nicole consistently created spaces that honored agency, awareness, and self-responsibility.

What stands out most about Nicole is her commitment to truth and her generosity. She once drove hours after just landing in San Francisco to take me to dinner for my 49th birthday and dedicated countless hours to feeding the houseless in the Tenderloin 5 star meals.  We spoke at length about how to offer the most marginalized their dignity. Beyond such gestures, her generosity shows up in how she listens, how she holds people through transformation, and how she reminds others of their inherent worth.

Over the years, whether in teaching, friendship, or moments of uncertainty, I have

witness Nicole meet the world with curiosity, compassion, and a fierce devotion to truth. Her presence brings a kind of calm clarity that inspires those around her to be more honest and more human.

In my experience Nicole Daedone is a woman of generosity, compassion and fierce grace, whose friendship and presence on the planet is deeply valuable.

With respect,


Dream Mullick

Founder, Death Coach
Founder, Entheowheel
B.A., University of New Mexico

Monday, June 16, 2025

My name is William Berndt, and I am a maintenance supervisor for the port of San Francisco. I have been an employee of the city and county of San Francisco for 21years.

I first met Nicole Daedone in 1992 when she was a waitress at Sparkies cafe in San Francisco, She was friends of a friend and I remember liking her. I next met her when I was attending a weekly event hosted by a sensuality group . We remembered each other from our previous friend  in common. From there we met again taking classes together with that organization throughout the nineties. My favorite memory of Nicole is her enthusiasm for the information, specifically being focused on the process of becoming a gratified woman. When Nicole went on to create One Taste I stayed in contact with her as I continued with my original community. At this point in my life I consider Nicole to be one of my oldest friends. I cherish our connection and friendship.

I have followed the recent events and understand she has been convicted of conspiring to force labor.

I have known and worked alongside Nicole for over thirty years. In that time we have participated in feeding needy families with free food sometimes on a weekly basis. I have watched her believe in people more than they believe in themselves. I have been the recipient of this attention on many occasions, and it has had the effect of me evolving my viewpoints on myself and the world around me to be more compassionate, generous, grateful and kind. Also to tell the truth without being angry. In my daily life as a supervisor it has given me the tools to view the larger picture of what the goals of each project are and giving the tools to my group to succeed.

It is my goal, that when I retire, that I will join Nicoles group and assist them in their endeavors. There are certain spiritual aspects that I find to be very unique within her community, Specifically that all sentient beings be free from suffering. Another spiritual aspect that speaks to me is that at any time anything is possible and that we represent infinite possibilities.

As a man in a community that is focused on a womans pleasure I believe all of our liberation as individuals as, actually anything that defines as individuals is absolutely connected, my liberation as a being is connected to the liberation of all beings. I am deeply grateful for my continued relationship with Nicole Daedone and look forward to our future interactions.

Kind Regards, Bill Berndt

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Mr. Paul Cohen, and I am a lifelong creative professional based in Los Angeles, California. I have worked for over 30 years as an entrepreneur, teacher, and producer in the fields of culture, design, and personal and social development. I hold degrees in psychology and education from University of California institutions, and my work has consistently centered around helping people grow, connect, and live with greater awareness in community.

I have known Nicole Daedone for nearly 20 years. I met her during the early formation of her work, and over the years, I've observed her in both personal and professional settings — as a teacher, as a leader, and as a respected thinker in the space of personal transformation. I got to know her through shared community events, personal friends, long conversations, and by witnessing her direct engagement with those she was serving.

I am aware that Nicole has been accused of conspiracy to commit forced labor. I take this very seriously. What follows is not an attempt to comment on the legal case, but rather a personal account of her character and the positive impact she has had on my life.

Nicole has always struck me as deeply thoughtful, compassionate, and extremely generous with her time, energy and insight Her work has consistently encouraged adults to take full ownership of their choices and lives. The environments she helped shape were spaces of reflection, inquiry, and personal empowerment. People arrived voluntarily, and in my experience, always had the full freedom to participate or not. I never once saw or experienced anything that resembled pressure, control, or coercion.

Personally, Nicole's teachings helped me better understand my emotional life and relationships. I found her philosophy grounding and humanizing. She encouraged real self-responsibility, deep listening, and presents a kind of honesty that is rare. These are not traits that come from manipulation or force — they come from care, vision, and a real commitment to helping others grow.

In one-on-one interactions, Nicole was steady, respectful, and present. I recall times when she stayed after a long event to speak gently with someone in distress. She didn't rush or dismiss the person — she sat with them, listened, and offered real compassion. That moment has stayed with me because it was so clearly an act of real human decency, not performance or obligation.

I always felt like an adult at OneTaste — with agency, autonomy, and the freedom to participate as I saw fit. Nicole's presence and leadership never made me feel otherwise.

I hope this letter offers a sincere and useful perspective on the person I have known for two decades. Ms. Nicole Daedone's contributions had a sincere and really positive effect on my life, and I observed her make similar impacts on many many others — always from a place of generosity, thoughtfulness, and actual respect for human dignity.

Sincerely,
Mr. Paul Cohen
Los Angeles, California
June 11, 2025

PAUL
COHEN

Your Honor,                                    November 2, 2025

I am writing on behalf of Nicole Daedone. I am a small business owner, chef, and community organizer for over 30 years. I have known Nicole for over 15 years now and would like to speak about her.

Nicole is an incredibly funny, smart, and creative person. She has lived a life like an explorer, and her explorations have been about human connections. Some of these places don't have roadmaps.

I have seen Nicole create spaces that were free of drugs and alcohol, and watched people learn and re-learn how to relate to one another without those things. I have seen people really change their lives for the better from knowing Nicole.

I have seen her personally develop a strong Buddhist practice and brought in credible teachers to lead and teach people in her community.

I have seen her devotion to handing out free food to thousands of people, as well as cooking for them. This has always been a huge priority for Nicole.

I have seen her be willing to discuss and educate people on the important and often misunderstood topic of female sexuality.

Most importantly, I have seen her be willing to apologize, make amends and be willing to change. I have experienced this personally in our relationship, and was touched by the self-reflection she has for resolution, and her desire to repair any rifts. For me, it is one of the most important things about a person and a friendship and speaks to Nicole's character as a person.

Thank you for reading this.

Sincerely,

Carin McKay

Cléo Dubois
Academy of SM Arts
CleoDubois.com
650 322 0124

Nov 9, 2025

Your Honor,

I am writing in support of Nicole Daedone and Rachel Pelletier. I met them in 2007 when I was invited to one of the early lectures Nicole presented in San Francisco.

A member of the San Francisco BDSM community since the early 1980s, and lifetime honored member of the Society of Janus I have been giving classes and offering weekend training for adults interested in consensual erotic power play.

Soon I received an invitation from Nicole to present my work to the newly formed OneTaste community. I also met Rachel and found both of them clear, engaging and welcoming. Our association with me as an invited speaker bringing forth the concept of safe, sane and consensual erotic explorations to their young adult clientele felt just right.
I continued presenting lectures and hands-on exercises for OneTaste until 2018 or so. Attending many of Nicole lectures I trusted her as she saw the link between body and spirit empowerment, especially for women. A sense of Zen and power emanated from her teaching as well as grace. Her vision was bright and ready for the new generation of folks looking for community, self realization and consensual erotic explorations.

It pains me to see that them in this position as my experience of them, their work, and knowing them personally is that they were dedicated to offering a positive approach to ritualized female erotic pleasure.

I hope that you will agree that our sex negative culture could do well to support their visionary work aiming to create a more connected urban society.

Thank you,

Cléo Dubois

May 14, 2024.

To the Honorable Judge Gujarati,

My name is Cristal Hurwitz, and I met Nicole Daedone and Rachel Cherwitz in 2016 at a community program we regularly attended in Los Angeles. Both of these women have helped me through difficult times in my life.

Since 2016, Nicole has served as my life mentor, supporting me through the many phases of life that most women face alone. Thanks to her love and guidance, I did not have to face my hardships alone; I had her. When I met Nicole, I knew nothing about her work as a writer or her involvement in the OM community. I only learned about her life's work many years later.

I share all this to convey the kindness Nicole showed me by giving me her time to mentor me when she already had such a big, full, successful life to manage. She did so selflessly and was given nothing in return. Throughout the years, as I got to know more about her life, it strikes me how she made time for me week after week, year after year. The extent of her mentorship and the impact she has had on helping me build my own life would require many pages, which we cannot include here today.

I met Rachel through Nicole. She also shared her time with me and her life experience, helping me learn how to be a strong, selfless woman through observing their actions. Rachel has inspired me in many ways that also fall short of my writing. I feel thankful for the time we have spent together, and I feel lucky to have her as a friend.

I cannot express the magnitude of the impact Nicole has had on my life. Thanks to her guidance, I have been able to live a life of love, connection, service, courage, and wisdom. I have yet to meet another person like her. Again, I am deeply thankful for all she has taught me and given me.

Please consider the many lives these women have helped to transform, both within and outside of OneTaste. I do not know who I would have been without Nicole, and I know that she has many women just like me who still need her. Please allow her to continue sharing her heart with the world.

Kindly,

Cristal Hurwitz

May 16, 2024

RE: Nicole Daedone

I had the "coincidental" pleasure of meeting Nicole Daedone in 2018. We were both attending a communal event in the West Village of NYC. She being a woman of seeming similar age and height to myself, we naturally moved toward each other.

As we made introductions, we found out were were BOTH Nicole D! This is not some slightly silly detail; It is one of the many things of coincidence and purpose that has been the foundation of my relationship with Nicole since that time.

Before meeting 1:1 for the first time, she answered my text and made a plan to meet me efficiently, despite being busy with her own affairs. I meet few people who are capable of showing up like her. I wanted to know more and to get closer to that wildly powerful, hitherto unknown feminine energy. From there, I've continued to enjoy many aspects of her character. She has humor, she has intelligence, she always has an unrecognizable and unstoppable chutzpah/moxie that attracts me with pure love.

She has impressed and inspired me in multitudes of ways ever since. Few people show up clear in who they are and continue to be present and capable of entering any space of conversation with love & growth. My connection to her has boldly grown from our first meeting.

In our relationship, we've talked, agreed, met, disagreed, found similarities and differences in outlook and opinion...and I have never felt more met, seen and heard by another WOMAN.

For me, Nicole Daedone is an open giver of her gifts, even her pain - some of these gifts the world can delightfully see, in others, I see her boldness, strength and beautiful mind being sorely misunderstood. She is SO dynamic that how she expresses herself can ask much of me. It's as if she's capable of seeing through me but the reality is she sees *within* to embrace me and lead both of us into further love, healing and compatibility. She speaks to my heart and my brain like no other woman I've **ever** met.

The love I've cultivated with Nicole Daedone is pure...strong...simple.

Nicole is EVOLVED. As one who seeks higher ground, I welcome, appreciate and enjoy this. Nicole is DYNAMIC. As one who is strong in mind & emotion, I feel safe and partnered by this.

Sincerely yours,

*Nicole*

Nicole D.

Sandra Lopez
177 SE 27th Court
Boynton Beach, FL 33435
Deliveringimage@gmail.com

November 8,2025

Judge Gujarati

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

I met both ladies in 2013 when I began my journey in self development. I was a co host of a radio show focused on health and wellness. The show offered many doctors and health companies to showcase their newest findings for anti-aging and overall health and wellness, including mind, body and Soul. One of our guests, an established Gynecologist with a focus on sexual health for women, especially around trauma, came on to introduce the OneTaste Company. The Doctor was fully on board and invited me to a conference in California where she was a guest speaker. I was instantly impressed by what it had to offer. This was the right fit as my focus was always around helping women become empowered and comfortable in their own skin. I Am a licensed esthetician.

I was very impressed with the love, dedication and conviction Nicole and Rachael ran the business. They always treated me with love, kindness and respect. And due to my learnings with both, I now own my own business, something I never felt I had the confidence for. I am in a long term healthy relationship. I am living the life I have always wanted. I know that Nicole and Rachael have so much to offer women and men around the world, they are not the people the media is saying they are. They have worked so hard to make this world a better place where we can all live in harmony via communication and relationships. I will stand by them for as long as I live.

Thank you for your time,
Sincerely,

Sandra Lopez

086

Dear Judge Gujarati,

I met Nicole Daedone in 2016 at a hair salon. I was doing a blow out on her, and as we began talking, I recognized a brilliant woman, and a true friend. I had been teaching and studying a fusion form of bellydance, and was hired by OneTaste to teach a class at one of their workshops. I loved every minute of teaching that class, and was paid my full rate promptly.

That was the only time I would teach, and although I was not a part of their organization, I would go on to do hair for both she and Rachel (along with several others from the organization). I consider them both family, the types of friends who really show up for you. I loved our conversations, and have never been met with a more non judgmental tone in my life. I loved sharing ideas, and it was very clear to me that Nicole was on a mission to liberate people. She helped liberate me. I have spent countless hours doing hair for both Nicole and Rachel over about a 4 year period. Nicole is a light in the world wherever she goes. Her mission (in my mind at least) is literally one of love and compassion. I can't even think of Rachel without feeling a strong sense of love for the amazing friend she has been to me. I could call either of them at any time , and I know without a doubt they would show up for me as true friends.


Sincerely,

Star Williams

Wednesday, June 11, 2025

To the Honorable Judge,

I am writing this letter in support of Nicole Daedone. I am a counselor and health and wellbeing coach with over 20 years of experience helping individuals navigate personal growth, emotional health, and spiritual development. While I have not worked directly with Nicole, I have followed her work and public teachings for several years through her social media platforms.

Over this time, I have consistently observed the thoughtful, compassionate, and empowering messages Nicole shares. Her content has been transformative, offering insights that have positively influenced my own sense of personal power and agnecy. I have come to deeply respect her dedication to sharing philosophies that emphasize personal freedom, self-respect, and well being for all.

I am aware that Nicole Daedone has been convicted of conspiracy to force labor. Although I recognize the seriousness of the matter, I wish to share the positive impact she has had on me through her teachings and public presence.

Specifically, Nicole's messages have encouraged a greater sense of choice and to embrace my identity as an autonomous adult—especially as a woman. The authenticity and clarity with which she communicates have been a source of inspiration and strength.

While my interactions with Nicole have been limited to her shared content, the spirit of respect, compassion, and personal empowerment she projects has deeply resonated with me. Her teachings have encouraged many to cultivate greater autonomy, freedom of choice, and empowerment.

I hope this letter offers a perspective on the positive influence Nicole Daedone has had on individuals like myself who have found guidance and support through her philosophies.

Thank you for your consideration.

Sincerely,
Jennifer Sengelmann LMSW, NBC-HWC

ATMC
ALTERNATIVE TO MEDS CENTER

Alternative to Meds Center
3130 W. State Route 89-A
Sedona, Arizona 86336
Phone Number: 888-907-7075
Fax: 928-282-1219

Honorable Judge Gujarati,

My name is Lyle Murphy. I'm the founder of a mental health organization called the Alternative to Meds Center. We are a residential-level mental health and addiction treatment center licensed by the Arizona Department of Health Services and also accredited by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO).

In or around 2008, I was in San Francisco running this organization. There was a yoga studio next door to my 47-room facility. On my walks to try to gather my own sanity, I would pass by and occasionally do a yoga class.

It was at this time that I met Nicole Daedone and shortly thereafter Rachel Cherwitz.

Being a rather notable character in the mental health field and having hired many different professionals from psychiatrists and doctorate-level clinical psychologists to behavioral health technicians, I was rather amazed by their rather unique brand of wellness. Also, very noticeable was how rather crazy I felt standing on my side of the alley and how surprisingly sane I felt standing on their side of the alley. I remember reflecting to myself "I wish that my professional staff had the innate skills of understanding people the way that Nicole, Rachel, and a handful of others possessed." That was my first impression of sorts.

As time moved on, and we became more neighborly, we talked about sexuality and how a lot of people get stuck there and all of the debris that surrounds it. And I couldn't help but confess that within the mental health paradigm that certainly is a very large part of life where people experience distress and have had mental health breakdowns and trauma, and all of the things that we are quite familiar with in the mental health field.

In reflections, I remember recalling these basic bookends between talking about anything regarding sexuality and residential mental healthcare. They live in completely different sections of the library of mental health. My ability then and even now about how any of that could end up on the same page would completely elude me.

Yet in various brands of therapy, especially when it comes to family-of-origin therapeutic modalities, we all came from parents who had love generally speaking, and we were a product of that love through an act of intimate connection. And so were their parents, and so were their parents, and so were their parents. And they all had their hopes and dreams and loves and broken hearts, and all of that is basically a composite of who we are and those who came before us.

And people like Nicole and Rachel could track with me in these conversations and actually guide me. I also work with very high-end people and celebrities, and truly I believe that Rachel and Nicole were my teachers in a certain niche that other teachers were either unwilling or unable to define.

089

Being neighbors for several years and myself having a rather small radius at the time because I was very busy with work, I feel as if I got to know Nicole and Rachel very well. And I'm not easily impressed nor am I vulnerable to forms of fanaticism or being hoodwinked into following some trendy hoopla.

As a judge of character, myself, as being the person who hires the higher-level staff for my organization, as a speaker who has publicly spoken to doctors who are getting their continuing education credits listening to me and psychiatrists paying me personally to guide them in medication management because of my unique experience…I would say that my opinion of Rachel and Nicole have value and credibility.

I work with a vulnerable population. If there's even one hint of inappropriate navigation from anyone who is in my care, that person would be removed without apology. And those can be even

little things as we all know. They don't have to be big, obvious things. I certainly don't want household name actors in Hollywood screaming at me on the phone about anything, particularly something inappropriate, or the wife of the judge, or anyone on the list of people that I have had the privilege of treating. Only the highest standard is the standard in my orbit. If the housekeeper is asking for an autograph or stole the soup spoon that a particular celebrity was eating from, he or she is dismissed.

I had the privilege of having Rachael work for me in Arizona as an executive assistant to my CEO, and transitioning over to being supervised as a therapist. This was in or around 2018. For the therapeutic portion of her tenure, she was working on getting supervision hours overseen by my Clinical Director who possesses the authority to sign off on supervision.

I don't know that I've had yet someone who was so exacting to the letter and spirit of the law and the code of ethics and at times extraordinarily boring diligence that it takes to hold the positions that she was being supervised in. It was quite remarkably impressive, especially considering that she was previously a highly accomplished coach, and what is expected of a coach is at times diametrically different than what is required of someone holding licensure as a therapist. Her ability to compartmentalize those things after being a very effective coach in the world and show up as a monitored therapist and own the position of being completely inside the lines not only at work but after work and during recess was astonishing, to say the least.

I believe that I have observed Rachel's character, both in a professional setting and in life to deem that she is of good character and intention and was willing and would continue to base my own reputation on that conclusion.

Thank you for your consideration.

Lyle Murphy
Founder
Alternative to Meds Center
510-355-7195



090

July 15, 2025


Dear Judge Gujarati,

My name is Laura Hahn Atwood. I am 68, a widow, yoga instructor, and long-time member of intentional communities. I grew up in the Bay Area and now live in Washington State, where I teach yoga in a yurt on the property my late husband and I bought. I am writing about Nicole Daedone, whom I have known for over twenty years as a friend, housemate, business partner, and spiritual companion. I am aware Nicole has been convicted of conspiracy to force labor.

I met Nicole when she joined our Brisbane community house, where I lived with my partner Ron. Living together, I saw her true character—She listened without judgment and offered honest advice, even when it was hard to share. Nicole often sensed when I needed support, sometimes simply making me tea and quietly checking in. Her presence said, "I see you," and that mattered to me.

Nicole supported me at many turning points. When my father died, she attended the funeral and made sure I was cared for. She officiated at my wedding to Ron and celebrated my graduation from yoga teacher training, always encouraging me when I needed it most. Her steady presence and small gestures built a friendship I cherish.

When we co-founded OneTaste, our relationship deepened. Nicole led workshops; I managed the home and café. We often had disagreements but always supported each other. I recall when we discovered a housemate had violated our no-drug policy. Nicole called a meeting, addressing him gently but directly: "You are someone we care about, and that is why we must be honest. You have to move out. Our agreements are here to protect all of us—and you. The kindest thing is to hold you to your promise." Afterward, I told Nicole I worried we were abandoning him. She explained, "Sometimes love means having boundaries, even when it's hard." Her clarity helped me see where I blurred lines out of compassion, which enabled unhealthy patterns. Nicole stayed in contact with our housemate and welcomed him back warmly when he was ready. Her ability to pair compassion with boundaries deeply influenced me.

Nicole also had an impact on my spiritual life. She suggested Al-Anon before I realized I needed it, offered to sponsor me, and asked questions that helped me see things clearly. With her support, I began working the steps and unraveling old patterns. When my husband Ron died unexpectedly in 2023, Nicole was away on a spiritual retreat, studying Tibetan Buddhism. She called me right away and said she was holding both Ron and me in her heart, along with her teachers and the community of monks with whom she was living. She said to me, "Laura, you do not need to do anything, we have this," with such deep conviction, it was as if an angel came into my room and scooped me up and held me. The next day, I felt stronger, both physically and emotionally, and reached out to Nicole to learn more. Nicole sent me two books, arranged Buddhist ceremonies for Ron, connected me with a Tibetan monk, and guided me through spiritual practices. Her support carried me through my grief and strengthened my own spiritual roots.

Because of Nicole, I found meaning in hardship and discovered inner resilience that continues to sustain me. Her guidance helped me manage difficult times with clarity, courage, and purpose.

At OneTaste, I always had the freedom to make my own choices. I was never coerced, threatened, or pressured. Any encouragement I received respected my autonomy, and my roles were always my decision. For example, during a team meeting, I volunteered to do the bookkeeping, as I was trained in this and had my own bookkeeping business. The management of the Café was also open, which I had no experience with at all. I was encouraged to consider managing the Café. Nicole and others reminded me of my capabilities and left the decision to me. I chose the new challenge of managing the Café, which helped me grow and discover new strengths.

Over the years, Nicole has been honest, compassionate, and respectful. She has supported me through practical help, spiritual guidance, and attentive presence. I never felt pressured or coerced by her; she always honored my autonomy, even when encouraging growth. Her influence as a friend, mentor, and spiritual guide continues to shape my life for the better.

Without Nicole's support, my journey would have been vastly different. The lessons I learned from her—about boundaries, compassion, and courage—are woven into who I am. I hope, Judge Gujarati, that you consider not just the facts of Nicole's case, but also the depth of her character and her positive impact on my life and many others.

Thank you for reading my letter and considering my experience.

Sincerely,

Laura Hahn Atwood

Monday, June 16, 2025

Andrew Davis
2931 Barrett Avenue
Richmond CA 94804

June 15, 2025

To the honorable Judge Gujarati,

My name is Andrew Davis, and I have been serving as a lifelong early childhood educator for the past 27 years in the Bay Area. I have been a friend of Nicole Daedone for over 20 years. I met Nicole Daedone prior to the development of One Taste, at a small gathering at a friend's home in San Francisco. Thanks to the thoughtful reflection and insightful education I received from Nicole over the years, my personal and professional life has been enhanced considerably. Nicole exemplified for me, in our many conversations over the years, a quality of wisdom, confidence, self assurance and expanded perspective that have enhanced my ability to exercise balanced leadership in my years of service as a teacher and community organizer.

I am aware that Nicole has recently been convicted of a conspiracy to commit forced labor. My hope is that this letter will speak to the high quality of character and integrity I have observed and experienced in Nicole within her pioneering, exemplary career as a teacher and author. I participated in One Taste activities periodically over the course of 20 years. During that time, I had ample opportunity to observe and experience her gentle wisdom and thoughtful communication with me and many co-participants. In each of my conversations with Nicole, I have experienced heart opening and an emotional awakening to our deep human interconnectedness. It brings tears of joy to my eyes when I recall the ways Nicole's spirit has touched mine.

Nicole demonstrated for me how important deepening relationships are, and how we can all participate in improving them. She rigorously taught the values of honesty, integrity and authenticity that have deeply influenced my life and teaching practice. These vital qualities have supported me in working effectively with students and their families. I remember one early conversation in particular, where Nicole was reflecting on the common human values and understandings that she had seen, read and expressed in the sacred teachings across many cultures and societies worldwide. Values of empathy, openness, honesty and communal connectivity emanate from her speaking and writing. I saw for myself the interconnections in myth and meaning to which she was referring. Those insights led me to understand that our qualities of human connection and compassion are what can shift our culture on a fundamental level to create a more connected humanity. I feel the emotional power of these insights every time I witness one of my young students having an "A Ha!" moment of discovery or share a flash of creative inspiration. In one especially sweet moment, one of my students came in to school and asked me the question, "Mr. Davis, ask me why I am so happy!" I replied, "Araya, why are you so happy?" Araya replied, "I'm so happy because last night I went to sleep, and this morning, I woke up!" This simple insight gave voice to precisely the type of inspiration I had been attempting to model throughout that year. It is this quality of grateful simplicity that I associate closely with Nicole.

In a later conversation, Nicole expressed a recognition of the vital importance of recognizing the unique artistic and spiritual gifts that each person brings in their own developmental process. Nicole's emphasis on supporting the unique creative expression of each human individual as it arises, boldly and fearlessly, have inspired me to recognize and celebrate the gifts that emerge in each of my students as they grow and develop in my classroom. Her writings are reminiscent of the ground breaking work of Dr. Wayne Dyer. Nicole's approach to serving her students with fearless honesty, tempered with compassionate awareness, has proven as effective for me, when applied with developmentally appropriate consciousness, with

children as it is with adults. Teaching both children and adults to fully accept themselves and to practice the courage to become all that they can aspire to become has been an integral part of my own practice, thanks in part to Nicole's influence.

I would also like to speak to the positive influence that Nicole has had in inspiring and empowering the many women in my community who have drawn strength and liberation from Nicole's teaching and example. Nicole has thoughtfully guided women I know well through healing processes around traumatic experiences that support their recovery in such a way that honors their sovereignty and self expression. In more recent years, Nicole's leadership around women's community empowerment, celebrating creative expression, and service to humanity through food programs and courses involving vulnerable self expression, all exemplify these values. Nicole's vision, as expressed in her many written works and videoed talks, have been especially influential for me in my life and work.

Nicole's thoughtful leadership has had remarkable positive impacts on the lives of me and my loved ones. Please consider carefully the favorable influence and legacy this talented teacher continues to have on the students they have served. The world is a far better place thanks to Nicole's profoundly insightful contributions.

Warm regards,

Andrew Davis

July 19, 2025

Dear Judge Gujarati,,

My name is Diane Vetterlein, and I have known Nicole Daedone for over 20 years. She was a girlfriend of my ex-husband, Ray Vetterlein. Although Ray and I divorced, we always kept a loving friendship, and Nicole became a part of that circle.

One time I came to visit my ex-husband in 2004, Nicole greeted me with such quality attention—serving me a glass of water, asking how I was, and truly listening. She was not all about herself; she was making sure I was greeted with comfort and ease. She knew how important I was to Ray and vice versa. There was no resentment, even though I was the ex-wife. It felt important to her to treat me well.

When Nicole lived at Ray's home, I would often visit. Every time I came over, Nicole was cordial, gracious, and attentive—she always went out of her way to ensure that my relationship with Ray felt respected and cared for. At one point, I even asked her to help get Ray walking every day so he'd be healthy and strong enough to travel to Europe with me, and she made it a daily practice to walk with him. She truly had both of our best interests at heart. This care for each of us always struck me as generous and noble of her.

There was a Friday after Thanksgiving one year when I invited Ray and Nicole to a dinner at my home. Nicole was such an appreciative and gracious guest, and I remember her acknowledging the effort I put into the meal and the home. It was a pleasure to host her. We laughed and enjoyed ourselves, creating a holiday memory I still cherish.

In every interaction over the years, Nicole has only ever been kind, attentive, spacious, nonjudgmental, caring, appreciative, and authentic. Not once have we had an argument or even bad energy between us, except for one moment early on when I was upset with her. Nicole noticed, came to me, and asked what was wrong. She gave me space to share, truly listened, and made it clear how much she valued our relationship. That conversation brought us even closer, and from that point, I always knew she had my back.

Nicole has been present for me in some of life's most difficult moments. When my husband was dying, I invited her over to say goodbye to him. She spent time with him, told him thank you, and that she loved him. Her ability to show up in moments of grief and transition has always touched me deeply.

Nicole is someone who brings good wherever she goes. In my life, I view her as honest, smart, and genuinely wanting to help others. I appreciate her, I love her, and I hope you can see through my words the kind of person she is.

It is my wish, hope and prayer that the court will actually see that Nicole is only interested in making this world a better place, a Martin Luther King type of person, only taking care of the

less fortunate, being generous with her time, attention, money, and intention. She is a person who has shown me profound kindness and I consider her a lifelong friend.

I hope you will consider her positive character and acts of service as you determine her sentence.

With gratitude,
Diane Vetterlein

**8558 E Onza Ave, Mesa, AZ 85212**
**yorkmin@icloud.com**

Judge Gujarati,

Your Honor, for most of my life I served as a minister until leaving the pulpit to be Editorial Director for Namaste Publishing. Later, as an editor, I was asked to edit several books for Nicole Daedone.

I was treated very fairly as I interacted with her. She paid me well and always praised my editing.

I have listened to dozens of her talks over the years and have always found them insightful in terms of the way I live my life and the freedom to be myself she encourages me to pursue.

In all of the churches I served, there have always been a small number of congregants who were difficult—something all pastors encounter. I have found this to be true of all groups.

Her talks and writings help me be more in line with the teachings of Jesus and the Buddha. She is well versed in both traditions.

Her character shines through all of her work.

Rev. David Robert Ord

Thursday, June 12, 2025

o Whom It May Concern,

I am writing this letter in support of Nicole Daedone.

I had the opportunity to live with Nicole prior to the founding of OneTaste. During that time, we shared meals, household responsibilities, grocery shopping, and the everyday experiences of life. Nicole was instrumental in my personal and psycho-emotional development as a woman. Even as our communication became less frequent over the years, due to life taking us in different directions, she remained a meaningful and positive presence in my continued growth.

Nicole has always demonstrated outstanding moral character, unwavering integrity, and deep compassion, particularly for women. In those early years, we volunteered together, delivering food to the homeless and hosting community gatherings, acts of service that reflect her consistent commitment to supporting others. Our relationship was built on trust, openness, and mutual respect, one of the most authentic connections I have known.

In 2017, when I was diagnosed with breast cancer, Nicole reached out and provided generous financial support. At that point, we had not been in regular contact for some time, and yet she extended herself without hesitation. Her actions reflected the same reliability and care she showed me years earlier. Her support came without obligation or expectation, only the desire to help during one of the most difficult times of my life.

In all the years I have known Nicole, she has been a person of her word. She is deeply committed to helping others realize their potential and possesses a rare ability to support people in working through emotional and personal challenges. I believe this ability is the result of decades of sincere inner work, spiritual practice, and dedication to personal growth.

It is from this experience and knowledge of Nicole's character that I respectfully offer my support.

Sincerely,

Anitra Cole

Your Honor,

I am reaching out to provide my perspective on Nicole Daedone and Rachel Pelletier, who are currently facing legal challenges in your court. As an independent contractor who regularly provides service and has spent a significant amount of time with this community, I have had firsthand experience observing the transformative influence both Nicole and Rachel have had on the development and well-being of those around them. Not only do they commit fully to their ideologies of helping others, but they do so in an unwavering, committed, and in an exceptionally altruistic way.

Time and time again I have seen these women, their communities, organizations, companies, and non-profits, work tirelessly for the benefit and well-being of others. As an outside observer with over two years of consistent hands-on collaboration and involvement in their world, I have come to deeply appreciate and respect the care and trust they extend to each other, the marginalized, and the vulnerable.

I have no doubt in my mind that the work they do and the efforts that they put forth in the world are for and of the greater benefit to all. Never have I seen a community of people so strong-willed in spirit and affection in pursuit of the betterment of society, wholly guided by the hearts and minds of Nicole and Rachel.

-Tim Kerr
Videographer/Editor

Alia Bringas-Brand

S. Burlington, VT


Your honor

I am writing this letter in defense of the defendants Nicole Daedone and Rachel Pelletier.


I have been on the outskirts of two majorly influential associations for many years. The first experience I had was when my father and now, stepmother started OMing.  I remember thinking to myself how strange it was, how I didn't understand why it needed to be such a big thing, and why it had to be my dad.


I then, many years later, sat down at my first women over dinner. I have never been in a room that felt so alive, so real, and so absolutely, celebratory and permissive. I personally only have experiences with women over dinner, and I know in my heart that this organization is founded in the celebration of women in all of the ways that we have been repressed I have never felt more excited to be a woman than when I was sitting there at that table, it felt like the world of womanhood was opening up and embracing me.

Despite not having personal experience with Om, I will add one personal anecdote. When I was a young kid, my dad was angry often. He sometimes said, and did very unkind things, and often acted explosive emotionally.


I have never seen a person grow into such patience, kindness, and courage, as he has through all of his experiences on this journey. I truly believe that the impact that this organization makes on the ways that men treat their partners is astronomical. if all of the men in the world could grow the ways that I've seen my dad grow, our world would be a lot kinder to women.


I am writing today in defense of Nicole Daedone and Rachel Pelletier because I believe that they can change the way that the world treats women for the better.

Thank you,

*Alia Bringas-Brand*

Alia Bringas-Brand

Thursday, June 12, 2025

LETTER IN SUPPORT OF NICOLE DAEDONE.

My name is Maia-Rose Uslaro Ashongowei. I am a mother of 2 children from Nigeria where I work as a Soul Embodiment Therapy Practitioner, Somatic Dance Facilitator, Writer & an currently undergoing a midwifery training to support the mothers in my community. I have a foundational diploma in the Arts from Coventry University United Kingdom, a BsC in Mass Communication and Media Technology from and have in invested hundreds of hours, over the past four years in the immersive study of trauma healing and communal liberation from various teaching bodies, including the Internal Family Systems movement.

I officially opened up the lines of communication with Mama Nicole (as I like to call her, as she and my mother are agemates) on the 17th of December via the Instagram medium as I had been following her teachings for a few months prior, and so impacted by her approach and worldview, reached out to her for her blessing as I was inspired to create a women's club dedicated to studying her teachings on Feminine Empowerment with the women in my own community.

In her response to me, she told me it was a pleasure and privilege to make my acquaintance and she offered to help me in any way she could. With open arms, she welcomed me generously into her community and handed me over to the other women within the Unconditional Freedom NGO with whom I have been able to successfully host two Women Over Dinners and have launched a womens club initiative.

As part of my love and respect for Nicole, I have followed with diligence and prayers behind the reality of her prosecution and I am fully aware that she has been convicted for conspiracy of forced labour.

If ever there was a human saint in my mind, and I do not say this for bluff or as an exaggeration, but purely from my witnessing the Soul and Spirit of this woman in action, it would undoubtedly be Nicole. Nicole is an Embodiment of love your neighbor as yourself, and I have witnessed share herself with vulnerability and transparency and generosity of heart with the world. Through her Non Profit , she has offered many humans a seat at the table for free, as in through her free food initiatives, and her prison initiatives of Women Over Dinner within Prisons and her vision to turn prisons into monastery as well as

welcoming women from all walks of life home into the fold of unabashed sisterhood, I have witnessed her capacity to bridge demographics and people in order to unleash and revive true human potential, where we have thought all hope to be lost.

Nicole offers her heart, abundantly to the world, radiated through the grace with she carries herself, and picks herself up after each and every trial, in how she holds herself accountable for her life as opposed playing the victim, and how she purely reflects others beauties and strengths gently and powerfully back to them. Amongst all of my teachers, Nicole is the one that has impacted me in the deepest of ways.

After Nicole wholeheartedly welcomed me into the community, and offered me full support behind my own mission, I have witnessed the beauty and maturity of heart, seated within her online talks, hold a sober and reflective mirror up to others and to the world , and offer the prayer for true liberation and internal harmony for all peoples. It is her humanity and her ability to live so vulnerably and fully that has most penetrated me deeply. It has been her smiles and the sharing of her insights for free with the world that has fashioned my faith in the human Spirit to be love amidst all odds.

Nicole's philosophies have been a huge aid in my own inner, soulful and spiritual growth and development:
Through her teachings I have learnt to take full charge of my life through my decisions and ability to define the trajectory of my life. I have learnt to mature as a woman and a mother by reclaiming the powers that I was thought by Society to disdain and discredit and I have witnessed how this has brought a larger sense of harmony into my family, my work and my life.
Though I do not yet OM, I have used the foundational principles of the practice within my personal rituals, and have noticed how much better and with more attunement to my children and capacity for my life I now command. It has been nothing short of transformational
Through Nicole's philosophies, I have learnt and grown to take up responsibility for my own role in the lives of the women around me and I am now my sisters keeper. From being a woman who once was fragile and intimated as well as judgemental and careful of other women, I have grown the courage to support women and to offer platforms for women to heal , grow and thrive, I am becoming a community leader  and am uplifting the women around me.
Through Nicole's spiritual beliefs and teachings, I have broken out of the glass ceiling of a small mind and have vividly expanded my perspective about life.

Her teachings have offered me strength, valiance and willpower and have liberated me from a culture that disemoowers and infantilizes women and the feminine within all beings. She has also inspired me to share my voice powerfully with the world and is a huge mentor for me in liberation work and service.

The very teachings and ethics of OM is built on personal agency, autonomy and Sovereignty. If a school of thought is founded on the principles and with a vision of liberation for all people, the practice has never once strayed away from this principle. OM drew me in because it is built on truth, a short practice that brings me into a deeper awareness of my own being in order to heal and transform my patterns and my relationship with myself, the world and personal responsibility and autonomy.

 I have witnessed the power of OM to clear out falsity from truth and have known it to be a great therapy for couples, especially on the cuso of disillusionment or divorce. The practice that bridges honesty and intimacy between the world and ourselves. As a woman and student of OM (unable to do the partnered practice because of a lack of partner) but never turned away, and has been lovingly welcomed without force or agenda to move at my own pace , ONETASTE has been a place where my freedom and safety has not only been honoured but prized, because the work only works if we are willing conscious participants.

Nicole is a champion for unconditional freedom, and it is my prayer that her vision for a free world will save and free her on this one.

Maia-Rose Ashongowei

105

3

Wednesday, June 11, 2025

Dear Honorable Judge,

I am writing in support of Nicole Daedone, who is currently held without bail. My name is Susan Cole, and I work in Executive Communications for Cisco Systems, and hold a bachelor's degree from Skidmore College. I have spent my career in Silicon Valley, and currently lead high-level communications initiatives for a Senior Vice President with Global responsibilities and a team of over 5,000 individuals.

My role requires me to engage with diverse teams and high-level leadership from around the world, and I need to ensure clear, impactful communication at the highest levels.

Throughout my career, I have found that the demands of my role require not only strategic thinking but also emotional intelligence and compassion. Nicole's work has positively impacted how I show up in my professional life, helping me feel more embodied, confident, and receptive to others. Her teachings have deepened my ability to connect with myself and therefore others on a human level and to approach challenging situations with more empathy and understanding.

I have been following Nicole's work for about a year and have joined over 50 hours of live Zoom calls with her. In these sessions, I've witnessed her graciousness, openness, and integrity, as she engages with others both in-person and virtually. While I am aware of the charges against her, I can speak only to the positive impact her work has had on me and the consistency of character I have seen her display.
Nicole's teachings have helped me cultivate greater authenticity, compassion, and personal empowerment in my life, which positively impacts those around me. Her work has inspired me to be a more open and thoughtful person, and I deeply value the wisdom and unique insights she shares. I have only seen her act from a place of service to others, guiding people to reclaim their truth and personal power.

Thank you for considering my perspective. I trust you will take into account the positive impact Nicole's work has had on me and many others.

Sincerely,
Susan ColeExecutive Communications Manager
Cisco Systems

106

Wednesday, June 11, 2025

Greetings!

I have known Nicole for 3 years now. She came to me through a mutual friend and found her to be a friend one can truly rely on. Nicole is a big presence and radiates warmth. She is open and honest about embracing our own human condition. She inspires one toward joy and beauty. Her smile, her candid use of language, and her depth of feeling only hint at the very numerous gifts she possesses. In her presence one feels understood. She has the ease of helping one bridge the gaps of understanding that often make people turn against each other. In so many ways she is womb ready to hold and nourish the existence of another. Nicole is a celebration and an affirmation to all the beauty and grace that is woman and womanhood. I am uplifted and held by the very many conversations Nicole and I have shared. I miss her. I miss how lively my aliveness felt when I had her near. I miss you Nicole. May God hold you and return you to us very soon.

Uma Cienfuegos

Wednesday, June 11, 2025

To whom it may concern:  I am an 82-year old retired woman.  I am still doing the work of a Death Doula on occasions when needed.  I first met Nicole when OneTaste was just getting off the ground.  I knew several people who moved into her communal living space in San Francisco, and several others who took courses.  All were affected in the most positive ways.  The only time I personally visited the site was to assist a teacher doing a presentation on the Dharma.

Nicole was/is a dedicated Buddhist Practitioner.  We practiced a great deal at the same center, Spirit Rock Meditation Center. We had several conversations there and also met outside of both OneTaste and Spirit Rock just to get to know one another and to "talk Dharma" as we call it.  Her commitment to spiritual growth was inspiring, and I recall seeing articles in Tricycle Magazine by Nicole.

Neither Nicole or myself hold sexuality outside of spirituality.  I would be happy to go further into this if you are interested.  What I do know is that Nicole lives in a world where she cultivates compassion and causes no harm.   No one is perfect, but when one takes such a vow, it becomes a part of daily habits.

I know very well that Nicole is not a danger to society and is, in fact, of great benefit to many of us who know her.  I am not saying she is perfect, but I welcome her in my circle of Dharma friends anytime.  I would do anything to help support her anytime she needs such.

Quilley Powers

*Quilley Powers*

Kara J. VanGuilder

73 Longwood Avenue Unit 3R

Brookline, Massachusetts 02446

Karajeanv@gmail.com

(518) 742-7806

Nov. 17, 2025

The Honorable Judge Diane Gujarati

United States District Court Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Judge Gujarati,

I am writing to express my strong support for Nicole Daedone and Rachel Cherwitz, who are currently before your court. I am aware that they have been found guilty, and I attended portions of the trial myself. Even with that understanding, I feel it is important to share my direct experience of their character and the impact they have had on my life and on our community.

I have taken Rachel's Art of Addiction class twice, which has helped me immensely in my recovery. I am deeply inspired by her commitment to the recovery community, both as a licensed drug and alcohol counselor and a person in long term recovery. She is an open book, always makes herself available to help in any way, and radiates true joy. I feel super grateful to know her.

Today I have a better relationship with my family and friends. They have both taught me about unconditional love, something I carry with me everywhere I go. My life has completely transformed in the past few years. I owe a lot of credit to Rachel and Nicole, and the community they have created. They constantly give to the community, both volunteering their time to feed and serve homeless and hungry folks around the country. These are the type of women who would give you the shirt off their back. I have only ever known them to be kindhearted, loving, accepting, and genuine.

Your Honor, as you consider their future, I want you to know how many positive contributions they have given to the world and continue to give. I am confident that Rachel and Nicole will continue to be a valuable member of our community and will use this experience as an opportunity to further their personal growth and continue their commitment to serving others.

Respectfully,

Kara VanGuilder

Thursday, June 12, 2025

To whom it may concern--
I write this letter to express my support for the life and work of Nicole Daedone.
I'm aware that she was convicted of a serious charge, and while I have followed
the trial fairly closely (because of my interest in One Taste's work over the
years) I cannot comment on her guilt or innocence, but I will speak to what her
work has meant to me.

I'm an entrepreneur who has made my home in Indiana for the last 45 years,
where I've led a foodservice company there, becoming one of the largest
employers in our area.  The company, which I have long operated with my ex-
wife and business partner (we've been divorced for more than 30 years) is a
highly regarded community partner, operating 10 separate operations, and
employing more than 250 people, some for more than 25 years.    I discovered
Nicole's work on a Ted Talk nearly 20 years ago.  I purchased her book, and
found it enlightening.  I practiced the techniques that she taught. I've followed
her closely since then, her leadership and and her skill as a teacher has long
touched me.  Her work has had a profoundly positive impact on my sexuality,
my life, and my relationships.

It's been heartbreaking for me to know that she has been deprived of her
freedom, when in fact freedom--particularly freedom for women, has been such
a key part of what she's believed, modeled and taught.  My hope is for mercy,
justice, and that Nicole might continue to contribute to our world as she has for
decades.

Kind regards--
Jeff Mease
Founder & CEO
One World Enterprises

111

Wednesday, June 11, 2025

Dear Judge,

My name is Hung-Yeh Peisinger. I live in Halifax, Nova Scotia, and have worked in the healing arts for nearly 30 years. I am a classically trained homeopath and an ordained Ngakma (a non-monastic Tibetan Buddhist yogini), with decades of committed spiritual practice. I've also taught and supported women and men through emotional, relational, and sexual healing rooted in ancient spiritual lineages. I am a lifelong practitioner of Buddhism and have taken vows of ethical conduct and compassionate service that guide my personal and professional life.

I have known Nicole Daedone personally since 2017. Over the past eight years, we have had many conversations—some in person, some in writing. I initially sought her out for advice on the complex terrain of relationships and sexuality. Through those conversations, I experienced Nicole as someone of exceptional integrity, clarity, and compassion. She never positioned herself as a guru or authority figure, but as a thoughtful peer who listened deeply, asked perceptive questions, and offered grounded, honest reflections.

I am fully aware that Nicole has been convicted of conspiracy to commit forced labor. Still, based on my direct experience over the course of many years, I believe it is both important and necessary to speak to her character and the positive impact she has had on my life.

Nicole's presence is marked by emotional maturity and moral nuance. I always felt seen, respected, and free to disagree. There were times when we held differing perspectives, and she welcomed these conversations without defensiveness or manipulation. She treated me not as a follower, but as a peer—an adult with full agency. In fact, our conversations continually empowered me to take more ownership over my life and relationships.

One of the most important outcomes of my relationship with Nicole has been my introduction to Orgasmic Meditation (OM), which is now a daily spiritual practice in my life. I share this practice with my partner, a military veteran, who has found it to be profoundly regulating and healing. It has helped him reconnect to his body after years of trauma and disconnection, and it has deepened our intimacy as a couple. I consider OM a sacred practice—on par with traditional meditation—in its ability to foster presence, tenderness, and spiritual attunement. I would not want to go a single day without it.

Nicole's teachings have supported me in integrating sexuality with spiritual practice—something most traditions avoid or suppress. As someone with decades of spiritual study and teaching, I can say with confidence that what Nicole offers is rare: a path of liberation that honours the whole human being. Her work helped me make peace with parts of myself that were hidden in shame. I felt empowered, not coerced. I felt more myself, not less. And as a woman, I felt respected, not objectified. The idea that Nicole's work was inherently coercive is fundamentally at odds with my lived experience.

I respectfully ask you to consider this fuller picture of Nicole Daedone: a woman whose presence in my life—and in the lives of many—has been healing, empowering, and profoundly life-enhancing. I do not believe she poses a danger to society. On the contrary, she offers teachings and practices that have helped people become more honest, present, responsible, and loving.

Thank you for your consideration.

With sincerity and respect,Hung-Yeh PeisingerHalifax, Nova Scotia, CanadaOrdained Ngakma & Classical Homeopath

Wednesday, June 11, 2025

To whom it may concern:

My name is Dené Logan. I am a Marriage and Family Therapist, group facilitator, and author based in Los Angeles.

There's a line in the Hindu scripture The Bhagavad Gita that says, "when the student is ready, the teacher appears." This has always been one of my favorite lines from this text, and this was the precise feeling that washed over me the moment I discovered Nicole Daedone and her extraordinary work over a year ago. I thought, I have found the teacher I have been longing for.

I have learned so many things from Nicole - what it looks like for a woman to embody the position of a deeply critical thinker with a fiercely compassionate heart, that it is absolutely possible for a woman to stand unapologetically in the wisdom she's gained over the course of her life experiences without holding a twinge of judgement of others and where they've currently landed with their perspectives, that there is an inextricable link between the amount of truth we are able to tolerate and the liberation we experience from suffering.

She is fierce while receptive, integrous without being rigid, transparent and discerning. Put quite simply - she is one of our country's greatest treasures and I wish more people could hear her speak and experience the magnitude of her heart. She has offered me a model of the type of woman I want to continue working to become.

I want so desperately to believe that I live in the America I was raised to believe in, a country where a woman standing unapologetically in her power is not viewed as a societal threat. But after reading today of Nicole being convicted of conspiracy to force labor, I'm not so sure. Please know that Nicole's work is all about being guided by an inner authority and owning your own truth. Please know that this woman is in no way a danger to anyone. On the contrary - I truly believe that her heart, her mind, and her teachings hold the wisdom to save us all.

Sincerely,

Dené Logan
Los Angeles, CA

113

Wednesday, June 11, 2025

Your Honor:

I am a 71-year-old retired high school teacher with 32 years of experience in the classroom. During my career, I was honored twice as Teacher of the Year and received a National Endowment for the Humanities Teacher/Scholar Award, which included a $28,000 grant and a sabbatical year to pursue advanced study in Greek Studies and World Religions.

My work extended beyond the classroom, however. I created a program with my students focused on acceptance and emotional well-being, inspired by the "Challenge Day" organization. The program's impact on school culture was so profound that we ran it four times a year for a decade, and neighboring schools adopted our model. The project is one example of the unit in my Senior English class I did every year to teach business English skills and citizenship–a "Make A Difference" project—student-led initiatives aimed at real-world change.

My teaching courses were Senior English, Film Analysis, and Humanities—curriculum grounded in the arts, philosophy, and world religions with written, media, and artistic communication skills. I hold both a B.A. in English and Humanities and an M.Ed. in Educational Leadership. Though I was raised in the Mormon tradition, I stepped away from the institution many years ago. Still, I remain deeply committed to the core values it taught me: integrity, compassion, growth, and service to others.

I was introduced to Nicole's work nearly two years ago and was immediately struck by how closely her mission mirrored my own: to use the arts and profound ideas to inspire more aliveness, connection, and contribution. As a lifelong teacher of the humanities, I saw in Nicole a fellow educator—one who, like me, believed that inner fulfillment leads to outer impact. I was also very impressed by the "Make A Difference" projects she had going in the prisons and with the homeless. Subsequently, I enrolled in OneTaste's year-long program, Art School, because I recognized in it the same essential impulse that guided my own work: to awaken people to their deeper selves through creativity, self-inquiry, and contribution.

I met Nicole in person in January 2024, five years after retirement,  at a lunch meeting where she and I were able to talk about our philosophies of teaching and the content of our curriculum (her books and talks). I was struck by the generosity and love I felt from Nicole immediately. There was such an acceptance and honoring of who I was and my contribution as a teacher. She asked me if I would give a talk with her on Zoom sometime.

A month later, in February 2024, I participated in a weekend course that Nicole taught. I had struggled with adjusting to retirement and, five years into it, felt unfulfilled and somewhat withdrawn. I had an interaction with her during the course that shifted my aliveness and self-expression. I felt my pre-retirement confidence come back and my freedom to contribute emerged. Again, I was so impressed with the love and acceptance that she poured forth to each of the16 participants. It is amazing to me to see a teacher so consistently demonstrating love and acceptance and inspiring growth. She walks the talk.

I have always been attracted to Buddhism principles of compassion for self and others and the ability to let go of anxiety and be more at peace. I took another weekend course in October and felt more self-acceptance and a capacity to be more present and at peace. Nicole promotes self-acceptance and the acceptance of others and emanates that in her interactions. In this way she facilitates people's expansion and growth.

I did get to do that talk with her last summer. I was nervous but  immediately relaxed in her presence and was at ease sharing on Zoom some nuggets of my humanities curriculum. I said to her after, "You have the most uncanny ability to bring out the best in everyone and see their greatness." That is what I experienced and observed over and over again with Nicole. In talks, in interactions I observed, in her writing. I was constantly being inspired about the things that mattered to me.

After that, One Taste staff invited me to teach a class on the One Taste platform. I was delighted to be able to teach what I'm passionate about and started last Fall. I included the arts, philosophy, and world religions, lessons from my high school humanities class. In February of this year I sent a video of excerpts from the many classes I had taught to Nicole, just to share what I was doing. She sent me an email after she watched it,  "We have the same foundation with a different presentation and your presentation is immensely helpful to translate to the world these ideas….I am too far out, but you are right there on it and in it in such a way that it is welcoming… I think you should have a course that is the opening course that is palatable for the world. Thank you for sending this, it breeds hope."

The main difference between my teaching and Nicole's is language. Where I spoke of "creative impulse," "life force," or "right-brain qualities," Nicole used the language of "feminine sexuality or power." While that phrasing may be unfamiliar or uncomfortable to some, in my direct experience, it was not salacious or coercive. It was a bold, metaphorical way to invite people—especially women—to reclaim parts of themselves long shamed or silenced. It was not so different from what I tried to do through the arts: to help people access their full humanity.

The practice of OM was always optional. I studied the meditative purpose of it and the science of it. Many studies were available about the effects on the brain and the effects on trauma. My own experience with it was for the purposes outlined in the science and though somewhat limited given my location in Utah, my experience convinced me of its value for accessing my creativity, empathy, and aliveness.

I was told before I registered into Art School that Nicole had been indicted and what the charge was. I gave it consideration and decided to make my judgement by my own experience. I know that she has now been found guilty. I understand this case has raised difficult questions.

I can only speak from what I have personally witnessed. In all my interactions with Nicole, which included in person time, emails, watching many, many  live talks on Zoom and interacting with her on those at least a dozen times, I experienced honesty, care, and a sincere desire to uplift others and make a difference in their lives.

She certainly made a difference in my life. I got my passion and aliveness back and a remembrance that I, too, make a difference. There was nothing cultish or manipulative in what I encountered—only a passionate attempt to bring healing and growth through unconventional, yet meaningful, methods.

114

1

I hope you will consider this perspective as you weigh her character and intent. Thank you for this consideration.
With respect,

Rebecca Gardner

Tuesday, June 24, 2025

My name is Eric Durak.  I have worked in the health promotion field for over 35 years.  I met Nicole through Facebook, and have found her work inspiration and applicable to my season in life as a middle-aged man who is single after 30-plus years of marriage.  I find Nicole's philosophy on relationships spot-on, and I have communicated with her on a number of occasions.  This letter of support comes from her generosity in working with someone she does not know - but is willing to engage in communication and advice.  I will continue to engage her as I believe in her work, and her journey.  I am hoping that this support letter will suffice as a body of good will for Nicole at this stage in her journey.  Eric Durak - California

Eric Durak

Wednesday, June 11, 2025

TO WHOM IT MAY CONCERN:

My name is Randolph Pitts. I hold two magna cum laude degrees from the University of California at Berkeley and am a member of Phi Beta Kappa (Alpha of California chapter). My first degree was in Sociology, specializing in social psychology and philosophy. I have done graduate study in the motion picture production program at UCLA specializing in entertainment law.  I have held executive positions in the motion picture industry since 1982 including a nine year stint as Chief Executive Officer of Lumière Films in Los Angeles.

I have been following Nicole Daedone's work for many years.  I am familiar with her writings and also with her presentations.

I am aware that she has been convicted to force labor.

Psychology and philosophy are two of my main interests in life and I have found Nicole's thoughts and ideas extremely helpful to me.  She brings together concepts from philosophy, psychology and spirituality in a truly unique way that has expanded my horizons.  I strongly believe that her thinking constitutes an important contribution to all of these areas.  In fact in my opinion she is one of the major thinkers of the modern era.

I did not participate personally in OneTaste although I probably would have if I had had the time.  I have read much of the academic and scholarly research on the OM practice and as a student of such matters I have found that research compelling and convincing as to OM's positive benefits.

Thank you for your consideration of the above.  In conclusion I would like to say that based on my knowledge and experience I support Nicole Daedone wholeheartedly.

Sincerely,

Randolph Pitts

Randolph Pitts

117

June 11, 2025

Honorable Judge,

My name is Rich Kunz. I am a leadership and transformation coach with over 25 years of experience in executive development, sales leadership & human performance. I hold the Chartered Leadership Fellow (CLF) designation from the American College of Financial Services and am a credentialed Associate Certified Coach (ACC) through the International Coaching Federation. I've led large sales teams for a Fortune 200 company, built high-performance cultures & now dedicate my life to guiding people through meaningful personal growth and transformation.

I've known Nicole for 2 years, primarily through shared community, group work & personal connection. From our earliest conversations, I experienced her as warm, grounded & deeply human—someone who leads with presence and heart & who lives in alignment with her values.

I understand that Nicole has been convicted of conspiracy to force labor. I do not take this lightly. I write today not to question the seriousness of the conviction, but to speak to the very real, personal impact Nicole has had on my life and who she has been in every interaction we've shared.

In my experience, Nicole is someone who radiates kindness. She has a rare way of making people feel seen—not for what they've done but for who they truly are. I remember a moment during a particularly vulnerable period in my life, when I was confronting the emotional legacy of a rigid and suppressive upbringing. Nicole didn't offer me platitudes. She met me where I was, without judgment, with an open heart and a steady presence. That moment helped restore something I didn't realize I had lost: the sense that I could be both strong and soft, whole & still healing.

Her teachings, though subtle and never prescriptive, have had a powerful spiritual effect on me. Through our conversations and shared practices, I was reminded that transformation begins not with force, but with listening. Nicole modeled a way of being that held equal reverence for truth & tenderness. Her guidance helped me return to my body, to the stillness within & to a more forgiving relationship with myself.

I want to emphasize that at no point in my time around Nicole did I ever feel manipulated, coerced or pushed into anything. Quite the opposite—I felt respected, autonomous & invited to make conscious choices. I believe this was not unique to me; I observed Nicole treating others—especially women—with great care, respect & attentiveness to their agency.

In one-on-one interactions, Nicole's compassion has always been clear. She listens without interruption. She asks thoughtful questions. She shows up—not as someone with all the answers

but as someone who genuinely cares. Her ability to hold space for complexity, for pain & for the unknown has inspired me to become a more present leader, father, and partner.

Nicole brings a deep sense of purpose to her work and to her life. She carries herself with humility and humor & she moves through the world with a quiet but unmistakable grace. Knowing her has been a gift. Her presence, her integrity & her way of meeting others with full attention & presence has made me a better man.

Thank you for allowing me to share my experience, and for considering this account of the profound and positive impact Nicole has had in my life.

With respect,
Rich Kunz

Wednesday, June 11, 2025

I am vestibular audiologist, neuroplasticity educator and author. I build supportive communities for people around the world with vertigo or tinnitus symptoms, I host online programs and I create cultures. My work overlaps with Nicole's in that we are both somatic-spiritual educators. I met Nicole online through this shared language around the wisdom of body sensations, connecting to aliveness, following the body compass and knowing true sovereignty. I reached out to Nicole to connect one-on-one as soon as I encountered her writings on Eros because it made so much sense to me. It is very rare to meet anyone who works in a similar field to me.

I have not practised OM or participated in OM. My work is centred on body scanning the whole body (not focused on the clitoris). Nicole is both a professional peer and friend. When we met, I was facing a lot of personal difficulty including self-doubt, confusion, uncertainty about myself and my identity. I was vulnerable and very open.

Nicole was immediately honest with me about her poor reputation and asked me to google her and decide if I would like to continue a friendship. She never imposed any of her ideas onto me or made me feel unsafe. Quite the opposite.

I am a highly intelligent and spiritual woman, very few people understand me. I live with an expansive view of the world and I understand liberation, inner peace, freedom, sovereignty and power in ways similar to Nicole. For most of my life I have felt that I had no peers. Nobody was like me (and it turns out that I have a very rare neurotype called 'Profoundly Gifted' which explains that experience from a neurological perspective).

Nicole saved me. I am crying as I write this. I finally found a peer. I felt that I was drowning in invisibility and struggling to find anyone on the planet who could understand me or my work--I support people suffering with chronic symptoms to develop a loving relationship with their own bodies (You can google my TEDx to learn about me if you wish). It is very lonely work because there are so few people who really understand the inside-out lens. How to live from the inner experience. Nicole and I teach a very very similar philosophy.

Over the last almost year Nicole and I have been in touch daily, sharing life and ideas. She always responded to my messages--more than any other person in my life. She turned up to our Zoom calls. She asked me questions and listened. She was the first person in my life who I felt seen, known and understood by.

And I believe I deeply understand Nicole. I understand her intention, her vision, her teachings, her writing, and I understand how people could misrepresent her, twist her words, change her ideas or distort her vision. This has happened to me also--it is really hard when others can't seem to understand what I say even when I am speaking plain English. For me, at times it feels like I live in a paradigm mismatch, almost like living in different worlds when I speak with people who do not connect to their own bodies.

Meeting Nicole allowed me to find myself, believe in myself and clarify my identity. She never once tried to make me follow her or join her vision. She respected my own vision and my own work. Nicole is one the closest friends I have ever had because of our shared 'outlier experience'. Despite her busy schedule with the trial, she always made time to connect with me--not once did she dismiss me or leave me hanging. Nicole is a real friend and I hold her in my heart as I write this letter to you now.

Nicole never once let me down or demonstrated any ill character. I am deeply shocked and devastated by this trial.

1

Sincerely,
Joey Remenyi

Tuesday, August 19, 2025

Hello,

My name is Leigh Lennox, I am a 64 year old woman, and my husband and I own a small remodeling company in Seattle, WA.  I have a BA in anthropology and comparative religion and am an artist and musician.

I became familiar with Nicole Daedone's work a few years ago, and more recently have read several of her books, as well as subscribed to her daily email observations.  I have also recently begun practicing the Om Meditation that she developed.

I may have less knowledge of Nicole's work than some people who have worked with her for years, but her insights and teachings have made a positive impact in my life. From my perspective, her teachings are strongly based around love and compassion, for self and others, and I have benefitted from them greatly.  I experience her work as being empowering to women, and that it emphasizes autonomy and self-respect.

Although I am not deeply knowledgeable about the case, I am aware that Nicole has been convicted of conspiracy to force labor. I don't take this lightly, but I view this conviction within a larger context of who Nicole is and what she has contributed. For me, her contribution has been very positive.

I appreciate you taking the time to hear my thoughts on this. I wouldn't be writing on Nicole's behalf if she hadn't helped me a lot. Thank you for listening.

Sincerely,
Leigh Lennox

Friday, July 4, 2025

My name is Abraham,
I'm 38 years old and I work as a after school chess teacher. I've known Nicole for 4 years
writing to her on Instagram. She is a wonderful, helpful, friendly, compassionate and
wonderful person. The 4 years I have written to Nicole she has given me a gift of creativity
that I thought I never had. She open my mind and allowed me to be myself and one within
myself. Forever grateful to her for helping realize that. To this day I write poetry when I can
and discover new ways to be a better me.

Abraham Pichardo

Saturday, June 14, 2025

I am an educator and head of department in the institution where I work. I'm in my mid-40s, hold an M.F.A., and also studying to be ordained clergy in an Earth-based spiritual tradition that honors the balance between Feminine and Masculine energies (which the Taoists and Buddhists refer to as "Yin and Yang.") My spiritual tradition teaches that sex and sexuality are not only a deep act of sacred communion between partners, but an act of creation that connects us to Source/ God itself.

I came upon Nicole Daedone's work (teachings and writings) and her Eros platform and One Taste a couple of years ago, when I began to delve more deeply into the history of sacred sexuality, tantra studies (which is about working directly with the life force energy running through our bodies and all living beings), and their connections to neuroscience and consciousness studies.

I am aware that Nicole has been convicted of a conspiracy to force labor. However, my own encounters with her teaching and work have demonstrated she holds a deep, innate belief in the sacred autonomy of each individual living person. She speaks wisely and eloquently about taking a path of personal responsibility to become self-empowered, and the techniques, practices, and philosophy that she share with the world have helped me on my own path of spiritual study greatly.

Her writings are both accessible for the average person, but also deeply profound. The Eros Sutras have helped guide me to tap into my own innate connection to the Feminine/ Yin energy within me, and bring me so much more peace and joy in my daily life because I've be able to work through the imbalances in my own life and mental health, thanks to the work she teaches. I was even able to come off of prescription anxiety medication because of this engaging with these texts.

When I have attended live webinars and classes through One Taste and the Eros Platform, I have always felt honored and respected as a mature woman, to act with autonomy, and free to express myself. I read Nicole's writings almost daily, finding her perspective inspiring, refreshing, and empowering.

Sally Q

Wednesday, June 11, 2025

Dear Honorable Judge,

My name is Mallarie Vasquez. I live in Arizona, and I currently work as a patient navigator in the healthcare field. My work centers around helping individuals and families facing medical crises, particularly SMI and homelessness, navigate resources, treatments, and emotional resilience. I hold an associates's degree in Public Health and have spent over 2 decades advocating for patient-centered care.

While I have never personally met Nicole Daedon, I became familiar with her writings and teachings through a close friend who had been directly involved with her spiritual work. I began reading Nicole's daily musings and before that her published work during one of the most difficult times of my life undergoing cancer treatment. Though I was never part of OneTaste or any formal programs associated with Nicole, the philosophies and words she shared, particularly those about presence, agency, emotional honesty, and reclaiming the body became a spiritual balm for me.

I am fully aware that Nicole Daedon has been convicted of conspiracy to force labor. I do not take that lightly. However, my intent here is not to challenge the conviction, but to speak to the character of a woman whose work has quietly, yet deeply, helped me reconnect with myself during a time of personal unraveling.
What struck me about Nicole's writing was not doctrine or dogma it was her emphasis on choosing one's life consciously, even in difficulty. Her reflections did not instruct so much as they invited. Through the lens of her words, I found courage to sit with the pain of illness and a deteriorating sense of femininity, and begin to return to myself with compassion. She emphasized sovereignty and choice again and again. I never felt manipulated or instructed, only invited to reflect more deeply and live more presently.

I remember one musing she wrote that said something like, "Your body is not a battlefield. It's your first home." That line stuck with me and became a mantra of sorts as I moved through treatment and the grief of losing parts of my identity. I never felt like I was reading someone trying to recruit or control, I felt like I was listening to someone who had wrestled with herself and was sharing the lessons from the other side.
Though I never interacted with Nicole one-on-one, I have heard firsthand from my friend who did, how Nicole treated her with respect, made space for her voice, and challenged her with love. My friend often shared that Nicole had a kind of spiritual tenacity, someone who did not shy away from darkness, but encouraged others to meet it with courage and responsibility.

I cannot speak to legal matters. But I can speak to the fact that Nicole Daedon's words and philosophies helped me through one of the most spiritually hollowing seasons of my life. They helped me return to myself, not in shame or fear, but in power and choice. I never felt forced or coerced. I felt like an adult, invited to consider how I was living and how I wanted to.

Thank you for the opportunity to share how Nicole's teachings have positively affected my life. I offer this letter not to excuse anything, but simply to speak honestly about the light her work offered me in a time of deep darkness.

Respectfully,
Mallarie Vasquez

November 8, 2025

Dear Judge Gujarati,

In 2022, I met many now dear friends who have studied with Nicole Daedone and Rachel Cherwitz for many years. I have never met people so joyful, generous and deeply caring. Everyone I have met in the community is grounded, authentic and truly uniquely and beautifully themselves. I was experiencing chronic health issues and severe depression, and this community was such a source of inspiration, warmth and hope for me during a very hard time. They are now some of my most cherished friendships. I know from speaking to these people, that a lot of how they show up today in the world and in relationships, stems from what they have learned through their direct experiences with Nicole, Rachel and the practice of OM.

I experienced that same generosity of spirit, kindness and authentic joy when I interacted with Nicole and Rachel at different times in 2023. Rachel has taken time to talk to me in times of need, always helping me access greater peace and clarity in my life. Nicole's talks and books have been a great inspiration for me and help guide me to live a more meaningful and true life, a life of peace, connection and honesty. I witness Nicole in her free live lectures, being incredibly generous, kind and sincere in addressing people's questions and meeting them where they are with exquisite care. Rachel and Nicole have both been inspiring examples for me for how to be an honest, powerful woman with integrity, love and kindness.

I truly believe that the teachings of Nicole and Rachel, the practice of OM and the meaningful connections I have in my life now through this community have helped me strengthen my connection to my authentic self and help me clarify my life direction. I sincerely hope that their work can continue to touch lives like it has mine.

thank you for your time,

Amber Cooney

127

Your Honor,

My name is Elina Tserlin and I am writing in support of Nicole Daedone and Rachel Pelletier.

I am scientific professional, with 18 years in the pharmaceutical and biotech industries. I hold a biotech directorship position, managing a global team composed of 25 PhD / MS / BS scientists and engineers. My values have always been integrity, honesty, and the commitment to excellence -- in service to improving the lives of patients.

I am currently enrolled in the Art School program. Through this program and the broader community, I have had the chance to get to know both Nicole and Rachel, and I can definitively say that I have found Nicole and Rachel to be some of the most trustworthy individuals I have ever known.

Throughout my life, I have been fortunate to meet inspiring individuals who care deeply about improving the lives of others, including those awarded renowned accolades. And Nicole and Rachel come out as some of the most superb I have ever known. This stems from both their deep commitment to personal responsibility and their profound care for humanity, with belief in each person's inherent worthiness. Their progressive ideas are perhaps ahead of the times, but non-the-less, I have found their work to be undeniably overwhelmingly positive in impact.

I have witnessed both women hold themselves and others to the highest of ethical standards. This is what drew me to this community, the books, and the programs. Through being involved in the community, I am more self-aware which allows me to hold greater personal responsibility, I communicate more authentically, and I have more capacity to contribute positively to others.

I find Nicole and Rachel's work to be vital. And I am eager to continue to be part of the networks of generosity that Nicole and Rachel create.


Sincerely yours,



Elina Tserlin, M.S.

Dear Judge Gujarati

I am writing to convey how profoundly Nicole Daedone has transformed my life. Although I do not know her personally, the courses she has created have deeply impacted my relationships with my significant other, my family, and myself. For over five years, I have participated in her workshops and witnessed remarkable progress in my own life, as well as in the lives of friends who are also part of this community.

Despite being physically distant from many of my friends, her online workshops and easily accessible videos have kept us connected through Zoom calls and phone conversations. Our discussions are now much deeper and warmer than they ever were before. I have personally enjoyed and been inspired by many of her presentations and talks, and I eagerly anticipate her continuous creation of insightful lessons each week.

Her work has also provided me with a loving and invaluable community where I have developed deep, lifelong friendships. It has been a long time since I felt this connected to others, and it is through her work that this sense of connection has been beautifully restored. I owe her a debt of gratitude for guiding me through this latest chapter of my life.

*George Robins*

George Robins

129

4. November 2025

Judge Gujarati

Your Honor,

My name is Stephen Berger and I am writing to you in support of Nicole Daedone and Rachel Pelletier.

For the past 9 years I've been peripherally involved with One Taste via my wife (she's been involved for 11+ years) and for the past year or so have been more directly involved by participating in some of their online programs.

I have not met Nicole or Rachel in person but have participated in many hours of talks with them via Zoom and have seen the way they present ideas and interact with call participants,

What I've witnessed is a kind, non dogmatic non judgmental approach to knowing oneself that can lead one to taking a non blaming, genuine personal responsibility approach to life.

What I feel from these women and from many others in the community whom I've come to know is a deep dedication to living a life that is authentic and to find ways to be of service to others.

I would like to add that I've been a film/video editor for the past 21 years working mostly in commercials, music videos and short films with the likes of Spike Jonze, David Fincher, Spike Lee, Craig Gillespie and others of that caliber. I have a very well honed sense of the power of the medium and when something is made to lead someone to a conclusion or when something is made to let the viewer decide or simply to entertain, etc. In my view the Netflix documentary about Nicole and One Taste was extremely manipulative and designed to lead the viewer to the conclusion that untoward, cult like behavior was occurring.

We live in a time when there's a lot of pressure to uncover and punish 'salacious' behavior and in the zeal to do so we (as a society) also try to find and punish it where none actually exists.

I will end by saying that in an absolutely pressure and almost entirely cost free way my life, my ability to take in the ebbs and flows of things and remain steady and open is notably better since being exposed to the ideas and practices Nicole and Rachel espouse.

Thank you for your time.

-Stephen Berger

*Stephen Berger*

Wednesday, June 11, 2025

Dear Judge Gujarati,

Thank you for your years of service as both prosecutor and, being the first Indian American as an Article III Federal Judge in New York, having been nominated by both President Obama and President Trump. I can only imagine how your journey has been so far, and you must feel relief at the conclusion of the recent trial.

My name is J. Mathias Bennett, I am aware that Nicole Daedone been convicted of conspiracy to force labor, and I am writing to request leniency on her behalf.

Mathias' intro:

Who am I?  I started out in web development in the late 90's, I worked at the Yale Center for Langauge Study helping language teacher how to use technology to teach language. (I recently I actually started learning Sanskrit, which I'll explain the relevance below)

Currently I'm a leadership advisor to startups, and author of the forthcoming book: Leading from Courageous Vulnerability:
9 Leadership Lessons To Consciously Co-create Change

I helped start two organizations in Morocco that have served 57,000 young entrepreneurs to date.

 I have also been intensely immersed in the "conscious business marketing" world, and personal development, since 2010.

How I know Nicole:

I have been connected by social media with Nicole Daedone, for ~ 7 years or so, I only started attending her zoom meetings she was sharing (at no charge) starting about 4 months back, remotely. I estimate I've attended between 24-30 of them, and, when the time came for reflections, would summarize the talk in 2-3 sentences, which Nicole and many others expressed as helpful and inspiring.
Our mutual commitment to both investigating: "What is really true" as well as prioritizing freedom/liberation, deeply resonated with me, as Truth, and freedom are one of my top values.

My engagement with her work (not orgasmic meditation to be clear) but the additional work around Eros Sutras, as well as deeper spiritual work rooted in Tibetan Buddhism (with concurrent study of Sanskrit) has been profoundly transformative for me, to help me raise and ground into the next level of embodiment and service to the world.

While her grounding is in primarily tibetan tradition, through my interactions with her, activated deep insight  and transformation for me in the following ways:
1) Feelings of deep wholeness and connectedness with the universe, (as I was listening to Maheshvari Sutras of Panini)
2) The use of energy to both sense, and communicate in expanded non-physical ways
3) Various ways of how to use a vajra/dorje (that "weird" ceremonial object you frequently see in Tibetan buddhism) to move, sense, and direct healing energy)
4)  My ability to see from the inside out the deep truth of the Vedic history, and profound wisdom of Sanskrit, and its undeniable design in support of human flourishing.
5) It may have also positively influenced the speed with which I picked up reading the Devenagri script (though I have spoken a number of langauges previously)
6) In these expanded states, I was prolifically writing rumi-style poetry about the Universe, and how we're

all connected within it. (11 pages worth and counting)

I am an advanced spiritual student, and brought a lot to the table before Nicole and I met.

The above experiences, I would say, is a combination of:
1. My readiness and ability
2. Nicole's teachings and her presence, and what she embodies
3. The influences of Sanskrit on my physical, emotional, mental, and spiritual bodies.

I also have had the opportunity to get to know Nicole during this time, and have been in daily communication with her, and had a chance to get to know those around her also during that time. Nicole as an embodiment of what she practices:

I have met and interacted with many "spiritual teachers" - and many are full of hot air. There's so many fakes, and those who do not practice what they preach. I have seen many "teachers" attract a bunch of "followers" who are basically sycophantic.

This is the opposite of what I experienced; Nicole is a profound embodiment of what she teaches; prioritizing truth, freedom, and liberation in service to all, as well as connecting with our latent potential, and specifically women. In my interactions with those around her, she's attracted leaders, who have shared her vision of empowering women, many of whom been with her for 15 years or longer. Taken over time, this point to someone whose values, actions, and intentions align.

I earnestly request leniency on behalf of Nicole Daedone.

Prison Monastary Program, Unconditional Freedom project:

You may have seen the other work that Nicole has done to support women in prisons, with the Prison Monastary Program, in the context of the Unconditional Freedom Project alongside Director Marcus Ratnathicam, to the Central California Women's Facilty -  the second largest female correctional facility in the US.

This program introduced meditation, yoga, pilates and pen pals with women in the outside world, as well as growing farm-to-table food in prisons, that they prepare and eat, become healthy, to be able to thrive, not just survive.

One of the participants said: "it's not where you are that give you freedom… it's how you see life"

Warden Mike Pallares said that participants tell him: "These programs makes me feel like I'm not in prison anymore."

There's also a "Guards to Guardians" program, which supports guards to feel supported… so they decrease their stress and not take it home to their families, and turn stress into creativity.

The vision is to give women a feeling of unconditional freedom, and belonging in the world to decrease residivism rates, by feeling like feel truly belonged in the world. How awesome is that?

Dr. Stefano Bertozzi, Dean Emeritus of UC Berkley, said "It's a judge's job to punish… it's a prison's job to create good neighbors."

While I hear what he's saying, I can only imagine that your motivation for decades as prosecutor, and now as a judge, has not been just to "punish and put bad guys away" … I imagine and hope that your interest has been to work for the protection, wholeness, and restorative justice for everyone.

What would happen if we supported those that were the greatest drain on the culture, to be the ones that contributed the most when they got out?

As of 2024 The Prison Monastary Program has been adopted by over 110 facilities nationwide, and over 4,000 incarcerated residents have taken the art of Soulmaking Program. (9min. Intro: (https://youtu.be/Ks7laxwsUtk?si=kqSi2f4oNt-KQLSL ) and the website is: https://unconditionalfreedom.org/

Women Over Dinner: Another project that Nicole has forwarded has been Women Over Dinner. An international movement (started by a close friend of hers, that gifted the IP to Nicole to adapt) that supports women sharing dinner—and their wisdom—which has touched, connected, and served  women all over the world, connecting mothers, daughters, sisters, and friends. So far there have been 312 dinners held, 24 scheduled, and 3427 women who have participated (womenoverdinner.org)Recently, the first Women Over Dinner was held in Taconic Correctional Facility, in New York and 100 dinners of women from around the world were held in solidarity that day.

I would be remiss if I didn't say that it's Nicole's dream to host Women Over Dinner in prisons all over the world. (https://womenoverdinner.org/wod-in-prisons) In any case, she's continuing with this dream, tonight in Brooklyn, on a smaller scale, with which ever women show up at her table.

In light of all the above, Judge Gujarati,
I beseech you for leniency on behalf of Nicole Daedone.

Thank you,

Sincerely, J. Mathias Bennett
+1 808 870 3353
15021 107th Way SWVashon, WA 98070

133

3

May 26, 2024

Janette Dunham
PO Box 2249
Loomis, Ca 95650

Dear Judge Gujarati,

Thank you for your consideration in reading this letter. I have been acquainted with Nicole Daedone and Rachel Cherwitz since my daughter began studying with them many years ago. My daughter being a graduate in both neuroscience and biology, a certified yoga teacher, and business owner has always been interested in the improvement of human behavior. Our family has always been committed to community service and uplifting our neighbors.

What I know about the work of these women is that it is selfless, encouraging, healing and an enormous contribution to society as a whole. The fact that they are under scrutiny puzzles me as they are caring progressive humans putting forth effort to uplift others.

What I know about them personally is they are above average in intellect, education, perspective and valued as devoted teachers of a broader perspective in assisting people to thrive, heal, reflect, flourish in their own personal lives.

Please allow these persons to continue to have a beneficial impact. Allow the opportunity for the aggrieved or distressed or just people seeking enrichment to their life to receive benefit.

Sincerely yours,

Janette Dunham

LETTER TO JUDGE ON BEHALF OF NICOLE AND RACHEL

Your Honor,

I feel called to write to you on behalf of Nicole Daedone and Rachel Cherwitz (Pelletier).

Nicole saved my daughter Anjuli's life and that of her partner. They had been traveling for three years, all around the world and they both became very ill. Their condition was very hard for doctors to diagnose and they were getting sicker. Nicole taught them how to heal themselves and within six months of meeting her they were both entirely recovered.

My experience of Nicole is of a very wise, very loving person who has an incredible talent for teaching people how to find the best in themselves no matter how lowly or troubled their beginnings. It is not in her to have done what she has been indicted of. It's just not possible. And Rachel believes in her and her mission is to help people to experience her special talents. Their mission is to help people with all their hearts, not to harm or manipulate anyone.

I feel extremely grateful to both Nicole and Rachel for the role they play in this troubled world.It is my hope and prayer that they not be convicted as they have dedicated their lives to serve others, to heal the suffering of those society doesn't care for and and help them unlock their potential.

Thanking you in advance,

Sincerely yours,

Louise Ayer

135

11/3/25

Your Honor Gujarati,

I am writing regarding the case before you of two women that I have known for 15 years, Nicole Daedone and Rachel Pelletier.  My daughter, Aubrey Fuller, has worked alongside these amazing women for those 15 years, and I have had the privilege of being around both women in classes and events, as well as many conversations, meals and everyday affairs. These extraordinary women have brought kindness, honesty and fierce love to all of the people that have crossed their paths.

I have always seen Nicole as someone who has created and held a vision that is an invitation for the deepest health and well being for anyone who wishes it.  She has an incredible devotion to help people find their own truths, their own beauty, their own way.  And she will support every step of the way, if needed.  She has a natural way of reflecting the best in people, and in life.  Nicole has deep practices that help her be steady and available to hold vision, be able to flex when called for, and have true humility and humor in her service.

Rachel is a no-nonsense kind of gal.  She has a gift of cutting through the muck and helping to get to the deepest, most important matters of the mind, heart, and body.  I have always admired her commitment to honesty, and the way she is deeply generous to help anyone who may benefit from her insights. She is funny, reliable, and the kind of person that doesn't hide in the face of anything.

It might be easy to think these are just kind words I offer to try to create a positive view of Nicole and Rachel.  In fact, I have found myself struggling greatly to find words that can accurately capture the kind of character and devotion I have witnessed for so many years from both of them.  It is truly difficult to express the nature of love, humility, responsibility, and service in a way that honors the life work of these two women.

I am honored to know Nicole and Rachel, and am incredibly happy that my own daughter has had these women as mentors and friends for much of her life.

I hope and trust that the law will fully release them both to resume their lives and the valuable work they do.

Sincerely,

Tracy Stephens

November 7, 2025

Your Honor:

With all honesty I would like to express my sincere opinion of Nicole Daedone, who is currently facing legal challenges in your court.  My daughter, Rachael, has had the privilege to be a part of Nicole's group for 18 years.  Nicole has inspired my daughter (and so many other people) to know who they are, and know their potential and work to reach it.  She gave Rachael the confidence she needed to recognize and develop her strengths.  And little by little I saw my daughter growing into the sensitive and giving human being that she is.  Rachael is now the force behind the creation and functioning of a recognized non-profit organization called "Free Food Harlem" that offers, with love and dignity, homemade sit-down meals twice a week to hundreds of poor people.  Nicole has definitely inspired Rachael and many other women and men to help people find hope and caring in their lives.  Another large and impressive endeavor undertaken by people in Nicole's group is offering yoga, meditation, and journaling to women in prison.  This program has changed many lives from hopelessness to hope as is attested in letters written to people who correspond with the prisoners one on one.

I would also like to attest to the character of Rachel Cherwitz, who is also facing legal challenges in your court.  I have known her since Rachael, my daughter, first joined One Taste.  Rachel Cherwitz is and always has been dedicated to helping people in any way she can.

Every day in the news I see that we are now living in a world full of hate, anger and killing.  I find it  difficult to understand how two unusually caring women, namely Nicole Daedone and Rachel Cherwitz, are being called into account for any "wrongdoing"  It's rare to find people who honestly want to aid others in finding their purpose and pursuing their strengths.

Sincerely,
Ethel Hemsi
329 Big Island Road
Florida, NY 10921
ethemsi@yahoo.com

Judge Gujarati,

   I am writing this with regard to a current court case involving Nicole Daedone. The case apparently hinges around accusations of improprieties with the organization she founded, One Taste. Among the charges are issues involving forced labor. I've read some of the court documents as well as followed many of the press articles written about them over the last 8-10 years. My daughter has been involved with Nicole and the organization since about 2010. I have carefully followed events since then. I am a producer/director working in NY city and have worked with some of the highest profile organizations in the city. This includes Sony Music, The Metropolitan Opera, The Metropolitan Museum of Art, and The New York Philharmonic. I have produced video profiles on many of the most prominent artist, entertainers, politicians, and financiers in the city. Since 2015 I have assisted my daughter in her video productions on many of the programs she has worked on for One Taste. Through my participation I have met and worked with every person in the organization's management team and have been very aware of their programs, content, and methodology. My own career has been based on providing a high level of quality delivered with integrity. I would not have my client roster if this were not the case. I look for the same things in the people and organizations I do business with and offer my time to. Since working with One Taste, starting in 2015, I have never witnessed or had any evidence of unprofessional practices in how they conduct themselves both personally and professionally. This includes scheduling video shoots, covering programs being offered, working with non-profit programs they have initiated, and organizing budgets and financing for the various projects. Because I work in media and have produced documentaries, I am well aware of the current slate of documentaries on groups such as NXIVM and Escaping Twin Flames. In our current state of news reporting, I can see how these programs all kind of get lumped together in the public's mind. During the last 9 years I have never come across anything that even begins to approach an undercurrent of nefarious behavior or unethical tactics within the One Taste organization. If I did I would not be working with them. If I felt any of the tactics employed by One Taste represented a threat to my daughter or any one else's daughter I would be not hesitate to speak out.

Thank you for your consideration
Gil Gilbert

2025

November 4, 2025

Your Honor,

I am writing this letter in support of the defendants, Nicole Daedone and Rachel Pelleter.

I am the parent of a son who has been involved in the efforts of both women for a number of years.  During the time my son has been living and working with the amazing community of outstanding professionals coming from a plethora of backgrounds and abilities, I have seen him grow from a troubled young man searching for his place in life to a confident, capable, and resourceful adult who have devoted himself to a life in service to others. I could not be more proud of my son and his work, and for that matter, more proud of the two women who led him in that direction. His involvement with the prison monastery program and free food Harlem, both programs inspired and directed by the defendants, has brought out the very best in him In addition, his embrace of meditation and eastern spirituality has brought about health and happiness that surely will last a life time. For that alone, I am forever thankful for the strength and spirit of Nicole and Rachel.

During the time my son has been involved, have had the good fortune of meeting many of the parents and people with whom he works and lives. While I do not purport to know all of the minute details of the evidence brought against Nicole and Rachel, I do know this, neither of them have ever given me any reason to believe that they would seek to force anyone into conscripted labor.

Who are all these many people that have been forced into labor against their will? One would think that the prosecutor will bring forth any number of victims. I mean, how hard could it be to find all of these people when the source of the  initial investigation is several poorly researched widely spread news articles and broadcasts. Six years of investigation into everything imaginable from prostitution to false imprisonment and they turn up one dubious count?? With all due respect for the FBI and its role in keeping us all safe, this reeks of a lot of government money spent with no results, so lets come up with something and hope they plead out.

Right now, in the midst of all the distractions caused in defending their good names, Nicole and Rachel continued to do the night thing. They are feeding anyone in need of a good meal, in a respected and beautiful environment for free through Free Food Harlem. They have taught over 100,000 inmates had to meditate and regain their souls through the Prison Monastery Program. And, they are distributing food for free to tens of thousands hungry people in need. If this sounds like the type of person who is capable of forcing people into free labor, then I am totally out of touch with reality, Please, your honor. Don't let all the good work of these amazing women continue to be negatively impacted by these false charges.

Respectfully yours,

Robert N. Wilms, MSIS

139

Your Honor Judge Gujarati,

I am writing on behalf of Nicole Daedone and Rachel Cherwitz (Pelletier).

My daughter Maya Gilbert has been working with Nicole and Rachel for over 10 years. In this time they have crafted a path forward for women interested in realizing their potential in a society that has invested centuries in codifying roles of subjugation. It has not been easy to figure out exactly how to help women and what empowerment initiatives might look like, but I believe they have contributed greatly to bringing peace to many as well as giving a voice to underserved populations more generally.

All of their endeavors come from a place of compassion. The actions that they are accused of are inconceivable as they are in complete opposition to their principles and also their behavior as I have experienced it.

It is my hope that they be seen within the larger context of the good deeds that they have dedicated their lives to. I often reflect on the fact that the world needs more people like them to help shepherd happiness into our daily lives.

Thank you for your consideration,

Ippolita Rostagno
Founder and CEO, Ippolita

*Ippolita Rostagno*

140

Monday, June 16, 2025

To Judge Gujarati & the United States District Court,


Hello, my name is Jodi Felton. I'm a 45 year old professional, Paralegal and Social Justice Journalist in independent media. I have known Nicole Daedone since 2011. I took classes at OneTaste and completed half of the coaching program. I'm writing you to tell you how much Nicole's Coaching had an impact on both my personal and professional life.

As a Women's Studies Alum that came at injustice as a young, passionate feminist, Nicole taught me that there was a better way to fight injustice utilizing truly empowered feminine energy. At first, I found it too masculine. Too strong and assertive. It would take years for the seeds Nicole planted in me to bloom and for me to fully comprehend that women need assertiveness skills for survival. Assertion is what enabled me to say both yes and no while at OneTaste and emerge positively changed. Assertiveness has helped me in my law career where I've helped defend the LGBTQIA community and other protected classes whose rights were being infringed upon. I was not sure if I wanted to be an Orgasmic Meditation Coach, and my OM Coach at OneTaste asked me if I really wanted it? I said I didn't know. I wondered if my skills were too soft to be an OM Coach? I felt supported in my decision to leave CP and I enrolled in law classes a year later. I have worked in Nonprofit Law, Government Law and Private Law. I found out that both Soft Skills and Assertiveness Skills are needed for success. While pursuing law, I also pursued Journalism beginning in COVID when I covered BLM, the passing of RBG and used my OneTaste Education on hormones, plus my legal lens to write an intimacy column on Elephant Journal (followed by Obama & AOC) to help women combat misogyny and sexual harassment to enjoy dating safely in a society that enables some men, predatory or abusive men to prey on women. I believe Nicole to be so brilliant that she's misunderstood and her words go over a lot of people's heads. I was lucky to grasp some of her right away, when I first met her. Her and I are both feminist writers. She has taught me volumes and we connected. I do not think the status quo can fully process Nicole's gifts effectively but in time, I feel it will. I also think the practice of OM is so unique that it gets taken out of context and is difficult to grasp at first. But grasping the OM practice and philosophy has made my life richer, fuller and given me the edge in my career to get promoted. I know that empowering and supporting women is directly responsible for my work promotions because I don't hate or undermine the women around me. I believe I am fair while spotting vices. I'm not sure where I'd be without the edge that Orgasmic Meditation has given me. Lastly, this practice doesn't just effect women. While OM has been under the microscope, do you know what it has fueled besides women? This country. My dating resume from the last twenty years includes a Navy Seal, a Mayor, a NASA Rocket Scientist, a Coast Guard Officer and others. This isn't just about women. My monogamous partners come to me hormonally depleted and thirsty for connection and intimacy to fuel them. OneTaste wasn't just a feminist startup for women. This

case affects the roots of our country. I don't think this connection is made enough. This is why I'm so grateful for Nicole's work and her personal attention and coaching she bestowed upon me. She gave me a better version of myself and I have made an impact on others, personally and professionally because of this exceptional woman. The military is now learning OM~ it's the future. They find it refreshing and intelligent. Porn is not enough for our men to be their full, hormonal, masculine self. I believe Nicole found a better way. That way has led me to the love of my life. He needs OM too.

Signed, with all my Heart,

Jodi M. Felton

142

2

Saturday, June 14, 2025

FROM THE DESK OF TL Forsberg

June 13, 2025
Tanya L. Stewart-Forsberg
10529 Winnebago Ave
Mission Hills, CA 91345

RE: Letter of Support for Nicole Daedone

To Whom It May Concern,

My name is TL Forsberg. I am an artist, educator, and advocate- and I write this
letter not just as a professional who worked with Nicole Daedone, but as a
woman who was forever changed by her presence during one of the most painful
and formative moments of my life.

During my time as a student, volunteer, and later a part-time employee for her
company, Nicole consistently showed up for me in ways that were not
performative, but deeply personal and human. I live at the intersection of many
identities, including being a person with a disability, and Nicole never once
made
me feel like an afterthought. She took the initiative to provide two
ASLinterpreters- at her company's own expense- to ensure I could fully
participate in the space. That act alone, in a world that so often forgets or
dismisses us, left a profound impression on me. She didn't just tolerate
diversity; she actively included it.

But what speaks even louder to her character was a time when I was pregnant
and had the unfortunate experience of miscarrying twins. There are no
instructions for how to grieve a life you were just beginning to imagine. I was
working for OneTaste at the time, and when she heard what had happened, she
didn't hesitate. She didn't make it about logistics or coverage or profit margins.
She simply offered me a fullmonth off. No questions. No pressure. Just time to
rest and heal. That act of generosity saved me. She didn't just see me as a
worker- she saw me as a whole human being.

Nicole has always gone above and beyond for women, especially in their
mosttender, messy, and raw moments. She taught me not to look away from the

partsof myself that feel unworthy or broken, but to stay. To breathe. To feel. She taught
me that all of it—all of us—belongs.

Even when I wasn't on payroll, I often volunteered at events because I believed in the work. I believed in the power of community and the transformation I witnessed in myself and others. And I knew that by serving, I was also healing myself. Years later, people still come up to thank me for the way I held space during those events. What they don't know is that I was only able to offer that depth of presence because Nicole offered it to me first. She helped me claim my voice. She helped me integrate my shadows and stand in my wholeness. And that is what I now offer to others as an advocate, educator, and minister-in-the-making.

Nicole Daedone is not just a teacher. She is a woman who has dedicated her life tothe transformation of others. She has shaped mine for the better- deeply and irreversibly.

Please take this into your heart when evaluating her character and impact.

With sincerity and respect,

Tanya L Stewart- Forsberg
TL Forsberg

144

2

Wednesday, June 11, 2025

I am an accreditted UK psychotherapist with over 40 years experience as a therapist, trainer and supervisor of therapists. I have also been on the staff of the London Metropolitan Police Service supervising their staff counsellors.

I only me Nicole Dadone once around 2014 when she ran a weekend workshop in London and there I learnt the basic practice of Orgasmic Meditation which I have practiced at various times ever since.

I work particularly with women who have had a range of trauma including sexual trauma. I know of Nicole from only brief personal direct experience but much connection through her book and video material.

I am impressed with her unique intelligence and creativity in the field of work with sexual energy and what blocks its flow. This is essential for a well-functioning life. I am also impressed with Orgasmic Meditation as a method of empowerment, connection and recovery. Her connection of these topics to the area of spirituality is also very interesting. I have been involved in this area , including studying and teaching classical and neo-tantra for thirty years.

Martin Jelfs

*Martin Jelfs*

Arne Noack
New York, June 2024


TO: The honorable Judge Gujarati


Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

I have known both since 2016, when I became involved with One Taste course offering, as a person interested in self-, as well as marital-, improvement. Professionally, I have been working in the financial sector for over 17 years, and as such put great emphasis on a person's integrity, honesty and ability to act from a position of mutual respect.

In all of my interactions with Nicole and Rachel, I have known them as kind and loving persons, who hold themselves to high standards, as well as have proven to hold the highest standards toward myself. My experience with One Taste was one where I learned how to hold and respect several, sometimes seemingly contradictory, perspectives at once, and have learned how to be in service to others.

Since then, these aspects have made a real difference in my life, both personally and professionally, and for that I owe a great deal of gratitude for both Nicole and Rachael.

Yours sincerely,

Arne Noack

146

November 3, 2025

Dear Honorable Judge Gujarati,

I am writing in strong support of Nicole Daedone and Rachel Cherwitz.

My name is Wendy Sax. I have worked as a creative executive in the film industry for my most of my adult life. In the last several years I have produced narrative fiction and documentary films, among those are "Songcatcher," (Sundance Award winner), "Particle Fever," (originating and associate producer, National Academies of Sciences, Engineering and Medicine prize for Excellence in Science Communication; also awarded the prestigious Stephen Hawking Award—one of three winners worldwide, among other awards) and "Moving Stories," (producer, winner of Best Film in Art for Children, and Best Humanitarian Film Award Sedona Film Festival, among other awards.)  My primary work as a creative producer was focusing on stories: telling humane stories of real people who bridge diverse cultures for the betterment of all. I mention the above to indicate my lifelong professional and personal interest in participating with people and projects that reflect a positive and restorative contribution to individuals, communities and society—and that perspective was true when I signed up for a course at One Taste, even though my motivation was personal health.

As a 1980 graduate of Smith College I am also the beneficiary (along with many in western culture), of the work of alumnae luminaries such as Betty Friedan, Gloria Steinem and other groundbreaking leaders of the women's liberation and the feminist movements. Each stood up against the cultural norms of their time and what followed were increased understanding, civil rights, economic sovereignty, better healthcare, the right to choose and other aspects of the wellbeing and freedom for women.  My studies and participation as a student at OneTaste was one more step forward in that legacy— in this case more a deeply personal, physical and spiritual one—in that trajectory of experiencing increased freedom as a woman and member of society.  Of course, with freedom comes personal and social responsibility.  So, when I decided to become a student, I was well-aware of the choice I was making to explore an unconventional practice (OM-ing) and an unconventional path of healing. My career life was highly successful.  My person, and, specifically, my intimate or romantic relationship life, was not.

Among the most important skills I learned in being a student of Nicole's and Rachel's was "finding my voice" – not solely from my intellect, but in my body: a place where I could hear my voice more clearly, perhaps more intuitively, and I could trust it because it resonated with either harmony, disharmony and integrity. In fact, when I tuned in to my body I was often aware more accurately of what I wanted to express—and the path to

2.

my voice was more open, more refined and expressive. It was remarkable. I found myself more confident and self-respecting; also holding more respect for the autonomy of others, too. I learned patience and a higher level of forgiveness and kindness. I found more opportunities for gratitude and acceptance. I also learned the power of "Yes, and…," a useful way to find my voice and access the power of the "and." (A device often used in improvisational theater to connect and express.)

I learned to locate the source of my happiness within—through my body. I learned more advanced mind-body integration and felt my physical wellness improve as well as more clarity in my thinking and meaning in my spiritual pursuits.

What I learned most from both Nicole Daedone and Rachel Cherwitz, who were kind, sensitive, knowledgeable and generous in their teaching, were the blessings of being seen, heard and respected when one did speak up—especially if in pain. They modeled that sensitivity, interest and respect and taught it. When I was seen, heard and feeling "full," I was kinder, more generous and more available to take positive action than when I was depleted, empty from over giving, overworking, over-committed and exhausted. It was through the coursework of OneTaste I began a recovery of not just feeling seen, heard and respected, but also being able to offer that with more sensitivity to others as well. I began to take care of myself emotionally and physically as I was also developing a newer, deeper respect for my female body and my own sexuality.

It was through the work of OneTaste I was able to leave a relationship with an alcoholic boyfriend who was betraying me—and do so fairly and amicably. It was through OM-ing I began to recover my essence and understand the beauty of being a woman, alive, sexual without the fear of getting pregnant or feeling unseen or transactional about sex. OM-ing also gave me a felt sense of a spiritual awakening. This is more difficult to describe. I felt a stronger aligning of my body, mind and spirit, and a way of seeing the world that was wider, more expanded, almost lifted above the news of daily events—a way of seeing a greater picture of real events unfolding. This was, perhaps the way one can look at a painting and be in awe of history, or step into a forest and be in awe of Nature. I couldn't always hold this expansive perspective. But having "tasted" it, I could come back to it, remember it, and be calmed by the over-arching feeling of good will that poured from it and sense of being part of an ever-evolving story (evolution). The practice seemed to have an energy that was subtle, not forced—a kind of allowing of health and wellness rather than a grasping for it. Again, I find it difficult to articulate it—but know that it did my body and mind good—and is still fundamental in how I navigate my relationship with my partner, my beloved of many years, today.

I also want to add that professionally I had the privilege of working with Nicole on a documentary film about her incredible service and charitable contributions to local

communities under the banner of "The Unconditional Freedom Project." Through her work offering dignity and food to the local homeless communities on two coasts, offering dignity and personal transformation opportunities to local prison populations with a unique undertaking of turning prisons into monasteries; offering dignity, a voice and creative spaces for disenfranchised American black culture, and her work "dignifying" Nature—rebuilding regenerative ecosystems to improve the local land and the environment—are beyond awe-inspiring. This offering of "dignity" by seeing, hearing and acting to improve the conditions of those suffering, including Nature, is a vision of remarkable creativity and strength of character resulting in heroic positive, social impact. On a different level, Rachel's contributions to academic research and publishing on the Science of Om-ing—again offers dignity and respect to the female body and sexual education along with a public service in increasing understanding of our human potential and biology.

I hope this letter continues to affirm my support of both Nicole Daedone and Rachel Cherwitz.

Thank you for your kindness and attention.

Sincerely,

Wendy Sax

Wendy Sax

November 3, 2025

Wednesday, June 11, 2025

June 11, 2025
To whom it may concern:

My name is Cynthia Peters. I work as a personal assistant to an internationally recognized spiritual dignitary during Her programs in cities around the United States. I am also trained in several healing modalities and offer these when not traveling. I have immersed myself in the field of personal transformation since 1996 when I was 23 years old and witnessed the passing of my maternal grandmother in her home in Maine. Over the past three decades, I have had the privilege of learning from many great spiritual teachers, such as Byron Katie, Adyashanti, and Gurumayi. I grew up in New York City, was educated at a private, all-girls' school on 83rd St and East End Ave and was influenced by the highly academic realm of my family who all attended Ivy League Universities: Harvard, Yale, and Columbia. And my mother, aunt and grandmother all received their undergraduate degrees from Smith College. As for me, I took a detour from this typical educational route and graduated from the Buddhist-inspired college, Naropa University in Boulder, Colorado, where I aimed to get a deeper understanding of the nature of life and service to humanity.

In 2007, I was living in Crestone, Colorado a small mountain town in Southern Colorado that was home to many spiritual retreat centers of all denominations, from Tibetan Buddhist to Hindu Ashrams to a Carmelite Monastery. People traveled from all over the world to go on retreat in Crestone and at that time there was no way to get there other than renting a car in Denver and driving 4 hours or flying to Alamosa and getting a ride. So I opened a transportation business to shuttle people to and from the airports in Denver and Alamosa, CO. This is how I first met Nicole Daedone, as a passenger in my Blue Pearl Prius. I picked her up from the Zen Center and drove her to the Alamosa airport. I had not heard of Nicole's work or book and I was accustomed to meeting many wonderful people in my business. We had an hour in the car together and so we shared about our personal journeys on the path of awakening, as I like to call it now. She spoke about her boyfriend and his advice for her new website's domain name and I shared about my recent trip to India with my spiritual teacher, which had ended quite suddenly and unexpectedly and had been very difficult for me. I found it easy to share about these personal and deeply meaningful experiences and realizations to Nicole. When I dropped her off at the airport, I noticed how tall she is and then received a generous tip from her. I remember feeling very touched by her generosity.

Fast forward 7 years to 2014, my late partner came across the practice of Orgasmic Meditation while browsing the internet and he asked if I wanted to try it. I said yes. In that first awkward attempt, to try a somatic meditation practice we'd discovered online, and with no formal training, I was moved. One tear rolled down my face as I felt a softening in my system. We decided to sign up for the Intro to OM class in NYC with each other for support, as we walked into an unknown world where sexuality and spirituality cross. We were amazed and impressed by the integrity, purity and depth of the teachings and noted the sensitivity and insight of the people holding the class: all of them, from teaching staff to students of the practice, who were supporting the event as volunteers. The next event we

were very fortunate to get an invitation to was a small coaching circle Nicole was leading herself. We registered right away and that began a 5-year journey in the community that Nicole's vision, understanding of the human condition (particularity of women's conditioning) and her teaching events created.

I am writing this letter now as I am aware that Nicole has been convicted of conspiracy to force labor.

There is so much to share about how Nicole's lectures and teachings have impacted my life, particularly in how my relationship to myself deepened and very old patterns of disconnecting from myself, my loved ones and my life as a whole were transformed and healing began on my very deep-seated issues that nothing else had been able to get to. Because I see myself as a student among thousands who have benefited from Nicole's work and how she took such care in transmitting these teachings to modern day society in a way that could be received by someone like me, so I could feel safe in exploring the topic of my own sexuality, I will share simply the last time I heard from Nicole in April of 2020. It was the beginning of the pandemic and my life partner, who had discovered OneTaste online in 2014, passed away from a very aggressive and rare form of cancer. This loss was (and is still) the greatest loss I have experienced to date. It was a very deep shock to me and Nicole sent a video message to me through text. As I remember, she spoke simply of how when she met me in my taxi in Crestone in 2007 she knew she was in the presence of a deeply spiritual soul and how I must have been a blessing to my partner in his last weeks and days of life. Her message meant a lot to me in that very painful transition in my life.

To have had Nicole's personal attention on me while I was studying at OneTaste was also a blessing in my life. Her own spiritual development is evident and I consider her one of the great teachers of our time, while also being so humble, so sincere and so feminine. Thank goodness. I felt the truth of what she would teach in a concrete way, it landed for me. Because of Nicole's skillfulness in describing deep spiritual truths in everyday language, from an American culture,(versus Tibetan or Hindu), I found her teachings brought to light what I had been observing for years with my own spiritual Guru who is from the Indian culture, but didn't have the words for.

I'd also like to share that since I have been a part of many spiritual communities over the years, one of the main ways that I evaluate a teacher is by his or her student body and how these students behave. I have met many students of Nicole and I am very impressed with how quickly they evolve themselves: some becoming calmer, others becoming more vibrant, some expressing themselves more clearly and others daring to become more than they knew themselves to be. This is the kind of teacher I look for in the world today and support fully.

Kind Regards,
Cynthia Peters

151

2

Cynthia Peters

Wednesday, June 11, 2025

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Letter for Nicole Daedone and Rachel Cherwitz

Dear Judge Gujarati,

My name is Yana Anilovich. I am a former counter-terrorism finance and anti-money laundering (AML) officer, and a senior manager in the financial sector. I was promoted from individual contributor to lead a team of five, and I attribute a meaningful part of my professional and relational growth to the teachings I received through OneTaste. I also hold a bachelor's degree in psychology from the University of California, Berkeley, and have completed five years of doctoral work in Clinical Psychology with minor in Scientific Method at NYU.

I first met Nicole Daedone and Rachel Cherwitz in 2017, when my husband of almost 20 years and I joined OneTaste at a moment of profound crisis. He had been diagnosed with a serious medical condition, and I was recovering from a major surgery. Our relationship was unraveling—I was overwhelmed by fear and trying to control everything including him, while he was shutting down and withdrawing. We were on the verge of separating.

The first course we took through OneTaste—taught by Nicole and facilitated by Rachel—was nothing short of transformational for us. I vividly remember an exercise Rachel led where my husband and I each spoke aloud what we were experiencing in the presence of the other. For the first time in years, we saw each other clearly. We left that course able to reconnect not through obligation or problem-solving, but through presence. Rachel's attention and support throughout that program was direct, fierce, and deeply compassionate. She helped us take ownership of our roles in the breakdown and re-engage as partners. By the end of the course, we had hope again.

We continued to study under Rachel's guidance for several years. Her instruction consistently reflected integrity and a deep commitment to personal responsibility. I remember one conversation with her after a class in New York, where she encouraged me not to hide behind my intellect or resume, but to speak from experience. It was a small moment, but it stuck with me. She treated me not as someone to impress, but as someone to become.

Spiritually, the impact of Nicole and Rachel's work was profound. I had always approached growth as something to be earned through intellect or productivity. Their teachings invited me to experience my spiritual life in my body—for the first time. Through the OM practice, I learned how to access stillness, awareness, and even joy, without dissociating from my emotions or pretending to be in control. I didn't need to escape myself to feel something sacred. That changed everything.

What stands out most to me is that I always felt at choice. There was intensity, yes—but never pressure. I stayed because I wanted to keep growing. At no point did I feel coerced. I was treated as an adult, trusted with my own decisions, and encouraged to find my own answers. As a woman, that meant a great deal. It was one of the few environments where I felt both fully seen and fully respected—challenged, not coddled.

Beyond the teachings, my one-on-one experiences with Rachel showed me a person of extraordinary presence and integrity. She did not shy away from discomfort or difficulty. Whether in a workshop or a hallway conversation, she brought her full attention. Her ability to stay steady with people—especially in

emotionally charged moments—taught me more about compassion than any textbook ever could.

I have also participated in two of the community programs supported by OneTaste: Free Food Harlem, which offers meals and dignity to unhoused neighbors, and the Unconditional Freedom prison pen pal project, which encourages incarcerated individuals to take responsibility for their lives. Both of these programs reflect the same core philosophy that I encountered in Nicole and Rachel's work: that freedom begins when we stop blaming others and start choosing who we want to become.

I offer this letter as someone who was directly and positively impacted by both Nicole Daedone and Rachel Cherwitz. Their teachings changed the way I show up in my marriage, my career, and my spiritual life. I remain deeply grateful for the courage and clarity they brought to their work.

Respectfully,
Yana Anilovich

Thursday, June 12, 2025

Dear Your Honor,

I am writing the letter to share a character reference about Nicole Daedone. I realize that she has been convicted as I've been following the trial closely. I haven't seen her in many years but I have stayed in touch with her over Instagram messaging and I also saw her in person a few years ago after the Bloomberg article came out in 2018. But let me go back a little bit and share with you what it was like when I lived with her. I was 29 years old and I'm now 51,. I'm now a mother/ stay-at-home mom to two girls ages 7 and 11 and I have been happily married for 13 years. My husband is an executive in tech and we live in the Bay Area. We are happily married.

I met Nicole in 2002 just months before she came up with the idea to found One Taste. When I met Nicole, she was the first person who actually really really listened to me in such a way that I began to cry in her presence. Every time I saw her and I felt like something was unraveling inside. It felt healthy. It felt like I could be honest with her. I shared with her that I had struggled with bulimia since I was 16 and that it was devastating my life. She encouraged me to contact my parents and ask if they would send me to a treatment center, which I did I did because of her encouragement. That began me on a road to recovery. I'm forever grateful to her that she encouraged me to get help from my family and include them in my process. She was like a mentor to me and I learned so much from her. I agree she's not perfect and I don't really understand all that went down with the business because I left around 2006. I really needed to just focus on my recovery which was very challenging and all consuming. That is why I left the community. She's checked on me over the years and as I said we've stayed in touch minimally. But back when I really needed it help, she was there for me in a way that nobody ever was and I think it changed the trajectory of my life for the positive. So I really wanted to share this with you. I had never ever met anyone with more compassion. I never met anyone that understood me the way that she did. And she helped me to see a part of myself that I was blind to. A part that was strong and powerful and beautiful and so wise. For that I will be forever grateful to her. I actually have no doubt that wherever she is she will help women because that is her calling. She's going to help women in jail. I have no doubt. I literally look at her a bit like Jesus and I feel that that's always been the case for me. I never really put her on a pedestal though because she always asked that we not do that. She never coerced me into anything but she was persuasive. It was a confusing time because of my addictions. It turned out that I

1

was also an alcoholic but that came later. In any case, she took me to my first 12-step meeting back in 2003 and she always supported my recovery. I want you to know this information about her and that she changed my life for the better. Thank you so much for reading. And honestly, I believe that prison may be a place where women need the most help and she can be a light in a dark place.

Kristin Gettinger



2

Sunday, June 15, 2025

Your Honor,

I cannot write this letter without going into my personal life and how my life was changed by Nicole. But first, I am a former Pastor, currently a Licensed Real Estate broker and an aspiring writer and living in LA. I have a B.A. degree in History and Religious Studies. I am a father of 2 boys and I am nearly 70 years old. To write this letter I looked up the first time I met Nicole and it was Nov. 2 2015 that I attended the first one of many of her classes in San Francisco. The reason I went is I was a deeply traumatised man. The trauma centered around being sexually abused by my father at a very young age. It is not easy to talk about but it was possibly worse than most people can imagine.

The result of it caused me to emotionally self protect and live in a world of denial. I never spoke of it until I was 27 years old and married. I had very shallow relationships and had no capacity to fully engage emotionally in sex and was unable to confront anyone or stand up for myself. I made up for everything by burying myself in work and was successful. My marriage ended in divorce in 2012. I was depressed and suicidal. I went to all sorts of counseling before and after my divorce. Finally a friend told me about One Taste and that is where I meet Nicole and her teachings. I was able to overcome my fear of sex , touch and the most importantly the fear of intimacy. Nicole was so committed to the process, so gentle and loving and compassionate. I was so afraid when I walked in the door for the first time but that fear was covered by pride and ego but Nicole nurtured me through it in the many sessions I attended. I started out just following the program step by step which is just what I needed, healthy boundaries with nothing required from me. As I went forwarward I listened to Nicole and found what I was really looking for was freedom, the freedom to be myself no matter how damaged I felt I was. Stepping out into that freedom is the healthiest moment of my life and being able to experience connected relationships and humanity through Nicole's teachings I still experience to this day.

Fred Eichel

*Fred Eichel*

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Denise Lynn Harris.  I am a 61-year-old mother of four and grandmother of seven.  I am mostly retired now, though I occasionally hold women's circles and continue my lifelong path of spiritual and somatic practice.  I mentor people in reclaiming themselves after self-abandonment—particularly after leaving environments and institutions that are no longer aligned with who they are becoming.

I grew up in an emotionally, spiritually, and physically abusive Mormon household.  Even after leaving the church, I found myself in a series of controlling and emotionally harmful relationships.  I sought therapy, read every relationship book I could find, and committed to healing—but my relational experiences remained flat, erratic, or unsustainable.

That pain and disillusionment awakened in me a longing for something deeper: spiritual truth, full aliveness, and a healthier, more embodied way of relating to myself and others.

In 2014, I heard about OneTaste through a podcast.  In early 2015, I joined the community and began participating in its programs.

I was immediately struck by the level of transformation I witnessed around me—people speaking with emotional honesty, taking ownership of their experience, and relating in ways that felt both intimate and sovereign.  The OneTaste community offered something I had never encountered: a space where sexuality could be explored safely and openly, where presence, sensation, and desire were not hidden or shamed, but welcomed as central to growth.

I enrolled in the coaching program and higher-level intensives that allowed for more direct engagement with Nicole Daedone.  These programs were a financial stretch—comparable to other offerings in the personal development world—but they were among the most impactful investments I've ever made in my healing.  I chose to enroll in the paid programs of my own volition.  Each step was initiated by me and guided by my own desire and readiness to go deeper.

I also chose to volunteer on various projects.  This was never forced or expected.  I offered what I was available for, and they responded in kind.  Volunteering was fun, insightful, and generative.  I gained new skills, formed deep friendships, and found joy in contributing to a shared field of care.  We all supported each other inside our sovereignty.

I also practiced OM regularly during my time at OneTaste.  This practice, as taught, was always based on mutual consent and clear communication.  It supported me in reclaiming my body, feeling safe in sensation, and healing trauma I had long dissociated from.  It was the first practice I had ever done where I learned to stay present with what I felt, rather than defaulting to performance or people-pleasing.  That shift was foundational in my healing and laid the groundwork for everything that followed.

I am aware that Nicole has been convicted of conspiracy to force labor.  While I cannot speak to the full scope of what the court has reviewed, I can speak from direct and sustained experience of her over several years.

I had the opportunity to receive coaching from Nicole in small-group intensives between 2015 and 2018.  These were immersive, personal containers, and each participant entered soberly and voluntarily.  In fact, we were required to complete the 12 steps of Alcoholics Anonymous prior to attending, as a way to increase self-responsibility and inner clarity.  I've never been drunk in my life—but this work was deeply sobering.  I was invited to bring honesty to the compulsive patterns I *had* been stuck in: people-pleasing, fantasy, deprivation, and self-abandonment.

Through Nicole's teaching—and her steady, attuned presence—I began to unravel the survival patterns that had shaped my entire adult life.  I learned that sacrificing myself is never true service.  I began to identify the internal "hooks" that kept me locked in cycles of over-giving and pain.

Nicole never pushed me.  She never pressured me.  She never withheld the truth.  She met me in the fire with presence, care, and courage.  She stood by my desire to grow and refused to collapse into my fear or feed my stories of smallness.

There was one moment I remember vividly.  In my first intensive, we were asked to name the level at which we were willing to play—on a scale from 1 to 10.  I proudly claimed a 10, convinced I was ready to dive into the deep end.  Nicole looked at me and said, gently but firmly, "I'm going to play at a level one with you."  I felt insulted at first—misunderstood.  But she saw something I couldn't yet see: that I was overriding my own body.  That I needed to go slowly.  That my nervous system couldn't safely move at the pace my ego wanted.

Years later, I can say with complete humility: she was right.  I *am* a powerful soul, but I am also a gentle one—and at the time, I didn't know how to give my body the slowness and care it needed.  Through her example, I learned how to create containers where transformation can happen at the speed of safety.

Nicole taught through who she was, not just what she said.  She had the courage to meet me in places I most wanted to hide—beneath my smile, under my spiritual language, and deep into the unacknowledged grief and anger I carried.  She told me truths I didn't want to hear, and she never used them to shame me—only to help me see more clearly.

I watched her do the same for others.  People from vastly different backgrounds and temperaments.  Nicole had a rare ability to attune to each person's nervous system and soul.  I saw her shift registers of presence and precision to meet people where they were—and challenge them just enough to spark growth, not collapse.

Through these teachings and this field, I came back into my body.  I learned to feel what I had been numbing.  To listen to my no.  To walk away when something wasn't right for me—and still know I was loved.  I discovered that my safety does not come from controlling the outside world, but from trusting my own embodied intelligence.  That truth changed my life.

If I had not met Nicole, I might still be living in self-abandonment and fear—afraid of relationships, unsure of myself, disconnected from my own power.  The integrity, clarity, and care she brought to our interactions helped me reclaim my voice, my body, and my freedom.

Thank you for taking the time to consider my words.  I offer them sincerely, rooted in lived experience.

Warmly,
Denise Lynn Harris

159

2

Friday, June 13, 2025

June 11, 2025

Your Honor,

I have known Nicole Daedone since 2017 beginning with a course I took - Introduction to OM.

I am a retired teacher, having taught kids with special needs for over 30 years. Many of those children were diagnosed with emotional challenges, which means that over the years, aside from my BA in Psychology, I took many courses on trauma response, effective communication, etc. I also took many such courses n order to heal my own issues and now I am a Life Coach and I also teach Mindfulness. I was quite skeptical of OM and OneTaste until I took the course and began the practice myself. I experienced numerous life changing effects. The most important take away for me from the practice and courses was self-advocacy and the setting of clear boundaries.

After that first introduction I began OMing and took other offered courses that OneTaste provided, including Healing and Communication. Through these courses with Rachel and Nicole, my ability to feel into my body and find my "no", and my ability to communicate clearly and advocate for myself has grown exponentially.

After years in the practice and knowing the company of OneTaste, I also became involved in the many wonderful institutions created out of the mind of Nicole. Programs that feed the homeless and hungry nutritious meals with dignity, and probably my favorite - bringing yoga, journal writing, and basic meditation skills to those incarcerated in the California prison system.

Having met Nicole personally and having had conversations with Nicole on a number of occasions, I can honestly say that she has taught me a lot about what it means to be a woman of courage in a world where women's voices are increasingly devalued. At every turn I have seen her rise to the occasion and stand for those less fortunate than she has been.

I hope this information is helpful in gaining some perspective on this amazing woman and the positive impact she has had not just on me, but many.

Sincerely,

Carla Taddeo

160

Thursday, June 12, 2025

Your Honor,

Thank you for taking the time to read my letter about Nicole Daedon and her influence in my life. I understand she has been convicted of conspiracy to force labor and I'd like to share a bit about the impact Nicole had on my life.

I was an engineer for 25 years and when I met Nicole in 2015 I was experiencing a challenging time in my life. I had been married for 22 years, until I divorced in 2012. By 2015 I wanted to learn more about relationships and women, so I wouldn't repeat the same mistakes I made in my marriage. I wanted to raise my daughter in a different environment than what I had been seeing around us at the time.

When I first met Nicole I started taking some courses and reading a lot of things that she talked about. Her stories and ideas felt like fresh new perspectives on relationships that really resonated with me. I found myself being able to communicate and connect with more positive, upbeat and powerful women because the the work I was doing and the things I was learning.

Over the years I've become friends with Nicole. Time and time again I've seen the care and attention she gives to people. She encouraged me to be more of myself, which allowed me to learn that the best me I can be is simply the person I truly am, deep down. Not the idea of a perfect guy with all the answers, but my true self, with flaws and all. Her spiritual teachings showed me how to live my life authentically, while also taking personal responsibility for my choices and my impact in the world around me. It wasn't easy work to do, but by sticking with it, I truly feel like Nicoles presence in my life expanded my life in ways I could not have imagined.

What I appreciate most is the positive impact Nicole has had on my relationship with my 17 year old daughter. I sometimes discuss Nicole's teachings and discernments about feminine power with my daughter, and I can see how they empower her to be who she really wants to be. My daughter is now a 4.2 GPA high school student and she feels strong, secure and independent.

Joseph Zanotelli

161

Wednesday, June 11, 2025

To whom it may concern:

I am writing as a concerned citizen.   My name is Karen Baker and I live in Houston, Texas, the city of my birth.  I am a third generation Texan and follow in the footsteps of my father and grandfather, who were both entrepreneurs in business for themselves.  My training specialty is women's leadership in the corporate world, helping women overcome the real issues of sexism and wage discrimination.  I have been in business for myself for over 30 years.

I first met Nicole Daedone in 2017 when I attended a seminar at which she was a guest speaker.  She left a clear and positive impression on me and here's why.  I had the opportunity to share one of my ideas to an audience of several hundred people.  Her response after I took the microphone to express myself was unequivocally positive.  I have carried her encouragement with me throughout the years.  I could tell that she believed in me.  She would back me, my idea and my ability to make it happen, I was sure of that.

There is something rare about that kind of friend in my court.

I am aware that Nicole has been convicted of conspiracy to force labor.  However, I vouch that her teachings have made a positive impact on me as a mother to my son, in my health, in my spiritual growth and my ability to interact and lead with intuition and compassion.

In short, my in-person association with Nicole, however limited, has helped me grow and become a mature, wise leader and teacher myself.  I regularly listen to her lectures in my quest to become a better person, leader and woman.

I appreciate the opportunity to express my appreciation and admiration for Nicole Daedone.

Sincerely,
Karen L. Baker

162

Wednesday, June 11, 2025

I am a principle consultant working with Global Organisations in the domain of Organisational High Performance Culture and Leadership, with particular specialism in safety culture, both psychological and physical safety - for clients such as Shell, Chevron and Ericsson.  I lead teams of consultants to effect significant culture change in high risk complex environments, often in Major Capital projects with many different nationalities and cultures. To honour human life, community, and the environment.

I have known Nicole since she came to London to teach a workshop called Mastery in August 2015. I had however been practicing OM since June 2013 based on her teachings, and had read her book ' Slow Sex' before that in March 2013.

Nicole then taught in several of the sessions in the Coaching Programme that I attended in LA in 2016, that I travelled each month from London to attend over the course of 7 months. Nicole personally coached me a couple of time in front of the group during that programme.  We have since interacted a few times in messages virtually.

I am aware that she has been convicted of conspiracy to force labor.

Since the time I was in programmes that she taught in 2016, Nicole has always responded generously and lovingly to the few messages we have exchanged, despite the fact that I feature as only one person among thousands of students she has had over the years.

She made a profound impact coaching and supporting my ex husband after our separation, helping to shift from a very hate filled angry state of mind in regards to me, to a loving, connected and appreciative state of mind. This made a profound difference for me to have that relationship restored to a health place. It was coaching that she offered free of charge, virtually, only from a place of love and support.

In the workshops that I was present in the same space with Nicole, I experienced her as loving, fully attentive - very challenging in all the ways that I wanted, to help me develop myself into a more impactful human being - in my career and personal life.

The teaching I received from Nicole through OM, the coaching programme and Mastery were empowering, they always spoke of my power as a woman, as a human, of my responsibility to learn to use that power with integrity and cleanliness, such that those whom I wish to make a difference are left empowered from their experience with me.

The practice of OM , was one of the most transformational and impactful practices and learnings in my life of learning. It taught me how to stay present and loving with people in the most challenging situations. To be able to remain present when the stakes are high and people around me may be behaving in a very provocative way. I learnt to stay connected to who I choose to be in the world and the difference I choose to make. To connect with generosity and compassion. And in the moments when I do not manage that - to go and clean up my mess.

I am profoundly grateful for the impact Niccole had and continues to have on my life and for the impact that I have then had on the people I care about in my life as a result of her teaching and support.

Isabelle Courtney-Guy



Wednesday, June 11, 2025

To whom it may concern,

Re: Nicole Daedone

My name is Laura Martin and I am a UKCP accredited psychotherapist in practice in the uk.

I'm writing this letter having heard that Nicole Daedone has been found guilty of conspiracy to force labor and that she faces a potentially lengthy prison sentence.

I am really shocked and sad to hear this as her work greatly impacted my life and is an experience I really value in my life.

Between 2012-2017 I was a part of the community practicing Nicole's orgasmic meditation in London, living in shared accommodation with other practitioners from 2013-2015, as well as attending the coaching programme in New York in 2014/15. This was a rich time of learning for me, where I explored greater embodiment and empowerment. At this time I was beginning my psychotherapy training & I found my time studying with One Taste complementary to this. I attended talks and coaching sessions with Nicole many times, and had a lot of contact with practitioners who were close friends of hers.  My sense of Nicole was that she was passionate and dedicated to practices which had the intention of creating more connection and fulfillment in life and relationships. Whatever business model she and her colleagues used at any given time, the integrity of her vision and why she founded One Taste always felt clear and trustworthy to me.  I had a few personal interactions with Nicole online and in person where I experienced her warmth and kindness.

The 15 minute practice she founded was a gift for me & has had a lasting positive impact even though I haven't practiced for years now. I have found it a real shame that the media has been so negative about it making it difficult to talk about openly.

For me personally, I never felt that I couldnt say no to anything. I was given a refund for one particular course I hadn't found much value in. While I didn't work for the company, the times when I volunteered doing back of house at courses, were so much fun & I have good memories of feeling connected with the team with shared and enjoying being in service together.

The practice of orgasmic meditation is something I would if it were possible, love to talk about more openly as  it can have a profound impact on connection in relationships.

I am grateful to Nicole for her courage in speaking about sexuality so openly.

I hope that my experience may be considered, and that she will not face this severe punishment.

Yours faithfully
Laura Martin

Wednesday, June 11, 2025

Dear Judge Gujarati

My name is Lorraine and I'm a 44 yo First Nations Australian woman. I am single with no children and have been working in the mining industry for 15 years operating heavy machinery, and have recently completed my emergency response training.

I have been apart of the Women are Power Women's Movement since it's inception and have been following Nicole closely leading up to the trail and throughout and am fully aware of the charge of conspiracy of forced labour against her.

My journey into the world of Eros started a little before my sex life with the man I thought I was going to marry had broken down, and the relationship with it not long after. My life and my identity had been challenged on a new level. Everything I thought was supposed to bring me the happiness I sought, the promise of a complete life with a marriage, a house, and kids, wasn't working out as planned. In the years following, I looked around for people I wanted to be like, examples of relationships I wanted to be in, and found nothing until I saw a video of Orgasmic Meditation.

I had been googling 'female orgasm' in the hope of finding a way to improve my sex life, looking for anything that looked like real orgasm. The usual porn sites come up with nothing of interest to me but not long after I found The How to OM video and I immediately knew I would like the practice and had found what I was looking for. I don't have any words to describe this feeling other than a deep knowing. On the surface of it, it looked very different to anything else I had ever seen or experienced myself at the time. In this video, I watched two Omers a man and a woman describe the practice. Their genuine connection emanated freely from them both, especially the woman, it was unmistakable. It was a far cry from the barren waste land of porn. This alone was enough to convince me that I had come to the right place.

I continued on to find Nicole's website. As I watched video after video of Nicole talk freely and wildly about her sexual experiences. One where she described calling a friend to 'go down on her' after some disappointing news to stay in a state of arousal. I was enthralled and thought to myself, I have found my kind. I had never heard sex talked about in such a positive light and free of the usual bondages of normal relationships. I called Onetate and booked some coaching calls with an Australian coach.

Fast forward to signing up for CP9 after my first in-person How-to OM day and moving to Melbourne to be a part of the Australian OM community I received my first email from Rachael Hemsi, another of Nicole's biggest supporters. I was so struck by the honesty and vulnerability in this letter. How Hemsi described how her life was before OM and the OM community. The life of a recluse, not quiet sure how to function in the world until she found OM. That letter resonated with me deeply. I knew what it was like to live a solitary life. To not know how to navigate the complexities of human interaction, let alone what a real connection even looks like.

The teachings of Nicole and the practice of OM have had a profound impact on my life. I've never before had so much purpose, so much passion, and so much confidence in my sexuality, which alone holds so much power as a woman. Because of the practice of OM, I can speak confidently on what does and does not turn me on sexually. I can take control of the narrative of my sexuality and sexual experience with opposing opinions, particularly from men. Working in a male-dominated environment that has loose boundaries around female autonomy, this is especially helpful. I can say no and with confidence that I am making the right decision according to my desire, both for the things that don't align with my spiritual evolution and sexual desire.

Not long ago used to start my day on Zoom Meetings, taking in the words of Nicole's teachings most days starting at 3 am for an hour in the morning and then work a 10.5-hour shift driving trucks in a sometimes harsh coal mining environment. After working in a tough environment and being brought up in a sometimes emotionally cold household. Real warmth, compassion, and the authenticity of Nicole's character stand out like the brightness of the sun.

I hope this paints a picture of how enlightening the whole experience with Onetaste and Nicole has been for me.

Kind Regards

Lorraine Hayden

166

1



Wednesday, June 11, 2025

My name is Duccio Zambrini, I was born in Milan (Italy) on 16th January 1968.
I have worked as a sales person, FX specialist and manager at Bloomberg LP, for a period of 14 years ending in November 2011. During this period, I was responsible for revenues from existing clients of over 2 million USD on a yearly basis, and during my spell as a manager, I was in charge of a team of a group of around 60 junior sales people.
Since 2011 I run one of the largest business networking communities in London, London Connector as well as working as a consultant and coach, and managing my small portfolio of buy to let flats.

The first time I met Nicole, was in 2015, she came to London to give a couple of talks during a 2 day course I was taking as a student. As a linguist and passionate about semantics, I was fascinated by the precision and richness of Nicole language. Even more so, what really captured me was how she could interact with different people in a way which clearly felt extremely resonant with them. Nicole gave us some talks during the coaching course I took in Los Angeles, during 2015. There are many lessons I took from her, which I feel transformed my life. One is never to give up on the people we love, and how to implement this. The other one is that each one of us is perfect, and it is up to us to claim our brilliance. As an entrepreneur I found these lessons really useful in working in a way which extracts the best of each person in my team.
I also credit Nicole if I have less shame about my sexual desire and my relationship with sex in general.
After the coaching course, I took another course, an "intensive" one, lasting 10 days, and Nicole gave us some lessons, it was a very intimate setting, and I feel she got to know me more, and she "spoke" my language. Our exchanges were very fun, we laughed together and the room laughed with us, and we also covered concepts and ideas.

I am aware that Nicole has been convicted of conspiracy for forced labor. I personally spent hundreds of hours "working" with the community and I was not paid for it. And to me this always felt a free choice from my side, in most cases I asked to be able to take part as a volunteer in those activities. It was rewarding to me, and I also felt it was a way to "give back" to a community that literally changed and transformed my life and the way I do business. These days I spend most of my time in Spain pursuing my passion for cycling. I am part of the local community of cyclists, and there is one Cafe in our town, which is a meeting point for local cyclists as well as tourists and on a few occasions the owner asked me if I could guide some of those groups, and when I could, I have done it with pleasure, because I love it, I love cycling, I love being with cyclists. In this respect, I see no difference at all between the way I chose and loved to be part of the OM community and "work" as a volunteer, and the way I choose to be part of the cycling community.

DUCCIO ZAMBRINI

D. Zambrini

168

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Emily Perez. I am a 36-year-old woman from Brooklyn, NY. I am a single mother to a beautiful 10-year-old daughter and currently work as a School Counselor. I have been in the field of education for 17 years. I hold a Bachelor of Arts in Sociology with a Minor in Theology from St. John's University and a Master of Science in Education in School Counseling from CUNY Brooklyn College. My life's work is rooted in service, personal development, and spiritual seeking.

I have known Nicole for approximately eight years. I first encountered her during the OneTaste Coaching Program in 2017–2018. Although she only taught one session directly during my program, I saw her occasionally in live classes and have attended her online talks and teachings over the years. These experiences have given me a real and enduring sense of her character, leadership, and depth.

I am aware that Nicole has been convicted of conspiracy to force labor, and I say with sincerity and sadness that this has been profoundly shocking to me.
I want to speak specifically to the impact Nicole has had on my spiritual and emotional life. I am a deeply spiritual person and have always been drawn to what is sacred. I was not just a "cradle Catholic," but someone who, by choice, was deeply involved in church throughout my youth. As I matured, particularly after becoming a mother, I began to explore deeper spiritual truths through other traditions. I had experienced a natural childbirth, and through that, became intimately aware of the power of the body- its connection to oxytocin, labor, milk, motherhood. Even before I encountered Nicole or OM, I sensed something divine in this realm of womanhood and creation.

When I met Nicole and began to understand what she stood for, something clicked into place. Her teachings felt familiar to the deepest parts of my soul. Her ability to name and honor the sacred within sexuality, womanhood, and embodiment helped me reframe my understanding of the divine. OM, to me, felt as holy as lying prostrate before the altar in a church. As holy as childbirth. To me it's a synonomous experience. For the first time in years, I felt welcome again in a spiritual space. As a single, sexual, unmarried mother, I had felt for so long that I was disqualified from holiness. Nicole's teachings showed me otherwise.

Nicole opened a doorway that allowed me to see that all the things I had once believed were shameful or sinful were, in fact, holy. Her teachings gave me permission to feel whole, to reclaim my connection to God, and to begin to heal a deep void within me. That restoration of my worth, my femininity, my spirit, was the kindest and most loving experience I've ever received.

This was not something abstract. It showed up in my real life. I became emotionally stable. I grew financially stable. And most importantly, I came into spiritual alignment. Nicole's work helped me to integrate motherhood, womanhood, and sexuality in a way that felt sacred and grounded. It helped me see myself as a whole and worthy person.

I remember speaking to her during one of our sessions where I was encouraged, in front of an audience, to own all of who I am and to see that I was not "too much." Nicole's message cut through that confusion and gave me clarity and strength. What she offered was not dogma or pressure, but insight, presence, and spiritual truth. At no point did I ever feel forced, coerced, or manipulated. Instead, I felt empowered, respected, and seen as a full

169

adult woman making her own choices.

Today, I am a woman who is centered, clear, and thriving in my life, in my role as a mother, and in my career. I am raising my daughter with the values of integrity, self-awareness, and spiritual reverence. That would not have been possible without Nicole's teachings, and for that, I am eternally grateful.

Thank you for your time and for considering my words as you assess her character.

With deep respect,

 Emily Perez



Wednesday, June 11, 2025

To whom in may concern,

    To whom it may concern,

I am Christoph Jescheck, German citizen living in Germany, 39 years old. I am currently teaching German language for a living. I have a university degree in law and would be able to practice law in Germany. I have a Master degree from University of Melbourne. Throughout my studies, I was supported by a scholarship from Germany's most prestigious foundation, The German Academic Scholarship Foundation which awards scholarships to fewer than 0.5% of German students. I have worked at different university chairs as a research assistant but chose to change my career for personal reasons.

I came to know Nicole first time by reading her book: "Slow Sex" and by learning the practice that she was teaching: Orgasmic Meditation. While I haven't met her in person I came to know her through countless videos and zoom calls where I saw her teaching and working with people.

I am aware that Nicole has been convicted of conspiracy of force labor.

From what I observed, Nicole is always very loving and kind in her interactions with people and students. She would really see people for who they are and help them understanding and seeing themselves better. She would give people the exact thing they needed to hear on their path of spiritual growth and awakening. In particular, one particular moment stands out for me where she was working with a man, who was also a friend of mine. He asked a question about commitment in a relationship. And Nicole gave him the direct answer that without fully committing to the relationship, he would lose her. This stuck with me as I had similar commitment issues in my relationships.
I remember also an account of another teacher who shared an experience with Nicole where she had been asking a group of students about their true desires in life. When it was his turn he couldn't come up with something real in the beginning. When she returned back to him later, he said he wanted to meet  Nicole's teacher. And in the exact moment she said: "Yes". She responded to his desire by saying yes to it, in the very moment when he expressed it. In my view, Nicole has a unique gift of spotting resonance in people. She is able to point out when what someone is saying does not match the energy and frequency with what the person is saying it and by that helping people to create a resonance point for themselves where they could tell and discern, "This feels true for me" and "This doesn't feel true for me" giving people a compass with which to navigate through life. We all know sometimes how hard it is to make decisions. To feel what is right for me and what isn't.
She would also always speak to people in a way and language that would be exactly for them so they could hear and understand what she was seeing in them.

Her teachings and practice still have a profound impact on my spiritual growth. It literally changed my life. Her practice Orgasmic Meditation healed me from being disconnected from my emotions and body. I was suffering from chronic headaches due to overworking

and studying. My relationships to men and women in particular improved massively. It helped me listening and fine tuning into what someone was really saying. I started to be more honest about what I was feeling and about my internal experience. Something I wouldn't dare to do before I came to OneTaste. I even improved my exam marks after I started listening to Nicole's teachings and practicing Orgasmic Meditation. I was too much in my head so I would often "not see the forest for the trees". In human interactions I wouldn't see signs people and especially women would send me. Because I was too much living in my head and simply not sense it or be able to understand it. Due to my lack of emotional availability, I would specifically not be able to understand women. I am forever grateful to Nicole for founding OneTaste, her teachings and the Orgasmic Meditation practice which changed my life so much for the better!

Christoph Jescheck

172

2

Wednesday, June 11, 2025

Letter of Support for Nicole Daedone

Dear Honorable Diane Gujarati,
I am writing to express my sincere and enthusiastic support for Nicole Daedone, who has been an exceptionally inspirational and transformative teacher within the OneTaste Healing and Relationship Courses in London. I have personally experienced the profound positive impact of Nicole Daedone's teaching, and I believe her contributions are invaluable to the well-being and growth of individuals. Through Nicole Daedone's teachings, I have made significant strides in several critical areas of my life. Her unique approach has been instrumental in:
- Improving my relationship with myself, other people, and my higher power: Nicole Daedone provided a safe and insightful space to explore these fundamental connections, leading to a deeper sense of self-awareness and more harmonious interactions with others.
- Increasing connection in my life: I have learned practical strategies to foster genuine connections, reducing feelings of isolation and enriching my personal and professional relationships.
- Taking my desires seriously and using them to increase my energy: Nicole Daedone helped me recognize and honor my innate desires, transforming them from abstract wants into powerful motivators that have significantly boosted my energy and drive.
- Boundary work: Nicole Daedone's guidance on setting and maintaining healthy boundaries has been life-changing. I now possess the tools to protect my energy and mental well-being, leading to greater clarity and less resentment in my interactions. I ask for what I want and take much better care of myself.
- Increasing capacity so life, stress, and change don't shrink me: Nicole Daedone equipped me with resilience-building techniques that have expanded my ability to navigate life's challenges without feeling overwhelmed or diminished. I am now better prepared to embrace change and stress with greater fortitude.

Nicole Daedone's teaching style is not just informative; it is deeply empathetic, empowering, and profoundly inspirational. She possesses a remarkable ability to connect with individuals, offering tailored insights and practical tools that facilitate genuine and lasting personal growth. Nicole's dedication to fostering well-being and empowering individuals to live more connected, authentic, and resilient lives is truly commendable.

I wholeheartedly recommend Nicole Daedone and believe their continued work within the community is vital. Thank you for considering my letter of support.

Sincerely,
Anne Breiehagen

173

Wednesday, June 11, 2025

To the Honorable Judge,

My name is Brenda Fredericks. I hold both a Bachelor's and a Master's degree in Education and spent 22 years as a sixth-grade teacher, working closely with children and families. I now work as a coach and facilitator, supporting women and mothers to break generational patterns, create healthy family dynamics, and live in alignment with their values. My background has given me deep insight into emotional development, personal growth, and relational integrity.

I first met Nicole Daedone on April 20, 2013, at my very first OneTaste course in New York City when I learned the practice of Orgasmic Meditation. That day marked the beginning of what would become a five-year journey of profound personal transformation, guided in large part by Nicole's teachings. Over the years, I had many opportunities to observe Nicole teaching, facilitating, and engaging with individuals in ways that demonstrated deep compassion, clarity, and unwavering respect for personal sovereignty.

I am aware that Nicole has been convicted of conspiracy to force labor. While I understand the seriousness of the charge, it is deeply at odds with the woman I knew and the teachings I received from her.

Nicole's impact on my life has been immense. Her work helped me dismantle cultural and familial conditioning that had left me disconnected from my body, my voice, and my power. Under her guidance, I learned to set boundaries, speak my truth, and stay emotionally present - skills that radically improved my relationships, especially with my children, who were teenagers at the time. Nicole consistently modeled emotional honesty, deep presence, and a fierce respect for individual choice. She never coerced me - quite the opposite - she helped me reclaim authorship of my life.

Nicole's spiritual and philosophical teachings centered around consciousness, integrity, and honest relating. She taught me to trust myself, honor my "yes" and my "no," and navigate the world with more compassion and clarity. I felt utterly free, at choice, and respected in her presence, not just as a student, but as a woman.

One of the greatest gifts of Nicole's work is the legacy of growth it fostered in my family. A decade after my first course, my daughter chose to enter the OneTaste community for her own study. The intergenerational healing we've experienced continues to touch and inspire other women who hear our story.

In my experience, Nicole Daedone is a woman of deep integrity whose work awakened freedom, not force. It would be a tremendous loss to silence the voice of someone whose life's work has helped so many step into their wholeness.

With sincerity and gratitude,
Brenda Fredericks

174

Thursday, June 12, 2025

Hello. My name is Julia Rich. I am family friends with many famous female icons, including Fran Drescher, Jennifer Jason Leigh and Donna Dixon, via my Grandmother Elaine Rich who discovered and managed these actresses. I have always lived with an appreciation of how the true visibility of the feminine is  not passive and demure, or sweet innocent and girlish, but a woman who is positively alive and awake in her own beauty, intelligence and raw presence. In on the magnetic power that is the feminine. Full permission.

I am a painter and healing arts practitioner.
I discovered Nicole and her work through continuously being drawn to female healers who have large followings, who it turned out had been students of Nicole's and attended OneTaste. OM practice and OneTaste has shaped countless women healers making positive impacts in the world, currently serving the feminine and helping countless women heal and become awake to their authentic selves. When I began to explore Nicole's work her writings especially… I felt like so many intimate experiences of mine as a woman and from the time I was a young girl that were in ways hidden or very personal to me… Nicole's work speaks to in a way I had never truly come across anywhere else. Her awareness, information and presence is an incredible value to our society. She gives me hope in the world. And in truth. And in the true power of women. She is a masterful blend of grace, intellect, generosity and light hearted play, along with a profound honesty and fearlessness towards shadow aspects of life. And a quality of forgiveness that is sacred to me. Helping people to seek connection and face the truth.
And hold it, in awe, and with love and with personal sovereignty. I have interacted with her through writing several times, and she commands both a genuine generosity as well as a sense of clear boundaries. She is a treasure of a human being, a contemporary spiritual teacher and master.

Julia Rich

Wednesday, June 11, 2025

Dear Judge,

My name is Todd McGuinness. I live in Berlin, Germany.  I am a 56 year old computer systems engineer having worked for some of the largest corporations on the planet, from Google, and Hewlett Packard to Fintech and Millennium Management.   I have known Nicole for 10 years.  I enrolled in One Taste coursework to try to regain some joy in my friendships and connections in August 2015.  I met Nicole at a retreat in October.  She was honest, warm, kind, and generous.  After meeting her I was interested in taking the Coaching Program so that I might get to know myself more.  I ended up marrying one of my fellow coaching program course mates.

It came as a big surprise to learn that she has been convicted of conspiracy to force labor.

When I met Nicole I was at a spiritual crossroads.  My belief in the goodness in life was deeply diminished due to the quality of my relationships. I had a few deep friendships but they were scattered all over the globe.  My relationships with women were disappointing and disconnected.  I didn't understand the relationship between my ability to connect with others and my emotional availability.

At One Taste I was taught about boundaries, consent and vulnerability.  Today I have the richest and most rewarding friendships and connections of my entire life.  This is all due to Nicole's ability to see the root cause of my dysfunctional method of relating to others and to speak the truth to me in a way I could hear it.

Todd McGuinness

Dear judge,

I hope this letter finds you Well. Thank you for taking your valuable time to read it. I highly appreciate.

I am a family therapist in Denmark Copenhagen. I have a 28 years old daughter who is a nurse. I have known Nicole for more than 10 years. I was introduced to OM by a business woman Kristin Sweeting Morelli whose intention was to support women by creating a women Tribe.

As a member of that tribe, we were given access to OM training. As time went, I found practitioners in Copenhagen and was happy to start practicing. I loved being able to put my needs first as a benefit of that practice.

I was born in Burundi, and raised as a catholic. My desire was to come in heaven, and for that I wanted to become a catholic nun. Therefore I was programmed to fear God. And we did not like criticism in our society, so we watched out not to do things that can be bad perceived by others. So often i tend to sacrifice my own needs in service for others. In the OM community, I connected with resourceful women who were using unfamiliar terminologies like being in your "rightness", connecting to your "inner knowing", etc; and I wanted to experience that for myself.

As time went I was able to follow Nicole teachings on YouTube, and I loved her expression, her freedom, aliveness, etc. I love knowing that one Taste is referring to the taste of liberation. I want that for myself.

You see even though I want to introduce the OM practice to my african community, I am still worried how my Pentecost family would take it, and my family and friends still don't know that I have lovingly embraced this philosophy that has changed my life for the better. I see so much potential in the OM practice that I want the world to benefit from it.

I have personally had a few interactions with Nicole; once I was concerned that I did not follow the rules; and she advised me that whenever I am conflicted between following rules or my heart, I should choose my heart. That advice was around OM, I felt relieved. We say that as in OM, as in life. I used to save my money, and people around me would know, and often inform me about their needs, and in the name of being a good person, I would always provide for their needs. Now I give more to myself thanks to the principle of following my desire.

I am grateful to Nicole for the practice of OM, the philosophy around it, the no commerce principle, etc.

The people who had come closer to her, would describe her as a genuinely kind and loving person who was inviting them to see perfection in everything.

I was happy to finally see her in person last October in New York. We hugged and enjoyed a laughter. The following days i helped a bit at Free Food, and was amazed to see how underprivileged people got fed with good and healthy three meals. It reminded me, that my

dream used to be "helping eradicate poverty in Africa". I love Nicole for doing so much good, and I am grateful.

I know that she has been convicted apparently for things that happened before I even got to know the practice. Nicole used to say that the Company had a difficult start. I pray that peace be brought to any perception of whatever bad choice she might have made.

Thank you and be blessed.

Sincerely

Beatrice Irambona

04 November 2025

Wednesday, June 11, 2025

To Whom It May Concern,

Hello.  My name is David Nafissian.  Over the years I have been an Internet consultant, a composer and playwright, a bookkeeper, and an actor.  I have a BA in Math/Computer Science and Music from Wesleyan University.  And I was elected to Phi Beta Kappa.

I was a student in the seven month course called CP-11, offered by OneTaste in 2016.  Nicole gave several lectures there.  I was also in a residential intensive program at the end of 2016, with much more time spent with Nicole.

I have read reports that Nicole has been convicted of conspiracy to force labor.

I have spent hours (particularly in the intensive) watching Nicole work with people on very delicate personal issues.  She spoke with pristine intelligence, a huge heart, and an astounding intuition.  She knows how to reach a person with just the right amount of information, so that they can digest it without getting too overwhelmed.  The more advanced courses OneTaste offers are not for the feint of heart, but in my opinion the teachings are offered with grace, compassion, and the highest good of each individual in mind.  When Nicole worked with me, I never felt anything but Love.  She was devoted to helping me in those moments see a truth that I was unable to see.

I found the teachings which Nicole and OneTaste offered -- and particularly the practice of OM -- to be incredibly transformative for me.  They opened me up and helped me heal many wounds.  There were times when my mind wanted to rebel -- to pull me out of the sometimes painful alchemical fire of transformation -- but this is always what the mind does.  This is one of the core battles of the spiritual path: to ignore the objections of the mind, so that one can stay in the energetic purification process.  I have spent years meditating in other contexts as well -- and if I had a dime for every time the mind attempted to keep me away from meditation, I'd be a very rich man.

I always felt like I was at choice in OneTaste.  I was never coerced into doing anything.  I spent quite a bit of money there, and I take full responsibility for making the financial choices I made.  One of the big lessons one needs to learn in life is that in 99% of the situations one finds oneself in, one has the freedom to choose.  Yes there are situations in life where true tyrants are using clear and unambiguous force to make someone do something against one's will.  But never -- simply never -- did I experience anything like this from Nicole (or Rachel for that matter, who I also worked with), nor did I ever see them do anything like that to someone else.  Nor did I ever have anyone I knew speak to me of such a thing.

All of this is offered with sincerity and integrity.

With warmth,

--David Nafissian

Wednesday, June 11, 2025

To whom it may concern:

I, Dana Lawrence, have known Nicole Daedone for 13 years, meeting her in the summer of 2012.

I am a physical therapist with a MS,BS and a certified coach.

In Nicole's presence and embodied love and warmth and steadfast attention continuously these 13 years online or in person or in her courses and philosophies, I have felt the through line of her vision for all to flourish and be connected and know their worth and dignity and wholeness.

I am forever changed with the purity of her heart and consciousness and devotion to her practices and to all in her field. Her generosity and attunement and care has helped me know what true love is with her example and love and devotion and practice that truly wants the best for all beyond suffering and disconnection. Her holding the big picture of a sangha for all to flourish helped us all rise.

I am fore ever changed with the OM principles and teachings and her adjustments to my OM practice so that I know life is connection beyond separation through her integrity, embodied teachings and attention love and compassion and being.
She has stayed so committed and consistent in her principles no matter what comes her way and I can feel her servant heart always for the flourishing and well being of all.

She has been always deep in practice, growing sharing learning and evolving.
In my saddest time four years ago when my best friend of 36 years died, she was there steady loving me and walking beside me helping me remember my spiritual connection and loving me beyond measure.

I was so lost and her love helped heal him and helped me remember my divinity and connection.

She has been a bright light for us all to remember our spiritual nature and that we are one with all- not through her advice giving but a felt experience of her love, devotion  and her incredible generosity.

She has modeled love and commitment and service at the highest level of expression and has taken such love and given so generously to the food challenged and prisons to monasteries so that all could feel dignity, warmth and love.

She is the real deal and walks the walk and talks the talk.

Being loved by her all these years so wholeheartedly and her holding the highest and best for me and us all has changed me forever for the better. I now can pay it forward with this real visceral feeling of being loved so well so I can love with equanimity and compassion all.

She is consistent with her practices since I've met her. Her coming into my life changed all for me. I had a felt true Experience of love, community, and care that transcended identities or group think. Truly her love and example has only made me feel more liberated and free always.

I know she is under forced labor charges yet I have only known her intimately all these years holding a vision of us all getting free beyond our conditioning.

I was depressed and sad when i met her with my relationship and felt quiet and I gained my power and confidence and a true home in myself and community and principles that I apply to life.

I feel home, safe and conscious and now more connected than ever with this om practice and these philosophies and her true love and vision And practicing in sangha these four years seeing and feeling her deepest heart of service.

She truly loves and lives her practice and is humble and devoted to the well being and dignity of all and this is evident in her work with free food and in the prisons to monastery program and in everything she says and does.

She has stayed consistent these 13 years with her embodiment of these principles. Her adjustments to me were always for my highest good and because of her, I feel a true connection to my spiritual life, with myself and with all

181

1

and feel more joy, health, vibrancy and connection than ever and spiritual growth than ever.
I was so depressed four years after my loss and with her unwavering love devotion and our sangha I feel more home and at peace and more love and fulfillment than ever in my life because of her love and these principles.

I know a profound deep sense of oneness and connection because of her and these teachings and all these years in our sangha.

I love and trust her fully and grateful for her soul mission in this lifetime.
She lives a legacy of love and generosity and all in her field are blessed.

Thank you for your time.

You will feel her presence and love and impact if you tune in. She is deeply spiritually evolved and has done so much to help the food challenged and all in need and to restore dignity and perfection for all including those in prison.

Her impact on all since I've met her is to be benefited from her vision and holding this wellbeing and for all to contribute together for a world that is sustainable and life flourishing.

She was ahead of her time bringing in teachers who helped bridge the divide and spoke about unity and sexism and racism and a vision of sangha where there is nobility for all.

Her philosophies, presence, warmth, steadfast love and care, devotion, and teachings have changed me for the better and I am a better woman to all
Because of knowing her and take this love and perfection and share with all.

So blessed in this lifetime to have met her and be loved so fully and completely and stand with her in this vision now loving out and holding her vision with her for a planet that is devoted to wholeness and the end of suffering and caring for the dignity and well being of all.

Sincerely,
Dana Lawrence

182

Friday, June 20, 2025

June 18, 2025

Dear Judge Gujarati,

I am writing this letter on behalf of my dear friend, brilliant mentor, and visionary teacher, Nicole Daedone, whom I am aware has been convicted of conspiracy to force labor. My name is Carole Vaporean and I have been a participant in OneTaste programs since early 2016, and have known Nicole for the duration.

Currently, I am a doctoral candidate in a coaching and emotional intelligence program, as I build my coaching business, based in large part on what I have learned through OneTaste and Nicole's teachings. I teach women (and men) how to take full responsibility for their thoughts, actions, behaviors and emotions to discover their self-expression as a fully conscious human being.

As an 11-year advanced practitioner of Transcendental Meditation (TM), I earned the honorific of Siddha six years ago and moved from New York City to Fairfield, Iowa to meditate daily with others for world peace at TM's U.S. headquarters and to deepen my knowledge of Vedic philosophy.

Similarly, I have had a consistent Orgasmic Meditation (OM) practice for over nine years. While both are consciousness practices, TM trains the mind and OM trains the body for greater awareness, deeper connection with others, keener intuition and refinement of the nervous system to sense subtlety in all of life. Both elevate human consciousness on a path to enlightenment. Both are advanced practices and not for everyone. Both require discipline, commitment, and integrity. The two practiced together create a glide path for greater human potential in all areas—mind, body, emotions and spirit.

While Maharishi Mahesh Yogi devoted his life to sharing with the world the benefits of TM for the highest good for humanity, Nicole Daedone has devoted hers to teaching similar benefits of Orgasmic Meditation, also for the betterment of all human beings.

I can add that I am a veteran journalist having covered business, financial markets and U.S. and world economics for a global news organization. I also earned an MBA from a Public Ivy League college. Having taken dozens of personal growth and development programs and dozens more women's empowerment courses, I know who I am.

I am fiercely independent, follow no idols, and take full responsibility for all of my decisions in all matters. While I have always had a strong sense of self, Nicole's teachings have helped me greatly to own those parts of myself that kept

me from really stepping into my full power and potential as a human being, especially as a woman, and to develop my greatest gifts without holding back.

Specifically, before learning from Nicole to take full self-responsibility and pursue my soul-based desires, my interactions with men began with the premise that I had inferior status in most arenas and therefore needed to fight for position or recognition. This pattern almost always resulted in toxic relationships with men, especially intimate ones. Since studying with Nicole—in her coaching circles, her courses and programs, one-on-one conversations, reading her books, and working at her company for more than six months—I can say with absolute certainty that I now have more powerful, equitable, honest and open interactions with all types of men. Everyone wins, because we all come away feeling more alive and honored as full human beings. Many men thank me very authentically for the quality of our interactions.

I can definitively say, because of Nicole's influence I have a more highly developed intuition, which helps me relate to all human beings with greater respect and a keen sense of connection.

During all of the many courses and programs I have taken with Nicole, I have seen her interact with participants, including me, with unwavering care, kindness, integrity and respect, listening with her whole being, while maintaining a sense of humor to lighten her message.

Many times, I have seen Nicole stay long past a program's ending to answer people's questions and hear their shares.

In addition, I have volunteered with her on numerous occasions to feed the hungry and homeless in both San Francisco and in Harlem, New York, including on Thanksgiving and Christmas Day. On all of these occasions, she was in the trenches with the other volunteers to serve the poorest of the poor at a sit-down meal. With dignity and respect, she sat and chatted with our impoverished guests to help fill them up. To quote her directly, our mission was "To fill what's empty and empty what's full." We, who support one another with our love and caring, had more than enough to pour out on others, who had next to nothing. The expressions of gratitude from those who came from the streets to eat and receive heart-felt attention were too many to count and always given from the heart. Without Nicole's vision, generosity and leadership, most of those people would have eaten nothing on those holidays, as well as many other days throughout the year.

I could go on and on about the difference that Nicole has made in my life, as well as others, her impact has truly been transformative. Yes, I spent a lot of money on courses and I would do it all over again without batting an eye. What I have gained from her teaching and from her as a human being has been invaluable.

2

The biggest difference of all for me has been the transformation of my relationships with women. Before finding Nicole's teachings I was competitive, suspicious and judgmental towards most other women, regarding them as manipulative. Having learned from Nicole about feminine principles and how emotionally undernourished the overwhelming majority of women are--even those who have climbed the ranks of success in our culture--all of my judgments have changed. Now, I am a true champion of women, all women, most especially abused women who are wise, talented, powerhouses, but need to know that someone believes in them. They are everywhere. Now, I teach what I have learned so those women can own their power, flourish and be who they were always meant to be. Yes, sisterhood is powerful.

Nicole is an exemplary human being with tremendous integrity, compassion and vision. She works tirelessly for the betterment of all human beings. She walks her talk and all who truly know her are better for it.

With deepest sincerity, Carole Vaporean

Carole Vaporean
EdD Candidate, MBA, Life Coach

*Carole Vaporean*

185

3

Monday, August 25, 2025

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York

Hello, my name is Steven Schaumberg. I am a minister and trauma counselor in the field of healing arts. I'm writing today on behalf of my dear friend and teacher, Nicole Daedone. I inadvertently came across her and her programs in the fall of 2005, and we have been close ever since.

I understand she has been convicted of conspiracy to commit forced labor. I can truly say that in the many organizations of hers that I entered, including the San Francisco dorm and the first One Taste coaching program, I observed her in the leadership of kind, hard-working, lucid folks, all coming together with new ideas, strength, and love. I saw consenting adults bring the play and community of adulthood to life with vibrance and respect. Some left the organization and the practice of Orgasmic Meditation, and later returned to them in a welcoming environment.

Nicole herself taught me so many things I was most capable of doing, yet had been afraid to try. All of which turned out to be most needed in my future healing work. I learned to listen, even to people who had so many difficult things bothering them. She showed me methods of observing, breathing, gestures, and hints of fear that I found most useful in encouraging better dialogue for myself and my clients. Her patience in teaching the close practice of OM was especially helpful in overcoming my many fears in everyday life. I found myself better able to lean in and notice parts of all the emotions of all people.

With her inspiration, I'm turning to faith and spiritual practices in my everyday life, many of which have little or nothing to do with sexuality. All of those were encouraged by her without regard to our differing beliefs.

I state all of this from a place of reverence towards my kind, loving teacher and friend, Nicole Daedone. Thank you, your honor. For all the moments you lent an ear to listen to my correspondence.

-Warmly, Laurence Steven Schaumberg, ULC

186

Wednesday, June 11, 2025

Dear whomever this may concern,

As a man shaped by a world that demanded I bury my emotions, armor my heart, and never betray a hint of weakness, I can tell you this with unshakable conviction: learning to feel didn't just change my life—it saved it.

I grew up mastering the art of the grind. Hustle, provide, stay stoic—that was my script. Vulnerability? That was for others, not me. But beneath the surface, I was starving for something I couldn't name. I didn't know how to pause, to feel the weight of a moment, or to connect deeply—with myself or anyone else. I thought strength meant holding it all together. I was wrong.

When I stepped into the OneTaste community, I carried my skepticism like a shield. Yet something in me whispered for change—not more discipline or achievement, but a crack in the facade. What I found was a space that welcomed every piece of me: the confusion I hid, the longing I suppressed, the awkwardness I masked, and the quiet hunger for honest connection.

Nicole, the founder, didn't hand us dogma or dictate our thoughts. She gave us a language to feel with clarity, to meet others not through performance but through presence. Through practice, I learned to hold space—for my own heart and for someone else's—without the urge to fix, control, or conquer. For a man taught to act, to always have the answer, learning to listen was revolutionary.

There's a rare power in a community that invites you to feel without shame. Where trembling hands, tears, or unguarded laughter are met with acceptance, not judgment. OneTaste wasn't flawless—no human space is—but it was raw, real, and alive with a truth I'd never found in boardrooms, bars, or locker rooms. It was a place where I could be whole.

What I gained was more than tools; it was my humanity. I became a friend who listens, a partner who dares to be vulnerable, a man who no longer fears the intimacy of being seen. I learned that true strength isn't in hiding—it's in showing up, unguarded, for yourself and others.

I can't control what's said in courtrooms or splashed across headlines. But I know what I lived: a community that gave me permission to soften, to grow, to feel. And I will stand for that—for the beauty of transformation, for the courage to connect, for the right of men like me to shed the armor and embrace wholeness.

With a heart wide open,Raymond Managad

June 11, 2025

Dear Judge Gujarati,

My name is Kate Blake, and I am an executive coach. I have worked in Silicon Valley for the past 15 years with startup founders and their teams. I have a master's degree in global political strategy and an undergraduate degree in psychology. I met Nicole Deadone in 2013 and attended several OM events over the course of twelve years.
This includes lectures she gave as well as in-person week-long events outside of San Francisco. I am aware that she has been convicted of conspiracy to force labor.

I find Nicole to be a woman of her word, of conviction, and one who takes a stand for what is right and true. She is someone who challenges the status quo and encourages us all to look at our lives and our choices with responsibility and authorship.

Nicole has fundamentally shifted my spiritual beliefs, my philosophies, and impacted my spiritual growth over the last twelve years of following her teaching and reading her books.

When I was an active member of the OM Community, I felt empowered to make choices for myself in ways that I never had previously. The experience of OM was both revealing and deeply learning.

The practice of OM was deeply positively impactful on my life, my sense of self, and how I navigated through the world. I am forever grateful to Nicole's teachings and who she is as a leader and advocate for women.

I believe that her work tests the cultural norms of how women are expected to behave and does so in a positive way to encourage growth and development, as it did for me personally.

I find her to be both decent and compassionate. I believe she has personal integrity, stands behind what she believes, and lives what she speaks as her own truth.

In every single interaction with One Taste, I felt 100% free and at choice. Although the process and experience was confronting, it accelerated my growth both personally and professionally, and I will forever be grateful for the experience, her teachings and who she is as an advocate for women.

Sincerely,

Kate Blake

To the honorable Judge Gujarati,


I am writing this letter to provide a character reference for Nicole and Rachel, both of whom I have known for the past eight years. Our relationship began when I had the opportunity to study with them, during which they taught me invaluable lessons about relationships and intimacy.

Nicole and Rachel have profoundly impacted my life. Their teachings on relationships and intimacy have been instrumental in helping me connect with and understand my wife on a deeper level. The wisdom they imparted has not only strengthened my marriage but has also enhanced my ability to communicate and empathize with others.

Many of the principles Nicole and Rachel shared with me are ones I still use today. Their guidance has provided a solid foundation for building trust, understanding, and mutual respect in my relationships. This influence has been pivotal in fostering a loving and supportive environment in my home.

Nicole and Rachel's contributions extend far beyond my personal experience. They have positively influenced countless others, providing support, education, and encouragement to those seeking to improve their relationships and personal lives. Their dedication to helping others develop meaningful connections and navigate the complexities of intimacy has been a source of hope and healing for many.

I urge you to consider the positive impact these women have had on people's lives as you deliberate their fate. Nicole and Rachel are compassionate, dedicated individuals who have consistently strived to make a positive difference in the world. Their work has enriched the lives of many, and I am confident that they will continue to contribute positively to our community if given the opportunity. Thank you for taking the time to consider my perspective. I sincerely hope that you will recognize the depth of their character and the far-reaching benefits of their teachings.


Abraham Heisler
Parkland, FL

189

Andrea Hylen
1014 Broadway #85
Santa Monica, California 90401
443-604-1172
Andrea@AndreaHylen.com

November 2, 2025

Dear Judge Gujarati,

I am writing today in support of Nicole Daedone and Rachel Pellitier.

I first heard about OneTaste from a friend at church. He knew that I worked with women in a creative process of writing to heal trauma and loss and to reclaim personal power that was tied up in the old story. He also knew that I had my own losses of a husband, son, and baby brother and that some of the personal pain I was struggling with could help both me and my clients.

After watching Youtube videos of Nicole's Ted Talk and their appearance on the Deepak Chopra channel in 2013, I took several Orgasmic Meditation classes, met incredible people in the Los Angeles community and six months later met Rachel and Nicole in person. I participated in coaching circles, the coaching program and a mastery program and lived for a year in a house with other coaches.

All I ever experienced with Nicole and Rachel was a deep commitment to direct, honest communication with empathy and compassion in spaces that were safe and supportive.

It was through their teaching that I saw how the conditioning of 'good girl people pleasing' was limiting me and that not setting boundaries was harmful. During the trainings, I had several personal moments with each of them that changed my life and freed me to be a better mother, grandmother and coach. In the body practice I released trauma and healed my relationship with men.

The ripple effect and impact of learning from Nicole and Rachel has been an increased capacity to hold safe spaces for women in creativity groups, the healing of intergenerational trauma with my adult daughters and grandchildren and an ability to create better boundaries with family, friends, and clients.

Nicole and Rachel have helped thousands of people all over the world and my greatest hope is that they will be able to continue their pioneering work.

Thank you for reading my words.

In deep gratitude,

Andrea Hylen
Andrea Hylen
Founder of Heal My Voice

Dear Judge Gujarati,

My name is Aneka Theolade, and I am writing to you from London, England, about the conviction Nicole Daedone and Rachel Pelletier.

It has been with horror that I have watched the last 5 years unfold, culminating in thencharges of conspiracy to force labour for Nicole and Rachel.

I am a London-born, African-Caribbean, married mother of 3, who grew up in Trinidad and Tobago. When I came across OneTaste 7 years ago, the experience made a huge difference in my life. Not only were there the physical changes in energy and outlook that the practice of OM gave me, but also the courses and personal development programmes that helped me to define my own place and begin to carve out spaces of belonging, in a world in which I can sometimes feel marginalised.

After becoming certified to teach the practice by attending the OneTaste coaching programme, I had the opportunity to work for the UK-affiliate company TurnOn Britain, and it was here that I had greater exposure on a personal level, first with Rachel Pelletier and later with Nicole Daedone.

My experience of them and of the startup company was of some truly dedicated and courageous women who wanted to share something they really believed in and knew made a difference.

I have been in the somewhat unique position of being among the punters and those who worked for the organisation, and as a result, have a perspective shaped by both.

As a student, I experienced being held and understood by Nicole Daedone. She listened to me with the kind of compassion and generosity that created the space for me to see myself clearly and who I wanted to be. As someone working for the organisation, Rachel Pelletier ensured that I felt deeply included and that I always received commendations for work well done.

I write to you so that, in sentencing, you are given a wider perspective on who both women are and what they have meant to others, and thank you for your kind receipt of my correspondence.

Yours truly,

*AJ Theolade*

Novemeber 3, 2025

Dear Judge Gujarati,

Thank you for taking the time to read my letter. I met Nicole Daedone and Rachel Cherwitz in 2017 when I joined the OneTaste coaching program. Being a part of the Orgasmic Meditation community and participating in their year-long Memerbship deeply impacted and changed my life for the better. Before OneTaste, I was struggling with workaholism, isolation, and unexplainable fear—I was extremely closed off as a person and struggled with intimacy. The practice of OM and the education I received started opening me up to my vulnerability, honesty, and sexuality, and to a community of people utilizing and living by beautiful ideals of telling the truth, staying connected through conflict, having boundaries, and listening to one's body—all education imparted by Nicole's body of work and vision for how good life can be when we approach each other with a level of respect & honesty, that I have struggled to find in other communities.

Nicole has had so much positive impact on my life along with countless friends who have been students in this community. Rachel is one of my most treasured teachers, she is incredibly gifted, kind, and precisely attuned. She has helped me see and acknowledge my own beauty and power. Since entering this space in 2017, I am a different person. My life has opened up dramatically. I use the tenets of what I have learned in my offerings as an artist, and somatic healing practitioner. I know that I wouldn't be thriving in the way that I am had I not met these two women, their work, and the OneTaste community. There is so much goodness here and I want their work to continue. It is deeply needed.

Thank you for your time.
Warmly,
Anita Coats

193

November 3, 2025

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier. I have known both since 2014 when I became involved with One Taste. I then joined the One Taste coaching program in 2015. Being a part of the Orgasmic Meditation community and participating in their classes for a decade has deeply impacted and changed my life for the better and in extension those around me.

The practice of OM and the education I received started opening me up to my capabilities, setting healthy boundaries, better mental health, and to a community of people utilizing and living by ideals of telling the truth, staying connected, and listening to one's body—all education imparted by Nicole's body of work and vision to approach each other with a level of respect and honesty, that is rare to find in other communities.

As a person interested in self-improvement for four decades. I have studied meditation, yoga, and yoga therapy while working in IT and healthcare. I have always been a person that valued integrity, honesty, consent, respect for all life and self-improvement. In all my interactions with Nicole and Rachel, I have known them to hold the highest standards for themselves, the people they interacted with and anything they were involved with.

The philosophy and techniques and coaching presented by Nicole and Rachel were the ones that actually made a difference and have helped me live my life as one which I could be proud of. I use the tenets of what I have learned in my offerings as yoga therapist and life coach. I know that I wouldn't be thriving and helping others had I not met these two women, experiencing their work, and the One Taste community. There is so much personal transformation and healing here and I want their work to continue. It is deeply needed.

Rachel has had so much positive impact on my life along with countless others who have been students in this community. Rachel is one of my most impactful teachers, she is incredibly gifted, kind, and insightful.

I am willing to testify under oath in this regard.

Yours sincerely,

Ann Justi
941 McLean Avenue, #360
Yonkers, NY 10704
914-318-6972
yourdesiredlifecoaching@gmail.com

Thursday, June 12, 2025

To the Honorable Judge,

My name is Antonio Collazo and I've had the privilege of knowing Nicole Daedone for over twelve years—as both a friend and as someone who has benefited deeply from her guidance as a relationship coach. I am writing this letter with deep sincerity to offer my personal insight into her character, her values, and what I've consistently observed over more than a decade of knowing her.

Nicole is one of the most thoughtful, intelligent, and deeply reflective individuals I've ever met. Her work around male-female relationships has consistently impressed me not just because of her erudition and depth of research, but because of her sincere desire to help others better understand themselves and each other. Nicole reads widely and constantly—across psychology, philosophy, cultural history—all with the intent of developing better tools for emotional communication, romantic healing, and personal empowerment.

What has always stood out most to me, however, is Nicole's unwavering commitment to personal agency. In all of our interactions, and in the work I've seen her do with others, she continually reinforces the importance of individuals making choices freely, without coercion or pressure. Her message has always been: do what you want—not what someone else tells you to do. That core value of autonomy has defined her teachings and her actions for as long as I've known her.

I am aware that Nicole is now facing the consequences of serious legal challenges. What I want to emphasize to you, Judge, is that I firmly believe Nicole is someone who reflects, learns, and evolves with deep integrity. She takes her experiences seriously and processes them thoroughly. I believe she has absorbed the lessons from this situation and will carry forward a renewed and even stronger commitment to ethical clarity in all aspects of her life and work. Nicole has a great deal to contribute—especially now, with a fuller understanding of how easily good intentions can become complicated in the real world.

It is my hope that you will take into account the years of insight, mentorship, and positive impact she has offered to so many. I truly believe that the best path forward is one that allows Nicole to continue using her voice and her wisdom to serve others—this time, with even greater discernment, accountability, and care.

Thank you for taking this letter into consideration.

With respect,
Antonio Collazo

195

May 24, 2024

Your Honor,

I would like to provide my experience with Nicole Daedone and Rachel Pelletier, who are currently facing legal challenges in your court.

I have been a student with OneTaste since 2016 and have undergone a deep transformation working with Nicole and Rachel and their staff. It has had a very empowering and rewarding experience for my growth and well-being. The education they imparted is extraordinary and offers women a perspective much required for them to understand their potential and ability to take on more responsibilities and challenges.

The experience with OneTaste opened me to new perspectives and showed me where I was blocking not only my own growth but also, how it was impacting others negatively. It has been the single most profound life experience so far! I desire every woman to have the experience I had and have the support from their staff,  which is required for a deep transformational work.

I have VERY high regards for Nicole and Rachel based on their impact in my life. They are not only supportive but also exhibit compassion, integrity, and undeterred dedication to women's growth in whatever areas they need.

Nicole to me, is a visionary, who has boldly dedicated her life to unwavering support and guide women to help them realize their potential. She is a courageous woman who inspires me to be bold and see the truth of my power and how I can influence the world towards more thriving and empowerment not only for women but anyone I connect with.

Rachel for me has been a leader who is bold and honest and exemplifies how truth is the basis of all power. I feel inspired to one day be as bold as her, standing for my truth against all odds!

They have since started several not-for-profit organizations to show love and respect to parts of society which I had very little exposure to and helped me experience more compassion and love for all.

When I heard of this case I was surprised as my experience with them has been nothing short of positive impact and empowerment for women and men. It felt like a breath of pure air I was looking for. It was the most nourishing and transformative experience, which would otherwise have taken decades, if ever. I pray more people get to experience this much evolution in such a short span of time!

We need more Nicoles and Rachels to bring about women's empowerment. Their life's mission has been to uplift those around them, helping individuals and communities to heal and thrive.

It is my prayer that you will consider the unmeasurable positive influence Nicole and Rachel have made on my and other people's lives and encourage them to boldly continue their invaluable work for the betterment of our society and our great nation and the world!

Thank you for considering my views in this matter. We need to see more women standing in their compassionate power to bring about a better world for all!

Sincerely,

AnuSavi Tara

197

November 2th 2025

To the honorable Judge Gujarati,

My name is Ben Phillips, and I first met both Nicole Daedone and Rachel Cherwitz when I enrolled in the OneTaste Coaching Program in San Francisco in 2012.

I want to start off by saying, of course both Nicole and Rachel are not perfect, they have, at times, given me what I consider "bad advice",

but I asked for that advice

and before they would give me any advice, we had a clearly defined agreement that I am responsible for not taking their advice if it is not what I want.

And this "not taking advice" or in other words "holding my boundaries" is one of the biggest things I learned from them.  Before meeting them I believed I had to take others advice even if I didn't ask for it.

Their influence on my growth as a man has been profound, and I am immensely grateful for their presence in my life.

They both possess an incredible ability to see through my psychological facades and challenge me to confront my, what I thought were, my shortcomings. They helped me go beyond my comfort zone with their honesty and attention, even when it was difficult for me to hear.

My perspective was broadened by Nicole's insights into culture and human behavior, her nuanced understandings challenged me to think critically and navigate the complexities of the world with greater empathy and understanding for myself, my wife, my son, and others...

Rachel's immense emotional capacity, dedication, and love have been a source of inspiration for me. Her unwavering support has encouraged me to strive for greatness and embrace my own vulnerability as a strength rather than a weakness.
Both of these woman have had such a great impact on myself and many others that I know.


Thank you for you time,

*Ben Phillips*

Ben Phillips

198

May 15, 2024

To Whom It May Concern,

I worked and lived at One Taste for almost 4 years beginning in 2006. It was beyond the shadow of a doubt the richest, highest-quality, and most interesting experience of my life to date. The community, work experience, and educational offerings that Nicole Daedone brought together were incredible for me to experience, and the lessons continue to help my life every day. I benefitted firsthand from Nicole's unrelenting commitment to helping people understand themselves and others. I'm aware that with her talents and gifts, Nicole could have done many other things with her career. Other choices would have been easier, more recognizable to society, more instantly accepted and rewarded, and certainly more financially lucrative. I believe Nicole's purposeful offering of One Taste to the world was deeply generous and kind. I'm grateful for the sacrifices she made and has continued to make, in support of personal liberation for so many of us. I was there in the early days of One Taste and was an eyewitness to how much hard work and countless hours went in to launching this business and this social movement. Nicole's incredible level of passion and commitment continues to inspire me to this day.

I was at One Taste when Rachel (then known as Racheli Cherwitz) arrived with friends from a long road trip to reach the community. She and Nicole formed an instant bond and did hard work together to align for the mission. My memories of Rachel are mainly of her listening and offering supportive feedback to very many community members.

I have felt concerned about the gravity of the sentences pending in both of these cases. I do not understand, so to speak, how the potential punishment fits the crimes. Yes, these are both intense and fiery women at times. I have in common with them a strong personality with strong opinions and the willingness to express them. Working professionally in the area of conscious sexuality is quite difficult. It was an

honor for me to serve next to Nicole and Rachel. While not always personally harmonious between us, I am 100% sure about their dedication to women's health and wellbeing. I can understand how people have gotten hurt along the way. I strongly believe that no offenses were committed that would cause for incarceration for either Nicole or Rachel.

When I first heard about this case, I felt nauseous, and hoped we weren't looking at a return to the Salem witch trials. The area of sexuality can bring up a lot of intense reactions for people, and those can sometimes be unconscious. I have been volunteering at San Quentin prison since 2018. I have learned a lot about the criminal justice system through participating in several programs there.

If I can be of further assistance in discussing my experiences at One Taste, please do contact me.

Thank you,

Beth Crittenden

Beth Crittenden
Tiburon, CA
beth@bethcrittenden.com
(415) 425-1615

200

Your Honor,

I am writing this letter in support of the defendants, Nicole Daedone and Rachel Pelletier.

My name is Cara Brand and I have been OMing for 11 years. I'm an Sfactor teacher Orgasmic Meditation Trainer. I met Nicole and Rachel at the One Taste Coaching Program in New York City in 2014. At the time I was struggling to find a career that was fulfilling and a relationship that was enjoyable. I was divorced and very unhappy with my dating experiences. Life seemed like a mystery to me. Around the time I started OMing I met my current husband of 9 years. Our relationship hasn't been easy but it has been enjoyable and successful due in large part to what I've learned in classes with Nicole and Rachel. In fact every facet of my life has been affected by the amazing experiences I've had in their classes and information they've taught on communication, consent, relationships and personal responsibility. The main thing Ive learned from them is the power and reliability of my own inner guidance system to make my way through life and to be of the most help to others.

For instance I have very different spiritual beliefs and political leanings than my family but I've learned to appreciate them and our differences rather than be resentful and angry at them. I had struggled for years to find a fulfilling career but have since discovered my strengths into a unique career teaching women that I could never have imagined where I'm incredibly fulfilled. I was previously devastated by my divorce and felt hopeless to find happiness in relationship only to build the incredible marriage that I have today.

I now have a large audience of women who have looked to me for advice on how to find their own fulfillment in life and credit me with helping point them to their own intuition to guide them. This would not have happened without the teachings and generous work of Nicole and Rachel.

Please consider the impact these women have had on my life and the life of all the people Ive had an impact on because of them. I hope they get to continue their work helping people to have fuller, richer, healthier lives.

Thank you,

*Cara Brand*

Cara Brand
Los Angeles

Dear Judge Gujarati,

Thank you for taking the time to read my letter.

I met Nicole Daedone and Rachel Cherwitz in 2014 when I participated in several OneTaste programs, including one-on-one mentorship with each of them.

I am writing to offer a fuller picture of each of them as a person.

My experience of Nicole and Rachel was that they were brilliant, visionary, inspiring leader--and also genuine, compassionate, and kind.

They showed great courage and tenacity in working for a better world, one in which all people could feel safe, connected, and understood.

They each took the time to sit and listen to me without judgment and gave me some of the most powerful advice I have ever received, specifically about being honest, kind, and compassionate with myself in order to be so with others.  I felt held to a higher standard as a person and a woman.

I learned so much from each of these women about communication, empathy, honesty, and principles.  Their emphasis on honesty and communication has made a big impact on me and I believe it has helped me (and I hope those around me) for the better.

I felt moved to write this letter as the impact that Nicole and Rachel have had on my life is enormous and one for which I feel immense gratitude.

Thank you for your time. Please allow them to continue their work.  I am available to confirm any facts in this letter as necessary.

Sincerely,
Carolyn Sinsky

**Charity Danker**
Licensed Professional Counselor (LPC)
Certified Sex Therapist

**Date:** 11/10/2025

**Dear Judge Gujarati,**

I am writing in support of Nicole Daedone and Rachel Cherwitz, whom I have known since 2018 through my participation in the OneTaste program. I enrolled in their six-month certification program to become a Desire Coach and Orgasmic Meditation (OM) trainer. At the time, I was actively seeking a somatic-based program to complement the work I was doing with clients. I had begun teaching clients to identify sensations and emotions in the body, combined with meditation—a method I called Somatic CBT. However, I wanted formal certification in a somatic practice to enhance my credibility.

In my search, I discovered OneTaste. Nicole's writings resonated deeply with me; she articulated truths I had long felt but hadn't yet seen expressed. Her teachings on female empowerment, personal agency, and relationship dynamics aligned with my values. I especially appreciated her emphasis on expressing desires rather than complaints, which empowered me to ask for what I truly wanted. Her approach encouraged listening to the body's wisdom and making choices driven by desire and heart, rather than fear or societal scripts.

During the first weekend of the program, a psychologist taught us about the Victim Triangle and the influence of birth order on relational dynamics—both within and beyond the family. We explored parts work, emotional regulation, and the importance of integrating pleasure and play into our lives to reduce stress and increase vitality. That weekend alone offered more insight than many of my graduate courses in Marriage and Family Therapy.

Nicole consistently emphasized the importance of being a "Full Body Yes" or a "Hell No," advocating for personal integrity and the courage to make choices aligned with one's truth. She taught us not to contort ourselves to please others, but to live with intention and without regret. When I was invited to take additional classes, I felt free to decline if I wasn't interested or financially able—and my "no" was always respected.

At times, I struggled with the question "What is your desire?"—not because I lacked desire, but because I felt constrained by obligations, finances, or time. Even then, my responses were honored without pressure.

I consider Nicole to be one of the great female philosophers of our time. Both she and Rachel emphasize genuine, honest connection. As a Licensed Professional Counselor with a Certification in Sex Therapy (earned prior to my OneTaste training), I found their teachings deeply aligned with my understanding of self-love, unconditional love, freedom, vulnerability, autonomy, and free will.

204

For the first time, I encountered someone who embodied unconditional love in practice—
something I had long aspired to, often facing criticism for my acceptance of those who had hurt me.
I believe that when we pour love into the world, we receive it in return. Acceptance of others, even
in their flaws, cultivates self-acceptance and healing.

Nicole masterfully weaves together trauma studies, somatic awareness, women's studies,
spirituality, and relational dynamics into a cohesive framework for personal growth and coaching.
Her presence in conversation is exquisite, and her questions provoke deep reflection. I've
integrated many of her "hot seat" inquiries and Eros Sutras into my own practice, witnessing their
transformative impact.

I teach Orgasmic Meditation to couples (when they are a "yes") and use the coaching prompts from
Nicole's book *Slow Sex* to help clients deepen their connection with themselves and their partners.
The Sutras often express what words cannot, offering clients new perspectives that reduce anxiety,
depression, and self-doubt when practiced regularly.

Through my interactions with Nicole and Rachel, I've learned to listen deeply, offer genuine
empathy, and extend love, trust, and honesty before expecting to receive them. I've grown in my
ability to communicate desires, sensations, and emotions clearly, and I've embraced feedback—
even when uncomfortable—as a mirror for growth.

Rachel, in particular, supported me through a difficult two-year period. Her encouragement,
coupled with her honest reflection that I had created my own challenges by living out of integrity
and adopting a victim mindset, empowered me to make meaningful changes and reclaim my
strength.

Nicole and Rachel have been pillars of support on my journey. Their teachings on love, gratitude,
forgiveness, and service are universally valuable. I believe they embody integrity and respect for
others. I often draw on Nicole's eloquence to help clients understand the depth of unconditional
love, and I have felt truly seen and supported by Rachel in my personal growth.

I extend my heartfelt gratitude to Nicole and Rachel for their unwavering commitment to self-love,
service, connection, and authenticity.

**With warm regards,**
Charity Danker, LPC
Certified Sex Therapist

**Chas Hines**

Tinniswood Close

London

N5

3rd November 2025

Dear Judge Gujarati,

I came across Nicole Daedone via her Ted Talk back in early 2013. Struggling to cope with a toxic long-term relationship, her talk inspired me with a new perspective outside of a 'norm' that simply wasn't working for me. At the end of 2013, freshly single and back in the UK from the country of my ex-partner, I came across a pop-up shop for One Taste quite by chance. I remembered the name, Nicole Daedone and I went in. It was one of the best decisions I've ever made in my life.

The following weekend, I learned about Orgasmic meditation in a class. The concept was so alien that I almost didn't believe that my life could dramatically change for the better. But change it did. So so SO much for the better. The concepts of Telling the Truth at all times and stating my wants and needs no matter what, was a lesson in revelatory effectiveness to me. Within a few months, I met Rachel Cherwitz, when she visited London. I learned so much from her about being open and direct in my words and deeds.

Both these women have had a huge absolutely positive impact on my life. My relationships are great. My boundaries are clear. *I* am clear! I take good care of myself inside and out. I exercise, I eat well, I sleep properly. I am mindful, responsible, and deliberate in all my pursuits. I have more self-esteem than I ever imagined. My life has been made so much happier by the knowledge, teaching, and simple amazing truths these women have shared with me and others.

I think it was unprecedented that Nicole and Rachel opened this path for me and for other women (and men). I found courage and fulfillment from following them down it. Women being clear, motivated, loving and loved, confident and independent in all the right ways is something that is still frowned upon. And yet, in so many racist, gendered, and sexist ways, our society doesn't work in its present iteration.

The work these women do is amazing. Maybe some people interpreted it as the ultimate freedom and lost themselves or felt hard-done-by by it. But the vast majority of my fellows on this journey have benefitted greatly from the disciplines that we have learnt from Nicole and Rachel. And we have done this by simply learning to take full responsibility for our own lives. Do not harm yourself, your friends your family, nor your community. Not much wrong with that. I, my family, friends, and work colleagues are certainly benefitting from living this way.

Yours sincerely

Chas Hines
London
United Kingdom

Dear Judge Gujurati,

My name is Cherylyn Freiwald and I am a 64 year old woman and researcher in the Energy Industry. I met Nicole Daedone and Rachel Cherwitz nee Pelletier in 2013 through the One Taste orgasmic meditation coaching course.

As a child and young adult, I was a victim of sexual abuse and drug addiction. Through therapy, the practice of OM, the teachings on addiction from Rachel, Nicole's teachings and perspectives on feminine sovereignty and the art of listening and communicating with my own body, spirit and Eros, I have been able to live a life with purpose, in service to connection and my community. While the teachings and perspectives of Nicole and Rachel are not mainstream nor the cultural norm, their work in addiction, the prisons and with the homeless and empowering women has made my world a better and more fulfilling place to live and work.

Had it not been for these women and their beautiful, engaging and thought provoking work, I may not have been able to pull myself out of my addictions and victim mentality to become the woman I am proud to be today. They and their work have enriched my life in a way that may be difficult to grasp, and is deep and healing.

With sincerity and respect,

*Cherylyn Freiwald*

---

Cherylyn Freiwald
Paonia, Colorado

207

Honorable Judge Gujarati,

I am writing this letter to share my experiences with Nicole Daedone and Rachel Pelletier (Cherwitz) as a friend, student, and colleague. I first met Rachel in 2013 when enrolling in the OneTaste Coaching Program and Nicole later that same year when the program began. I got to know them both over the course of the next five years while working for the company and continuing to take its courses.

I know these two women to be bold, courageous, and deeply rooted in a sense of purpose. They have both overcome incredible hardships in their own lives, learning to turn those experiences into unique strengths, and have made it their vocation to teach others how to do the same. I have directly benefited from their teachings as I learned how to love myself, trust myself, and overcome my social anxiety and people-pleasing tendencies. These changes allowed me to finally have the types of friendships and intimate relationships that I had been missing my entire life. These two women directly helped me become a more honest communicator, better partner, better listener, and more empathetic human being. I strongly believe that in today's world we need such things now more than ever.

There is a certain cultural climate we find ourselves in at this time that is calling for greater transparency, sensitivity, and accountability in all industries. The personal development industry is no exception, and it is in a uniquely complicated position in this climate with a combination of its relative newness, lack of standards and oversight, and the often sensitive subject matters it addresses. In such an environment, I believe one must look at the number of positive experiences people have had with a teacher or organization against the negative ones to gain a more full perspective, and I hope you will consider my positive experiences with these women and their work when reflecting on their character. I know Nicole and Rachel to be highly perceptive and adaptive to change, and I hope we can continue to see them refine their work to bring about positive change in this constantly changing world.

Sincerely,

Chris Paizis

208

Dear Judge Gujarati,

In light of the conviction brought against Nicole Daedone and Rachel Cherwitz, it feels imperative that I write to you and give a testimony of my own experience with these two women. As someone who has had an opportunity to volunteer, participate, and work professionally with the Onetaste organization over the last 6 years, I have had the opportunity to witness their character and the impacts of it first hand.

In the most difficult and highest order of situations, I have witnessed a level of personal responsibility, candor, leadership, vulnerability, and understanding that is truly rare in its capacity for love from these two women. This remains true even when they have both been personally tested and faced with immense personal hardship. I have found again and again that Nicole and Rachel are above all else honest, direct, and steward any trust they are given with an exceptional type of kindness. My life has been profoundly bettered by both of them and the generosity they have dedicated their lives to bringing forth into the world. The gift they have of inspiring self-respect and dignity in others of all walks of life simply cannot be overstated.

As you may or may not know, for the last decade or more Nicole and Rachel have committed to serving some of the most underpriviledged groups in modern society. Their commitment to resource and positively impact prison reform, free food programs, and the treatment of addiction cannot be overlooked as a reflection of the true mission, heart, and generous spirit of both these women. I implore that you take these truths and my testimony into consideration when determining an appropriate sentence.

Regards,

Clayton Cone

David Yadegar
Woodacre, CA
dyadegar@gmail.com

November 4, 2025

Your honor,

My name is David Yadegar and I am currently a business owner of a structural engineering firm in the bay area. I am writing to share some of my history with OneTaste in hopes that it can serve to shed light on the intentions and benevolence of Rachel Cherwitz and Nicole Daedone.

From 2007-2010, I had the pleasure of being a student at OneTaste with Rachel and Nicole. I was deeply woven into the community as a student taking classes on power, leadership, understanding my psychology, and the taboo topics of sexuality and orgasm. I look back on my time at OneTaste with gratitude, as the work there opened my eyes to my potential as a human being and what it means to live an embodied life. It exposed me to what radical truth looks like and how to live a more connected life. I developed trust with Rachel in particular given my close connection with her, and got to learn a potent template of relationship that has served me ever since.

I have watched the documentaries on OneTaste and have heard first-hand people's accounts of hardship in their time there. I can understand the concerns of people who claimed they were harmed during their time there. The topics that we were studying often went straight to the core of our character structure and who we are. This was hard. Even amongst people I was studying closely with, there were confronting vulnerable moments where seeing parts of ourselves was hard to be present to. The work there was challenging and it was clearly not for everyone.

As challenges arose, I watched the leadership team (of which Rachel and Nicole were a core part of) take stock of the feedback that was unfolding in people's experiences and take to heart how to more clearly and lovingly deliver the teachings and wisdom of the work. I did not feel coerced into doing anything in my time there. I felt completely at choice in my engagements, and when I was complete and it was time for me to leave, I left.

I trust in my heart the goodness of Rachel and Nicole's intentions to create a more connected world where women feel more empowered, people share their truths with greater candor, and we are all more honest with our longings and desires. Please consider the goodness of my experience and those of others that were voluntary parts of this community as you hold this case. These two women matter to me and their gifts have hydrated a world that has been thirsty for their teachings.


Sincerely Yours,



David Yadegar

## Derek Opperman

### 469 Raindance Street, Thousand Oaks CA 91360

**3 November 2025**

Judge Gujarati, Your Honor -

I am writing this letter in support of Nicole Daedone and Rachel Pelletier, whom I met through OneTaste in 2016 as an access to relationship and personal development work.

I wasn't raised with good romantic role models.

Even further, I wasn't raised with good communication role models.

From my dad it was either happy, angry or football. To this day he's never said I love you first.

Vulnerability and full self expression were punished.

Before Rachel and Nicole's teachings I did not understand full self expression.

From working the 'Fourth Step' to get fears complete to receiving feedback with openness, ease and grace, I learned the beauty and boldness of vulnerability.

Rachel shared her ongoing divorce with another OneTaste teacher. She was visibly crushed. And in spite of that she still stood for one's desire to come, go, change in life (and relationships).

One's will is never to be repressed or forced,  no matter how painful it was to someone else.

Nicole and Rachel taught me that there is Unlimited Freedom through truth.

I write this because their teachings gave me my life, my family, my freedom.

I am willing to testify to their character under oath.

Regards,

Derek Opperman

211

November 2, 2025

To the honorable Judge Gujarati,

I have cherished Nicole and Rachel for the past 20 years. Nicole is a combination of Madam Curie, a pioneer and researcher, with the dependability and trust of Jennifer Aniston's character from the TV show "Friends."

I feel tremendous gratitude for Nicole's dedication in bringing a "light to sexuality," a subject that holds so much shame for so many. From my first class she always taught with humble advice and empowering insights. She would say we are not here to commiserate around wounds. Instead learn to OM and take responsibility for your sexuality and transformation.

With just one teaching she changed my work as an Occupational Therapist, retreat and studio owner, family member, and in my intimate relationships. In a game she created called "Turn On" where at the end of the game we concluded with "an intimacy," which is a transparent statement of what you felt about another person, positive or negative, and to just say "thank you" without questioning or retaliation. This practice has transformed my life. Nicole brought this level of depth for everyone to care for each other, to grow and connect, that was weaved into everything she did.

After all these terrible distortions of the wonderful person she really is by the media, which include selling her out to Netflix, her response has been forgiving instead of holding contempt and to let everyone know the door is always open and the lights are on if they want to come back home.

Rachel is probably one of the hardest working, committed, protective people I've ever met. I once was dating someone outside of One Taste who was starting to go off the rails with his posts slightly imbalanced. Rachel called me out the blue to check in on me and to ask if he is stable, if there was anything I needed and if I felt safe or in jeopardy. Rachel never asked anyone to do more than she would do herself. Both ladies have vision, character and work on themselves tirelessly and only invite others to be a part of trying to elevate the human condition.


Most Sincerely,

Georgiana Borda

**To the Honorable Court,**

I am writing to share my perspective on Nicole Daedone and Rachel Pelletier, who currently face legal challenges before you. As a woman seeking freedom and purpose, I have closely observed the transformative impact both Nicole and Rachel have had on my personal development and well-being. Over the past 12 years, I have had the privilege of knowing them, and they consistently exemplify integrity, compassion, and dedication.

Nicole, a visionary, tirelessly fosters personal growth and healing. Her unwavering support has enabled me to explore and realize aspects of myself that were previously hidden. Rachel's straightforward approach empowers individuals to address personal challenges and strive for self-improvement. Their influence has been profound.

I first encountered Nicole and Rachel 12 years ago. Their teachings have given me a fresh outlook on life. Having battled depression since childhood, I chose not to rely on medication. Attending their classes in San Francisco allowed me to reevaluate my life, leading to newfound clarity and resilience. I credit Nichole, Rachel, and the OneTaste community for this positive transformation.

Regarding the legal case, I believe it should be dismissed. The allegations appear baseless, akin to grasping at straws. Conspiracy charges lack substance and fail to specify any wrongdoing.

Furthermore, Nicole and Rachel actively support a nonprofit organization that provides essential services. Initiatives like serving over 10,000 organic meals annually to the homeless and immigrants in Harlem through Free Food, NY demonstrate their commitment to societal well-being. These allegations do not reflect their true characters or the positive impact of their work.

I implore you to consider the substantial positive influence Nicole and Rachel have had on countless lives, including my family's. Allow them to continue their invaluable contributions.

Thank you for your attention to this matter.

**Sincerely,**

Iris Freeman

X ~~Iris Freeman~~

Iris Freeman

213

November 2, 2025

Dear Judge Gujarati,

I am writing this letter in support of Nicole Daedone, who I met in 2011, in Boulder, Colorado. I attended an in-person seminar that OneTaste provided, where she explained the practice of OM (Orgasmic Meditation) and answered questions of every audience member. I know there were at least 60 audience members, and the even was held at the Integral Center on the corner of Balsam and Broadway. (The Integral Center building was demolished in 2018 and now there are some condominiums on the property.)

I am a licensed clinical social worker in Colorado, and one of my top values is clear communication and respect of boundaries. I was very impressed by Ms. Daedone's level of attention to each audience member and the clarity of her responses to their questions and concerns.

After attending the seminar, I also took the OM course and engaged in the practice for many years. I found (and find) the practice to be very helpful in improving the clarity of my own communication with friends, colleagues, and more intimate partners in my life. I have found it rare to witness the level of respect and clarity of communication in other areas of my life, that I have experienced in the OneTaste community.

I also had the opportunity for Nicole to stay in my small house while I was out of town, and when I returned, I was delighted to find a warm thank you letter for the time that she spent in my home. She stayed in that home over ten years ago, and I can still recall the positive impact her gratitude made on me.

I have interacted with her on social media on rare occasion, and found her responses to my questions to be very helpful, supportive, and warm in my own personal journey of relating to others as a middle-aged woman.

Thank you for taking the time to read my letter, your Honor.

Sincerely,


Jennifer E. Peck, LCSW

November 11th 2025

 Your Honor,

My name is Jennifer Slusher, I am writing to you in support of Nicole Daedone and Rachel Cherwitz. I have known them both since 2008. Through the years I participated in 4 different coaching programs as a student, volunteered for various events, lived in the 1080 house and worked for Onetaste in different roles, I was always paid for any work I did by the way.

Over the course of my 8 plus years around Rachel, I got to know her very well, she is myshe  teacher and friend. Rachel is, even in her darkest moments, an incredible human with tremendous compassion and empathy. I have seen her entire range of skill and emotion, from personal experience of being in very intimate settings with her, she has a solid character, unwavering dedication for helping others, and an iron clad moral code to do what is right. The sacrifices she has made in her own life to show up for others is mind blowing and my respect for her is unparalleled except for my respect for Nicole Daedone.

While I was a student and staff of Onetaste my interactions with Nicole were deep. Something you best know about me is that I don't subscribe to anything blindly, I am an evidence based human and require proof to trust people, especially teachers. I tested I testedNicole's knowledge for years,  for years and she proved to me her impeccable character. At different points in my time around Nicole, I was around her personal living spaces, helped drive her around, got toher I got to know her through she liveshow she lives and how sheshe speaks tos others   in those behind the scenes intimate moments. She was consistently very kind, very loving, yet had extremely strong boundaries, and just as Rachel does, unwavering compassion and commitment for helping others.

I have never once seen them treat anyone poorly, manipulate, force labor, or force anything on anyone. In fact, it was often that they would be treated poorly by students, the media, and the public. Even while facing constant judgment and abuse they continue to demonstrate impeccable character. I have tremendous respect for them.

The skills I learned from them, are highly applicable life skills that havethat have helped me succeed in my diverse career and carry over to all of my relationships both personal and professional. Not only did I become a better person from their guidance but I witnessed many people express the same. They are extraordinary women and the world needs women like them. We would do the world a great disservice if they are sentenced.

Thank you for your time reading this and for looking deeper into who they really are. I hope the truth in this letter shows my conviction for how strongly I feel that both Nicole and Rachel are innocent.

Best,

Jennifer Slusher

**John F. Petz**
**Santa Monica, California (310) 582-0053**
*johnfpetz@gmail.com*
*November 2, 2025*

Dear Judge Gujarati,

My name is John Petz and I have known Nicole Daedone and Rachel Cherwitz over the course of the past 12 years. We met in programs conducted by One Taste and I have sincerely enjoyed my interactions with both of them. I have also found them to be sincere and dedicated women who have made wonderful contributions to my life and the lives of many others.

About me: I am a father of two and an alumni of the University of Michigan and Wayne State University law school. In my professional life, I have served as advisor and executive speech writer for the leaders of a variety of major corporations including General Motors, Toyota, Honda, Universal Pictures, Hertz and many others.

As a longtime Santa Monica resident, I have been appointed to our Recreation and Parks commission by the City Council and have been honored to serve as a city commissioner. I have also been very active in the Santa Monica-Malibu school system where I have played a leading role in district reforms and bond measure campaigns.

In these different roles, I have worked with many different people and have become a good judge of character. Both Nicole and Rachel are quality human beings and I stand in support of them and the work they have done.

If you have any questions about my experiences with them, or with One Taste, I would be happy to answer them.

Thank you for your time and consideration,

Sincerely yours,

John Petz.

216

8 November 2025

Your Honor,

Growing up in Northeastern Pennsylvania in a conservative community I felt from a young age the pressure to conform to local cultural norms. As I came of age, I felt a growing dissonance between the things I felt to be true and the traditional values I had adopted. With difficult thoughts regarding my sexual orientation and even my gender with nowhere to turn to openly discuss such topics, I buried them. Though it was easy to ignore this growing disparity at the time, as I would receive the reins of this family empire as I graduated from university, that ease soon faded. I was placed into an executive position, compensated way above my value, and was expected to "hold down the fort" as my father prepared for retirement. I was a classic case of nepotism.

It wasn't long after I was appointed that I realized I was not qualified: short-sighted, self-absorbed, emotionally empty and dependent on pharmaceutical drugs to maintain any sort of regularity in my mental and physical state. After a year I decided to step down as I could not get well. From relentless sinus infection to debilitating back pain to emotional instability, I felt like my only option was to run. I didn't even know what I was running from, but I needed to get away.

I moved to Los Angeles in 2014 and felt great for months, I had new experiences, friends, and resources. However, those feelings of freshness began to fade and a familiar uneasiness began to manifest within me once more. One of my new friends asked if I had ever heard of Orgasmic Meditation, and with nothing left to lose I attended an event. It was in this event that I felt something that I had been missing my entire life; unconditional connection. Genuine interest in what I had going on inside without the judgment or covert ultimatums that I was used to getting. As a well off, flamboyant, attractive man it was routine to be used to access my lifestyle. People seemed to want what I had, but I was dead inside. Through OM and the community Nicole built along with Rachel and others, I was given a space to discover my own desire and purpose. This experience peaked after nearly 4 years of connection with this group between LA and The Land.

I am now back in NEPA, where I am married to my wife, Lauren, and raising our daughter, Violet. Pharmaceuticals are no longer a part of my life. I've helped numerous organizations, and maintain my relationships with various members of the OM community. Weekly calls are still a joy for me. Not a day that goes by where I don't thank God for the time I had within the OM community.

Business leaders, community members, family and friends all routinely ask how I seemed to have such a radical transformation or where I gained unwavering principles and attention. I don't even know where to begin. I tend to downplay it because of the harrowing allegations and investigations that have taken place that are worlds away from the experiences I had personally at the hands of Nicole, Rachel, and the entire OM community. I ask that while deliberating on this case that you consider stories like mine to allow access to the community and practice that, I would argue, saved my life. And to consider what might be possible if every young, flamboyant, or confused person has a safe place for self-discovery in a world that is ever more divided and saturated with messaging aimed at keeping us polarized.

Thank you for taking the time to read my story.

217

Your Dear Honor, and may it please The Court,

My name is Joseph Thomas Latta.
If I may offer into evidence: I became an Eagle Scout outside Washington, DC in November 2009, and I completed my introductory course into OneTaste's OM community in Austin, Texas on Valentine's Day, 2016. By August of 2016, I had authored an "I OM" testimonial for OneTaste marketing, with the thesis that having found growth and community, OM was literally why I'd wakeup every morning. I miss feeling such momentum, but still greatly value lessons learned and growth achieved through the community created by Nicole and administrated by Rachel.

I first interacted with Nicole Daedone the following month, when ignition I had come to feel within OneTaste's self-growth teachings and from their very supportive community led me to my first-ever visit to California: for OneTaste's Coaching Program 11. With her microphone, onstage before some 200+ students from across these United States as well as a number of internationals from Canada, London, Australia, other nations, my first direct personal experience of Nicole Daedone was of her talking nearly a full hour of *everyone's* time to address *me* individually, stage-to-audience, and support me challenging the notion that I was <u>not</u> perfect.

I'm an educated Christian man, I was in progress toward my two bachelor's degrees at the University of Texas at Austin during this event I speak of (12/2018 TX Longhorn graduate). I understand both from study and from faith that it is not possible to be a perfect human. We are all flawed and fall short, our only salvation available is through divine Grace. The loving compassion which Nicole Daedone expressed to me that day helped me see and to *feel* that the preceding impossibility hardly impaired my being perfectly *me!!* I was in a bad mental and emotional state at that time, still struggling with my university studies in the wake of severe Traumatic Brain Injury (June-July 2013 coma). The compassionate verbal stroking of Nicole allowed me to set aside imagined barriers, push through the pain of perceived deficits due to injury. I found my perfection not in my brain but my heart: my perfection is my **LOVE**, its abundance and energy! I'll never be a perfect *person*, but through living in love I can be a perfect me!

I remained enmeshed in OneTaste for over a year, in the Austin community as well as traveling to New York, DC, Los Angeles and San Francisco and Even Philo, up in the woody mountains north of SF. I continued to pursue growth and connections until we were told government agencies forbade further gatherings. This struck a sour note, as my Government bachelor's degree recalled first-amendment right to peaceably assemble. My heart mourned access to the love and healing I'd accessed in that community and from those courses. And my hopes for human future shattered somewhat; I had felt in 2016 at aforementioned Coaching Program 11 that I was privileged with position upon the crest of a new wave of peace, empathy, and loving compassion which all humans needed. The next year the wave broke and abated, stopped by the rock of law enforcement.

I have only once yet even mentioned Rachel Cherwitz, or Pelletier, or whom I had first met as Rachel Tayeb. But her contributions, to me and to community and all of humanity, are only

minimally less than those of Nicole Daedone. Throughout many meaningful and touching experiences, in courses or in coaching, I particularly am nostalgic for the feeling of a moment at a retreat in Philo. Hearing I had won a high school Senior Superlative, Most Unlikely Couple. Rachel, in a manner of loving good humor, saluted my breadth of capacity to love by re-conferring Most Unlikely Couple award upon myself and Kim, the tall statuesque Los Angeles blonde of further years than myself. I had met Kim in LA at the Coaching Program, and we truly connected at another OneTaste retreat on Lake Tahoe. I could recount other treasured memories of Rachel and/or Nicole, but I fear I've already rambled a bit much, I'll conclude.

Once an Eagle, always an Eagle, Your Honor. This 2009 Eagle Scout knows and continues to live the Scout Oath and Law at all times. Through the kind compassion and illuminating education of both Nicole and Rachel, I have grown further toward my goals, healed psychic wounds from deep trauma, and continue to honor teachings about human connection. I can and will testify under oath, these women and their community provided invaluable service to hundreds of people from this and other countries, and are victims of malicious media misrepresentation. The Scout Law *BEGINS* with, "A Scout is Trustworthy," I hope Your Honor finds the truth in my emotional words. May it please The Court.

Very Respectfully,
Joseph T. Latta…
3rd November, 2025

219

Dear Judge Gujarati,

I'm writing on behalf of Nicole Daedone. I had occasion to take several courses with her as my teacher about 10 or so years ago, and I'm so glad I did. What I learned from her was so valuable. It has helped me be better in business and interpersonal relationships, as well as many other life situations. She's very good at what she does, and I only wish that more people could have access to her teachings. She has never been anything but loving and kind to me personally, and I have nothing at all bad to say about her ever. I've only ever been treated with kindness and care by her, and I have nothing but love and respect for her.

Sincerely,
Laurie Mayer

*Laurie Mayer*

Your Honor,

I am writing to express my admiration and respect for Nicole Daedone and Rachel Cherwitz. I have known these women for 7 years. In my interactions with both of them I have always been impressed with their kindness, generosity and unconditional approval, attributes that were strengthened in me as I saw the transformative effect it had upon people who came in contact with them.

The Free Food Program in Harlem and The Art of Soulmaking outreach initiative for the incarcerated are the perfect examples of their aforementioned attributes.

For the last 20 years of my life I have sought out people and philosophies that allow me to expand my knowledge of myself and others.  The One Taste programs that I participated in did exactly that. I entered into a world of connection, awareness and unconditional love that I have ever experienced. I am now  participating in The Art of Soulmaking program and will soon become a participant in that outreach program and I expect to to go even deeper into that world.

Knowing Nicole and Rachel has made me a more self confident, loving, compassionate and  tolerant person. They awakened me to my strengths and talents and I will be forever grateful for their guidance and support.

I have never met any women or men who love and care for humanity more than Nicole and Rachel and I am dumbfounded by the attacks on their integrity and character. The courage they are exhibiting while being unjustly attacked and vilified stands as a testament to the kind of people they are.

If I were in a foxhole I would want them next to me. The conflict would end without a shot being fired and both sides would win.

Sincerely,
Lucy Egg

*Lucy Egg*

221

**Nicole and Rachel letter**

I came to onetaste as a very confused young man in his early twenties. I was traveling from Norway to The States because I felt a strong urge to seek something where I felt a greater meaning, a greater sense of connection with human beings. The culture in Norway was lacking something I was deeply craving. I did not know exactly what this was at the time, but the pain of feeling a lack in my environment had me take the leap and follow what my intuitive senses were telling me. This led me to a so-called turnon event in NYC where I felt there was something special in the people there, who showed the element of human connection that I was craving. Then I was surprised they also had this practice called orgasmic meditation, but I knew this was something I wanted to explore. I went to San Francisco and attended OM courses and went through the coaching program. Through the experiences, I gained a greater flow in interacting with people, and got more successful in approaching and having relationships with women. Their practice and philosophy touched a deeper level of the human experience than I've ever seen anywhere else. Something truer than what conventional society was blindly following.

I've struggled with fatigue for a great part of my life. Sometimes I would zone out and not feel present with people or by body. The practice of OM helped me return into my body in a sense, and

gain a greater awareness of my own inner workings, as well as for the person in front of me. I could be in a zoned out state, but just sitting in the same space with other people in the coaching program, sometimes not even being able to follow what they were talking about, just felt really good in my body. I felt safe, loved and less anxious. My experiences with them has helped me become more trusting of my authentic expression as a human.

I have followed to some extent what onetaste, and particularly Rachel Pelletier and Nicole Daedone has been accused of. Their business model has in many ways been unconventional and characterized by trial and error. But I believe their innermost intention has been pure and coming from a desire to help people become freer humans beings. With that comes the occasional uncomfortable truth and mixing that with business can be particularly triggering at times for people, as I have also witnessed for myself.

Even though I've been away from onetaste for many years, apart from the occasional videos/writings on social media, I still keep much of it with me in my sex life, and I long back to coming back to the people of onetaste, which would not be the same without Rachel and Nicole.


Yours Truly, Martin Aardal

Martin Gutierrez, PE
2739 Bartlett St.
Oakland, CA 94602

November 4th, 2025

Judge Diane Gujarati
United States District Court for the Eastern District of New York
Brooklyn, New York


Your Honor,

I am writing to you to advocate for Rachel Pelletier (née Cherwitz) and Nicole Daedone whom I met when I became a student at One Taste in San Francisco, California in 2017. Since then, I have participated in several retreats and taken many courses at One Taste, some of them led by either Rachel or Nicole.

In my time knowing them, both Rachel and Nicole have always displayed qualities of honesty, integrity, and responsibility, both in business and in teaching. In my experience, they are not the people portrayed in the media.

I find both Rachel and Nicole to be forthright, decent and generous. They are some of the most courageous and gifted teachers I have ever experienced. They taught me how to be more flexible, curious, self-aware and a better listener. Thanks to their teachings and mentorship I have become a more compassionate and tolerant person.

Nicole and Rachel were generous in sharing their knowledge and experiences with me, and they never tried to impose their own perspectives. They always allowed me to discover and embrace what was true for me and to let go of that which I did not agree with.

At One Taste, they created a safe environment for me to grow and thrive. With their guidance and support I have learned more about myself than at any other time in my life and have become a better human being. I am grateful for the impact they have had in my life. Today, the result of that personal growth is reflected positively in both my personal and professional relationships.

Thank you for your time and consideration.


Sincerely,

Martin Gutierrez

Your Honor,

I am writing this note to validate the character I've personally witnessed of Nicole Daedone and Rachel Cherwitz over the last 7 years I've known them.

I have been studying orgasmic meditation, Tantra, meditation, hypnosis and many other modalities for years in an effort to improve myself and heal from past sexual trauma and challenging relationships etc. I came across One Taste and Nicole Daedone's writings in 2017 and joined their coaching program in 2018 where I met Rachel Cherwitz who was one of the teachers at the time.

I found the information intrinsically foundational and orgasmic meditation transformed my whole life opening my body to new levels of sensitivity, healing and connection! For me it was like someone turned on the lights then connected the electricity in my body and all of a sudden I felt like a powerful woman again that was turned on to life and enjoying myself for the first time in a very long time! It was like my body had been asleep and my mind had kept me in the dark under control of everything to keep me safe and disconnected from the life I could have been living.

After that, I dove into everything I could devour soaking up the best of what was available in the live classes and in the inspirational writings! And I'm so grateful I did because everything has shifted and transformed for me around relationships, money, past trauma and the practice of being present, open and connected. Orgasmic meditation specifically has been a pivotal practice that has turned my body back on to life and reinvigorated my relationships with others as well as who I am innately and my personal intuition and power to be a dynamic turned on woman!

I have witnessed these two beautiful women give so generously to those around them and I'm so grateful for their intuitive connection and their ways of teaching that has truly liberated me from who I used to be! I cannot imagine my life now without their influence as they've been a powerful part of my transformation for the best!

It's hard to imagine that the integrity of these two powerful women has come into question as I have only seen them come from loving, lit up spaces despite the challenges they've been facing. I understand no one is perfect in this world and I believe we all have difficulties we face and sometimes we do or say things that perhaps could be done better… yet, I feel like we do our best under the circumstances and if we could choose better in the future hopefully we all will! Forgiving self and others is not easy especially under the scrutiny of social media today.

I've listened to countless hours of both of their teachings, classes, writings and witnessed their gifts they've offered in small digestible bites. Honestly, I wish there were more powerful women standing up, filled up and giving back to the masses in the many ways these women do! The life path they have chosen is not an easy journey yet it's necessary in our times to help reawaken more women (and men) who've been oppressed, abused, isolated and abandoned to remember their power and live their lives more fully!

I wish all women could feel the electricity of life pulsing through our body's and find the natural turn on that arises when we are filled up the way that Nicole and Rachel and myself are because the whole world would be a better, brighter, more connected place!

I understand that our society is not necessarily a fan of powerful women and how it wants to somehow "punish" them for standing out and speaking up to control this deep powerful connection they emanate. Perhaps the "wrong" words were used or something was done that has brought their conduct into question however I feel like the bigger picture of their overall actions and the many ways all the lives they've touched so profoundly also needs to be discussed since the world is not completely black and white and occasionally the shades of gray need to be addressed and reasoned with so we can create a better future for humanity especially around our innate sexuality.

I have never in my life encountered more insightful beautiful teachings and complete presence as from these two gorgeous women who are living, breathing and emanating the truths of Eros as they have so uniquely offered copious amounts of wisdom graciously to those of us still seeking the truth and longing to practice it in practical ways that continue to light the world!

I can honestly say I don't know where I'd be without their writing, teachings and daily classes and events I've witnessed with them.  I can say I am profoundly moved and I will never be the same now that I've been blessed with the knowledge and intuitive information they've shared with me! I know the world is a better place because they've offered their gifts to us all so freely and I for one will always be grateful! With this said I implore that you truly open your heart to hear the profound messages they've been sharing with so many of us so you get the bigger picture that's much more balanced of who these women actually are from people like us who have shared experiences regularly with them in ways that have been highly valued and appreciated because they make a difference for the benefit of many!

Thank you for hearing who they really are and seeing through the jaded glass pictures to witness the beauty that radiates from within these women touching so many others on the path of making the world a better place. Thank you!

Sincerely seeking love for all!

Maryann Baker

November 10, 2025

Honorable Judge Gujarati,

This letter concerns pending actions regarding the Nicole Daedone and Rachel Cherwitz's sentencing. I respectfully submit the following for your consideration.

I am a retired financial executive, now 77 years of age, with substantial executive-level experience managing companies, public and private, foreign and domestic, from start-up to public market, joint venture, and large company groups. I hold undergraduate degrees in history and international management and a graduate degree in international management. My specialization has been international management and finance, with work experience in over 20 countries and travel to over 80 countries. I am also a start-up specialist with three decades of experience serving as a CFO for high-tech startup companies in Silicon Valley.

The distinctions gleaned from travels helped to develop a compelling interest in diverse cultures, community development, and personal transformation. I developed connections to intentional communities worldwide and have acted as an advisor. I have also been engaged in personal transformation coursework since the 1980s, with extensive engagement since 1997, including starting a coursework business that developed a unique modality now used worldwide. I trained as a course leader for two years, and before One Taste facilitated at least forty weekend courses and an equal number of one-day workshops.

I met Nicole at a seminar she was co-leading around 1999, and met Rachel in early 2007 when she first joined the One Taste community. After the workshop, I don't recall having much contact with Nicole until 2003, when I moved into a house near San Francisco where the housemates were friends with Nicole. Nicole lived nearby in the same small community just south of San Francisco.

At the time, an overriding interest of mine was the development of intentional community, particularly housed communities. Nicole and a small group of collaborators, including some of my housemates, percolated the idea of what would become One Taste, which naturally caught my attention. I found Nicole sincere in her intentions for women's liberation and empowerment, and her desire to build a housed community based on that purpose. I discovered she was driven and passionate about the project.

As I got to know Nicoe better, I understood that obtaining freedom and happiness by staying with the moment's energy was a fundamental principle in her life. Her teachings were as spiritual to her as they were relevant to the human condition. While Nicole was firm in her beliefs, she was open to reasonable suggestions and quick to act. What was notable for me was that she focused on each person's well-being. She intuitively understands what people need and tries to help them obtain their desires. She was particularly empathetic towards and adept at working with women. Empathy came with a demand for the person involved to take responsibility for their life, which aligned with her goals. Thus, more than a strong sense of social mission, I witnessed her being a natural leader who is innovative and resilient, able to build strong teams and networks, and collaborate effectively. These are essential qualities for a successful social entrepreneur. I was naturally drawn in because of my interests and background with start-up companies.

Thus, I witnessed the start of One Taste and stayed connected with it from early 2024 through August 2008. Initially, a facility was leased in San Francisco to serve as a community center. Shortly thereafter, another facility was leased on the same block for housing, then two more. New people came to collaborate, some to live in the community, and the numbers grew. I saw countless women, Rachel included, arrive and grow strong through empowerment and liberation. The men who arrived became far better informed, sensitive to women's needs, highly supportive, and conscious. These were excellent results.

I draw a clear distinction here between the community of One Taste and the course business that would later develop. Communities, particularly intentional communities, need boundaries and a process for admission. This goes double for a housed community. Whether desired or not, intimacy isn't for everyone. While courses were generally open, participants in the residential community needed to be mentally healthy and free of addictions and aligned with community values. Even then, entry into the community required a unanimous vote by community members. While community members participated in coursework and supported the growing seminar and coursework business, it was by choice and not universal. Many community members never saw themselves as part of the One Taste business. Instead, they were building community. The community had its own self-selected leaders. Nicole lived apart from the community and generally focused on the business, yet she never lost touch with people's needs and engaged where needed.

Initially, the One Taste functioned as a master tenant, renting facility space for activities and housing for community members. People collaborated to give an occasional seminar to raise additional funds for rent and expenses, as needed. While rents were paid individually and were not a "joint and several" obligation, there was also a need to cover the rents for common areas and community expenses. The community threw parties, hosted speakers, and rented event space, including for other people's courses. Essentially, anything we could think of to make the rent.

One Taste borrowed funds when necessary. The borrowings had to be justified. While the amounts were token for the individual involved, there was a business process. As a financial advisor to the community, the lender paid me to prepare business forecasts needed to support loan requests. As new people joined, facilities expanded, as did the rent obligation, and workshops became more frequent. In late 2008, One Taste rented and renovated a small hotel; it surrendered other housing facilities. This was a transition, not an expansion, as seminar and course activities became One Taste's primary business. Most community members who were not fully committed to the course business left then. I also went, as my primary interest was community development, not building another coursework business, something I had done in the past.

A decade later, I followed the stories when One Taste appeared in the news. I watched the Netflix video at a gathering of approximately twenty people, all of whom participated in the early days. Following, we shared our impressions. Both the articles and the film occurred as hugely distorted. The film was particularly concerning as, with few exceptions, the images of people were from the early years when One Taste was a community, and pictures were presented out of context to misrepresent the circumstances, while the film's discussion centered on events ten years or more after the pictures were filmed. With few exceptions, the community people who appeared in the movie did not consent to this use, and to our understanding, neither did the One Taste organization. There was a general sense of gross distortion and misinformation among the people who watched the film with me.

The nature of transformation is to nudge people out of their comfort zone toward the change that they want to make in their lives. Sexuality is exceptionally challenging, as is the intimacy of living with a large group of people. Even minor matters can cause people to experience difficult transitions, and once removed from the experience, they can backtrack to what was comfortable, sometimes denying responsibility for their choices and personal volition. Teaching sexuality presents a unique set of challenges, including conflicting cultural and religious beliefs, shame, and fear of controversy. Years later, people at a different stage of life may express regret.

I don't know what happened after my participation. I can only speak to the people who brought complaints against One Taste, whom I recognized in the film. I assume they also presented in court. Whatever their motivations now, I can say that they eagerly embraced the experience at the time, their words wildly contrasting with reality as I knew it.

From my experience, Nicole created a positive and productive environment where individuals could thrive, contribute their best work, and collectively drive positive change. She is a masterful teacher skilled at moving people toward their desired breakthroughs. Whatever method she chose to apply, she always acted in the participant's best interest. I did not experience any circumstance where anyone was forced to do anything they did not want.

While I knew Rachel for about 18 months, I did not know her in the roles she would ultimately assume in the organization. She was a decent person who was eager to learn. The longer I knew Nicole, the more I respected her capabilities as a social entrepreneur who could motivate people and her concern for the individuals involved. As a start-up specialist, I know the difficulties of replicating organizational policies and procedures, the growing dependency one has on other people, and the difficulty of the transition. I might assume breakdowns in a particularly sensitive business environment, as they are common for any organization. Still, the charges do not fit my understanding of Nicole or Rachel, as I know them.

I have often described the One Taste experience as a collective practice of intimacy that induces deep, intuitive connection supported by mutual respect and trust. While many of the teachings were brilliant, my appreciation came mainly from the experience of living in an intentional community. The lasting results are a deeper connection and greater generosity with everyone in my life. Many people I met during that time remain friends today. I'm grateful for my participation.

I hope this perspective is helpful. I did not facilitate the coursework at One Taste, and dated outside the community, so I speak without attachment except to promote justice.

Sincerely,

Kenneth Vanoky

Your Honor,

I am writing in defense of Nicole Daedone and Rachel Pelletier. I took the One Taste Coaching Program in 2016, attended a retreat in 2017 and had coaching sessions with Rachel in 2015.

As a neurodiverse, highly sensitive person, I'm someone who has never quite fit into mainstream culture and found trying to fit in to be destructive and harmful to my wellbeing.

As a student of these women, I have become more adept at listening to and trusting my inner truth and feeling good in my own skin. This has helped me to carve out my own unique way in relationships, career and life path.

The lack of dogma and emphasis on personal autonomy has been supportive and encouraging for me to develop the emotional resilience, acceptance and inner peace to live and let live. That is a quality that I notice is sorely lacking in our world today, at great cost to so many.

The OM practice itself gave me a very safe, predictable, repeatable environment to just relax into myself and to know what it is that  I need to feel fulfilled. It has also helped me to develop the voice to calmly advocate for myself any time, as needed. This ability has led me to feel more personal safety and freedom in the world.

My experience with these women and the body of work they have created has made a life changing difference to me. I deeply hope they get to continue offering their work to the world so that other women may have the wealth of personal safety and responsibility I've learned because of them.

*Michelle Kaila Rose*

Michelle Kaila Rose

Life Coach
Yoga
Craniosacral Therapy
Reiki & Energy Balancing

Dear Judge Gujarati,

Back in 2014-2016 I was connected to The OneTaste organization through my friendships with some of its members in the leadership team. I took the intro to OM class and learned from Nicole and Rachael on different occasions. The philosophy they were sharing helped me heal my fear of vulnerability and helped me access my own power as a woman in a deeper way. Every time I saw Nicole speak she lit me up and I consider her a teacher.

What I saw in the community around her was a group of dedicated individuals who were living and practicing the philosophies she shared. I saw their work environments and the way they'd dedicate themselves to the cause, and it was impressive, but not oppressive. I saw such excitement and enthusiasm amongst these people being in community with each other, having a constant opportunity to practice the teachings and share the message.

I'm not surprised that these women have fallen under public scrutiny due to the nature of the practice and philosophies, challenging the status quo and what we are taught through the religious institutions that run this country. They represent something that is feared and mistrusted, and I believe that needs to be acknowledged and separated from the truth of what they were actually doing.

If there was any folly in the foundation of the organization, I wholeheartedly believe that it was blown out of proportion by the fear of the sexual taboo and perhaps the shame and judgement of those whom the work triggered.

The power of the OM practice speaks for itself, and while it's confronting for the world to see a group of sexually empowered women gain as much attention and traction as this organization did, we must examine our own biases and puritanical beliefs before condemning them.

Miriam K.

232

November 3rd 2025

To the honorable Judge Gujarati,

Thank you for taking the time to read my letter. I met both Nicole Daedone and Rachel Cherwitz at the OneTaste Coaching Program In Los Angles in 2016. I spend almost 6 years with them learning courses and their teachings. I started OMing as part of the education I received from Nicole and Rachel, I have become a better person. I used to see women as sexual objects before, now I see the divine human being in each woman I come across in my life. I started respecting women in my life and I improved connection with my parents and siblings and I found meaning in life that to lead a simple life instead going after material things.

Nicole and Rachel both have shown me how important relationships are, and how I can do work to improve them. The effort they put on me is so much I could not describe in my words. This is not an easy task to bring a human out of me from a self-absorbed person like me. In this process sometimes I am mean to them hurting with mean words even then they loved me and helped me to heal. This work they are doing is not full of roses they have work days and nights just for better world by healing individuals and communities and I am fortunate to experience that and I see the world needs people like them.

Please consider the impact that Nicole and Rachel have had on me and people around me. Please do the right thing, and allow them to continue to help people to heal and improve their life.

Thank you for your time,
Warmly, Naresh A,
California

233

4th November 2025

Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier. I have known both Nicole and Rachel since 2012 when I became involved with One Taste. I am a life coach in London and I have trained with many excellent teachers, coaches and healers. My experience with Onetaste and the teachers there was transformative for me. I had a positive experience OMing and I'm grateful to Nicole and Rachel who were inspiring teachers of mine. They supported and challenged me to rise out of a dark time of addiction and low self-worth and to get into a much better place in my life.

Rachel helped me get into eating disorder recovery, she was incredibly supportive. She is passionate, playful and I witnessed her teaching a number of times, she had a positive impact.

Nicole supported me with writing a book and has been such an inspiration of mine for over a decade, speaking about female sexuality and how women can rise to be more empowered. She is a beacon that the world needs.

Please consider the positive and transformative impact they have had on mine and so many lives and allow them to continue to do this important work in the world.

Yours Sincerely,

Nikki Armytage-Foy

Wednesday, June 11, 2025

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Letter for Nicole Daedone and Rachel Cherwitz

Dear Judge Gujarati,

My name is Oleg Slivinsky. I am a retired electrical engineer and a certified energy efficiency consultant. I spent my career designing infrastructure systems and managing teams, but in 2017, shortly after my retirement began, I found myself physically limited by a chronic and painful condition. At that point in my life, I was also facing emotional and relational strain. I felt cut off from the man I had been, and unsure of who I was becoming.

My wife and I joined OneTaste (OT) as part of our search for tools to reconnect—both with each other and with ourselves. We enrolled in OT programs together and worked closely with both Nicole Daedone and Rachel Cherwitz. Those experiences helped me completely reorient the trajectory of my life.

Through OT's classes and men's groups, I realized that life was not over simply because my physical capacity had changed. I learned how to relate to others from a place of openness, humility, and curiosity. I saw that growth was still possible. I felt a renewed sense of vitality—not by pretending I was the same man I had been, but by meeting myself where I actually was.

Nicole and Rachel were central to that shift. Nicole's teachings offered a new perspective on purpose, agency, and spiritual freedom. Her instruction never felt dogmatic—she challenged us to think for ourselves, to take responsibility for our lives, and to treat meaning as something we could build, not just hope for. Rachel supported me in learning how to stay emotionally present and available when my instinct was to withdraw. In both public teachings and private feedback, she helped me listen more fully to my wife—not to fix her or defend myself, but to actually understand.

This work gave me tools I use daily. I am now more emotionally connected, less reactive, and more able to communicate without shutting down. Nicole and Rachel's guidance helped restore not just my marriage, but my belief in my capacity to grow.

I was always treated as an adult. Nothing was ever demanded of me—I was invited, encouraged, and welcomed. That sense of choice and respect was especially powerful as a man navigating new vulnerability late in life.

Spiritually, I emerged from my time at OneTaste with a deeper belief in relationship as a sacred practice. I also felt a new appreciation for the power of women as leaders. Nicole and Rachel taught from strength and clarity, and it inspired me to open to a different way of being in the world—one that relies less on dominance, and more on mutuality.

I am grateful to have had the chance to learn from both of them. They helped me not just survive a difficult chapter, but walk through it with more grace and dignity than I could have found on my own.

Sincerely,
Oleg Slivinsky

235

Dear Honor,

I want to share that my connection with Nicole Daedone and the education I received at OneTaste has been of tremendous value to my life.  This is the kind of personal development work that is not available or possible in other modalities of growth work.

The classes I took at OneTaste and the mentorship I received from Nicole helped me have breakthroughs in my internal journey as well as in my relationships.  There was a boldness in the inquires at OneTaste that allowed me to go deeper in to spaces and make inquiries that other modalities of personal growth work tend not to dare to enter.

I am very grateful for having found this work.  I've benefited from it enormously.

Sincerely,
Om Rupani



Your Honor,

I am writing to you in support of Nicole Daedone and Rachel Pelletier.

I started taking OneTaste courses in 2018 at the recommendation of a close friend because, honestly, I wanted a boyfriend.

As I dove deeper into the work, I saw so much more available to me in the OneTaste courses than "getting a boyfriend". I subsequently did a few weekend courses, a retreat, and the Coaching Program. Rachel Pelletier was my teacher in most of those instances.

Rachel once asked me, "Do you have women in your life that tell you the truth?" At the time, I was confused about what that meant because the truth was: I didn't. The only close relationships I had with women were friends that liked to engage in the same self-destructive behaviors– partying, serial dating, complaining about life.

I didn't have women in my life who could be honest with me…until I met Rachel.

Anyone who meets Rachel can feel how much love she has. It radiates off of her. Every truth she ever delivered was wrapped in so much love. And when you're being called out on your bullshit, those truths can be hard to hear.

Rachel changed my life.

To this day, I credit her for the deep transformation I've made over the last eight years. She was the teacher I never knew I needed.

With Rachel's guidance I went from girl to woman, I healed layers of body shame, I quit drinking, and I found my own voice as a leader. I now have lots of women in my life who tell me the truth and I guide other women on their own self-love journeys.

Both Rachel and Nicole stand for women. They stand for the betterment of our world. They stand for more connection, more intimacy, more love. It would be devastating to deprive other people of these gifts!


Paige Wilhide


237

# Rachel Regan

4 Blackbush Avenue
Drogheda
Co. Meath
Ireland
+353830225431  rachelannregan@gmail.com

3rd Nov 2025

Dear Judge Gujarati,

I'm writing to you to share my support of and hopefully illuminate the life changing impact that both Nicole Daedone and Rachel Pelletier have had in my life. I met both women after starting to OM in 2016. I was working a high level corporate career with IBM and running pretty hard and fast, for about 15 years. While successful, I had become a workaholic isolated and lonely and cut off from anything related to my womanhood. After meeting and working with Nicole and Rachel, I gradually began finding my way back to all the things that made me who I was, feminine, sexual, nourished, contributing, genius. My life began to open again to all the things that I loved, that nourished me, that I wanted. My relationships improved, I reconnected with family, I became an attentive loving mother. I did all of those things through the unwavering care and attention and friendship of these women and the Onetaste community.

There are some crossroads in life that are so significant that they really mean either a continued low-grade existence and sense of dissatisfaction in life or the actual life that you want. For me that's a life full of connection, full of every opportunity to contribute and give back in ways I didn't even know were possible. For every morsel of potential in me to get the opportunity to be expressed and for that to be aimed to benefit others. For every aspect of my life to feel vibrant and alive with not a moment wasted. That is the joyfully fulfilled woman that my son gets to be raised by. That life is the life I'm living now having met Nicole and Rachel, that is what I have access to because of these women.

Yours Sincerely,

Rachel Regan

238

Your Honor,

What do you say when you owe someone your life? Here I'm going to try to share some of the impact these two women have had on my life.

I'm an ecologist and climate scientist. Now I'm a men's coach working on a book about ecological solutions to climate change. When it is published it will be because of Nicole and Rachel.

I came to One Taste, the company Nicole founded a few months after entering a deep personal crisis.

My crisis happened at the North Pole, on an expedition, in the moment I obtained a goal I had held since I was a six year old. - to work my way to the North Pole. In obtaining that desire, my world dissolved, and with it my career.

Somehow in the middle of one Arctic night, sleeping on a colleagues couch, I signed up for a retreat with One Taste. There was no coercion - I read the title of an e-mail 'Winter Retreat, have the new years you want', and signed up. I didn't read any further.

At some point during that retreat I stopped apologizing for existing - I used to say 'sorry' 20 times a day. With their help, it stopped at that retreat.

I used to be so anxious I couldn't sit with my back to a door and get any work done. I had a lot of fear.

I had the new year I wanted, and I signed up for the next offer One Taste made - their coaching program. I didn't know what a coach was, nor did I want to be one, but I took their months-long training, and it was life changing.

During this program, I signed up for their most expensive course - 'membership'. I wasn't coerced. Rachel held me exquisitely as I signed up in person and paid. I had never in my life found something worth spending so much money on.

During the coaching program I saw people transform in an instant. I myself worked through a lot of personal trauma, and I unlocked the deepest grief I've heard anyone describe.

I grieved away my life-long depression. I can no longer find it. I could do this because of the coaching program and the help students and staff gave me.

It used to be that I couldn't walk over a bridge without thinking about jumping - I no longer have those thoughts - and that is due to Rachel and the organization Nicole built.

When I entered the coaching program, I was warned along with the other students that this work was life-changing, and that meant it would destabilize how our current life looked. I chose to stay.

During the program I remember thinking, if I have to quit this - if I can't find my way through it - then the story I would have to tell would be a terrible one of victimization - how I signed up to do a crazy thing and was manipulated into doing so by these crazy charlatans that couldn't follow through with what they said.

It took me sticking with it through all of my discomfort.

In the program, I watched people drop out and start telling their own personal version of this story of victimization - I could hear it in chorus in my own head.

I made it through, and it was worth every penny.

Rachel taught on my course, so I interacted with her a lot. I can attest to her deep wisdom and courage - the courage it takes to tell people the uncomfortable truths they do not want to hear, and deliver it over and over again with incredible grace and humor, along with more bravery than I have ever seen anyone hold. She is the bravest person I have ever met, and she uses it to help people.

Some of those lessons she gave me continue to unfold today, and I relate them to the young men I now coach and support as clients.

Sometimes I wake up thinking of these two women, they come to my mind as I walk through the woods, and I thank them silently, or out loud.

I met my wife at that first course. She's the fourth woman that asked me to have children with her. Before this work, I was terrified of having children. I was afraid it would go wrong, that I'd hurt them how my parents hurt me, and that it would end badly. I was afraid the pressure would lead to my suicide.

I wasn't able to communicate any of that to those first three women, because I didn't know how, and I didn't understand it myself.

During the course, I even went through a period where I was angry at Rachel - having heard things that were difficult for my ego to hear, but she and the other staff kept helping me and made sure I made it out the other side.

My wife and I are working on having children. I never thought I would, and nor did my parents. If I have children it will be because of the work Rachel helped me through in the organization

Nicole built. I owe them my life, and they have allowed me to create it willingly and with an open heart.

I have not interacted much with Nicole, but the first time I was in her presence, on a Zoom call, she welcomed me - I have no idea how she knew me - by saying 'and you're our climate scientist'.

During my time with One Taste, I felt so deeply seen, listened to and understood that the impact of that allowed me to become the man I wanted to be. They saw that man from the start - and they did everything they could to help him.

I willingly paid a lot of money for their courses. I have earned back every penny of it since through coaching and helping other men.

If there was more to say it would be this: they don't know it, but through what they taught me, through what I am now able to teach they are saving other Men's lives - several of my clients have told me that they wouldn't be alive today if it weren't for my coaching.

They don't know it - but they owe their lives to Nicole and Rachel too. They have had the deepest impact on my life, for good, of all people I have encountered, and that gift they gave me continues to spread.

When I have children, I will look upon their faces and thank Nicole and Rachel. This is the power of what Nicole created,
I am forever grateful.


Robert Holden

*Robert Holden*

241

Dear Judge Gujarati,

I hope this letter finds you in good health and spirits. I wanted to take a moment to express my deep gratitude for the incredible impact Nicole and Rachel have had on my life, especially in my journey towards sobriety. Over the past 15-plus years, their unwavering support, love, and friendship have been invaluable to me.

Nicole's dedication to helping people has always inspired me. Her compassion and understanding have guided me through some of my darkest moments. Her ability to listen without judgment and offer sincere advice has been a beacon of hope for me. She has taught me the importance of staying true to myself and embracing my journey with courage and honesty. Nicole's love and support have been a constant source of strength, and I am eternally grateful for her presence in my life.

Rachel's commitment to sponsoring me and supporting my sobriety has been nothing short of extraordinary. Her belief in my ability to overcome challenges and her unwavering encouragement have helped me stay connected to my truth. She has shown me what it means to be a true friend, always staying connected and offering her support, no matter the circumstances. Rachel's kindness and generosity have played a significant role in my recovery, and I cannot thank her enough for her steadfast support.

Together, Nicole and Rachel have created a foundation of love and support that has helped me navigate the ups and downs of life. Their friendship has been a lifeline, and I am deeply grateful for the bond we share. Their love for helping people, including myself, has made a lasting impact on my life, and I am forever thankful for their presence.

With all my love and gratitude,

Rori



242

FROM THE DESK OF

# Russel Mulock

3 November 2025

Judge Gujarati

Your Honor,

I met Nicole Daedone and Rachel Pelletier in Los Angeles in 2015. I was seeking ways to meet people. Nicole's heart is that everyone is worth meeting. This was an intimacy I was seeking.

I learned how to do this like I have learned printed circuit design, or sound design. They are craft guilds: you can only learn from those who are practicing the craft. Books map the territory, but it is practicing the craft refines your skill.

I have taken courses from them. Having taken those courses, in lieu of paying to take the courses a second time, I helped prepare and deliver those courses for others to take. On occasion have I done other tasks and have been paid.

What Nicole and Rachel have been refining is a somatic method to listen to another's desire, and that same method, when I am one being listened to, has me feel loved when speaking.

Their respect for the dignity that can be found in each of us is somewhat awesome.

Sincerely yours,

Russel Mulock

November 2, 2025

To the Honorable Judge Gujarati,

I am writing to you regarding Rachel Pelletier and Nicole Daedone. I met them both in 2015 when I began my practice of Orgasmic Meditation. I was immediately struck by how much the practice gives back to individuals, in stark contrast to a world that often seeks to take from us or show us how broken we are. I view both Nicole and Rachel in this same light. During long coaching program weekends or high-intensity moments, I would reach out to Rachel. Even when she had given everything, she would always manage to give a little more. This kind of integrity is the foundation of the company, and it goes without saying that Nicole embodies the same devotion to helping others. Their mission in life is to highlight people's brilliance and cultivate what is right within them.

It is deeply unfortunate that the accusations against each woman are precisely the issues that the company and its individuals strongly oppose and actively work to eradicate and transform in our world. I find it disheartening that a company supporting people, particularly women, in finding their free and natural power is being attacked, while many of our institutions are simultaneously failing the American people. There is no hope in continuing the old ways; it is time to embrace a new approach.

I discovered Orgasmic Meditation after the death of a friend, which left me feeling completely shut off from my own emotional life. I was numb and terrified of feeling my own humanness. OM, the community of OMers, the company, and especially Nicole and Rachel, created the conditions for the first layers of my trauma to begin to heal. Without these two women, I would not know what it feels like to be truly connected to another human being. In very dark moments of my life, I think about the unique quality of kindness in the teachings and OM philosophy, which helps me feel less alone. It connects me to something greater than myself and can pull me out of deep depression.

It is my sincere hope that you consider the voices of those whose lives Nicole and Rachel have positively impacted, rather than the few who speak against them.

Respectfully,
Samantha Clemmons

244

**James Minney**
GrandDuoDenenchofuIII 301
1-52-12 Ota-ku, Tokyo, Japan

16th June 2024
To the Honourable Judge Gujarati

Your Honour,

I write in support of Nicole Daedone and Rachel Pelletier (previously Cherwitz).

I have known or known of both women and/or their work since October 2013. I met them both in London, UK, where I was living at the time, and in the US when I attended functions and study events. I am now living in Japan. I continue to engage with them and their work.

I am co-Founder of the company which is the pioneer of Fair Trade Fashion, founded in 1991. I was then Finance Director, and now am CEO. My business is dedicated to labour justice including ILO standards, fair economic opportunity and economic improvement, and environmental justice, in our own business practices and by campaigning for awareness in the wider business community. We campaigned and financially supported the local labour union (workers' federation) in Bangladesh campaigning for factory safety and against forced-labour practices for many years before the tragic Rana Plaza disaster in April 2013 made the world aware of these issues. We have campaigned also against child-labour practices in India, where often the employers are former child-labourers themselves.

I have received a strong positive impact from my interaction with these women and their work. I am a better and stronger person, better able to listen and understand others and to work for the greater good, than before, thanks to them personally and to their work.

From engaging both with these women and with self-improvement content created by or associated with Nicole Daedone, I find them motivated by care compassion and a clear wish for people to thrive. The work is dedicated to empowerment, of women chiefly. In my experience, the work is effective in regards to this motivation.

I experienced radically improving my life. I have been significantly empowered and I have learned to understand myself and others significantly better, and improve my relationships with my family, friends, employees and co-workers.

Media portrayals I have seen are far from my own lived experience. One well-known video documentary lacks substantive allegatory content having instead emotive references to "something-to-do-with-sexuality" and/or "something-to-do-with-spirituality".

I support and applaud the motivation, character and the resulting work of these women, and I believe it is important work both for myself and for the wider human community.

Yours sincerely

James Minney

10 November 2025

Your Honor Judge Gujarati,

My name is Mai Vu. I am the founder of Toan Ven International, based in Vietnam. We help women and men heal their relationship patterns and develop healthy sexual practices. For eleven years, I was a Senior Leader at The Coaches Training Institute (CTI) where I trained more than one thousand coaches internationally. I have also worked as an executive coach for Fortune 500 companies.

I have known Nicole Daedone and Rachel Cherwitz for almost twenty years. My first meeting with Nicole was at what I thought was a casual introduction, but it turned out to be a job interview. I had been asked to substitute for a colleague to teach coaching skills at the first ten month Coaching Program for OneTaste in 2010. My friend, who had been the primary coaching skills teacher, had a conflict and could not deliver the class, so he asked me to fill in. I was told simply to stop by and say hello to Nicole. When I arrived, we sat casually in her living room. She asked me the first question, and I realized, "Oops, I'm at a job interview and didn't prepare." I answered honestly — it was all I had. She asked me a second question, I answered again, and then she looked at her colleague and said, "She feels right." I was hired.

I thought, "Wow, if all leaders could make decisions that clearly and quickly, how much time, effort, and money would that save everyone involved?" That was the beginning of one of the most rewarding professional experiences of my life. My colleague and I helped Nicole develop the coaching program and took it international.

During my three years of involvement, I met and worked with many of the students and staff — some of whom are mentioned in this case. I did not experience any red flags or see any signs of wrongdoing. What I witnessed were people who were deeply engaged in personal transformation, learning how to be honest, to feel, and to connect.

I know both Nicole and Rachel, who was present at each training, to be integrous women with big hearts and a passion for making a difference in people's lives. As a fellow change-maker with thirty years in the field of life coaching and human development, I understand how easily this kind of work can be misunderstood. I, too, have had people I supported and cared for turn against me, twist my words, and misinterpret my intentions — though not to this extreme. It is one of the risks of doing work that touches the most vulnerable, taboo, and emotionally charged aspects of the human experience.

It is very easy to take something said in the context of deep emotional work and pull it out of context. Gossip, projection, and resentment can grow quickly — much faster than the decades of integrity and care it takes to build something meaningful. One careless remark, one unprocessed wound, can ignite a firestorm that consumes years of honest labor and love.

Teaching sexual empowerment is never a safe or easy road. It challenges deeply ingrained fear and shame. Humanity needs this work to evolve — to grow out of victim mentality and reclaim personal responsibility — and yet the very act of teaching it invites suspicion and outrage. Those who dare to lead in this arena often become targets. Nicole Daedone is one of the rare individuals willing to take that risk in service of healing.

I have seen Rachel and Nicole's commitment up close. I have seen the depth of care they bring to their students and the team at OneTaste. I have seen their humility, their discipline, and their willingness to look at themselves — qualities that define true leadership.

Your Honor, I ask you to see Nicole and Rachel for who they truly are: two woman of conscience and compassion who have devoted their lives to helping others find freedom and wholeness. Their work is needed in this world. I ask that you extend them leniency in sentencing, so they may continue to contribute to humanity's healing.

Respectfully,
Mai Vu / Chị Mai Khôi (Vietnamese)
Founder, Toan Ven International
www.toanven.vn

247

11/8/25

Dear Judge Gujarati

As you proceed with the indictment of Nicole Dadone I wanted to share what a integral role she played as a teacher, and as a friend in my personal transformation.

I don't think I would be in the close relationships, nor the marriage I am in currently had it not been for her. She stood by me through my insecurities, body image issues, and more, and helped me, (over a 7 year period) to develop myself into the confident, secure, woman I am today. The Om practice has strengthened my marriage and ability to connect more deeply with my body and with myself.

I am aware she may have unintentionally hurt several people, yet I witnessed her helping thousands in the meantime.

Warmly,

Shara

Shara Ogin

248

Elizabeth S. Franklin
2931 Barrett Avenue
Richmond, CA 94804

November 11, 2025

Dear Honorable Judge Gujarati,

Thank you for reading this letter. This is a second letter from me to inform you that I still stand by Nicole Daedone and Rachel Cherwitz, even now after they have been convicted. As I respect and honor these two women greatly, I hope you will take it to heart.

Beginning in 2007, I participated in open communication game nights, food programs for the homeless, and various workshop activities at One Taste with Nicole Daedone and Rachel Cherwitz.

Being a part of the One Taste community was one of the most rewarding experiences of my life, as we cooperated communally, learned from one another and served others. What we accomplished communally in terms of feeding the homeless was gratifying to say the least.

I valued the One Taste community for providing an educational forum where the practice of being vulnerable, honest, and sharing intimate experiences was safely held. With this trustable community I felt seen, understood and accepted. Our presence and understanding of one another provided insights as to how important it was for me and others to be able to speak openly. I feel at home within myself as I resonate with the values of this community.

Nicole's vision, articulated in her many talks and written works, awakens the possibility and brings forth the example of how good life can be for all of us when we approach each other with a deeper level of respect & honesty. I learned greater flexibility and adaptability from her inspiring lectures. After my parents had passed, I was able to apply gathered principles and generate my own extended family of friends, which foundationally provides my life a wealth of treasured connections.

Rachel, another highly regarded teacher and counselor, has been truly inspiring as she warmly shared her own vulnerable experiences and learnings. She welcomed me and helped me acknowledge my own beauty and power.

**As I reflect upon these two bravehearted women who are dedicated to the well being of others, I find myself deeply saddened by them now being in prison. I wholeheartedly believe in their integrity and good will. Our world benefits from their graceful presence.**

Sincerely,

*Elizabeth Franklin*

Elizabeth Franklin

249

Chelsea Thomas
1461 Haddington Dr
Folsom, CA 95630
Chelseathomas.health@gmail.com
916-248-6876
3 November 2025

Dear Honorable Diane Gujarati,

I am writing to you in support of Nicole Daedone and Rachel Pelletier, whom I have had the pleasure of knowing since February 2024. Over the past few years, I have come to know them both as individuals of outstanding character who have significantly contributed to my personal and spiritual growth.

From my interactions with Nicole and Rachel, I have found them to be exceptionally generous and kind-hearted. Their willingness to extend help and support to others has been truly inspiring. Nicole, in particular, has shown remarkable leadership and integrity in her endeavors, always conducting herself with a high degree of professionalism and ethical standards.

Rachel's empathy and compassion are evident in her daily actions. She has a unique ability to understand and connect with people, offering support and guidance whenever needed. Her dedication to fostering a sense of community and belonging has not only benefited me but also many others who have had the fortune of crossing paths with her.

Both Nicole and Rachel have demonstrated a profound commitment to their spiritual and professional lives. Their strong work ethic, reliability, and dedication to personal growth are qualities that have greatly influenced me. They are both excellent role models who have consistently encouraged me to strive for excellence and integrity in all aspects of life.

In conclusion, I wholeheartedly support Nicole Daedone and Rachel Pelletier and attest to their exceptional character and the positive impact they have on those around them. I am confident that they will continue to contribute positively to society and uphold the values of integrity, kindness, and compassion that they embody.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,

Chelsea Thomas

Thursday, June 12, 2025

Lucy Hall
London
UK

To The Honorable Judge,

My name is Lucy Hall and I am a Sound Supervisor currently working at Sky,
which is part of Comcast. I work in live events —a fast-paced, high-pressure,
and traditionally male-dominated industry. My work requires strong
communication skills, composure under stress, and the ability to collaborate
closely with people in high-stakes environments. I take pride in showing up with
professionalism, integrity, and calm under pressure.

I am writing this letter to share my personal experience with the teachings of
OneTaste, and specifically, the impact that the organisation, and by extension,
the work of both Rachel Cherwitz and Nicole Daedone, had on my life.

I did not know either Rachel or Nicole personally for years prior to my
involvement with OneTaste. I came to the work as a participant, deeply
motivated by personal healing. I had been sexually abused as a child, and the
long-term effects were profound. I had spent years in traditional therapy. While
it helped to some extent, I still found myself having flashbacks, especially in
intimate situations, even with someone I loved and trusted.

Just before I found OneTaste, I had committed to a loving relationship and we
had a small commitment ceremony. I hoped that this symbolic act of devotion
would be the final piece that helped me feel safe. But that night, in our
honeymoon room we had booked to celebrate, I had another flashback. I realised
then that nothing external was going to fix what was happening in my body. I
needed something deeper. That moment marked a turning point. I was willing to
try anything to heal. That's when I found the practice of OM (Orgasmic
Meditation) through OneTaste.

The practice itself was simple. Over time, through consistent practice, my
flashbacks stopped. I started to feel connected to my body in a way I never had
before. I stopped recoiling from intimacy. I stopped hating my body. My
relationship with myself as a woman changed completely.

It's not an exaggeration to say that the teachings I encountered through OneTaste gave me back parts of myself that I had written off as permanently broken. The impact was deep, and it lasted. I felt more present, more grounded, and far more capable of navigating my life, including my work in a male-dominated environment, without the background fear that had accompanied me for years.

In the time I spent around Rachel, I found her to be grounded, direct, compassionate, and very human. I felt very cared for by her. I remember a specific moment with Rachel sharing about her own life, which I resonated with. I was inspired by her. And how she had changed her life.

The same was true of Nicole. I didn't know her as personally, but her presence, her voice, and the way she spoke about healing and relating to one's body had a profound effect on me. There was a steadiness and depth to her teaching that helped me feel safe. She brought reverence to topics that are often taboo or shamed, and that alone was powerful.

I know that both Rachel and Nicole have been convicted of conspiracy to force labour, and I understand the seriousness of that. I am not writing to comment on the legal aspects of the case, only to share what my personal experience of their work has been. And from where I stand, that work helped me in ways that nothing else ever had.

I'm deeply grateful for what I received. It changed my life.

Sincerely,
Lucy Hall

252

2

November 8, 2025

To the Honorable Judge Gujarati:

My name is Margaret. At 65 years of age I joined the One Taste Coaching Program, CP13, in November 2016; this was a huge out of the box step for me. I was at a cross roads in my life, my two sons were living their own lives, my business was stable and moderately successful, yet I felt disconnected and alone at times, anxious about my place in life and searching for a deeper meaning for my existence.

Having been born and raised in India, then moving to England before settling in Silicon Valley, I've tried many self help programs so when I saw an online advertisement for "orgasmic meditation," I was intrigued and signed up for their free introductory class. Imagine my surprise when I saw a live demo of what the stroking practice is, I about died, thinking "what on earth am I doing here?"

Getting up, I made to leave the room. As I was passing the sign up desk I realized I had judged and condemned a program and community I knew basically nothing about. In a flash, I saw that was how I lived my life, judgments made on others which separated me from them, had me feeling alone. I immediately turned around and signed up for the seven month coaching program beginning in February 2017.

Through this program I met Nicole Daedone and Rachel Cherwitz. It would be hard to meet two more passionate and honest people. Talk about women on a path to help others empower themselves! Nicole taught about acknowledging and going for our desire; Rachel helped us cut through a lifetime of limiting beliefs through her raw honesty, being especially unwilling to buy into any self limiting story! They didn't do this alone, there were many wonderful people in One Taste setting an example of living life fully and honestly. To think of this community as some sort of sexual group is to miss the point completely, the teachings are so much deeper.

Nicole and Rachel walked the talk. From them I learned to recognize where I'm held back, where my communication is less than honest, how to recognize and admit the deepest desires I have and then to go after them. My communication improved, my business increased, and I felt a vibrancy I'd never felt before. I'm now 73 years old and everyone remarks on my "energy." While I no longer take part in the practice of "OM" I remain in the community, have many wonderful friends, and have no regrets.

It's with deep sadness that I read the accusations leveled at Nicole and Rachel, all I can think is that the accusers misunderstood their teachings. The other thought I have is that when people, especially women, aim for change through something very different, there are those jealous who want to bring them down. I can only hope they don't succeed and that both Nicole and Rachel are cleared so they can go back to living life powerfully and being the amazing models they are for connection and better relationships. In today's divided world, we need more Nicoles and Rachels!.

In ending, I ask you to see how both Nicole and Rachel have risen to the task of being a change in the world. They have helped so many. Please have it be that they can continue with their work of empowering others to live a full and connected life.

Respectfully,
Margaret B.

Wednesday, June 11, 2025

Hi there,

My name is Eugina and I known Nicole and Rachel since 8 years ago, when I discovered OM and then took the coaching program.

6 months before I've met them, my father passed away and the most bizarre thing was that I could not feel anything. There was not a cell in my body that was bothered by his passing. Sure thing I have carried a lot of resentment towards him, but to actually feel stone cold- that was quite alarming even for my measures. Suddenly a month later I started feeling fully hysterical and couldn't stop crying, as my childhood memories started flooding me and memories of my trauma, including multiple occasions of rape. I knew I needed help but I didn't know with what.

I didn't know how to address all of that and how to make the pain stop, yet they say when the master is ready- the teacher appears. Nicole and Rachel helped me to explore my pain and claim my power back.

I felt that I have been too broken before I have met them, because nothing has ever made a difference to me. With incredible practices and guidance I was able to release unbearable pain and claim my power back. I no longer am shy to speak in front of groups of people, especially men (I used to believe that all men want to hurt me), now I have became a public speaker.

I used to carry very deep insecurity that my partner is interested in other women, which made it very difficult to be in a relationship with me- now I know my worth and I feel secure and confident in my self.

With the support and gentle guidance of Nicole and Rachel I was able access and love parts of myself that I felt were unlovable, which granted me the ultimate self acceptance.

Now I know how to have strong boundaries, that feel true to myself. I know how to say powerful NO and enthusiastic YES to people and experiences. Before this choice was not available to me, because I was used to people taking from me without my consent. Taking most precious parts of me, which kept leaving me more and more empty.

Now I am able to be a better daughter, better friend, better lover and better human. Thanks to Nicole and Rachel and incredible practices they thought me, I can give and receive love, instead of questioning every compliment, trying to figure out if they want something from me.

My life would never be the same. Most likely I would've needed up being on serious medication if I wouldn't discovered OM, Rachel and Nicole.

I am forever grateful for all the incredible work they have done and how they have helped me to transform my life and life of countless other people, who I know personally.

Regards,

Eugina

Eugina Oleinikova

255

Wednesday, June 11, 2025

Honorable Judge,

My name is Ross Norman, and I am a professional tour guide based in Portugal. I have spent much of my career designing and leading educational and transformative experiences for groups from all over the world. My work is rooted in creating safe, meaningful spaces for people to connect, learn, and grow.

I am writing to share my experiences with both Nicole and Rachel, whom I have known for over a decade. I first met them in 2014, when I began taking courses with OneTaste in New York City and San Francisco. Over the course of ten months, I attended monthly weekend workshops where Nicole and Rachel were both instructors, and I also volunteered at their events. I later continued my learning with Rachel in Texas in 2017, and again in London for another extended course.

I am aware that Nicole and Rachel have been convicted of conspiracy to force labor. I do not intend to minimize the seriousness of this matter, but I would like to provide the court with a full and honest account of my personal experiences with them.

Both Nicole and Rachel were teachers of the OM practice and were deeply passionate about their work. Rachel, in particular, made a lasting impact on me during a moment when I was speaking in front of the class. I found myself rambling, and she encouraged me to "lose the schtick" and connect on a deeper, more authentic level. She supported me through that vulnerable moment, and it is a lesson that has stayed with me ever since, shaping how I relate to groups and individuals alike. It was through her guidance that I learned the value of authenticity in connection.

Nicole, while I did not have significant one-on-one interactions with her, was a remarkable presence in every room she entered. Her passion for teaching, her care for women, and her commitment to changing the world through OM were evident to all who attended her classes. She had a unique ability to ignite a room and inspire those around her.

Both women demonstrated exceptional empathy and compassion. I recall an instance during practice when someone broke the agreed-upon silence. Rachel responded firmly and clearly, upholding the boundaries of the practice and ensuring a safe, respectful environment for all participants.

Their teachings have profoundly influenced my life. Rachel, especially, challenged me to confront aspects of myself that I might otherwise have avoided. Through their instruction, I learned to be more honest and vulnerable, both with myself and with others. They encouraged me to seek sobriety and to feel my feelings fully—today, I am proud to say I am two years sober, a journey that began with the seeds they planted years ago.

The OM practice taught me about communication, consent, intuition, and self-acceptance. It helped me work through longstanding resentments and learn to love myself, which in turn has allowed me to love others more deeply. Their work with the sacred feminine inspired me to create a walking tour of London focused on the history of ancient goddesses—a project that continues to inspire and guide my work today.

In closing, I hope this letter provides the court with a fuller picture of Nicole and Rachel's character and the positive impact they have had on my life and the lives of many others. Thank you for considering my perspective.

Respectfully,
Ross Norman

Kadi Debbah
44 Dennington Park Road
London NW6 1BD

4th November 2025, London.

To the honorable Judge Gujarati,

My name is Kadi, I am thankful for this opportunity to share my experience of both Nicole Daedone and Rachel Pelletier (Cherwitz) with you, and to tell you about their impact on me and my life.

Before I go there, I have to say it is heartbreaking to see how the media have depicted Nicole and Rachel; their representation of these women is not only erroneous, it is unjust.
These women continue to create so much goodness in the lives of the people they serve and I believe it would be a great disservice to our community should they be punished because of some people's misconceptions and  prejudice.
Men and women who are desperately seeking guidance and direction in the world today would benefit greatly from their continued work.

I discovered One Taste in 2016 when I started my practice of Orgasmic Meditation. I was immediately attracted to the philosophy that was foundational to the work. The people who represented the organisation in London demonstrated qualities I wanted for myself such as a  deeper sense of confidence, freedom of expression and a sense of joyfulness.

I met Rachel when she visited London and subsequently when I travelled to America over a two year period,  where I also met Nicole. They have both greatly impacted my healing journey.

As a woman who experienced severe abuse in childhood, the healing and growth I experienced in the spaces  they held and curated was essential on my journey.
Thanks to their love and support, I have developed a sense of safety in my body along with strong boundaries  and the level of self-expression and other qualities that help me create the type of relationship I can flourish in. I learned to connect with my humanity while cultivating some hard to come by ideals such as self responsibility, accountability and connection.

Rachel is one of my favourite teachers. Her authenticity and commitment to helping others inspires me.

The education and philosophy Nicole is bravely sharing with the world helps me shape my views and goals to  help create a better world. Let me say this, I follow only a small handful of teachers and Nicole is someone I respect and trust deeply. I feel  grateful to have her wisdom be a part of my consciousness.

The international community I am a part of is made of the most kind, supportive and generous people I could  meet, and both Nicole and Rachel are at the heart of that. The continuous practice of communication, honesty and openness is life changing for us all.

I understand the weight of your responsibility and the difficult decisions you must make.My hope is that my reflections offer some insight into the genuine character of Rachel and Nicole and the positive qualities I have witnessed in them.

It has been difficult to know them incarcerated while awaiting sentencing these past few months. Hearing about their strength and kindness and the positive impact they continue to have on others during this time has moved me deeply.

I trust in your wisdom and compassion as you consider.their circumstances, and I hope that this will be reflected in the outcome you deem fair.

Thank you for taking the time to read my letter and for the care and integrity you bring to your role.

Warmly,
Kadi



Kadi Debbah, London - UK

257

**Michelle Veneziano, D.O.**

CA Med Lic #: 2OA8595 • NPI: 1598834244
753C Center Boulevard, Fairfax, CA 94930
*p:* (415) 259-9026 • *f:* (415) 457-4837

November 3, 2025

To whom it may concern:

I am writing on behalf of Nicole Daedone, who I have known since January 2017. I have been her student, and I consider her a friend.

Nicole has a unique awareness of the source of suffering in the world, and she is very deeply devoted to the betterment of others.

Her teaching has benefitted me immeasurably. I express gratitude for her and her school in my prayers most days. Beyond myself, I have witnessed much good come of her approach, the positives outweighing negatives ten fold.

When I have questioned and challenged her, she has responded with integrity and care. I feel grateful to have witnessed her grow immensely, and refine in humility and reverence in the time I have known her.

Sincerely,

Michelle Veneziano, DO
Osteopathic Medical Doctor

November 9, 2025

**<u>Letter in support of Nicole Daedone and Rachel Pelletier</u>**

Your Honour,

I was first introduced to Nicole and Rachel via a YouTube video talking about orgasm being the cure for the modern woman. It was truly inspiring, and different, and made me start to see the world from a new lens.

After practicing yoga for over 10 years, I was seeking to deepen my practice and come to more holistic understanding of energy and well-being. A colleague from a class recommended to me that I check out that YouTube link, and I am so glad I did. Both Nicole and Rachel have left such a positive impact on hundreds if not thousands of lives and their teachings and practices have led to happier people who are more connected, self-aware, patient and kind.

The fact that they place the woman at the center of their teachings is so necessary at this time in our existence. The great awareness I have gained has helped me as a businessman, as a husband, as a father, and even as a son, having a much better appreciation for the feminine divine.

I unreservedly wish to extend my support and my appreciation for the impact these two women have had on me. Oftentimes being forward thinking results in being misunderstood. However, over time their guidance and their approach to life will prove to be highly beneficial to those who are open to embracing it. Please consider that they have only ever sought to help and to serve others.

My wife and I can proudly say, we are better off from having encountered Nicole and Rachel.

Zachary Harding
Manor Court
Kingston 8
Jamaica. W.I.

259

Wednesday, June 11, 2025

Dear Judge Gujarati,

My name is Christine Kilavos. I am a creative entrepreneur who brings over 30 years of
experience in the marketing and design industries, now guiding founders, creatives, and
solo entrepreneurs through the often vulnerable process of launching or rebranding. I
support those who feel "stuck" in how they show up—helping them find their authentic
voice and presence in their work.

Alongside my professional path, I've pursued a 25-year spiritual journey rooted in Taoist,
Tantric, Yogic and Buddhist teachings. Of all the practices I've explored, my deepest and
longest commitment was with OneTaste, where I actively participated for ten years.

It was through OneTaste that I met Nicole Daedone. I was a student in two of the
organization's Coaching Programs (CP11 and CP12), where Nicole's voice and presence
had a profound impact on me. Her ability to convey insight—directly, compassionately, and
with emotional clarity—helped me face parts of myself I might otherwise avoid. Nicole
encouraged responsibility, honesty, and self-awareness, always guiding us back to personal
agency and presence. She modeled what it means to be a woman deeply committed to her
vision, and she became a powerful example in my life of feminine leadership and strength.

Beyond the classroom, I volunteered to support the community, often working "back of
house" during intensive events. During those times, I also took care of Nicole's living
environment—cleaning, shopping, and ensuring the space was peaceful and supportive of
her work. This was a responsibility I accepted willingly. As a gesture of appreciation, I was
invited to sit in on her intensives—experiences I continue to treasure for their richness and
insight.

The truths I've encountered through Nicole's teaching continue to influence the way I live
my life. She taught me to pause, to question, to align with integrity—and to do so with
compassion. Her words, and the way she embodied them, still help guide me toward the life
I aspire to live.

Thank you for taking the time to read this letter and for considering the impact Nicole
Daedone has had on those of us who experienced her as a teacher and mentor.

Sincerely,
Christine Kilavos

260

Friday, June 27, 2025

Your Honor, I ran into One Taste when I was a mere pup of 72, in 2015. I retired form the Navy Air Force due to injuries I suffered in flight  school in 1970. I hold four college degrees both in the Arts and Sciences. I attended law school before deciding for a life in the arts having a Photo Studio in NYC for 10 years in the Eighties, shooting both food and product advertising.

I've been privileged to know Nicole these past ten years. Her seven months coaching program, which turned out hundreds of "Life Coaches".  Whose purpose in life is to help people,  "To be all they can be!", Her goal in life is to make the world a better place for "Everyone", especially women.  I spent  an entire weekend with Nicole at a twelve person "coaching circle," where we had numerous hours being one on one with her.  Your Honor, you've incarcerated a brilliant women who's sole purpose in life is to make the world a better place. She's no more a "flight risk" than your Bailiff!  Why isn't she assigned Bail, there are no capital Grimes against her?

DB Spahn

261

Wednesday, June 11, 2025

My name is Dr. Irina Aron and I am an Intercultural Communication Consultant and Psychotherapist based in London. I am also the founder of the Relationship Design School, an experiential learning platform that promotes and teaches Relational Intelligence. I hold a PhD in Linguistics and had over 20 years of academic experience teaching Intercultural Communication internationally, prior to training at one of the world-renowned schools for Psychoanalysis in London when I shifted the focus of my work to personal development consultancy and psychotherapy.

I learned about Nicole Daedone and Orgasmic Meditation in June 2017 in the context of my psychotherapy practice researching ways to help a female client with Obsessive Compulsive Disorder. She was having difficulties connecting intimately with her husband. Nicole's TED talk from 2013 seemed to have had a very powerful impact on the young couple. Learning about the OM practice and the general context of sexual wellness helped them to normalize some of the relational difficulties they had.

I then became interested to learn more about the OM practice and philosophy myself. Since I wanted to learn from the source, I traveled from London to the Land in California to join Nicole Daedone's Coaching Circle in October 2017.

This time when I met Nicole in person coincided with the time I was undergoing a medical investigation for breast cancer. I traveled to the Land while awaiting the results of my biopsy. I was also in the midst of a relational crisis following my long-term partner's infidelity. Nicole held the Circle with exceptional integrity. She was very eloquent and down to earth at the same time. I strongly felt her compassion and empathy towards me at this time of relational and health crisis. I also felt her strong encouragement to look for my own part in everything that I was going through. I am deeply grateful for hearing what she told me then – her teachings helped me to go beyond feeling a victim and take responsibility for my choices and desires.

I had to go through operations and treatment and the international OM community was a strong support to me at those times. I took one-year membership in One Taste in 2018 which meant that I spent time in New York and on the Land joining courses lead by Nicole, Rachel and other One Taste teachers. They were all younger than me but I felt that I was learning a lot from this new generation of women about conscious ways of relating. They brought to life for me Carl Yung's words, that until we make the unconscious conscious, it will be ruling our life and we will be calling it faith.

I am now in my 60s, and I enjoy all the roles I have in life – as a woman, as a mother and grandmother, and a professional teaching Relational Intelligence. I became aware that Nicole and Rachel have been convicted of conspiracy to force labor. I am aware that I have joined One Taste later than the times discussed in court. Yet, I felt I have to write this letter to acknowledge the strong and positive impact that Nicole's beliefs, philosophies and teachings had on me and hundreds of people whom I have met through the OM community. I believe this has to be taken into account so that true justice takes place.

Irina Aron

262

Wednesday, June 11, 2025

Hi,

I have discovered Nicole's Tedtalk in 2011 on YouTube while on lunch, as I was working as a ESL teacher in Vancouver. Being a single Mom of two teenage kids at the time. Her message of a Western woman who is overworked and underloved hit a deep core. I have never thought I was one of many. I was overweight, stressed, struggled with anxiety and depression after many years of managing two careers and two kids without any support from their Dad, who moved back to Italy shortly after they were born.

Then my boyfriend at a time discovered a group in Vancouver who was introducing Orgasmic meditation and we were intrigued and joined. Once we overcame our initial shock about how weird this practice was, what we've found that there aren't any place one can go to become better lovers. There aren't any schools for that in our society. There is only prevention based sex Ed and sex therapy for those who can afford it, mostly for people with serious trauma, but no one taught yoh what to do with your body other than just to be ashamed of your sexuality for even having one or asking questions about it.

Your GP had no answer, your parents had no answer, your friends are just as clueless and online sex communities are often exploitative,  porn related and definitely focused on male sexuality. As a mother of two completely frustrated and tired, I didn't even know I had options.

I just took the sex that was offered to me by my husband and boyfriends, never thought I could have a voice, i could make requests, I could experiment, I could ask to have focus on me without obligation to reciprocate. These concepts never occurred to me. I was 50 years old and never had a proper orgasm until I've experienced Orgasmic meditation.

Now one might think that pleasure is frivolous hedonism, that's what I thought as well. However I am an academic and I went on a ten year research.

I wanted to know where did Nicole learnt all this. I followed the crumbs. I dove deeply into Eastern tantric practices, Western research through Rutgers university, I've collected findings, I've visited Morehouse and took their courses, interestingly at Morehouse on the very first minute they told me that if we don't take personal responsibility for our choices/words/actions, they have nothing to teach us. That is the basic premise of personal growth, that we understand and accept that we may not have a choice of who our parents are or what happens to us, but it's always in our ability to choose how we react.

I  went to two of Onetaste's conferences and visited the community and stayed on premises with a friend who lived there, Ed Basset ( who since died). I met with most of the staff who were part of the trial.

It was definitely a high intensity environment like many of these workshops.

People get attracted to these organizations when they are at a crossroad in their life, after divorce or bankruptcy etc.

I have also done a lot of other personal development work. In order to break old patterns and conditionings we must see things differently, Tony Robbins has people walk on fire, works the crowd beyond 16 hours and volunteers work around the clock. It's the nature of this transformational work that you give up your comfort and push your limits, like any sport athlete or anyone who achieved anything extraordinary will tell you.

One must have some maturity not to blame the coach for working them hard. That's what we sign up for when we want to stretch our limits. That's understood.

263

1

Nicole is a remarkable woman on every front and a champion for women's liberation. She is wickedly smart, educated, spiritually disciplined and I would challenge anyone to step into her role and manage the variety of demands put on her to head this company. Were there mistakes ? For sure. Therefore the company struggled and fell apart. Like so many others when faced with unmanageable challenges.

However what she was teaching is invaluable for many women in my circle whose life have drastically been changed by her teachings.

My life went from being a depleted woman, to living a very fulfilling life with the love of my life whom I met 6 years ago and who learned how to touch my body based on Onetaste curriculum and he tells me often that he credits our ecstatically happy relationship to my ability to have a positive and cultivated relationship with my own body.

Because when that happened, it also spilled into every other aspect of my life.

The hormonal cascade that the body experiences after orgasm has been proven to drive down stress, give us a sense of joy and belonging. Isn't that what we all want? Why is someone who taught that for thousands is a threat to society and held in jail without bail? We all would be better humans if we all experienced a better and healthier way to relate to our bodies and sexuality.

Since the Onetaste days Nicole had also grown and learnt as a person and dedicated seriously her life to write and talk and spread the message of freedom for women.

Yes, her teachings aren't mainstream and neither were of those women who were fur centuries burnt on the stake.

I am mortified to think that a woman who brought so much help to women and therefore men is in jail in 2025 while billions are made in the porn industry exploiting children and women who are real threat.

My own daughter at 16 fell victim of one of these predators and she was gang raped. No one was prosecuted.

Why is the government spending this much resource on two women when convicted sex offenders are walking free?

I would hope to live in a world where we don't punish women who try to speak out, and go after those with ill intent.

I have never ever in 13 years witnessed any ill-will from Nicole to anyone.

Her legacy is an absolute net positive on our society.

If there were mistakes, I believe she has become aware of them and has been punished enough for the last 7 years in legal costs.

I absolutely don't see why she need to be in jail. That's not justice.

She has deducted her life to turn prisons into monasteries, shouldn't she be allowed to work on this mission?

Julia Kovacs

264

2

Thursday, June 12, 2025

Hello, I am an entrepreneur, yoga teacher and mother. I have experienced the teachings of Nicole Daedone for over 12 years. I participated regularly in Onetaste activities and community in San Francisco for several years as well as in San Diego when I lived there. The teachings of Nicole and her presence have been instrumental in my spiritual, mental and emotional growth and wellbeing. I felt fully safe and welcome in all those environments, and felt full agency as an adult woman to choose to participate at whatever level felt right for me. I am so grateful for the times I was in the same space as Nicole, because she embodies true leadership, kindness and grace. I never felt forced to do anything I didn't want to, and my experience was completely positive and life changing. Her work and leadership has touched so many lives in positive ways, and I know this from direct experience and through conversation and connection with dozens of other people who have been part of her trainings, community and teachings over the years.

Elaena Belinsky

Saturday, June 14, 2025

Discovering Nicole Daedone's work and writings felt like coming home for me. What she has to offer cannot be given a value. I have experienced a multitude of sexual invasions and abuses since I was a young girl. The truth of how I have felt within these experiences and my path of integrating and overcoming their disempowering effects has been illuminated and reflected best by Nicole Daedone. Her work confirms and validates my own experience and path of healing. I couldn't believe she existed when I discovered her work, which occurred through working with a healer who is a student of hers. I find Nicole's depth and clarity, her integrity, her kindness and generosity and her wealth of knowledge and wisdom about shadow integration, and the liberation of women and humanity via women's power becoming a force of connection and light in the world, to be entirely one of a kind. She is a true teacher of the Feminine. And I believe she is a national treasure that ought to be supported and cherished. Her presence in the world gives me faith in a revolution based in love and liberation. Devoid of spiritual bypassing. Embodied, fearless and full of presence for the Other.

I have only ever encountered people whose lives were ignited with a sense of purpose and liberation from being a part of her community in NYC and who continue to OM to this day. My direct correspondences with Nicole have always been both boundaried and expansive.

She is a remarkable pioneer and visionary. And I believe that her intentions are centered purely in liberation and consciousness expansion for all.

Thank you for considering my letter on behalf of Nicole Daedone!

Iris

Iris Harts

266

July 14, 2025

To the Honorable Judge Gujarati,

My name is Marcie Prohofsky. I lived in the San Francisco Bay Area for 28 years and now reside in Southern California, where I relocated to care for my elderly parents in February 2024. I am now a full-time family careworker. I became the primary caregiver for my father during the last eight months of his life, supporting him through hospice until his passing in January. I now manage the care and finances for both my elderly mother and my brother, who has special needs. Before stepping into this role, I worked for 21 years as a life and business coach, a healthy foods chef, and an educator. My work has always centered on helping others live more meaningful, connected lives—whether through nutrition or personal transformation.

I met Nicole Daedone in 2005, when I joined the OneTaste community and moved into the warehouse in 2006. At the time, I had been living alone for several years and was deeply isolated, struggling to complete a coaching product for my feng shui business and physically unwell from overwork. I was initially drawn to the community after attending a Kabbalah service hosted by Nicole's rabbi. Nicole was studying Kabbalah at the time, and her rabbi offered a service that gave me a deep, personal connection to God—and for the first time, a genuine pride in being Jewish. My interest in pleasure and sensuality—not necessarily sexual, but the broader human experience of connection and expression—was a lesser draw. What struck me most was the atmosphere of co-creation. There was a spirit of collaboration and contribution I hadn't encountered before, and Nicole was clearly creating an unusual community. Furthermore, it was a sober environment—no drugs or alcohol were allowed in our residence or events—so we were immersed in a field of pure humor, presence, and fun. In a strange way, considering sexuality was being explored, it felt wholesome.

From early on, Nicole took the time to notice people. I remember asking her how she inspired others to support what she was building, and her response was simple: she paid attention. She noticed what people enjoyed, where their talents were, and invited them to step in when the time was right. That's how I began volunteering in the community kitchen, eventually becoming co-director of our food donation program. She also invited me to host one of our podcasts. These were formative moments in my life. They gave me a sense of confidence, purpose, and contribution that I hadn't felt before in a community setting.

In my first year at OneTaste, I regularly attended nightly Dharma talks with Nicole. These weren't formal lectures but open-ended, stimulating conversations about spirituality, desire, and human dynamics. Nicole always made space for exploration, questioning, and learning.

When I began my (now 20-year) OM practice and found myself constantly falling asleep during the OM, I asked her what to do. Her answer was simple: "Sleep." That moment opened in me the realization that I could trust my body to guide me.

Nicole also helped me at other crucial personal junctures. In my late 30s, I felt pressure around having a child—my biological clock was ticking, and I didn't have a partner. She encouraged me to freeze my eggs or simply pursue motherhood then. It wasn't prescriptive; it was a push toward possibility, taking action, and ownership.

Nicole noticed I was constantly enrolling in workshops—at OneTaste and beyond—and she challenged me: stop consuming and start creating. Stop avoiding, and act. That call to implement what I had already learned changed how I approach projects to this day, as well as the trust I've developed in my own instincts.

Around that time, I had specifically stalled on completing my feng shui coaching product. Rachel Cherwitz asked if she could support me—not as a paid role, but simply to help me finish something meaningful to me, that she also found interesting. Whether or not Nicole asked Rachel to help me directly, this was the kind of field Nicole cultivated—one where we asked: how can we help each other have more of what we want? We operated less as lone wolves and more as service-oriented interdependent people.

In 2008, I decided to enroll in the very first coaching program that OneTaste offered—a precursor to their larger coaching curriculum. It was a $19,000 year-long program, co-led with business coach Brian Franklin. It was one of the best investments I ever made. I not only developed life-long friendships, but I gained marketable skills in listening, guiding, and helping others envision and create lives they wanted. I've had clients tell me I saved their life. One, out of sheer gratitude, gifted me $25,000 after they sold their business (well after we had completed our coaching). That gift was accompanied by a note from their business manager, written on behalf of their entire office, thanking me for being such a positive influence. Through OM,

Nicole's teachings, and my acquired coaching skills, I developed a capacity to truly feel and support people—not just through intellect, but through presence. I am confident in my ability to help someone access a life they would not have been able to access otherwise.

When I decided to leave OneTaste in late 2008, I was torn. My life was full of rich connections, yet I sensed it was time to leave the nest and move out of the warehouse. I had never left a community, living situation, or job gracefully before—I usually stayed too long, until something exploded. A friend at OneTaste suggested we create a "scene" where I'd move out the back door and re-enter through the front—a symbolic (and playful) way to leave consciously, with care. What set me free was knowing that I would be welcome back. It wasn't all or nothing. I wasn't being rejected or abandoned—I was simply making a new choice. Nicole appreciated that I was able to leave without conflict—a choice rooted in care, not avoidance. It marked the first time I experienced that kind of personal agency in transition.

Even after I left OneTaste, Nicole continued to be a support. She came to my 40th birthday cabaret. She watched my online cooking videos and sent me encouragement. We stayed connected by phone on many occasions—after she sold OneTaste, after she returned from a spiritual retreat in Mongolia, and even after she learned of her indictment. She has been a friend and a key mentor during romantic challenges, my shift to family caregiving, the death of my dog, and the loss of my father.

In 2023, I found myself in a painful situation with a housemate who had relapsed into severe alcoholism. I felt alone and unprepared. I called Nicole because I knew she had experience in sobriety and supporting others in recovery. She didn't hesitate. She offered resources, listened deeply, and stayed connected as I navigated that extremely difficult time. Again, there was no financial transaction—just care and presence.

Nicole has always struck me as someone deeply committed to the liberation of women—not in a slogan-driven way, but in encouraging real personal agency. She helped me understand that I didn't have to choose between being the "good girl" or the "bad girl." I could be myself, fully. That I could belong. That it is safe to ask for support and to give of myself. This, plus so much more that I learned from Nicole, exponentially contributed to how attentive and loving I could be with my father in his last months of life, and as I move forward with family caregiving. It is so meaningful and I am so grateful.

I am aware that a jury has found Nicole guilty of conspiracy to commit forced labor. I do not minimize the seriousness of that charge. What I can offer is my personal experience: that Nicole has consistently acted with integrity, care, and a genuine desire to help others become more whole, fulfilled and self-responsible. She is also enormously creative, has a remarkable memory, an ability to synthesize complex ideas, and a sharp, dry sense of humor that brings lightness to even the heaviest material. Based on what I've seen and experienced of her over nearly two decades, I respectfully and sincerely request that the Court consider leniency in her sentencing. I believe Nicole is someone who has much to contribute, who will fully comply with any conditions of her release, and whose presence and committed efforts can still be a force for healing and good.

Sincerely,

Marcie Prohofsky

Elyna Paizis
10683 Walker Drive
Grass Valley, California
530-263-9659
elynapaizis@gmail.com

November 3, 2025

I am writing in support of both Nicole Daedone and Rachel Pelletier, both of whom I have known since 2015.

For years I took classes where both women taught extensively. Then, I was employed by OneTaste for a few years as well.

I have seen Nicole and Rachel teach to the public, teach to their students and teach to their staff. I have been in meetings with them, eaten lunch with them and gone on walks with them. They are good people with good hearts. They are also business women tasked with the responsibility of salaries for dozens of employees, and the viability of a large organization. I watched them make new programs, close projects and move headquarters multiple times. They had so many decisions to make every single day in their jobs - as teachers, mentors, content creators, business strategists, marketers, managers.

Throughout my time around both of these women I can say confidently that I know they care deeply about others. They care about the world, the state of women everywhere and the liberation of souls. I have no doubt that at times their commitment to the liberation of others was mistaken as unfriendly help.

These two women taught me to communicate clearly and stand up for what I believe in. They taught me how to speak kindly but firmly. They taught me how to lead groups, get people to work harmoniously together, and make deadlines. They taught me the human power of compassion, acceptance and humor in dark times.

Although I choose to no longer work at Onetaste, and I do not attend classes anymore, I make a point to stay connected with these women. They changed my life, opened doorways for me and taught me how to be a leader. I admire them deeply, and I love them, even if I don't personally agree with all the decisions I saw them make.

Thank you for reading.

Warmly,


Elyna Paizis

Margot Fried
margot.fried@hotmail.com
41 rue bréguet 75011 Paris FR

November 3rd 2025,

Dear Judge Gujarati,

I met Rachel Pelletier and Nicole Daedone 12 years ago when I lived in San Francisco, and writing you this letter is very important to me as these two women have changed my life in ways I could not even begin to describe.

I was first a student at OneTaste, I participated in the coaching program along with many other courses, and eventually worked for OneTaste for a couple of years, after which I left to create my own business.

I am the woman that I am today, thriving, engaged in a healthy and loving relationship, running my business, which gives me a great sense of purpose, in great part thanks to them. They have taught me so much.

They taught me to listen to what is true for me rather than constantly people please, to follow my intuition, to be fierce and outspoken.
They also showed me how it feels to be deeply supported. I cannot recall a single time where I reached out for help and they did not respond. The level of availability, generosity and grace they have both demonstrated in the many years that I have known both of them has always amazed me.

I will forever be grateful for their insight, their brilliance and kindness and honesty. I consider myself lucky to have had both of them as teachers. Even after many years in university and in different trainings, it is with them I felt most understood, appreciated for who I am, and where I feel like I have learnt the most valuable teachings.

I am also deeply grateful for the community that they have created where I felt a true sense of belonging and built lifelong friendships.

Thank you,

Margot Fried

272

Monday, June 30, 2025

Marla Moffet
126 Hanover Street
Asheville, NC 28806
ayurvedawithmarla@gmail.com
571.549.9546

June 30, 2025
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
RE: United States v. Rachel Cherwitz and Nicole Daedone - Case No. 23-CR-146(DG)

Your Honor,

Rachel Cherwitz has been a teacher, mentor, friend, and colleague of mine for just under ten years. We met in London in early 2016 while I was living in Paris and completing a Master's degree in Teaching French as a Foreign Language and English as a Second Language.

My name is Marla Moffet. I have just completed my second year studying with Dr. Vasant Lad, founder of The Ayurvedic Institute, and have received my certificate as an Ayurvedic Practitioner earlier this month. Previously, my career has been quite nonlinear. I worked as a teacher for gifted children at The Nysmith School. I also worked at The Embassy of France in Washington, D.C. and on both sides of the fundraising table for nonprofits and on behalf of The Chambers Group, a philanthropic advising firm. All that to say, I'm now firmly rooted in my passions: Ayurveda, Yoga, and natural health.

Without Rachel in my life, I would not have left the toxic relationship I was in for three years. She said something to me that helped me remember myself and finally leave for good. She said, "I don't think you see him—because if you did, you wouldn't be so upset with his behavior." This phrase rattled around in my being until I could see him for who he was and take the necessary action to leave.

I grew up in a middle-class home with extremely loving parents. They sacrificed so much for me, although my mother was highly traumatized by her abusive father and raged at me as a child. That said, when I met Rachel, I was quite entitled. I expected the world to cater to me as my parents had. When it didn't, I struggled with rage. Rachel was one of only people who could reach me through those emotions. She had boundaries and set them firmly, with love. For example,

when my fiancé and I shared an apartment with her and her husband in Manhattan, and I screamed at my fiancé in the middle of the night, she asked me to move out. This consequence helped me to break the rage cycle in a way I had never been able to previously. I learned to take responsibility for my life and my impact like never before.

One time I'll never forget was when Rachel held an intervention for me last summer in between my first and second years of school at The Ayurvedic Institute. I spent my first year (post abovementioned break up) under eating and over exercising. As a coping mechanism, I got obsessed with Pure Barre (a ballet-based, strength training exercise program) and would go nearly every morning before school. Then I wouldn't eat enough. Sometimes I would only eat once a day. I was mean and my nerves were frayed all while dealing with my mom's stage four cancer. Rach did not have to intervene, but she chose to to show me that there are friends who care enough about me to tell me the uncomfortable truth. She told me that I had to eat more in front of about five other girlfriends. Then one by one they told me the impact my not eating enough had on them. A friend then made me breakfast and Rach asked me to start a thread called "Feed Marla" where I posted pictures of my meals. I wasn't anorexic, but I was very particular about what I ate and there was a lot of restriction around my eating. The exercise of having a thread where I posted pictures of my meals and myself eating them changed something inside me. It had me see food differently and turn more toward nourishing myself and loving myself. Since that intervention, I gained needed weight, and I got more comfortable having womanly curves.

Learning the practice and philosophy of Orgasmic Meditation has had me become more me. Every time I can remember asking Rachel for advice, she always pointed me back to myself. She would always ask me, "What do you want?" The journey for me was to get out of my head and embody myself. I learned to feel the truth of my yes and my no inside myself. Through OM I learned to follow my own wisdom because I had access to it. Rachel always backed me in doing what I wanted. I remember a conversation I had with her about an advanced yoga teacher training I wanted to do at Sivananda Ashram in the Bahamas. I was conflicted because I had gotten feedback that it would be better to do something else instead. Rachel fiercely backed me and told me that whenever there's something that feels right in my own soul, I just follow it with joy.

Thank you for taking the time to read about my experiences with Rachel and the unforgettably positive impact she's had on me. Thank you for the care and attention you bring to the responsibility of sentencing Rachel.

With deepest respect,

Marla Moffet

274

October 31, 2025

Dear Honorable Diane Gujarati,

I'm writing you about two women, Nicole Deadone and Rachel Cherwitz/ Pelletier, whom I've known for 12 years now.  My story won't sound unique perhaps, since I know so many people who's lives have changed and benefitted from being in OneTaste and being guided by them.  However, my story is important because I know without a doubt that who I am today is a direct result of having said yes to this work and being held and guided by Nicole and Rachel.

I have always been drawn to self development work, I came to OneTaste in my mid thirties and felt like I had always been very self aware and quite mature.  What happened in my journey was unexpected because of that.  What I experienced in my time with OneTaste were all the places that internally I was still functioning as a child emotionally.  Because all of these latent patterns became activated in this work, I was able to see myself in ways that I had never seen or experienced which then gave me the power of choice to be with those parts, heal and grow.  I learned actual emotional adulthood (which I believe is the primary problem with society is that we aren't TAUGHT these things).

While I can understand, since experiencing myself, some very turbulent times while in OneTaste, what I know for a fact, is the teachings were the medicine to find my way through to self ownership and claiming my power which is what I know in my heart these two women have dedicated their lives to.  It's an honor to represent my story in gratitude to their service.

Thank you for your attention to my words and sentiment,
Rachelle

Signed _____ October 31, 2025

To whom it may concern,

I was a student of OneTaste for about 6 years from 2011 through 2016, and for the latter 3 of those years I was a salaried employee of OneTaste, working out of the San Francisco office. I knew Nicole and Rachel quite well, both as company leaders, and as cherished teachers/mentors.

As an employee, I was always treated with respect, and felt that my well being was cared for. I believed in the company's mission of helping people with intimacy, relationships, and communication. My time working there was one of the highlights of my life - because of the fun I had on my team, and for the radical personal growth I experienced therein. From my vantage point, I only ever saw Rachel and Nicole conduct themselves, and the organization, with a deep integrity that I admired - they poured their hearts into their work, and were an example to us all.

As a student/mentee, I participated in numerous workshops, as well as had many personal conversations, in which I sought advice and wisdom. I can say undoubtedly that the work I did with Nicole, Rachel, and OneTaste changed my life for the better. And more importantly, it helped me spiritually and psychologically in immeasurable ways. Many positive personality traits that I'm now known for in my relationships - e.g. listening, sensitivity, and being an emotionally stabilizing force for others - I owe to the work I did under the guidance of these powerful, loving, and incomparable women.

As you rule over their case, I hope you will consider the immensely beneficial impact Rachel and Nicole have had on me, and countless others I've known who've worked with them.

Thank you,

Erik Bass

*Erik Bass*

276

Nov 14, 2025

Dear Judge Gujarati,

I am writing to you in support of Nicole Daedone and Rachel Cherwitz. I've known both since
2017 when I found OneTaste in search of an open minded spiritual community. Working with
Rachel and Nicole changed my life forever. Their courses taught me I could be vulnerable with
others and learn how to communicate with people from my heart. I learned many practices such
as boundaries, consent, deep connection and how to just be myself with people. That I am
enough.

They taught me how to find compassion in others especially members of my family that I felt so
distant, resentful and blocked from. My sister passed away a few months ago and I'm so grateful
that the work they taught me took us from no contact to being very close in the last 5 years of her
life. They taught me how to stand up for myself and find my powerful voice. To know my worth.
How to take myself out of suffering and teach others to do the same. That I am not a victim.
They also taught me sobriety. That I don't need to drink at work happy hours or hide my true
awkward self to belong. To love myself.

The OM community taught me about sisterhood and how to back each other. I've been a
professional photographer for about 20+ years in the industry and holding OM Women's Group
for two years helped build my confidence in founding Women Photojournalists of New York, an
organization I created to support female photojournalists. Since 2019 we have had over 200
women meet to connect on photojournalism, the issues we face and thrive in each other's
company.

I feel heartbroken at the thought of others - especially women - being unable to have the life
changing experiences and practices Nicole and Rachel have brought to our lives. I thank them
from the bottom of my heart for all they have taught me and the countless others all still in
connection across the globe. Thank you for your time.

Yours sincerely,

Bonnie Biess

June 14, 2025

My name is Katalina Damato. I'm a 63 year old Trauma Release Therapist.

In 2018 I found and began weekend workshops with One Taste in San Francisco after my divorce from a 25 year marriage. I've taken 5 weekend courses, listened about 200 hours of online video recordings and participate in the online Eros Sutra Study Group almost daily for this past year.

I am aware of Nicole Daedone's conviction of conspiracy to forced labor.

After my divorce I felt isolated, sad and outraged yet confused why the bond with my husband had disintegrated and left us at odds. I found little information to help me make sense of it especially because we had 'gotten along' so well and cared for each other. The information from One Taste was the key component that most people avoid talking about yet is central to human bonding. The professional presentation put me at ease with this delicate subject matter. They normalized the learning for this totally natural part of life which is usually shrouded and pushed in the dark so no one gets a clear understanding and facility to integrate it into our lives healthily.

For the first time I realized what had been missing and importantly how to add intimacy into my future in a healthy, connected, meaningful way. As I continued the practice the anger and sadness lifted. I became more able to manage the struggles presented not only with all the relationships in my life but within myself as well. I'm a different person now, more patient, grounded and clear thinking with others and myself.

I went on to have the most beautiful and loving 5 year relationship beginning with the OM practice and wisdoms learned from Nicole's work.

Since August 2024 I've been in the Eros Sutra Study Group nearly daily. These books hold such deep emotional, psychological, philosophical and spiritual truths that daily I'm shocked to learn many new perspectives even after a life time of studies in these fields. The Sutras have brought me profound transformation, all generously offered free.

All the teachings from Nicole have amplified my understandings of the nuanced inner workings of human nature. My ability to comprehend and walk my clients through their healing has been vastly expanded because of the breadth and accessibility of Nicole's works. I'm profoundly grateful to her.

In all my interactions with One Taste at the courses or online live discussions I was free and completely at choice what classes I took, what I participated in or not and highly respected as an individual on my own path for my highest growth and happiness.


Sincerely,
Katalina Damato

Friday, August 29, 2025

I am a high level official in an international non-profit with a Masters degree and more than 35 years of work experience.  I met Nicole in 2014 when I attended an Orgasmic Meditation presentation in New York City.

I am aware that Nicole Daedone has been convicted of conspiracy to force labor.

Nicole's presentation, and subsequent interactions has led me to believe that she is sincere in bringing peace to the world through women's empowerment, helping us feel our 'yesses' and 'Nos' and power us to articulate these and set boundaries.  Through her instructions and the community she has built, she has helped me, and the women of our community (i.e., OneTaste) find our voices, and has inspired the men in our community to listen.  This has provided freedm a safe haven for me to evolve and transform emotionally and spiritually.

I hope this letter of support provides insight into Nicole's character.

Thank you for your consideration.

Mary M

November 3, 2025


Dear Judge Gujarati,


My name is Michelle Sabado and I have been involved
with One Taste since 2014 as both a student and volunteer
for "back of house" behind the scenes.  Over the years, I
have attended many, many classes, including Magic School,
one-day classes of all sorts, the Coaching program and
the Intensive retreats as well as transcribing work for
Nicole Daedone on her Eros book, so I feel confident to
speak on One Taste and, in particular, Nicole Daedone.

Nicole is a brilliant, charismatic teacher who has
done extensive internal work, as well as spending years
learning from master teachers to create what is One
Taste.  She moves through the world in a beautiful way
and has an uncanny way of seeing you as you really are
and seeing your heart.  She has a unique way of bringing
concepts to her teachings that society has defined a
certain way and turning them on their head to bring out a
fresh and interesting perspective.  Working with her, she
challenges you to think outside the box, in fact, picture
no box and find the deeper meaning in yourself.

Work in the self-help world can be very challenging

1

and it requires a deep understanding of how to let someone find the truth within themselves to get to a deeper place. It also requires that teachers and volunteers that work in that forum take great care with people and hold them carefully. I have always found that Nicole takes great care to be that person in her teachings and to make sure that those around her are working in integrity as well.

In working behind the scenes as a volunteer, it is long hours and attention to detail, but those of us who have done it, do it for the experience of serving others lovingly and helping everyone in the room have a great experience. None of it is forced labor or attempted forced labor.

If you were to use the word "conspiracy" with regards to Nicole, it would be within the meaning of agreement and Nicole has certainly always agreed within One Taste that everyone who takes part in the One Taste organization and events will strive to get the most out of the experiences and to be more deeply connected with themselves and others in an honest way.

In addition, I have been a court reporter by profession and worked in courts for almost 40 years. The "evidence" the prosection seeks to bring is deeply flawed and brought by those people who would seek to cast a shadow

2

on One Taste for their own gain or motives.  It's just
not true and I have never found there to be any such
conspiracy or forced labor of any kind from Nicole
Daedone.


Sincerely,

*Michelle Sabado*

Michelle Sabado

May 21, 2024

Dear Judge,

I am writing in support of Rachel Cherwitz's character.

In 2016, I attended the six month One Taste Coaching Program, attending monthly.  Rachel was a leader at those retreats who sat on stage and gave lectures on the nature of relationships. Her warm heartedness, her wisdom and her insightful nature were very appealing characteristics of hers.

At one lecture, I raised my hand to ask her a question and I could feel her zeroing in on the heart of my matter and she spoke directly into the core of me. I will never forget the depth and accuracy of her response and the love that came with it.

That was my only real contact with her, but it was remarkable, genuine and full of both wisdom and love. Her response altered my life in positive ways beyond measure.

Sincerely,

*Peg Malloy*

Peg Malloy