U.S. Department of Justice

United States Attorney
Eastern District of New York

KTF/NCG/SMF  
F. #2018R01401

271 Cadman Plaza East  
Brooklyn, New York 11201

January 14, 2026

By ECF

The Honorable Diane Gujarati  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Cherwitz, et al.  
           Criminal Docket No. 23-146 (DG)

Dear Judge Gujarati:

      The government respectfully writes in response to the Court's January 2, 2026, order that the government ensure all restitution information is provided to the Court. At this time, the government has provided to the Court, the Probation Department, and defense counsel all restitution documentation it has received in support of its request for restitution. *See* ECF Nos. 484, 485. To the extent the government receives any additional documentation from any victims, the government will ensure that the Court, Probation Department, and defense counsel promptly receive such documentation.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.  
      United States Attorney

By:    /s/  
     Kaitlin T. Farrell  
     Nina C. Gupta  
     Sean M. Fern  
     Assistant U.S. Attorneys  
     (718) 254-7000

cc:    Clerk of the Court (by Email)  
      Defense Counsel of Record (by Email and ECF)