

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

January 21, 2026

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146

Dear Judge Gujarati:

    Defendant Daedone requests that this Court adjourn the sentencing date until the end of March. Undersigned counsel commences a jury trial in the matter of *Motsinger v. Cosby,* 23SMCV04562, on March 2, 2026 that cannot and will not be adjourned unless summary judgment is granted in Defendant's favor which has not been ruled on. [Ex. A – Superior Court Minute Order entered on August 7, 2025] Undersigned counsel attaches the court's ruling granting trial preference and setting the trial date for March 2, 2026.[1]

    This trial cannot and will not be continued because under California law, CCP § 36(a), it was designated a trial preference case which requires courts to conduct trials within 120 days where a party is elderly and has health issues. The plaintiff in the case sought and received trial preference on August 7, 2025 (over undersigned's objection). Therefore, the Superior Court judge has no authority to grant an extension without plaintiff's consent which has not been given. Undersigned counsel had a meet and confer with opposing counsel this morning and they indicated that they do not intend to seek any type of extension of the trial date. This is all to say that absent a summary judgment ruling in defendant's favor undersigned counsel's trial will and must proceed as scheduled.

    The trial will last approximately three weeks as jury selection will likely take a full week. Accordingly, undersigned counsel requests that Daedone's sentencing hearing be continued until the last week of March. Defendants are in custody and a three-week continuance causes no prejudice to the government. It would be highly prejudicial if Ms.

---

[1] The Order is marked Tentative but was entered after oral argument before the court, a practice used in California.



233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

Daedone was forced to obtain new counsel who would not be prepared for a sentencing hearing on March 4, 2026 in any event.

Undersigned counsel did email the government this morning asking if it has an objection to this request. She has not yet received a response. Undersigned counsel did not want to delay further in advising the court of this conflict.

Sincerely,

/s/JENNIFER BONJEAN
*Attorney for Nicole Daedone*