

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

January 21, 2026

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146</u>

Dear Judge Gujarati:

 With apologies, please see attached the California Superior Court order referenced in Defendant's Daedone's letter for a sentencing continuance filed today. Undersigned forgot to attach it.

          Sincerely,

          <u>/s/JENNIFER BONJEAN</u>
          *Attorney for Nicole Daedone*