# Ballard Spahr
### LLP

————————————

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Celia Cohen
Tel: 646.346.8002
Fax: 212.223.1942
cohenc@ballardspahr.com

March 19, 2026

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Rachel Cherwitz and Nicole Daedone*, 23-CR-146

Dear Judge Gujarati:

On behalf of Ms. Cherwitz and Ms. Daedone, we respectfully request that the Court issue the attached Proposed Order permitting Ms. Cherwitz and Ms. Daedone to receive non-prison clothing to wear at their upcoming sentencings. Given the importance of this proceeding, they wish to appear before the Court in the most dignified and respectful manner possible. The requested Order will facilitate that desire, as "[c]riminal defendants, like any other party appearing in court, are entitled to enter the courtroom with their heads held high." *United States v. Sanchez-Gomez*, 859 F.3d 649, 666 (9th Cir. 2017).

In this Circuit and beyond, courts routinely allow defendants to appear in civilisan or business attire at sentencing. *See, e.g.*, Aug. 30, 2012 Order, *United States v. Thavarajah*, No. 06-CR-616 (RJD) (E.D.N.Y. Aug. 30, 2012), Dkt. No. 487 ("The Metropolitan Detention Center of the Bureau of Prisons is directed to accept clothing . . . and to make such clothing available to the following defendant/inmate for his appearance . . . at sentencing."); June 10, 2024 Order, *United States v. Crawford*, No. 20-CR-224 (PKC) (E.D.N.Y. June 10, 2024), Dkt. No. 127 ("ORDERED that the defendant . . . be permitted to wear personal clothing provided to him by his defense counsel" at sentencing); Oct. 10, 2014 Order, United States v. Maharaj, No. 14-CR-229 (ARR) (E.D.N.Y. Oct. 10, 2014), Dkt. No. 16 ("ORDERED, that the Bureau of Prisons . . . accept the following clothing for Yudishtir Maharaj . . . in advance of his sentencing . . . ."); Oct. 15, 2024 Order, United States v. Luna, No. 19-CR-576 (BMC) (E.D.N.Y. Oct. 15, 2024), Dkt. No. 269 ("IT IS HEREBY ORDERED, that the defendant Genaro Garcia Luna . . . for his sentencing . . .be permitted to wear personal clothing provided to the U.S. Marshals Service by defense counsel."); Sept. 30, 2025 Order, *United States v. Combs*, No. 24-CR-

00542 (AS) (S.D.N.Y. Sept. 30, 2025), Dkt. No. 517 ("IT IS HEREBY ORDERED THAT, the defendant Sean Combs . . . will be permitted to receive non-prison clothing at the MDC to wear for his sentencing . . . ."). Courts granting such requests do so out of "respect" for a defendant's "regard for his allocution as a serious occasion and desire to act accordingly." *United States v. Folse*, No. 15-CR-2485 (JB), 2019 WL 266745, at *5 (D.N.M. Jan. 18, 2019).

Permitting Ms. Cherwitz and Ms. Daedone to wear non-prison clothing will neither cause delay nor inconvenience. Indeed, the Supreme Court has held that "compelling [a defendant] to wear jail clothing furthers no essential state policy." *Estelle v. Williams*, 425 U.S. 501, 505 (1976). The Court further reasoned that the argument "[t]hat it may be more convenient for jail administrators . . . provides no justification for the practice." *Id.* Such a practice operates only against those who are incarcerated, which is "repugnant to the concept of equal justice." *Id.* at 505–06.

Accordingly, we respectfully request that the Court grant the attached proposed Order.

Respectfully submitted,

/s/CELIA A. COHEN
Celia A. Cohen
*Counsel for Rachel Cherwitz*
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
212-223-0200

/s/JENNIFER BONJEAN
Jennifer Bonjean
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, NY 10279
718-875-1850

cc:      Kaitlin T. Farrell, Assistant U.S. Attorney
           Nina C. Gupta, Assistant U.S. Attorney
           Sean M. Fern, Assistant U.S. Attorney