

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com



March 27, 2026

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Cherwitz, et al.*
Criminal Docket No. 23-146 (DG)

Dear Judge Gujararti:

I write on behalf of Defendants Nicole Daedone and Rachel Cherwitz to request leave to play a 5-6 minute video at the upcoming sentencing hearing. The content of the video relates to the Defendants' history and character. The video is in mp3 format and can be played from counsels' computers attached to the court video display system via an AV adapter that counsel will provide.

The government has indicated that it wishes to see the videos before taking a position. Undersigned counsel will send the video to the government.

Sincerely,


/s/JENNIFER BONJEAN

/s/CELIA A. COHEN