UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,       :
      :
      v.       :       Case No. 1:23-cr-00146-DG
      :
      :
RACHEL CHERWITZ,       :       **NOTICE OF APPEARANCE**
      :
      Defendant.       :
------------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Alexandra A.E. Shapiro of Shapiro Arato Bach LLP, as

Defendant Rachel Cherwitz's appellate counsel, hereby appears as counsel for Ms. Cherwitz in the

above-captioned matter for the limited purpose of filing a notice of appeal of her conviction and

sentence (Dkt. 523).

I certify that I am admitted to practice in this Court.


Dated: April 10, 2026
      New York, New York                           Respectfully submitted,

                                             /s/ Alexandra A.E. Shapiro
                                             Alexandra A.E. Shapiro
                                             SHAPIRO ARATO BACH LLP
                                             1140 Avenue of the Americas, 17th Fl.
                                             New York, NY 10036
                                             (212) 257-4881
                                             ashapiro@shapiroarato.com

                                             *Attorney for Defendant Rachel Cherwitz*